UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL MINTZ, ANDREA WINTER,                )
JAMES BIANCOLO AND SANDRA                   )
BIANCOLO, VERNON KOHLENBERGER              )
AND DONNA KOHLENBERGER,                      )
LAWRENCE WOLFE AND PAMELA                   )
WOLFE, CRAIG PEHLERT AND MELISSA           )
PEHLERT AND ROBERT HACKMANN                )
AND JANE HACKMANN,                           )
                    Plaintiffs              )
                                             )
v.                                           )
                                             )
THE ROMAN CATHOLIC BISHOP OF                )
SPRINGFIELD, THOMAS L. DUPRE, BISHOP;      )
ARLENE D. SCHIFF, CLIFFORD SNYDER,         )
HAROLD BROWN, JEFF HALL AND                 )
NED DOUGLAS AND EDWIN MAY,                  )
                    Defendants              )

**04 - 10809 JLT**

MAGISTRATE JUDGE Collins

**NOTICE OF REMOVAL**

RECEIPT # 55455
AMOUNT $ 150
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 4-23-04

Defendants, The Roman Catholic Bishop of Springfield, Thomas L. Dupre, Bishop;

Arlene D. Schiff, Clifford Snyder, Harold Brown, Jeff Hall and Ned Douglas and Edwin May, all

of the defendants in the above entitled cause, hereby file this Notice of Removal of the above-

described action to the United States District Court for the District of Massachusetts where a

State Court action is now pending in the Land Court and states:

1.    The above-entitled action was commenced in the Land Court of Massachusetts and is

      now pending in that Court.  Process was served on the defendants on March 25, 2004, a

      copy of the Plaintiff's Complaint, setting forth a claim for relief upon which the action is

      based, was first received by the defendants on March 25, 2004.

2.    There are no defendants to this action except the defendants listed above who are filing this Notice of Removal.

3.    This action was commenced against the defendants in the Land Court by the plaintiffs and is a civil action under Mass..G.L. c. 40A, §17.  The United States District Court for the District of Massachusetts has jurisdiction under 28 U.S.C. §1331 in that the action arises under the Laws of the United States in that, it appears from the complaint, that the plaintiffs base their claim for relief on questions based on the applicability of and the constitutionality of 42 U.S.C.A., §2000 c.c. (R.L.U.I.P.A.)

4.    Defendants further allege that the action was commenced by the filing of the complaint in the Land Court on March 24, 2004, and the service of process on Defendants on March 25, 2004, and that the time has not elapsed within which they are allowed to file this notice of removal of action to this court.

5.    A copy of all process, pleadings, and orders served upon defendants is filed with this notice.

6.    Defendants will give written notice of the filing of this notice as required by 28 U.S.C. §1446(d).

7.    A copy of this notice will be filed with the clerk of the Land Court as required by 28 U.S.C. §1446(d).


WHEREFORE, defendants request this action proceed in this Court as an action properly removed to it.

2

ATTORNEYS FOR THE DEFENDANTS:
THE ROMAN CATHOLIC BISHOP OF
SPRINGFIELD, THOMAS L. DUPRE, BISHOP;

Dated: April 22, 2004

_Maurice M. Cahillane_

Maurice M. Cahillane, Esq.
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 069660


Philip F. Heller, Esq.
HELLER & ASSOCIATES
P.O. Box 823
Lenox, MA 01240
(413) 637-2255; Fax: (413) 637-3039
BBO# 229500


ATTORNEY FOR THE DEFENDANTS
ARLENE D. SCHIFF, CLIFFORD SNYDER,
HAROLD BROWN, JEFF HALL AND NED
DOUGLAS AND EDWIN MAY

_Hugh C. Cowhig by mmc_

Hugh C. Cowhig, Esq.
HANNON, LERNER, COWHIG, SCULLY & BELL
184 Main Street
Lee, MA 01238
(413) 243-3311; Fax: (413) 243-4919
BBO# 103060

0417-030458\67954.wpd

3