UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-10809 JLT

| | |
|---|---|
| DANIEL MINTZ, ANDREA WINTER, JAMES BIANCOLO AND SANDRA BIANCOLO, VERNON KOHLENBERGER AND DONNA KOHLENBERGER, LAWRENCE WOLFE AND PAMELA WOLFE, CRAIG PEHLERT AND MELISSA PEHLERT AND ROBERT HACKMANN AND JANE HACKMANN,<br>    Plaintiffs<br><br>v.<br><br>THE ROMAN CATHOLIC BISHOP OF SPRINGFIELD, THOMAS L. DUPRE, BISHOP; ARLENE D. SCHIFF, CLIFFORD SNYDER, HAROLD BROWN, JEFF HALL AND NED DOUGLAS AND EDWIN MAY,<br>    Defendants | **MOTION TO TRANSFER** |

Now comes the defendant, The Roman Catholic Bishop of Springfield, and move pursuant to Local Rule 40.1(F) that this matter be transferred to the Western Division of the District of Massachusetts and as grounds therefore states:

1. This action was originally filed in the Land Court for the Commonwealth of Massachusetts. That court is located in Boston, Suffolk County.

2. On April 23, 2004, the defendants in this action filed a removal of the Land Court action to this Court. 28 U.S.C. §1446 required that such removed be made to the District and Division within which the case is pending, which is the Eastern Division. However, all of the parties in this action reside in the Western Division of the District Court.

3. Defendant, therefore, moves that this action be transferred to the Western Division pursuant to Local Rule 40.1(d)(1) and 40.1(F).

ATTORNEYS FOR THE DEFENDANT:
THE ROMAN CATHOLIC BISHOP OF SPRINGFIELD

Dated: May 3, 2004

*[signature]*
Maurice M. Cahillane, Esq.
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 069660

Philip F. Heller, Esq.
HELLER & ASSOCIATES
P.O. Box 823
Lenox, MA 01240
(413) 637-2255; Fax: (413) 637-3039
BBO# 229500

I certify that pursuant to Local Rule 7.1, I have attempted to confer with opposing counsel in good faith to resolve or narrow the issue presented.

*[signature]*
Maurice M. Cahillane

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this 3rd day of May, 2004, on all parties by First Class Mail, postage prepaid, to: Hugh C. Cowhig, Esq., Hannon, Lerner, Cowhig, Scully & Bell, 184 Main Street, Lee, MA 01238 and John R. Gobel, Esq., Gobel & Hollister, 106 Wendell Avenue, Pittsfield, MA 01201

*[signature]*
Maurice M. Cahillane, Esq.

0417-030458\68265.wpd