UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-10809 JLT

| | |
|---|---|
| DANIEL MINTZ, ANDREA WINTER, JAMES BIANCOLO AND SANDRA BIANCOLO, VERNON KOHLENBERGER AND DONNA KOHLENBERGER, LAWRENCE WOLFE AND PAMELA WOLFE, CRAIG PEHLERT AND MELISSA PEHLERT AND ROBERT HACKMANN AND JANE HACKMANN,<br>           Plaintiffs<br><br>v.<br><br>THE ROMAN CATHOLIC BISHOP OF SPRINGFIELD, THOMAS L. DUPRE, BISHOP; ARLENE D. SCHIFF, CLIFFORD SNYDER, HAROLD BROWN, JEFF HALL AND NED DOUGLAS AND EDWIN MAY,<br>           Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER**

Defendant, Roman Catholic Bishop of Springfield, has filed a Motion to Transfer this matter to the Western Division. Local Rule 40.1(D) provides:

    (D)    Assignment of Civil Cases
          (1)    Civil cases should be assigned to the respective divisions if
              (a)    All of the parties reside in that division. . .

In the present case all of the parties reside in the Western Division and transfer is, therefore, appropriate.

ATTORNEYS FOR THE DEFENDANT:
THE ROMAN CATHOLIC BISHOP OF
SPRINGFIELD

Dated: May 3, 2004

*/s/ Maurice M. Cahillane*
Maurice M. Cahillane, Esq.
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 069660

Philip F. Heller, Esq.
HELLER & ASSOCIATES
P.O. Box 823
Lenox, MA 01240
(413) 637-2255; Fax: (413) 637-3039
BBO# 229500

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this 3rd day of May, 2004, on all parties by First Class Mail, postage prepaid, to:

Hugh C. Cowhig, Esq.
Hannon, Lerner, Cowhig, Scully & Bell
184 Main Street
Lee, MA 01238

John R. Gobel, Esq.
Gobel & Hollister
106 Wendell Avenue
Pittsfield, MA 01201

*/s/ Maurice M. Cahillane*
Maurice M. Cahillane, Esq.

0417-030458\68696.wpd