UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Daniel Mintz, et al
    Plaintiff

Civil Action

V.

No. 04-cv-10809 JLT

The Roman Catholic Bishop
of Springfield et al
    Defendant

## O R D E R

Tauro, D.J.

Pursuant to the provisions of Rule 40.1(d) of the Local Rules, the above-entitled case is hereby transferred to the Springfield session of this court for all further proceedings.

By The Court,

/s Kimberly M. Abaid
Deputy Clerk

Date: June 01, 2004

Copies to:　　　　Counsel, Operations Manager

(wp{wp}.bk2 - 7/99)　　　　　　　　　　　　　　　　　　　　　　　　[divtranout.]