UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL MINTZ, ANDREA WINTER, <br> JAMES BIANCOLO AND SANDRA BIANCOLO, <br> ANN PHILLIPS, STEVEN BAUM, <br> CAROL WINSTON, VERNON KOHLENBERGER <br> AND DONNA KOHLENBERGER, <br> LAWRENCE WOLFE AND PAMELA WOLFE, <br> CRAIG PEHLERT AND MELISSA PEHLERT <br> AND ROBERT HACKMANN AND <br> JANE HACKMANN, <br>     Plaintiffs <br> <br> v. <br> <br> THE ROMAN CATHOLIC BISHOP OF <br> SPRINGFIELD, THOMAS L. DUPRE, BISHOP; <br> ARLENE D. SCHIFF, CLIFFORD SNYDER, <br> HAROLD BROWN, JEDD HALL AND <br> NED DOUGLAS AND EDWIN MAY, <br>     Defendants | § § § § § § § § § § § § § § § § § § § § § <br> <br> Civil Action No. <br> 04-10809-MAP |

**MOTION TO RESCHEDULE
SCHEDULING CONFERENCE**

Now comes John R. Gobel, attorney for Plaintiffs, and requests that the Initial Scheduling Conference scheduled for September 1, 2004 at 10:00 a.m. be rescheduled to a different date. As reason therefore, John R. Gobel, attorney for Plaintiff, states under the pains and penalties of perjury that he did not receive the "Notice of Scheduling Conference" and, accordingly, had no notice of that Scheduling Conference until August 24, 2004 when he learned of such conference from Maurice M. Cahillane of Egan, Flanagan and Cohen, attorney for Defendant and, thereafter, by checking the Pacer System. Moreover, the members of Town of Lenox Zoning Board of Appeals (Arlene D. Schiff, Clifford Snyder, Harold Brown, Jedd Hall and Ned Douglas and Edwin May) have not yet filed an Answer nor has an attorney filed an appearance on their behalf. John R. Gobel has conferred with Maurice M. Cahillane who would agree to an extension of the date for filing the Joint Proposed Pretrial Scheduling Order but who would not agree to an extension of the September 1, 2004 hearing date. John R. Gobel did forward a draft Joint Proposed Pretrial Scheduling Order along with a written offer of settlement on August 25, 2004 to Maurice M. Cahillane but, as of this time, has gotten no written response.

Wherefore, it is requested that the Scheduling Conference be rescheduled for a different date. Attorney Gobel will not be available (because of vacation) during the weeks of September

6-10, 2004 and October 11-18, 2004.

Respectfully Submitted,

_____
John R. Gobel, BBO#196340
Gobel & Hollister
106 Wendell Avenue
Pittsfield, MA 01201
(413) 443-7337

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing has been served via facsimile this August 27, 2004, upon:

Maurice M. Cahillane
Egan, Flanagan and Cohen
67 Market Street
P.O. Box 9035
Springfield, MA 01102

_____
by John R. Gobel; BBO#196340
Gobel & Hollister
106 Wendell Avenue
Pittsfield, MA 01201
(413) 443-7337
Counsel for Plaintiffs