UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL MINTZ, ANDREA WINTER, §
JAMES BIANCOLO AND SANDRA BIANCOLO, §
ANN PHILLIPS, STEVEN BAUM, §
CAROL WINSTON, VERNON KOHLENBERGER §
AND DONNA KOHLENBERGER, §
LAWRENCE WOLFE AND PAMELA WOLFE, §
CRAIG PEHLERT AND MELISSA PEHLERT §
AND ROBERT HACKMANN AND §
JANE HACKMANN, §
  Plaintiffs §
§
v.               § Civil Action No.
§ 04-10809-MAP
§
THE ROMAN CATHOLIC BISHOP OF §
SPRINGFIELD, THOMAS L. DUPRE, BISHOP; §
ARLENE D. SCHIFF, CLIFFORD SNYDER, §
HAROLD BROWN, JEDD HALL AND §
NED DOUGLAS AND EDWIN MAY, §
  Defendants

**JOINT PROPOSED PRETRIAL SCHEDULING ORDER REPORT**

  In accordance with the Federal Rules of Civil Procedure and Local Rule 16.1, Plaintiffs, Daniel Mintz, et al (collectively "Plaintiffs") and Defendants, the Roman Catholic Bishop of Springfield, Thomas L. Dupre, Bishop ("Diocese") hereby file their Joint Proposed Pretrial Scheduling Order Report as follows. Defendants Arlene D. Schiff, et al (hereinafter "Lenox Zoning Board of Appeals or Lenox ZBA") have not filed an Answer.

I. COMPLIANCE WITH FEDERAL RULES AND LOCAL RULE 16.1

  In accordance with Federal Rule of Civil Procedure 16(b) and Local Rule 16.1(B), counsel for Plaintiffs and the Diocese have conferred regarding: (1) preparing an agenda of matters to be discussed at the scheduling conference; (2) preparing a proposed pretrial schedule for the case that includes a plan for discovery; and, (3) considering whether they will consent to trial by Magistrate Judge.

  The Plaintiffs have further presented a written settlement proposal to Defendant as provided in Local Rule 16.1(C). Diocese counsel has agreed that they will have conferred with Defendant on the subject of settlement prior to the scheduling conference, and that they will be prepared to respond to Plaintiff's proposal at the settlement conference.

Pursuant to Local Rule 16.1(D)(3), certifications signed by the parties' counsel and the parties are attached hereto as Exhibit A and incorporated herein by reference.

II.     PROPOSED PRETRIAL SCHEDULE, INCLUDING SCHEDULE FOR DISCOVERY

The parties have been unable to agree on a proposed schedule for discovery in accordance with Federal Rule 16(b) and Local Rule 16.1(D).

   A.     Plaintiffs' Proposal. Counsel for Plaintiffs hereby submits the following joint proposed schedule regarding discovery and pretrial deadlines:

| | |
|---|---|
| Deadline for Defendant Lenox ZBA to file Appearance and Answer | October 8, 2004 |
| Deadline for the Parties to Make Initial Disclosures Under Rule 26(a)(1) | October 8, 2004 |
| Deadline to Join Other Parties | October 8, 2004 |
| Deadline to Amend the Pleadings | November 1, 2004 |
| Deadline to Serve Written Interrogatory Requests | December 1, 2004 |
| Deadline to Identify Trial Experts Under Rule 26(a)(2) | February 1, 2005 |
| Deadline to Serve Written Document Requests | February 1, 2004 |
| Deadline to Amend the Pleadings | April 1, 2005 |
| Deadline for all Parties to Respond to Written Discovery Requests | June 1, 2005 |
| Deadline to Complete All Depositions, Including Expert Depositions | July 1, 2005 |
| Deadline to File Dispositive Motions | July 14, 2005 |
| Deadline to File Non-Dispositive Motions | July 14, 2005 |
| Deadline for Settlement Conference, to be attended by trial counsel | August 15, 2005 |
| Deadline for Motions in Limine, and Other Pretrial Motions | September 19, 2005 |
| Deadline for Final Trial Exhibit Lists and Witness Lists | September 23, 2005 |
| Final Pretrial Conference | September 26, 2005 |
| Trial Setting | |

   B.     Defendant Diocese's Proposal. Defendant proposes that all discovery be conducted within the next 60 days and that a full hearing be set for 60 days from the date of this conference. Defendant submits that time is of the essence in consideration of this matter. The subject matter of this lawsuit concerns the defendant's desire to construct a parish center in Lenox on it's property, which the plaintiffs oppose. Since the plaintiffs are seeking to slop construction and the defendants are seeking to proceed with the construction, the parties have differing interests as to the speed of which this litigation is completed. Defendant has need for the parish hall and, further, would face rising construction costs the longer a delay goes on,

   This action is a proceeding brought under Mass. G. L. c. 40(a) §17. That statute calls for accelerated, if not immediate resolution of such claims and provides specifically;

   "All issues and any proceedings under this section shall have
   precedence over all other civil actions and proceedings." G, L. c.
   40(a) §17.

Defendants submit that this matter does not require any kind of significant discovery and that both parties are already aware of all the facts surrounding the construction of the building and that there is no reason to delay the litigation of this matter.

Alternatively, if the court is going to grant a discovery period of longer than 60 days, then St. Ann's seeks permission to file a Motion for Summary Judgment within 21 days of this conference with a corresponding 21 day right of response for the plaintiffs together with a scheduled hearing at the end of that time frame. Defendants submit that such motion shall be based primarily on the Religious Land Use and Institutionalized Persons Act of 2000 (42 U.S.C., §2000cc-2000cc-5 (RLUIPA)). Defendants believe that this issue can resolve the entire case and that no discovery will be necessary for resolution of the RLUIPA issues.

Respectfully submitted,

Plaintiffs, Daniel Mintz, et al

by John R. Gobel; BBO#196340
Gobel & Hollister
106 Wendell Avenue
Pittsfield, MA 01201
(413) 443-7337

Defendant Diocese

by Maurice M. Cahillane
Egan, Flanagan and Cohen
67 Market Street
P.O. Box 9035
Springfield, MA 01102

Dated: August 27, 2004

CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing has been served by first class mail, postage prepaid on this August 27, 2004, upon:

Maurice M. Cahillane

Egan, Flanagan and Cohen
67 Market Street
P.O. Box 9035
Springfield, MA 01102

_____
by John R. Gobel; BBO#196340
Gobel & Hollister
106 Wendell Avenue
Pittsfield, MA 01201
(413) 443-7337
Counsel for Plaintiffs