UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID MINTZ, et al.,                )
         Plaintiffs      )
                         )
   v.                           )     Civil Action No. 04-10809-MAP
                         )
                         )
THE ROMAN CATHOLIC BISHOP OF         )
SPRINGFIELD, et al.,                 )
         Defendants      )

## SCHEDULING ORDER
September 1, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. Counsel for the ZBA members shall file a substitute appearance by September 9, 2004.

2. The parties shall complete their automatic disclosures by September 17, 2004.

3. By November 1, 2004, the parties shall report to the court in writing whether or not the case has been settled.

4. All interrogatories and requests for production shall be served by November 5, 2004.

5. Non-expert depositions shall be completed by February 11, 2005.

6. Counsel shall appear for a case management conference on February 17,

2005, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: September 1, 2004

                                            /s/ Kenneth P. Neiman  
                                            KENNETH P. NEIMAN  
                                            U.S. Magistrate Judge