UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL MINTZ, ANDREA WINTER, §
JAMES BIANCOLO AND SANDRA BIANCOLO, §
ANN PHILLIPS, STEVEN BAUM, §
CAROL WINSTON, VERNON KOHLENBERGER §
AND DONNA KOHLENBERGER, §
LAWRENCE WOLFE AND PAMELA WOLFE, §
CRAIG PEHLERT AND MELISSA PEHLERT §
AND ROBERT HACKMANN AND §
JANE HACKMANN, §
    Plaintiffs §
      §
v. § Civil Action No.
  § 04-10809-MAP
  §
THE ROMAN CATHOLIC BISHOP OF §
SPRINGFIELD, THOMAS L. DUPRE, BISHOP; §
ARLENE D. SCHIFF, CLIFFORD SNYDER, §
HAROLD BROWN, JEDD HALL AND §
NED DOUGLAS AND EDWIN MAY, §
    Defendants

**MOTION FOR ADMISSION OF DANIEL MINTZ PRO HAC VICE**

    John R. Gobel and Daniel H. Mintz hereby move the Court for admission of Daniel H. Mintz to the bar of this Court, pro hac vice, to serve as co-counsel for the Plaintiffs. In support thereof, the undersigned states as follows:

    1.    Daniel H. Mintz is a member in good standing of the bar of the State of New York bar and has been actively practicing law in New York State since his admission on November 3, 1986. He is not subject to any disciplinary proceedings.

    2.    Daniel H. Mintz is familiar with the local rules for the U. S. District Court for the District of Massachusetts and agrees at all times to abide by and comply with such rules throughout the pendency of this case.

    3.    John R. Gobel is a member of the Bar of the Commonwealth of Massachusetts and of this Court, and is currently counsel of record for Plaintiffs.

    4.    WHEREFORE, John R. Gobel and Daniel H. Mintz move the Court for an order admitting Daniel H. Mintz to the bar of this Court, pro hac vice, as co-counsel for the Plaintiffs.

Respectfully submitted,

*[signature]*

John R. Gobel; BBO#196340
Gobel & Hollister
106 Wendell Avenue
Pittsfield, MA 01201
(413) 443-7337
Counsel for Plaintiffs

*[signature]*

Daniel H. Mintz
26 St. Ann's Avenue
Lenox, MA 01240

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing has been served by first class mail, postage prepaid on this August __15__, 2004, upon:

Maurice M. Cahillane
Egan, Flanagan and Cohen
67 Market Street
P.O. Box 9035
Springfield, MA 01102

*[signature]*

by John R. Gobel; BBO#196340
Gobel & Hollister
106 Wendell Avenue
Pittsfield, MA 01201
(413) 443-7337
Counsel for Plaintiffs

*[handwritten]* Assented To.

*[signature]* Maurice M. Cahillane
Counsel for defendants

## AFFIDAVIT OF DANIEL H. MINTZ

Now comes the undersigned who, being sworn, deposes and says as follows:

1. He was admitted to practice in the State of New York on November 3, 1986. Since that time he has practiced in all the following Courts: New York State Supreme Court in the First and Second Judicial Departments and in the Federal District Court in the Southern and Eastern Districts of New York.

2. He is currently a member in good standing of the bar of the State of New York and has been actively practicing law in New York State. He is not subject to any disciplinary proceedings.

3. A Certificate of Good Standing issued July 2, 2004 is attached hereto.

Sworn to under the pains and penalties of perjury this ~~August~~ 9|1, 2004.

_____
Daniel H. Mintz

## COMMONWEALTH OF MASSACHUSETTS

BERKSHIRE, SS.                                             ~~August~~ 9/11, 2004

Then personally appeared before me the above named Daniel H. Mintz and stated that the foregoing was based upon his/her own knowledge, information and belief; and, so far as upon information and belief, that he/she believed it to be true.

_____
Notary Public
My Commission Expires: 11/24/2006



JOHN R. GOBEL
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires November 24, 2006

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Catherine O'Hagan Wolfe, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## DANIEL H. MINTZ

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 3rd day of November, 1986 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

July 2, 2004



Clerk

7510