UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10809-MAP

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT

| | |
|---|---|
| DANIEL MINTZ, ANDREA WINTER, JAMES BIANCOLO AND SANDRA BIANCOLO, ANN PHILLIPS, STEVEN BAUM CAROL WINSTON, VERNON KOHLENBERGER AND DONNA KOHLENBERGER, LAWRENCE WOLFE AND PAMELA WOLFE, CRAIG PEHLERT AND MELISSA PEHLERT AND ROBERT HACKMANN AND JANE HACKMANN,<br>    Plaintiffs<br><br>v.<br><br>THE ROMAN CATHOLIC BISHOP OF SPRINGFIELD, THOMAS L. DUPRE, BISHOP; ARLENE D. SCHIFF, CLIFFORD SNYDER, HAROLD BROWN, JEFF HALL AND NED DOUGLAS AND EDWIN MAY,<br>    Defendants | CERTIFICATION |

    We certify that we have conferred as to the costs of conducting this litigation and alternative causes, including alternative dispute resolution pursuant to Local Rule 16.1

_John Shuman_
John Shuman
For The Roman Catholic Bishop
of Springfield

_Maurice M. Cahillane_
Maurice M. Cahillane, Esq.
Attorney for the Plaintiff
Egan Flanagan and Cohen, P.C.
67 Market Street
Springfield, MA 01103
Tel: 413-737-0260; Fax: 413-737-0121
BBO No.: 069660

10979-020891\75475.wpd