UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

| | |
|---|---|
| DANIEL MINTZ, ANDREA WINTER, )<br>JAMES BIANCOLO and SANDRA BIANCOLO, )<br>ANN PHILLIPS, STEVEN BAUM, )<br>CAROL WINSTON, VERNON KOHLENBERGER )<br>and DONNA KOHLENBERGER, )<br>LAWRENCE WOLFE and PAMELA WOLFE, )<br>CRAIG PEHLERT and MELISSA PEHLERT )<br>and ROBERT HACKMANN and )<br>JANE HACKMANN, )<br>          Plaintiffs )<br>)<br>v. )<br>)<br>THE ROMAN CATHOLIC BISHOP OF )<br>SPRINGFIELD, THOMAS L. DUPRE, BISHOP; )<br>ARLENE D. SCHIFF, CLIFFORD SNYDER, )<br>HAROLD BROWN, JEDD HALL and )<br>NED DOUGLAS, and EDWIN MAY, )<br>          Defendants ) | CIVIL ACTION No.<br>04-10809-MAP<br>U.S. DISTRICT COURT<br>DISTRICT OF MASS. |

## APPEARANCE

I, Jerome J. Scully, of 184 Main Street, Lee, Massachusetts 01238, hereby file my appearance on behalf of the Defendants, Arlene D. Schiff, Clifford Snyder, Harold Brown, Jedd Hall and Ned Douglas, members of the Town of Lenox Planning Board, and for Edwin May, Assistant Building Inspector for the Town of Lenox.

Respectfully submitted,

By: _____
Jerome J. Scully, Esq.
Town Counsel
BBO #449660
Hannon Lerner, Cowhig, Scully & Bell
184 Main Street
Lee, MA 01238

Date: October 7, 2004

CERTIFICATE OF SERVICE

I, Jerome J. Scully, attorney for the Defendants, Arlene D. Schiff, Clifford Snyder, Harold Brown, Jedd Hall, Ned Douglas, and Edwin May, do hereby certify that a copy of my Appearance, was served upon the Plaintiffs, by sending the same by first class mail, postage prepaid, addressed to John R. Gobel, Esq., Gobel & Hollister, 106 Wendell Avenue, Pittsfield, MA 01201, and upon the Plaintiff, Daniel Mintz, by sending the same by first class mail, postage prepaid, addressed to Daniel H. Mintz, 26 St. Ann's Avenue, Lenox, MA 01240, and upon the Defendant, The Roman Catholic Bishop of Springfield, Thomas L. Dupre, Bishop, by sending the same by first class mail, postage prepaid, addressed to Maurice M. Cahillane, Esq., Egan, Flanagan and Cohen, 67 Market Street, P. O. Box 9035, Springfield, MA 01102 and to Philip F. Heller, Esq., Heller & Associates, P. O. Box 823, Lenox, MA 01240, this 7th day of October, 2004.

_____
Jerome J. Scully