Law Offices Of

# Egan, Flanagan and Cohen, P.C.

67 Market Street
P.O. Box 9035
Springfield, Massachusetts 01102-9035

Phone: (413) 737-0260 • Telefax: (413) 737-0121
Chicopee Office: (413) 594-2114 *by appointment only*
Web site: www.eganflanagan.com

William C. Flanagan'
John J. Egan
Theodore C. Brown
Edward J. McDonough, Jr.
Maurice M. Cahillane
Robert L. Quinn
Eileen Z. Sorrentino
Joseph A. Pacella'
Joseph M. Pacella
Kevin D. Withers
Paula C. Tredeau
Richard J. Kos
Joan F. McDonough
Katherine A. Day
Jennifer Midura D'Amour'

*Senior Counsel*
  Mary E. Boland

*Of Counsel*
  David G. Cohen•

James F. Egan
  (1896-1986)
Edward T. Collins
  (1902-1995)
Charles S. Cohen
  (1931-2004)

'Also admitted in CT
'Also admitted in DC
"Also admitted in FL
•Also admitted in NY
"Also admitted in TX

November 2, 2004

**HAND DELIVERY**

Magistrate Judge Kenneth P. Neiman
United States District Court
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

      RE:    Mintz, et al vs. The Roman Catholic Bishop of Springfield
              U.S. District Court Civil Action No.: 04-10809-MAP

Dear Judge Neiman:

      The Court has requested a status report as to the prospect of settlement in the above captioned matter. Please be advised that the parties have not been able to resolve this matter as of this date.

                              Sincerely,

                              Maurice M. Cahillane

MMC/par

cc:    Peter F. Heller, Esq.
        John R. Gobel, Esq.
        Hugh C. Cowhig, Esq.
        Daniel H. Mintz, Esq.

0417-030458\79233.wpd