UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| DANIEL MINTZ, ANDREA WINTER, JAMES BIANCOLO AND SANDRA BIANCOLO, ANN PHILLIPS, STEVEN BAUM, CAROL WINSTON, VERNON KOHLENBERGER AND DONNA KOHLENBERGER, LAWRENCE WOLFE AND PAMELA WOLFE, CRAIG PEHLERT AND MELISSA PEHLERT AND ROBERT HACKMANN AND JANE HACKMANN,<br>    Plaintiffs<br><br>v.<br><br>THE ROMAN CATHOLIC BISHOP OF SPRINGFIELD, THOMAS L. DUPRE, BISHOP; ARLENE D. SCHIFF, CLIFFORD SNYDER, HAROLD BROWN, JEDD HALL AND NED DOUGLAS AND EDWIN MAY,<br>    Defendants | Civil Action No.<br>04-10809-MAP |

## MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE DATE

Now comes John R. Gobel, attorney for Petitioner and requests that the Case Management Conference presently scheduled for Thursday, February 17, 2005 at 10:00 a.m. to be rescheduled to a different date (such as Wednesday, February 16, 2005) for the reason that John R. Gobel is the Chairman of the Client Security Board of the Massachusetts Supreme Judicial Court which Board is scheduled to meet on that date and conduct hearings. This request is assented to by Attorney Maurice M. Cahillane. If that day is not available, it is requested that the matter not be scheduled until after March 8, 2005.

Respectfully submitted,

THE PETITIONER

By John R. Gobel, Esq.
Gobel & Hollister
106 Wendell Avenue
Pittsfield, MA 01201
(413-443-7337)