Law Offices Of

# Egan, Flanagan and Cohen, P.C.

67 Market Street
P.O. Box 9035
Springfield, Massachusetts 01102-9035

Phone: (413) 737-0260 • Telefax: (413) 737-0121
Chicopee Office: (413) 594-2114 *by appointment only*
Web site: www.eganflanagan.com

William C. Flanagan '
John J. Egan
Theodore C. Brown
Edward J. McDonough, Jr.
Maurice M. Cahillane
Robert L. Quinn
Eileen Z. Sorrentino
Joseph A. Pacella'
Joseph M. Pacella
Kevin D. Withers
Paula C. Tredeau
Richard J. Kos
Joan F. McDonough
Katherine A. Day
Jennifer Midura D'Amour'

*Senior Counsel*
   Mary E. Boland

*Of Counsel*
   David G. Cohen⁴

James F. Egan
   (1896-1986)
Edward T. Collins
   (1902-1995)
Charles S. Cohen
   (1931-2004)

'Also admitted in CT
'Also admitted in DC
 Also admitted in FL
⁴Also admitted in NY
 Also admitted in TX

January 21, 2005

John R. Gobel, Esq.
Gobel & Hollister
106 Wendell Avenue
Pittsfield, MA 01201

> RE:    Mintz, et al vs. The Roman Catholic Bishop of Springfield
>        U.S. District Court Civil Action No.: 04-10809-MAP

Dear John:

I have the following additional responses in order to help resolve our outstanding discovery requests:

1.    I am enclosing the entire diocesan directory with information regarding each parish.

2.- 4.    I have attached a copy of a chart describing the population per parish. The directory lists parish halls where they exist. I should note that in all likelihood where there is only a school, the school would normally have the facilities that a parish hall has. The use of a parish hall is in the discretion of the pastor. There is no diocesan policy regarding the use of alcohol other than compliance with the law and obtaining insurance.

6.    There are minutes of St. Ann Parish Council Meetings for approximately the past three years. Arrangements can be made to inspect or copy these minutes if you wish. The Building Committee does not have minutes.

John R. Gobel, Esq.                                                                    Page 2

8.      Church bulletins for approximately the last three years can be made available for
        inspection or copying.

        Church services which occur at the church are masses, weddings, funerals, baptisms, and
        confirmation and first communion (both of which occur at mass). Once a year near
        Christmas a concert is presented by the Berkshire choir. They make a $100 donation for
        this. There have been occasional parish meetings at the church but perhaps only once in a
        few years. Non-parishioners are often permitted to hold a wedding at the church and the
        church requests $500 for non-parishioners.

10.     The use of a church by non-parishioners, such as for a wedding, is at the discretion of the
        pastor.

13.     We will continue to object to this interrogatory. The issue of the financial and
        organizational relationship between the Diocese and a parish is a complex issue involving
        canon law. I would compare this to an interrogatory that would ask me to describe the
        laws of torts in Massachusetts - it can be done but it is beyond the scope of a reasonable
        interrogatory.

        We also object to providing information as to any planning for churches in all of
        Berkshire County. Without waiving the objections, I can state that the most recent plan
        as determined for the South Berkshire County Deanery calls for St. Ann's Church to
        remain in its present status for the next 5 to 10 years with one priest serving the parish.

                                          Sincerely,

                                          Maurice M. Cahillane

MMC/par

0417-030458\83773.wpd

# Status Animarum
## Census

| Parish Number | NAME | CITY | Year | Practicing Adults | Non Practicing Adults | Total Adults | Pre School Children | Children K-8 | Children 9-12 | Other/At Home | Total Children |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | Blessed Sacrament Church | Greenfield, | | 775 | 455 | 1230 | 14 | 62 | 47 | 1 | 124 |
| 120 | Holy Trinity Church | Greenfield, | 2003 | 1350 | 250 | 1600 | 0 | 0 | 0 | 0 | 0 |
| 140 | Sacred Heart Church | Turners Falls, | | 370 | 30 | 400 | 17 | 35 | 19 | 0 | 71 |
| 160 | St. John Church | Millers Falls, | | 200 | 45 | 245 | 3 | 10 | 9 | 0 | 22 |
| 210 | St. Mary Church | Orange, | | 393 | 445 | 838 | 45 | 145 | 100 | 1 | 291 |
| 230 | St. Joseph Church | Shelburne Falls, | | 400 | 319 | 719 | 20 | 83 | 90 | 0 | 193 |
| 300 | St. Stanislaus Church | So. Deerfield, | | 539 | 128 | 667 | 0 | 233 | 64 | 0 | 297 |
| 320 | O. L. Czestochowa Church | Turners Falls, | | 1060 | 0 | 1060 | 136 | 82 | 45 | 0 | 263 |
| 340 | St. Anne Church | Turners Falls, | | 124 | 42 | 166 | 8 | 13 | 8 | 0 | 29 |
| 360 | St. Mary Church | Turners Falls, | | 1435 | 916 | 2351 | 72 | 130 | 45 | 0 | 247 |
| 510 | St. Brigid Church | Amherst, | | 700 | 700 | 1400 | 10 | 120 | 30 | 0 | 160 |
| 530 | Immaculate Conception | Easthampton, | | 2752 | 65 | 2817 | 139 | 594 | 214 | 0 | 947 |
| 550 | Notre Dame Church | Easthampton, | | 798 | 1080 | 1878 | 77 | 285 | 118 | 0 | 480 |
| 570 | Sacred Heart Church | Easthampton, | | 1726 | 0 | 1726 | 10 | 122 | 46 | 5 | 183 |
| 630 | Holy Trinity Church | Hatfield, | | 206 | 170 | 376 | 16 | 23 | 15 | 0 | 54 |

| Parish Number | NAME | CITY | Year | Practicing Adults | Non Practicing Adults | Total Adults | Pre School Children | Children K-8 | Children 9-12 | Other At Home | Total Children |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 650 | St. Joseph Church | Hatfield, | | 660 | 145 | | 27 | 172 | 65 | 0 | 294 |
| 670 | St. Mary Church | Haydenville, | 2003 | 1051 | 150 | 805 | 110 | 104 | 19 | 0 | 233 |
| 690 | St. Catherine Church | Leeds, | | 307 | 52 | 359 | 28 | 66 | 20 | 0 | |
| 710 | Blessed Sacrament Church | Northampton, | | 740 | 120 | 860 | 75 | 138 | 40 | 0 | |
| 730 | O.L. Annunciation Church | Florence | | 1339 | 128 | 1467 | 84 | 240 | 119 | 0 | 443 |
| 750 | Sacred Heart Church | Northampton, | | 450 | 0 | 450 | 10 | 45 | 10 | 0 | |
| 770 | St. John Cantius Church | Northampton, | | 431 | 0 | 431 | 15 | 22 | 3 | 1 | 41 |
| 790 | St. Mary Church | Northampton, | | 750 | 857 | 1607 | 21 | 156 | 72 | 0 | 249 |
| 1000 | Assumption Church | Cheshire, | | 600 | 250 | 850 | 60 | 212 | 53 | 0 | |
| 1040 | Notre Dame Church | North Adams, | | 110 | 207 | 317 | 0 | 65 | 15 | 0 | |
| 1080 | St. Anthony Church | North Adams, | | 749 | 550 | 1299 | 34 | 115 | 39 | 0 | |
| 1120 | St. Patrick/St. Raphael Chur | Williamstown, | | 875 | 380 | 1255 | 30 | 104 | 68 | 0 | |
| 1200 | St. Agnes Church | Dalton, | | 2373 | 1017 | 3390 | 360 | 650 | 185 | 15 | 1210 |
| 1360 | All Saints Church | Housatonic, | | 141 | 50 | 191 | 13 | 19 | 14 | 0 | |
| 1380 | Corpus Christi Church | Housatonic, | | 202 | 35 | 237 | 26 | 46 | 24 | 0 | |
| 1400 | N. American Martyrs Church | Cheshire, | | 200 | 50 | 250 | 20 | 50 | 20 | 0 | 90 |

| Parish Number | NAME | CITY | Year | Practicing Adults | Non Practicing Adults | | Pre School Children | Children K-8 | Children 9-12 | Other At Home | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1420 | St. Mary Church | Leo, | | 1767 | 965 | 2732 | 104 | 376 | 190 | 5 | 675 |
| 1430 | St. Mary Of Lake Mission | Leo, | 2003 | 220 | 57 | 277 | 5 | 62 | 72 | 0 | 139 |
| 1450 | St. Ann Church | Lenox, | | 883 | 666 | 1549 | 19 | 281 | 98 | 0 | 378 |
| 1470 | St. Vincent De Paul Church | Lenoxdale, | | 162 | 51 | 213 | 10 | 27 | 22 | 1 | 60 |
| 1520 | Holy Family Church | Pittsfield, | | 286 | 167 | 453 | 12 | 23 | 15 | 10 | 60 |
| 1540 | Notre Dame Church | Pittsfield, | | 450 | 100 | 550 | 7 | 16 | 2 | 25 | 50 |
| 1560 | O.L. Mt. Carmel Church | Pittsfield, | | 613 | 169 | 782 | 2 | 102 | 52 | 3 | 159 |
| 1580 | Sacred Heart Church | Pittsfield, | | 3261 | 816 | 4077 | 183 | 719 | 436 | 3 | 1341 |
| 1600 | St. Charles Church | Pittsfield, | | 1024 | 0 | 1024 | 0 | 0 | 0 | 0 | 0 |
| 1620 | St. Francis Xavier Churc | Pittsfield, | | 348 | 0 | 348 | 0 | 0 | 0 | 0 | 0 |
| 1640 | St. Joseph Church | Pittsfield, | | 2500 | 500 | 3000 | 130 | 180 | 50 | 1 | 361 |
| 1660 | St. Mark Church | Pittsfield, | | 1469 | 386 | 1855 | 110 | 463 | 109 | 3 | 685 |
| 1680 | St. Mary Morningstar Ch, | Pittsfield, | | 240 | 462 | 702 | 12 | 65 | 50 | 0 | 127 |
| 1700 | St. Teresa Church | Pittsfield, | | 1276 | 320 | 1596 | 81 | 167 | 68 | 4 | 320 |
| 1720 | O.L. Valley Church | Sheffield, | | 321 | 40 | 361 | 20 | 80 | 25 | 1 | 126 |
| 1730 | Immac. Concep. Mission | Sheffield, | | 78 | 11 | 89 | 8 | 12 | 10 | 0 | 30 |

| Parish Number | NAME | CITY | Year | Practicing Adults | Non Practicing Adults | [redacted] | Pre School Children | Children K-8 | Children 9-12 | Other/ At Home | [redacted] | [redacted] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1740 | O.L. Hills Mission | Sheffield, | | 35 | 2 | [redacted] | 3 | 6 | 0 | 0 | [redacted] | [redacted] |
| 1760 | St. Joseph Church | Stockbridge, | 2003 | 30 | 40 | [redacted] | 0 | 0 | 0 | 0 | [redacted] | [redacted] |
| 1780 | St. Patrick Church | West Stockbridge, | | 150 | 0 | [redacted] | 10 | 135 | 30 | 2 | [redacted] | [redacted] |
| 1930 | St. Joseph's Mission | Springfield, | | 127 | 19 | [redacted] | 1 | 22 | 7 | 0 | [redacted] | [redacted] |
| 1950 | St. Michael's Church | East Longmeadow, | | 1225 | 715 | [redacted] | 100 | 0 | 0 | 0 | [redacted] | [redacted] |
| 1970 | St. Mary Church | Hampden, | | 1100 | 700 | [redacted] | 0 | 205 | 83 | 0 | [redacted] | [redacted] |
| 2020 | St. Jude Church | Indian Orchard, | | 500 | 350 | [redacted] | 10 | 70 | 21 | 1 | [redacted] | [redacted] |
| 2050 | St. Mary Church | Longmeadow, | | 3780 | 567 | [redacted] | 169 | 1088 | 403 | 0 | [redacted] | [redacted] |
| 2070 | Holy Cross Church | Springfield, | | 3123 | 695 | [redacted] | 202 | 592 | 252 | 0 | [redacted] | [redacted] |
| 2090 | Holy Name Parish | Springfield, | | 1588 | 679 | [redacted] | 70 | 495 | 306 | 0 | [redacted] | [redacted] |
| 2110 | O.L. Sacred Heart Church | Springfield, | | 748 | 900 | [redacted] | 900 | 1400 | 963 | 33 | [redacted] | [redacted] |
| 2150 | St. Mary Church | Springfield, | | 1874 | 353 | [redacted] | 185 | 215 | 145 | 4 | [redacted] | [redacted] |
| 2170 | St. Patrick Church | Springfield, | | 1724 | 344 | [redacted] | 60 | 128 | 159 | 0 | [redacted] | [redacted] |
| 2190 | St. Paul Church | Springfield, | | 408 | 322 | [redacted] | 16 | 59 | 25 | 29 | [redacted] | [redacted] |
| 2210 | St. Cecilia Church | Wilbraham, | | 4813 | 301 | [redacted] | 339 | 1275 | 509 | 0 | [redacted] | [redacted] |
| 2360 | All Souls Church | Springfield, | | 0 | 0 | [redacted] | 0 | 0 | 0 | 0 | [redacted] | [redacted] |

| Parish Number | NAME | CITY | Year | Practicing Adults | Non Practicing Adults | [redacted] | Pre School Children | Children K-8 | Children 9-12 | Child At Home | [redacted] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2380 | Blessed Sacrament Church | Springfield, | | 0 | 0 | | 0 | 0 | 0 | 0 | |
| 2400 | Holy Family Church | Springfield, | 2003 | 500 | 200 | | 50 | 100 | 40 | 0 | |
| 2420 | Our Lady Of Hope Church | Springfield, | | 1095 | 1200 | | 175 | 341 | 149 | 0 | |
| 2440 | O.L. Mt. Carmel Church | Springfield, | | 1008 | 1287 | | 227 | 316 | 79 | 14 | |
| 2460 | O.L. Rosary Church | Springfield, | | 1720 | 0 | | 76 | 152 | 55 | 2 | |
| 2480 | Sacred Heart Church | Springfield, | | 0 | 0 | | 0 | 0 | 0 | 0 | |
| 2520 | St. Joseph Church | Springfield, | | 120 | 120 | | 20 | 40 | 30 | 0 | |
| 2540 | St. Michael's Cathedral | Springfield, | | 401 | 25 | | 20 | 20 | 16 | 0 | |
| 2710 | St. Francis Of Assisi Rectory | Belchertown, | | 1517 | 758 | | 171 | 804 | 311 | 0 | |
| 2730 | St. Adalbert Church | Bondsville, | | 240 | 100 | | 0 | 1 | 2 | 0 | |
| 2750 | St. Bartholomew Church | Bondsville, | | 105 | 127 | | 7 | 3 | 0 | 0 | |
| 2770 | St. Christopher Church | Brimfield, | | 983 | 603 | | 44 | 366 | 108 | 2 | |
| 2810 | St. Patrick Church | Monson, | | 1383 | 264 | | 232 | 314 | 104 | 3 | |
| 2830 | St. Thomas Church | Palmer, | | 1433 | 530 | | 290 | 227 | 111 | 8 | |
| 2850 | St. Mary Church | Thorndike, | | 103 | 38 | | 7 | 24 | 7 | 0 | |
| 2870 | St. Anne Church | Three Rivers, | | 706 | 50 | | 49 | 134 | 47 | 4 | |

| Parish Number | NAME | CITY | Year | Practicing Adults | Non Practicing Adults | Total Adults | Pre School Children | Children K-8 | Children 9-12 | Other/ At Home | Total Children |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2890 | Sts. Peter & Paul Church | Three Rivers, | | 1027 | 150 | 1177 | 89 | 170 | 57 | 15 | 331 |
| 2910 | All Saints Church | Ware, | 2003 | 1200 | 300 | 1500 | 0 | 0 | 0 | 0 | |
| 2950 | St. Mary Church | Ware, | | 1102 | 506 | 1608 | 159 | 397 | 162 | 0 | 718 |
| 3100 | Assumption Church | Chicopee, | | 950 | 350 | 1300 | 65 | 100 | 50 | 0 | 215 |
| 3120 | Holy Name Church | Chicopee, | | 960 | 322 | 1282 | 100 | 200 | 75 | 0 | 375 |
| 3140 | Nativity Church | Chicopee, | | 1000 | 1000 | 2000 | 0 | 0 | 0 | 0 | 0 |
| 3160 | St. Anne Church | Chicopee, | | 3278 | 710 | 3988 | 96 | 435 | 186 | 0 | 717 |
| 3180 | St. Anthony Church | Chicopee, | | 350 | 300 | 650 | 35 | 50 | 15 | 0 | 100 |
| 3220 | St. Mary Church | Chicopee, | | 1500 | 700 | 2200 | 0 | 67 | 10 | 0 | 77 |
| 3240 | St. Patrick Church | Chicopee, | | 915 | 215 | 1130 | 0 | 0 | 0 | 0 | 0 |
| 3260 | St. Rose De Lima Church | Chicopee, | | 2153 | 1932 | 4085 | 396 | 827 | 283 | 0 | 1506 |
| 3280 | St. Stanislaus Basilica | Chicopee, | | 3716 | 1301 | 5017 | 159 | 546 | 537 | 0 | 1242 |
| 3300 | Christ The King Church | Ludlow, | | 1694 | 106 | 2000 | 84 | 184 | 125 | 3 | 397 |
| 3320 | O.L. Of Fatima Church | Ludlow, | | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 3340 | St. John Baptist Church | Ludlow, | | 2304 | 145 | 2449 | 120 | 605 | 261 | 141 | 1127 |
| 3360 | St. Mary Church | Ludlow, | | 1390 | 750 | 2140 | 160 | 280 | 208 | 0 | 648 |

| Parish Number | NAME | CITY | Year | Professing Adults | Non Professing Adults | Adults | Preschool Children | Children K-8 | Children 9-12 | Other At Home | Children | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3520 | All Saints | Agawam | | 1175 | 798 | [redacted] | 30 | 138 | 37 | 4 | [redacted] | [redacted] |
| 3550 | St. John Church | Agawam, | 2003 | 3218 | 245 | [redacted] | 176 | 734 | 251 | 0 | [redacted] | [redacted] |
| 3570 | Sacred Heart Church | Feeding Hills, | | 2179 | 2004 | [redacted] | 268 | 796 | 398 | 4 | [redacted] | [redacted] |
| 3590 | St. Thomas Church | Huntington, | | 291 | 64 | [redacted] | 50 | 62 | 19 | 0 | [redacted] | [redacted] |
| 3600 | St. John Mission | Huntington, | | 148 | 20 | [redacted] | 12 | 35 | 15 | 0 | [redacted] | [redacted] |
| 3620 | O.L. Rosary Church | Russell, | | 325 | 230 | [redacted] | 8 | 59 | 19 | 7 | [redacted] | [redacted] |
| 3640 | O.L. Of The Lake Church | Southwick, | | 1500 | 1000 | [redacted] | 146 | 325 | 189 | 5 | [redacted] | [redacted] |
| 3660 | Blessed Sacrament Church | Westfield, | | 0 | 0 | [redacted] | 0 | 0 | 0 | 0 | [redacted] | [redacted] |
| 3680 | Holy Trinity Church | Westfield, | | 1695 | 890 | [redacted] | 72 | 234 | 103 | 0 | [redacted] | [redacted] |
| 3720 | St. Mary Church | Westfield, | | 5169 | 55 | [redacted] | 413 | 727 | 616 | 0 | [redacted] | [redacted] |
| 3760 | Immaculate Conception Chu | West Springfield, | | 698 | 179 | [redacted] | 0 | 92 | 0 | 0 | [redacted] | [redacted] |
| 3780 | St. Ann Mission Church | West Springfield, | | 600 | 36 | [redacted] | 30 | 50 | 65 | 6 | [redacted] | [redacted] |
| 3800 | St. Louis Church | West Springfield, | | 90 | | [redacted] | 14 | 0 | 0 | 0 | [redacted] | [redacted] |
| 3820 | St. Thomas Church | West Springfield, | | 3600 | 4500 | [redacted] | 364 | 701 | 307 | 0 | [redacted] | [redacted] |
| 3970 | Immaculate Heart Of Mary | Granby, | | 1026 | 800 | [redacted] | 170 | 340 | 135 | 0 | [redacted] | [redacted] |
| 3990 | Blessed Sacrament Church | Holyoke, | | 1345 | 748 | [redacted] | 193 | 348 | 192 | 2 | [redacted] | [redacted] |

| Parish Number | NAME | CITY | Year | Practicing Adults | Non Practicing Adults | | Pre School Children | Children K-8 | Children 9-12 | Other At Home | Total Children |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4010 | Holy Cross Church | Holyoke, | | | | | | | | | |
| 4030 | Holy Family Church | Holyoke, | 2003 | 1477 | 53 | | 80 | 237 | 84 | 0 | 401 |
| 4050 | Immaculate Conception | Holyoke, | | 420 | 85 | | 18 | 79 | 54 | 2 | 153 |
| 4150 | St. Jerome Church | Holyoke, | | 779 | 0 | | 76 | 121 | 29 | 0 | 226 |
| 4170 | St. Patrick Church | South Hadley, | | 2490 | 0 | | 122 | 690 | 201 | 0 | 1013 |
| 4190 | St. Theresa Church | South Hadley, | | 600 | 978 | | 69 | 389 | 151 | 0 | 609 |



# 2004 DIOCESAN DIRECTORY

*Reaching upward. . . we embrace that which transcends us*

DIOCESE OF SPRINGFIELD

ADMINISTRATION

SERVICES / GROUPS

PARISHES

EDUCATION

CEMETERIES

CLERGY / RELIGIOUS

# 2004 Directory of
## the Diocese of Springfield

## Table of Contents

Administration ........................................................... 13
Telephone Listing ...................................................... 15
Diocesan Organizational Chart ................................... 16
Diocesan Statistics ................................................... 17
Officers of the Diocese ............................................. 19
Boards and Commissions .......................................... 27
Services and Groups ................................................. 37
Reference Guide for Services and Groups ................... 39
Diocesan Services .................................................... 51
Affiliated Services .................................................... 61
Chaplains ................................................................ 75
Parishes .................................................................. 79
Parish Special Services ............................................. 81
Parishes and Missions .............................................. 85
Merged and Closed Parishes ..................................... 147
Education ................................................................ 153
Office of Religious Education .................................... 155
Catholic Schools ...................................................... 159
Campus Ministry ..................................................... 165
Cemeteries .............................................................. 169
Clergy/Religious ...................................................... 177
Women Religious ..................................................... 179
Priests, Brothers, Deacons ....................................... 195
Necrology of Diocesan Clergy ................................... 211
Index ..................................................................... 221

Compiled and Edited by
**Barbie Eppler**

Production
**Robert Kobak    Jeffrey LaBroad**

Advertising
**Ron Pitruzzello**

Published by
## Catholic Communications Corporation
65 Elliot Street - P.O. Box 1730, Springfield, MA 01101
Tel: 737-4744

**About the Cover:**
*Symbolically, the steeples of the Catholic Churches, across the Diocese of Springfield, remind us that rooted in the heart of our Christian journey is our inner most longing to ascend into eternal and lasting communion with our God.*

St. Mary of the Assumption Parish, Northampton, St. Joseph Parish, Pittsfield,
Holy Trinity Parish, Greenfield, Holy Family Parish, Springfield, St. Mark Parish, Pittsfield,
Our Lady of Hope Parish, Springfield, St. Mary Parish, Westfield, Holy Name of Jesus Parish, Chicopee,
St. Stanislaus Bishop and Martyr Basilica, Chicopee, St. Michael's Cathedral, Springfield
Cover Design and Description by Jan Peters
Photos by Jan Peters and Ray Girard

*Information as of January 1, 2004*











## Catholic Communications Corporation

www.diospringfield.org/communications

*The* **OPEN WINDOW** *Book & Gift Shop*
OF THE DIOCESE OF SPRINGFIELD
The Open Window
our gift shop

Real to Reel
our news magazine

**Voz Catolica**
Voz Catolica
our Spanish Radio

**Chalice of Salvation**
Chalice of Salvation
our weekly live mass

T H E  C A T H O L I C
**OBSERVER**
The Catholic Observer
our newspaper

www.diospringfield.org
www.iobserve.org
our websites

65 ELLIOT ST., P.O. BOX 1730, SPRINGFIELD, MA 01101-1730
TEL. (413) 7374744 FAX: (413) 7470273
WWW.DIOSPRINGFIELD.ORG

## Diocese of Springfield
### Erected June 14, 1870



**Most Rev. Timothy Anthony McDonnell**
**Bishop**

Born: December 23, 1937
Ordained to priesthood:
June 1, 1963
Ordained Auxiliary Bishop of
New York: December 12, 2001
Appointed as Bishop of
Springfield: March 9, 2004
Installed as Bishop of Springfield:
April 1, 2004



**Most Rev. Thomas L. Dupré**
**Bishop Emeritus**
Born: November 10, 1933
Ordained to priesthood: May 23, 1959
Ordained Auxiliary Bishop of Springfield:
May 31, 1990
Elected Diocesan Administrator:
July 8, 1994
Installed as Bishop of Springfield:
May 8, 1995
Retired: February 10, 2004



**Most Rev. Joseph F. Maguire,**
**Bishop Emeritus**
Born: September 4, 1919
Ordained to priesthood: June 29, 1945
Ordained Auxiliary Bishop of Boston:
February 2, 1972
Appointed Coadjutor Bishop of
Springfield: April 3, 1976
Appointed as Bishop of Springfield:
October 15, 1977
Retired: February 18, 1992

---

# i observe

## Point
## yourself
## in the right
## direction. . .

# point and click

# on iobserve.org

News on the
Catholic church
locally & globally is
just a few clicks away

| NEWS | |
|---|---|
| Regional | |
| National | |
| World | |
| News Briefs | |
| **PERSPECTIVES** | |
| Bishop's Column | |
| Observations | |
| Editorial | |
| **FEATURES** | |
| Calendar | |
| Media Reviews | |
| Spun from the Web | |
| News from the Net | |
| **MEDIA** | |
| Catholic Observer | |
| Real to Reel | |
| Chalice of | |
| Salvation | |

# TELEPHONE LISTING

### DIOCESE OF SPRINGFIELD
65 Elliot St.
Springfield MA 01105

Connecting all departments . . . . . . . . . . . . . . . .732-3175

| | Tel. # | Fax # |
|---|---|---|
| Bishop's Office | .732-7171 | .737-2337 |
| | .452-0803 | |
| Building Consultant's Office | .452-0672 | .785-5449 |
| Catholic Cemeteries | .782-0341 | .782-5450 |
| Catholic Communications Corp | .737-4744 | .747-0273 |
| The Catholic Observer | .452-0656 | .747-0273 |
| Subscriptions | .737-4744 | .747-0273 |
| Chalice of Salvation | .452-0642 | .747-0273 |
| Computer Services/Web sites | .452-0622 | .747-0273 |
| Open Window Book & Gift Shop | .594-5111 | .594-2862 |
| Real to Reel | .452-0844 | .747-0273 |
| Chancellor's Office | .452-0802 | .737-2337 |
| Diocesan Schools Office | .452-0830 | .452-0817 |
| Fiscal Affairs | .452-0696 | .785-5449 |
| Human Resources | .452-0661 | |
| | .452-0683 | |
| Lay Ministry Formation | .452-0658 | .452-0817 |
| Misconduct | .1-800-842-9055 | |
| Office of Worship | .452-0839 | |
| Permanent Diaconate | .452-0674 | .747-0273 |
| Public Affairs & Information | .452-0648 | .747-0273 |
| Propagation of the Faith | .452-0675 | |
| | .452-0678 | |
| Religious Education Office | .452-0807 | .452-0817 |
| Social and Pastoral Concern | .452-0615 | .452-0618 |
| Black Catholic Apostolate | .788-9790 | |
| Catholic Charities | .452-0606 | |
| Pastoral and Counseling Center | .452-0624 | |
| Latino Ministry | .452-0638 | |
| Ministry to the Deaf | .736-0020 | |
| Western MA Funding Resource Center | .452-0697 | .452-0618 |
| Stewardship and Development | | |
| Annual Catholic Appeal | | |
| Future of Hope | .452-0630 | .732-4297 |
| Tribunal | .452-0664 | .747-8482 |
| Vicar for Religious | .452-0609 | |
| Vicar General | .452-0656 | |
| Victim Outreach | .452-0624 | |
| Vocations Office | .452-0816 | .452-0817 |
| Youth Ministry | .452-0822 | .452-0821 |

15



Mercy Medical Center quality

# Top 3%—Leaders in Rehabilitation

Whether you need help from our staff of occupational therapists in returning to work, therapy to help manage continuing pain or require the specialized care of a children's rehabilitation program, Mercy's Weldon Rehabilitation Hospital is here to lead you to the right level of treatment.

Rated in the top 3% of rehabilitation hospitals in the country for our inpatient rehabilitation program for adults, our experienced team includes eight physiatrists—doctors specializing in physical medicine and rehabilitation and more acclaimed rehabilitation therapists and nurses than you find in any other facility in Western Massachusetts.

Call 413-748-6800 to find out how Weldon can help you and your loved ones.

learn more at mercycares.com



Mercy
MEDICAL CENTER
Weldon Rehabilitation Hospital
233 Carew Street, Springfield, MA 01104

*Rated by the Commission for the Accreditation of Rehabilitation Facilities

A member of the Sisters of Providence Health System sponsored by the Sisters of Providence

14

# DIOCESE OF SPRINGFIELD
## Erected June 14, 1870

| | |
|---|---|
| Bishop-Elect of the Diocese of Springfield | 1 |
| Retired Bishops | 2 |
| Diocesan Priests | 166 |
| Religious Priests | 35 |
| Total Priests in Diocese | 200 |
| Total Retired Priests | 42 |
| Total Permanent Deacons | 57 |
| Total Brothers | 9 |
| Total Sisters | 575 |
| Number of Parishes | 123 |
| Missions | 14 |
| Pastoral Centers | 1 |
| Catholic Hospitals | 1 |
| Patients Assisted Annually | 218,314 |
| Health Care Centers | 3 |
| Patients Assisted Annually | 6,800 |
| Homes for the Aged | 11 |
| Total Assisted | 1,300 |
| Residential Care of Children | 1 |
| Total Assisted Annually | 139 |
| Day Care and Extended Day Care Centers | 1 |
| Total Assisted Annually | 125 |
| Specialized Homes | |
| Patients Assisted Annually | 4,900 |
| Special Centers for Social Services | 3 |
| Total Assisted Annually | 62,909 |
| Day Care of Disabled | 1 |
| Total Assisted | 1,200 |
| Diocesan Students in Other Seminaries | 12 |
| Religious Seminaries | 0 |
| Total Seminarians | 8 |
| Colleges and Universities | 1 |
| Total Students | 1,002 |
| Diocesan and Parish High Schools | 4 |
| Total Students | 1,620 |
| Diocesan and Parish Elementary Schools | 23 |
| Total Students | 6,088 |
| Religious High School Students | 8,119 |
| Religious Elementary Students | 20,544 |
| Total Students under Catholic Instruction | 37,381 |
| Sisters Teaching | 29 |
| Lay Teachers | 360 |
| Receptions into the Church | 3,503 |
| First Communions | 3,380 |
| Confirmations | 2,673 |
| Total Marriages | 1,059 |
| Deaths | 4,168 |
| Total Catholic Population | 240,730 |
| Total Population | 790,000 |
| Catholic Population Percentage | 30% |

• Information as it appears in The Official Catholic Directory copyright, 2004, by P.J. Kenedy & Sons.

17

# Diocesan Organizational Chart



# 2004 DIRECTORY OF THE DIOCESE OF SPRINGFIELD

## OFFICERS OF THE DIOCESE

19.

---

# COMMUNITY COUNSELING SERVICE (CCS)

### A LEADER IN CATHOLIC FUND RAISING



## Counsel to the "Future of Hope" Campaign

Community Counselling Service (CCS) is proud to have served as fund-raising counsel to the *Future of Hope* campaign on behalf of the Diocese of Springfield, which raised $44,422,312. CCS, the most widely recommended fund-raising firm to Catholic institutions worldwide, has designed successful campaigns and feasibility/planning studies for more than 55 years. CCS has planned and managed well over 7,000 fund-raising campaigns for arch/dioceses, parishes, secondary schools, colleges and universities, healthcare institutions, and religious communities.

| C C S |
| FUND RAISING |

800.223.6733

www.ccsfundraising.com

### ADDITIONAL CLIENTS

*Archdiocese of New York*
*(Annual Appeal)*

*Diocese of Allentown*

*Diocese of Bridgeport*

*Diocese of Buffalo*

*Diocese of Camden*

*Diocese of Metuchen*

*Diocese of Paterson*

*Diocese of Providence*

*Diocese of Rochester*

*Diocese of Syracuse*

*Diocese of Trenton*
*(Annual Appeal)*

*Diocese of Worcester*

18

NEW YORK • CHICAGO • SAN FRANCISCO • WASHINGTON • BALTIMORE
ATLANTA • BOSTON • FT. LAUDERDALE • DETROIT • SEATTLE • LONDON • DUBLIN

## BISHOP'S OFFICE

**As of April 1, 2004**
**Bishop**
Most Rev. Timothy Anthony McDonnell
76 Elliot St.
P.O. Box 1730
Springfield, 01101
Tel. 452-0803
Fax: 737-2337

**Until April 1, 2004**
**Diocesan Administrator**
Rev. Msgr. Richard S. Sniezyk
76 Elliot St.
P.O. Box 1730
Springfield, 01101
Tel. 452-0656

## VICAR GENERAL
## MODERATOR OF THE CURIA
Vacant

## VICAR GENERAL
Vacant

## CHANCELLORS

**Chancellor**
Rev. Daniel P. Liston, J.C.L.
76 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0800
Fax. 737-2337

**Vice-Chancellor**
Rev. Christopher
Connelly, J.C.L. (Cand.)
76 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0610
Fax. 737-2337

**Vice-Chancellor**
Rev. Robert W. Thrasher, J.C.D.
76 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0800
Fax: 737-2337

**Vice-Chancellor**
Sr. Carol Cifatte, CSJ, J.C.L.
76 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0801
Fax: 737-2337

## ECCLESIASTICAL SECRETARY TO THE BISHOP

Rev. Christopher D. Connelly,
76 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0610
Fax: 452-0611

# * Bell Electrification *
## * Bells *
## * Carillons *
## * Chimes *

For a complete line of Carillons
and affordable updates to
current bell systems,

Call Craig Kreiser or Joe Duffy of

## CHURCH SPECIALTIES, INC.
## Tel: 1-800-745-0752

Email: craig@churchspecialtiesinc.com
www.churchspecialtiesinc.com

Additional Products
Steeples, Cupolas,
Crosses, Candles & More

## EPISCOPAL VICARS

**Berkshire Vicariate**
Rev. John J. Varley
St. Teresa Rectory
290 South St.
Pittsfield, 01201-6856
Tel. 442-2202

**Franklin Hampshire Vicariate**
Rev. Ronald G. Yargeau
Holy Trinity Rectory
135 Main St.
Greenfield, 01301
Tel. 774-2884

**Greater Holyoke, Hampden Central and Hampden West Vicariate**
Rev. Daniel R. Foley
St. Jerome Rectory
169 Hampden St.
Holyoke, 01040
Tel. 532-6381

**Hampden East Vicariate**
Rev. Vernon P. Decoteau
St. Francis of Assisi Rectory
10 Park St., P.O. Box 612
Belchertown, 01007-0612
Tel. 323-6272

## DEANS

**Greater Springfield I Deanery**
Rev. Joseph M. Soranno
St. Cecilia Rectory
7 Maple St.
Wilbraham, 01095
Tel. 596-4232

**Greater Springfield II Deanery**
Rev. George A. Farland
Sacred Heart Rectory
395 Chestnut St.
Springfield, 01104-3487
Tel. 732-3721

**Hampden East Deanery**
Rev. Jeddie Brooks
St. Patrick Parish
22 Green St.
P.O. Box 473
Monson, 01057
Tel. 267-3622

**Vicar for Canonical Affairs**
Rev. Daniel P. Liston, J.C.L.
76 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel 452-0800 / 452-0802

**Co-Vicars for the Clergy**
Rev. George Farland
Sacred Heart Rectory
395 Chestnut St.
Springfield, 01104-3487
Tel. 732-3721

Rev. David Joyce
Our Lady of Hope Rectory
577 Carew St.
Springfield, 01104-2391
Tel. 739-7369

**Vicar for Religious**
Sr. Judith O'Connell, SSJ
65 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0609

**Hampden Central Deanery**
Rev. Gerard A. Lafleur
Assumption of the Blessed Virgin Mary Rectory
104 Springfield St.
Chicopee, 01013-2695
Tel. 592-1597

**Hampden West Deanery**
Rev. Hugh F. Crean
Blessed Sacrament Rectory
6 Union St.
Westfield, 01085
Tel. 562-3450

**Greater Holyoke Deanery**
Rev. Roland J. Giltpeau
Holy Cross Rectory
23 Sycamore St.
Holyoke, 01040
Tel. 532-5661

**Hampshire Deanery**
Rev. Robert J. Coonan
St. Joseph Rectory
11 School St.
P.O. Box 34
Hatfield, 01038-0034
Tel. 247-9079

**Franklin Deanery**
Rev. Timothy J. Campoli
Blessed Sacrament Rectory
182 High St.
Greenfield, 01301-2690
Tel. 773-3311

**Northern Berkshire Deanery**
Rev. Daniel J. Boyle
Notre Dame/St. Thomas Rectory
P.O. Box 231
Adams, 01220-0231
Tel. 743-0577

**Southern Berkshire Deanery**
Rev. Michael Shershanovich
St. Joseph Rectory
414 North St.
Pittsfield, 01201-4674
Tel. 445-5789

## DIOCESAN CONSULTORS

Rev. Gerard A. Lafleur
Chicopee

Rev. Msgr. Leo A. Leclerc
Chicopee

Rev. Daniel P. Liston
Springfield

Rev. Msgr. Richard S. Sniezyk
Springfield

Rev. Hugh F. Crean
Westfield

Rev. George A. Farland
Springfield

Rev. Daniel R. Foley
Holyoke

Rev. Msgr. John F. Harrington
Springfield

Rev. David J. Joyce
Springfield

## PRESBYTERIAL COUNCIL

Rev. Msgr. Leo A. Leclerc
Chicopee

Rev. Daniel P. Liston, Chancellor
Northampton

Rev. Christopher Malatesta
Dalton

Rev. Francis J. Manning
Springfield

Rev. Brian F. McGrath
Westfield

Rev. Daniel S. Pacholec
Chicopee

Rev. James J. Scahill
East Longmeadow

Rev. Thomas M. Shea
South Hadley

Rev. Michael Zielke, OFM, Conv.
Chicopee

Rev. Msgr. Richard S. Sniezyk
Springfield

Rev. Christopher D. Connelly
Springfield

Rev. John Connors
Springfield

Rev. Hugh F. Crean
Westfield

Rev. Vernon P. Decoteau
Belchertown

Rev. George A. Farland
Springfield

Rev. Daniel R. Foley
Holyoke

Rev. Msgr. John F. Harrington
Holyoke

Rev. Gerard A. Lafleur
Chicopee

23

## DIOCESAN FINANCE COUNCIL MEMBERS

Executive Secretary
John H. Shuman
291 Fairview Ave.
Chicopee, 01013
Tel. 452-0684

John J. Egan, Esq.
Egan, Flanagan and Cohen, P.C.
P.O. Box 9035
Springfield, 01102-9035
Tel. 737-0260

John F. Gabranski, CPA
116 Nash Hill Rd.
Haydenville, 01039

William F. LaBroad, Jr. CPA
Controller
15 Coleman Rd.
Groveland, 01834
Tel. 452-0687

John T. Moriarty, Esq., CPA
117 Green Meadow Dr.
Longmeadow, 01106
Tel. 781-3800

John M. Ryan, CPA
162 Blueberry Hill Rd.
Longmeadow, 01106
Tel. 781-7200

Rev. Msgr. Richard S. Sniezyk
Pastoral Center
65 Elliot St. P.O. Box 1730
Springfield, 0101-1730
Tel. 452-0656

## INVESTMENT ADVISORY COMMITTEE

Richard G. Dooley
139 The Laurels
Enfield, CT 06082

John J. Egan, Esq.
Egan, Flanagan and Cohen, P.C.
P.O. Box 9035
Springfield, 01102-9035

William V. Guerin
39 West Colonial Rd.
Wilbraham, 01095

William F. LaBroad, Jr.
Controller
15 Coleman Rd.
Groveland, 01834
Tel. 452-0687

Rev. John P. McDonagh
Newman Center
472 North Pleasant St.
Amherst, 01002-1739

Clifford Noreen
Vice President
Investment Management
Massachusetts Mutual Life Insurance Co.
1295 State St.
Springfield, 01111

John M. Ryan
162 Blueberry Hill Rd.
Longmeadow, 01106

Rev. Msgr. Richard S. Sniezyk
Pastoral Center
65 Elliot St. P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0656

John H. Shuman
291 Fairview Ave.
Chicopee, 01013
Tel. 452-0684

---

## DIOCESAN TRIBUNAL

**JUDICIAL VICAR**
Very Rev. John L. Sullivan, J.C.L.

**ADJUTANT JUDICIAL VICAR**
Rev. John J. Bonzagni M. Ed. J.C.L.

**DIRECTOR**
Carol St. Martin

### JUDGES

Sr. Carol Cifatte, CSJ, J.C.L.
Rev. Daniel R. Foley, J.C.D.
Msgr. John F. Harrington, P.A., J.C.L.
Rev. Daniel P. Liston, J.C.L.

Rev. John J. Shea, J.C.D.
Carol St. Martin
Rev. Robert W. Thrasher, J.C.D.

**PROMOTER OF JUSTICE**
Msgr. John F. Harrington, P.A., J.C.L.

**PSYCHOTHERAPEUTIC COUNSELOR**
Rev. Donald R. Laponte, Lic. S.W.

**DEFENDER OF THE BOND**
Sr. Claire Laponte, SASV, J.C.L.

**PSYCHOLOGICAL CONSULTANTS**
David Armstrong, Lic. S.W.
Martin Markey, Ph.D.
Robert Saisi, Ph.D., Ed.D.

**INSTRUCTORS**
Rev. John J. Bonzagni, M. Ed., J.C.L.
Rev. Jeddie P. Brooks
Rev. Daniel B. Brunton
Rev. Juan F. Garcia
Rev. Ronald E. Wamsher

**TRIBUNAL NOTARIES**
Margaret Collins
Carol St. Martin
Ellen Rivers

## CABINET

**Moderator of the Curia**
Vacant

### SECRETARIATES

**Financial Affairs**
John H. Shuman

**Public Affairs/Information**
Mark E. Dupont

**Clergy Affairs**
Rev. Msgr. Richard S. Sniezyk

**Vicar General**
Rev. Msgr. Leo A. Leclerc

**Health and Human Services**
Laura Failla Reilly

**Education and Justice**
Sr. Bette Gould, SSJ

**Canonical Affairs**
Rev. Daniel P. Liston

**Communications**
Michael Graziano

**Vicar for Religious**
Sr. Judith O'Connell, SSJ

25

24



# 2004 DIRECTORY OF THE DIOCESE OF SPRINGFIELD

## BOARDS AND COMMISSIONS

27

# Waldorf Special Risk, LLC

Insurance Professionals

Providing Insurance Programs for

**Dioceses, Religious Communities & Non-Profits Since 1928**

**Contact us at:**

1-800-275-9726

P.O. Box 590 ~ Huntington, NY 11743

E-mail: bill@cvwaldorf.com

## BUILDING COMMISSION

Rev. Adrian J. Benoit, Chairman
Granby

Rev. John Brennan
Westfield

Alfred Casella
Agawam

Raymond Casella
Agawam

Rev. Homer P. Gosselin
Ludlow

Rev. Gerald Lafleur
Chicopee

Rev. Francis Manning
Springfield

Rev. Daniel Pacholec
Chicopee

Rev. Robert H. Riel
Chicopee

Peter J. Thomas
Springfield

**Consultants**
Jeanne DesRosiers
Joseph Kostek
John Shuman

## CATHOLIC CAMPAIGN
## FOR HUMAN DEVELOPMENT

Jan Denney, director
Springfield

Katherine Buckley-Brawner, Coordinator
Springfield

Michael Denney
Springfield

John Dunn
Northampton

Jason Garand
South Hadley

Carole Harms
Chicopee

Eileen Hurley
Westfield

Nora LaFond Padykula
Westfield

Melinda Pellerin-Duck
Springfield

Rev. Mr. Raphael Velazquez
Springfield

## CATHOLIC CHARITIES ADVISORY BOARD

Rev. James Aherne, MS
Holyoke

Doreen Fadus
Springfield

Jim Greenleaf
Greenfield

Sr. Cindy Matthews, OSF
Springfield

Joe Nicholson
Springfield

Jen Sordi
Chicopee

Pat Triggs
Springfield

29

---



From insightful profiles on inner city life, to engaging segments on rural existence throughout New England, Real to Reel informs and entertains at the same time. Drawing upon the talents of a seasoned team of professional reporters and journalists, Real to Reel explores the topics and trends that make us who we are and shows us where we are going. From the cutting edge to the down home, Real to Reel is about you, your neighbors, your careers, your lifestyle, your dreams... all carefully drawn together in a fast-paced half hour of original programming.

... the CATHOLIC COMMUNICATIONS CORPORATION FAMILY

28

## CATHOLIC CEMETERIES ADVISORY BOARD

Rev. Stanley J. Askanit
Turners Falls

Joseph M. Kostek
Springfield

H. James Law
Longmeadow

Sr. Joan Ryzewicz, SSJ
Holyoke

Rev. Ronald F. Sadlowski
Feeding Hills

Rev. Michael Shershanovich
Pittsfield

John H. Shuman
Springfield

Rev. Msgr. Richard S. Sniezyk
Springfield

Eileen Z. Sorrentino
Springfield

## CATHOLIC SCHOOL BOARD

Rev. Msgr. Richard S. Sniezyk
Springfield

Sr. Bette Gould, SSJ, superintendent
Springfield

Carrie Buckner
Holyoke

William A. Collins
Springfield

Philip M. Daignault, chair
Ware

Michele D'Amour
Somers, CT

Sr. Mary Lou Gillon, SSJ
Holyoke

Patricia Grenier
East Longmeadow

Sr. Maureen Griffin, SSJ
West Springfield

Polly, Logan
Longmeadow

Vincent P. Marinaro
Pittsfield

Joseph F. Martin, vice-chair
Springfield

Rev. Brian McGrath
Westfield

Timothy J. Murphy
Westfield

Rev. William A. Tourigny
Springfield

## CLERGY COMMISSION

Rev. George A. Farland, co-chairman
Springfield

Rev. David J. Joyce, co-chairman
Springfield

Rev. Hugh Crean
Westfield

Rev. Gary Daily
Lee

Rev. Msgr. Leo A. Leclerc
Chicopee

Rev. Daniel P. Liston
Northampton

Rev. Christopher Malatesta
Dalton

Rev. Howard McCormick
Springfield

Rev. Brian McGrath
Westfield

Rev. Daniel Pacholec
Chicopee

Rev. Thomas M. Shea
South Hadley

Rev. Msgr. Richard S. Sniezyk
Springfield

Rev. Ronald G. Yargeau
Greenfield

## DIACONATE FORMATION AND MINISTRY BOARD

Rev. Mr. Pasqual Baldasaro
Pittsfield

Jackie Bergeron
Chicopee

Charles Conaghan
Pittsfield

Rev. Mr. Leo Coughlin, assistant director
Hampden

Rev. Mr George Keator
Lenox

Rev. Daniel Liston
Northampton

Rev. Timothy Murphy, director
Hampden

Sr. Mary Quinn, SSJ
Springfield

Rev. Mr. Richard Talbot
Amherst

Rev. Mr. William Toller
Springfield

Carol Tourangeau
Springfield

Rev. Mr. Raphael Velazquez
Springfield

## FOUNDATION OF THE ROMAN CATHOLIC DIOCESE OF SPRINGFIELD

### Advisory Board

Thomas Finnegan, chairman
Wilbraham

Channing Bete
Springfield

Carrie Buckner
Holyoke

Richard Butler
Wilbraham

Sr. Mary Caritas, S.P.
Holyoke

Paul Clark
Pittsfield

Stephen Davis
East Longmeadow

A. Stedman Dowd
Longmeadow

John J. Egan
Springfield

Gregory Farmer
Springfield

John Grabanski
Haydenville

Diane Lacosse
Ludlow

William LaBroad
Springfield

Rev. Msgr. Leo Leclerc
Chicopee

Rev. Donald Lapointe
Haydenville

Luis Nevarez
Springfield

John H. Shuman
Springfield

Rev. Msgr. Richard Sniezyk
Springfield

Virginia Webb
Springfield

## LAY MINISTRY FORMATION

Rev. William Cyr
Diocesan director

Rev. Mr. Walter B. Williams, Jr.
Director

Janice Kissel
Administrative Assistant

Eileen Barone
Holyoke

Donald Boucher
Springfield

Rosemary Boucher
Ludlow

Kathryn Buckley-Brawner
Granby

Sylvia Cabrera
Springfield

Roger Carrier
Southwick

Charles Conaghan
Pittsfield

Gary Doane
Palmer

Martin Pion, Ph.D.
Chicopee

John Shuman
Springfield

Virginia Webb
Springfield

Michele Witowski
Ludlow

33

## DIOCESAN RCIA STEERING COMMITTEE

Lori Bedard
Assumption of the Blessed Virgin Mary
104 Springfield St., Chicopee. 01013-2695
Tel. 592-9344

Marie-Anne Buffam
St. Mary Parish
30 Bartlett St., Westfield. 01085-3006
Tel. 562-5477

Rev. Mr. Thomas Callahan
633 Newton St., South Hadley, 01075
Tel. 536-2185

Sr. Carol Datz, SSND
Office of Religious Education
625 Carew St., Springfield. 01104
Tel. 452-0813

Rev. William Hamilton
Office of Worship
P.O. Box 1730, Springfield. 01101-1730
Tel. 452-0839

Sr. Marcella Meluch, OSF
St. Peter and St. Casimir
32 State St., Westfield. 01085
Tel. 568-6261

Dennis Roux
NACC
12 Union St.
North Adams, 01247
Tel. 664-6173

William Toller
19 Wheeler Ave.,
Springfield. 01118
Tel. 782-4612

## FOUNDATION OF THE ROMAN CATHOLIC DIOCESE OF SPRINGFIELD

### Board of Trustees

Donald D'Amour
Springfield

John J. Egan
Springfield

Rev. Msgr. Leo Leclerc
Chicopee

John H. Shuman
Springfield

Rev. Msgr. Richard Sniezyk
Springfield

32