# OFFICE OF STEWARDSHIP AND DEVELOPMENT
## Allocation Board

Truman Cahill
East Longmeadow

Marion Flynn
Pittsfield

Rev. J. Victor Carrier
Chicopee

Paul Kingston
Springfield

William A. Collins
Springfield

Carmen Massinaro
Pittsfield

Jan Denney
Co-coordinator of Allocations
Springfield

Laura Failla Reilly
Co-coordinator of Allocations
Springfield

Mark Dupont
Holyoke

Rev. Michael W. T. Twardzik
North Adams

Thomas Finnegan
Wilbraham

# PASTORAL MINISTRY ADVISORY BOARD

Jan Denney
Springfield

Marguerite Noga
Turners Falls

Sr. Doris Guillet PM
Chicopee

Sr. Paula Robillard, SSJ
Springfield

Rev. Paul Manship
Springfield

Rev. Mr. Rodney Szymczyk
Longmeadow

# PARISH RELIGIOUS EDUCATORS
## P.R.E. Executive Board

Maureen Callahan, co-chair
Holy Cross Parish, Holyoke

Lisa Stankiewicz, secretary
St. Agnes Parish, Dalton

Patty Monroe, co-chair
St. Mary's Parish, Longmeadow

Sherry Armstrong
Holy Name Parish, Springfield

Kathryn Buckley-Brawner, publicity chair
Immaculate Heart of Mary Parish, Granby

Jan DiPietro
Holy Family Parish, Springfield

Deacon Joseph Badame, treasurer
Holy Family Parish, Holyoke

# REVIEW BOARD MEMBERSHIP
(Formerly "Misconduct Commission")

Richard Brown, Chairperson

Edward J. Peck, Jr.

Thomas Duane

Virginia Reiter

Teresa Harris

Elaine Tourelotte

Lois Lynch

35

# LITURGICAL COMMISSION

Rev. William J. Hamilton, chairman
Director of Liturgy
P.O. Box 1730
Springfield, 01101-1730
Tel. 746-8139
Fax: 746-8139
E-mail: worship@diospringfield.org

Ladislaw Pfeifer
Director of Music
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0839
Fax: 746-8139

Christine Sylvain
Program Coordinator, Office of Worship
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0839
Fax: 746-8139
E-mail: worship@diospringfield.org

Sandra Beeler
34 Bonner St.
Chicopee, 01013
Tel. 532-8501 (home)

Rev. Geoffrey J. Deeker, CSS
Our Lady of Mt. Carmel
359 Fenn St.
Pittsfield, 01201
Tel. 442-4458
Fax: 496-9607

Michael Fazio
24 Denlar Dr.
Chester, Ct. 06412
Tel. (860) 526-5844 (home)
Tel. 733-5823 (work)
E-mail: mbfazio@aol.com

Edith Gilbertson
676 Roosevelt Ave.
Springfield, 01118
Tel. 732-2067
E-mail: elec6762AOL.COM

D. Thomas Rooney
P.O. Box 673
Wilbraham, 01095
Tel. 733-3457
Fax: 733-9680

Br. Terrence Scanlon, CP
Chalice of Salvation
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0642
E-mail: bt.scanlon@diospringfield.org

# OFFICE OF SOCIAL CONCERN ADVISORY BOARD

Kathryn Buckley-Brawner
Granby

Doreen Fadus
Springfield

Jim Greenleaf
Gill

Sr. Cindy Matthews, OSF
Springfield

Joe Nicholson
Springfield

Rev. James Aherne
Holyoke

Jen Sordie
Springfield

Pat Triggs
Springfield

34

# 2004 DIRECTORY OF THE DIOCESE OF SPRINGFIELD

# SERVICES AND GROUPS

*IN THIS SECTION:*

- REFERENCE GUIDE FOR SERVICES AND GROUPS
- DIOCESAN SERVICES
- AFFILIATED SERVICES

37

## VOCATION ADVISORY BOARD

Rev. Daniel Pacholec,
vocation director
260 Surrey Rd
Springfield, 01118
Tel. 782-4940

Rev. Msgr. Richard Sniezyk, V. G.
Pastoral Center
65 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0656

### Vocation Awareness Team

Rev. Norman Bolton
Blessed Sacrament Rectory
1945 Northampton St.
Holyoke, 01040

Rev. Brian F. McGrath
St. Mary's Rectory
19 Congress St.
Orange, 01364

Rev. Christopher D. Connelly
Sacred Heart Rectory
395 Chestnut St.
Springfield, 01104

Rev. David Raymond
St. Mary's Rectory
159 Church St.
Cheshire, 01225

Rev. Gary Dailey
St. Mary's Rectory
40 Academy St.
Lee, 01238

Rev. John A. Roach
St. Joseph Rectory
34 Monroe Ave.
Shelburne Falls, 01370-1405

Rev. David M. Darcy
St. Mary's Rectory
40 Academy St.
Lee, 01238

Rev. John Salatino
St. Mary Rectory
30 Bartlett St.
Westfield, 01085

Rev. Christopher Malatesta
Notre Dame Rectory
35 Pleasant St.
Easthampton, 01027

Rev. Thomas Schmitt
Blessed John XXIII National Seminary
558 South St.
Weston, 02493

Rev. Paul E. Manship
All Souls Rectory
445 Plainfield St
Springfield, 01107

Rev. Michael W. T. Twardzik
St. Francis Rectory
12 Union St.
North Adams, 01247-3593

Rev. John McDonagh
Newman Center
472 North Pleasant St.
Amherst, 01002

Rev. Douglas McGonagle
St. Thomas Rectory
47 Pine St.
West Springfield, 01089

36

# 2004 DIRECTORY OF THE DIOCESE OF SPRINGFIELD

# REFERENCE GUIDE FOR SERVICES AND GROUPS

## DIOCESE OF SPRINGFIELD
## OFFICE OF SOCIAL AND PASTORAL CONCERN

*Meeting needs, identifying strengths, addressing oppression, and overcoming barriers to build a just and compassionate society:*

BLACK CATHOLIC APOSTOLATE • CAMPAIGN FOR HUMAN DEVELOPMENT
CATHOLIC CHARITIES • CATHOLIC RELIEF SERVICES
COUNSELING & PREVENTION SERVICES • FAMILY LIFE MINISTRY
FERTILITY CARE SERVICES • HIV/AIDS OUTREACH MINISTRY • IMMIGRATION SERVICES
LATINO MINISTRY • MINISTRY TO THE BEREAVED • MINISTRY TO THE DEAF
PARISH SOCIAL MINISTRY • PASTORAL MINISTRY
WESTERN MASSACHUSETTS FUNDING RESOURCE CENTER

**Call (413) 452-0615**

## ADVOCACY FOR CHILD ABUSE PREVENTION

Our Counseling and Prevention Services Office is committed to educating clergy, staff and volunteers, as well as students and parents, about preventing child sexual abuse. We also provide advocacy for victims of church abuse.

**Call (413) 452-0621**

# Diocesan Services

African Ministry .................................................. 53
Archives and Research ........................................ 53
Berkshire Counseling Services ............................ 53
Black Catholic Apostolate ................................... 53
Catholic Campaign For Human Development ...... 53
Catholic Charities Services ................................. 53
Catholic Communications Corportion ................. 54
Catholic Latino Ministry ..................................... 54
Catholic Observer, The ....................................... 54
Catholic Relief Services ...................................... 53
Chalice of Salvation ............................................ 55
Child Abuse Prevention Services ........................ 55
Clergy Monitor .................................................... 55
Computer Services .............................................. 55
Counseling Services ............................................ 55
Daily Mass, The .................................................. 55
Diocesan and Parish Cemeteries ........................ 55
Diocesan Building Consultant ............................ 55
Diocesan Directory ............................................. 56
Diocesan Master of Ceremonies ........................ 56
Diocesan Misconduct Commission ..................... 56
Diocesan Real Estate .......................................... 56
Diaconate Program ............................................. 56
Ecumenism and Interreligious Affairs ................ 56
Emergency Assistance ........................................ 56
Family Life Ministry ........................................... 53
Fertility Care Services ......................................... 56
Fiscal Affairs ...................................................... 56
Foundation of the Roman Catholic Diocese of Springfield
HIV/AIDS Ministry ............................................. 57
Holy Childhood Association ................................ 57
Human Resources ............................................... 57
Immigration Support Services ............................ 53
Lay Ministry, Formation ..................................... 57
Ministry to Priests .............................................. 57
Ministry to the Bereaved ................................... 57
Ministry to the Divorced and Separated ............ 57
Ministry to the Sick and Elderly ........................ 57
Ministry with the Deaf ....................................... 57
National Religious Retirement Fund ................... 57
Office of Public Affairs ....................................... 57
Office of Social and Pastoral Concerns .............. 58
Office of Stewardship and Development ............ 58
Office of Worship ............................................... 58
Open Window Book and Gift Shop ..................... 58
Parish Social Ministry ........................................ 53
Pastoral and Counseling Center ........................ 58
Priests Retirement Program ............................... 58
Pro-Life Commission .......................................... 58
Real to Reel ........................................................ 58
Retired Priests Services ...................................... 58
Society for the Propagation of the Faith, The ..... 55
Southeast Asian Apostolate ............................... 55

(continued on page 5)

• CUSTOM CHURCH FURNISHINGS •

• FOR OVER 35 YEARS •

• DOORS & WINDOWS
• PEWS & ACCESSORIES
• STACKING CHAPEL CHAIRS
• PRIE DIEUX
• CHAIRS
• CANDLESTICKS
• SHRINES
• REPRODUCTIONS
• REPAIRS & REFURBISHING

• ALTARS
• VESTMENT CASES
• BAPTISMAL FONTS
• PULPITS
• LECTERNS
• KNEELER PADS
• TABERNACLES
• CROSSES
• UPHOLSTERY

LLOYD'S WOODWORKING, INC.
86 RIVER STREET
HUDSON, MASSACHUSETTS 01749

TEL. 978-562-9907
FAX 978-562-9021

(continued from page 43)

## Diocesan Services

Victim Outreach Coordinator .................................................. 55
Victim Support Sept. 11 ........................................................ 55
Vocations Office .................................................................... 55
Western Massachusetts Funding Resource Center ...................... 55
www.diospringfield.org ......................................................... 55
www.iobserve.org ................................................................. 55
www.realtv.org ..................................................................... 55
Youth Ministry ..................................................................... 55

# Family and Social Services

## Day Care

Mont Marie Child Care Center, Inc. ......................................... 69
Mercy Adult Day Health of Westfield ....................................... 68

## Family

Adoption Resource Center at Brightside for Families and Children ... 63
Brightside for Families and Children ......................................... 63
Bureau for Exceptional Children and Adults at Jericho ................. 63
Casa Maria Pastoral Center of the Hispanic Catholic Community ... 63
Catholic Youth Center .......................................................... 64
The Christian Center of Pittsfield ............................................ 64
Church Outreach to Youth, Inc. ............................................... 64
Community Health Program .................................................... 65
Faith and Light Movement ...................................................... 66
Family Life Center for Maternity ............................................. 66
Gray House, Inc. ................................................................... 66
Holy Cross Campgrounds, Goshen .......................................... 67
Liferight of North Adams, Inc ................................................. 67
Mercy Women's Health Center ............................................... 69
Open Pantry Community Services, Inc. ..................................... 71
Scouting ............................................................................. 73

## Persons with Disabilities

Apostolate for the Suffering ................................................... 63
Bureau for Exceptional Children and Adults at Jericho ................. 63
Faith and Light Movement ...................................................... 66
Monson Development Center ................................................... 77

## Retirement Communities

Providence Place at Ingleside ................................................. 72
St. Michael's Residence ......................................................... 74

## Marriage

Family Life Ministry .............................................................. 56
Counseling Services .............................................................. 55
Ministry to the Divorced and Separated .................................... 57



# Helping You Help Your Community

At Catholic Home Loan, not only do we put the interest of our customers first, we contribute to the Catholic community as well. Once we've developed and secured the right plan for each of our customers, we allow them to select a Catholic organization or charity that they would like us to make a contribution to. Whether it be their regional diocese or the local Catholic school their children attend, we add their charity to our contribution list and donate a portion of our net profits to these organizations.

Talk to Catholic Home Loan today. We'll give you honest answers to your financial questions and help you help your area Catholic community.

At Catholic Home Loan, 15% of our net profits are returned to Catholic charities chosen by our customers.



**CATHOLIC**
HOME LOAN    Our business is helping you make sound financial decisions.

Purchase • Refinance • Cash Out • Consolidate Your Bills

## Lowest Rates. Guaranteed.
### 800-270-8565

or log on and qualify today at www.catholichomeloan.com

## Youth

Adoption Resource Center at Brightside for Families and Children .......... 63
Brightside for Families and Children .......... 63
Bureau for Exceptional Children and Adults at Jericho .......... 63
Catholic Youth Center .......... 64
The Christian Center of Pittsfield .......... 64
Church Outreach to Youth, Inc. .......... 64
Faith and Light Movement .......... 66
Holy Cross Campgrounds, Goshen .......... 67
Lifereight of North Adams, Inc. .......... 67
Montague Catholic Social Ministry .......... 69
Mont Marie Child Care Center, Inc. .......... 69
New Spirit Youth Ministry .......... 70
Scouting .......... 73
Sisters of Providence Health System .......... 73

## Social Services

Adoption Resource center at Brightside for Families and Children .......... 63
Birthright of Pioneer Valley .......... 63
Brightside for Families and Children .......... 63
Bureau for Exceptional Children and Adults at Jericho .......... 63
Casa Maria Pastoral Center of the Hispanic Catholic Community .......... 63
The Christian Center of Pittsfield .......... 64
Community Health Program .......... 64
Gray House, Inc. .......... 65
Hispanic Ministry of Amherst .......... 66
Massachusetts Catholic Conference .......... 67
Mercy Adult Day Health of Westfield .......... 68
Mercy Care Center of Springfield .......... 68
Mercy Senior Care Network .......... 68
Mercy Home Care .......... 68
Mercy Women's Health Center .......... 69
Montague Catholic Social Ministry .......... 69
Open Pantry Community Services, Inc. .......... 69
Providence Care Center of Lenox .......... 71
Providence Ministries for the Needy, Inc. .......... 72
.......... 72

# PRIESTS, DEACONS & RELIGIOUS TRAVEL FREE *

Here's your chance to make the scripture come alive! By recruiting only 10 passengers, you can travel for FREE!

Come visit the places where Jesus was born, lived, preached, died and rose again.

Follow our Holy Father's wishes and travel to the Holyland, Bethlehem, Nazareth, Jerusalem.

**Other pilgrimages to:**

↝ **Israel, The Holy Land**

↝ **Assisi, Florence, Rome**

↝ **Fatima, Lourdes, Spain, Santiago**

↝ **Our Lady of Guadalupe**

**Prices starting at $998.00**

For more information please write, call or email us at



## REGINA TOURS

494 8th Avenue New York, NY 10001

Toll Free: 800-CATHOLIC

for CUSTOM GROUPS call toll free: 800-HOLYCROS

Email: regina@ist-tours.com

**Visit our website: www.reginatour.com**

# Health Care Services

## Catholic Health Systems

Sisters of Providence Health System .................................................. 73

## Catholic Hospitals

Mercy Medical Center ...................................................................... 69
Providence Behavioral Health Hospital ............................................ 72
Weldon Rehabilitation Hospital ...................................................... 74

## Long Term Care Facilities

Beaven Kelly Home ......................................................................... 63
Farren Care Center ......................................................................... 66
Munson Developmental Center ...................................................... 77
Mont Marie Health Care Center ..................................................... 70
Mount Saint Vincent Nursing Home ............................................... 70
Saint Luke's Home ......................................................................... 72

## Health Care

Apostolate for the Suffering ........................................................... 63
Beaven Kelly Home ......................................................................... 63
Birthright of Pioneer Valley ............................................................ 63
Brightside for Families and Children ............................................... 63
Center for Mammography ............................................................... 64
Community Health Program ........................................................... 65
Diagnostic Testing Center .............................................................. 65
Family Life Center for Maternity .................................................... 66
Farren Care Center ......................................................................... 66
Joslin Diabetes Center Affiliate at Mercy Medical Center .............. 66
Life Laboratories ........................................................................... 67
Lifleright of North Adams, Inc. ...................................................... 67
Mercy Adult Day Health of Westfield ............................................. 68
Mercy Care Center of Springfield ................................................... 68
Mercy Senior Care Network ........................................................... 68
Mercy Home Care .......................................................................... 69
Mercy Medical Center .................................................................... 69
Mercy Women's Health Center ...................................................... 69
Monson Developmental Center ...................................................... 69
Montague Catholic Social Ministry ................................................ 69
Mont Marie Health Care Center ..................................................... 70
Mount Saint Vincent Nursing Home ............................................... 70
Providence Care Center of Lenox ................................................... 72
Saint Luke's Home ......................................................................... 72
Sisters of Providence Health System .............................................. 73
Sr. Caritas Cancer Center .............................................................. 73
Weldon Rehabilitation Hospital ...................................................... 74
Berkshire Medical Center ............................................................... 74
Monson Development Center .......................................................... 77
Veterans Administration Medical Center ........................................ 77
Western Mass Hospital ................................................................... 77

47

---

# T.J. CONWAY CO.

- Plumbing
- Heating
- Air Conditioning Contractor

**26 Progress Avenue**
**Springfield, MA**
**Tel. 732-5131**



# PROVIDENCE PLACE

Providence Place is a rental retirement community for active, independent seniors. We offer lovely apartments in a serene location, excellent wellness, cultural and social programs, and a magnificent chapel with daily Mass. Providence Place is sponsored by the Sisters of Providence.

**Five Gamelin Street in Holyoke**
**413 534-9700**



www.providenceplace.org

46

# Christian Life and Retreat Centers — Shrines

Center for Spiritual Direction ............................................. 64
Cursillo Movement, Diocese of Springfield ........................ 65
Genesis Spiritual Life Center ............................................ 64
National Shrine of the Divine Mercy ................................. 76
New Spirit Youth Ministry ................................................ 76

# Chaplains

## Chaplains at Public Hospital and Health Care Facilities

Berkshire Medical Center ................................................... 77
Bureau for Exceptional Children and Adults at Jericho ...... 63
Monson Developmental Center .......................................... 77
Soldiers' Home ................................................................. 77
Springfield Catholic Healthcare Chaplains ......................... 77
Veterans Administration Medical Center ............................ 77
Western Mass Hospital ...................................................... 77

## Chaplains at Correctional Facilities

Berkshire County House of Corrections .............................. 78
Franklin County House of Corrections ................................ 78
Hampden County Jail and House of Corrections ................. 78
Hampshire County Jail and House of Corrections ............... 78

## Military Chaplain

Barnes Air Force Base ....................................................... 78

# Catholic Organizations within the diocese

Catholic Charismatic Renewal of the Diocese of Springfield .... 64
Catholic Nurses Council ..................................................... 64
Catholic Woman's Club of Springfield ................................ 64
Diocesan Union of the Holy Name Society .......................... 65
The Equestrian Order of the Holy Sepulchre of Jerusalem .... 65
Knights and Ladies of St. Peter Claver ................................ 67
Nocturnal Adoration Society .............................................. 67
Pax Christi — USA ............................................................ 70
The Sovereign Military Hospitaller ..................................... 72
Order of St. John of Jerusalem of Rhodes and of Malta ....... 73

# Other Services

Legion of Mary ................................................................. 67
Massachusetts Catholic Conference .................................... 68
Mont Marie Conference Center .......................................... 70
Movie Reviews ................................................................. 70
Nation – Wide Mass Times ............................................... 70



# H.L.DEMPSEY CO

## ...just dependable

Canon
AUTHORIZED DEALER
imageRUNNER™
3300i

### DIGITAL IMAGING SOLUTIONS
### DOCUMENT MANAGEMENT
### OFFICE COMMUNICATIONS

**103 Baldwin St.,**
**West Springfield, MA 01089**

Phone: 413-736-8742 • 800-637-3757
Fax: 413-736-0921

On the Web at: www.hldempsey.com

The 33 page-per-minute imageRUNNER 3300i prints, copies, scans and sends information, making seamless workgroup collaboration a reality. Featuring Canon's Universal Send technology, the imageRUNNER 3300i can be best described as a centralized communications device built on the strong foundation of Canon's imagePlatform architecture.

# Protect The Family Tree

### Over One Hundred Years Ago ....

In Boston, a few devoted Catholic families planted the seed of a new idea, a fraternal insurance society for mutual protection and social benefit. Since then, with the help of God, the seed grew and became a tree and the tree grew and became the forest. To demonstrate the need to protect and preserve the Family Tree in those days of many privations, the founders called the Society the Catholic Association of Foresters. To protect the Family Tree is still the Society's central purpose.

Life insurance protection is one way the Society fulfills the needs of its members. Equally important are the social spiritual educational and charitable activities participated in by members and their families.

How about you and your family? We will be glad to re-ceive your call and to furnish you with all the details of membership and insurance.

Please write or call our Home Office at the address below.



*Protecting Catholic families since 1879*

E-mail:
mail@catholicforesters.com

## CATHOLIC ASSOCIATION OF FORESTERS
347 Commonwealth Avenue, Boston, MA 02115
1-800 282-CAOF

# 2004 DIRECTORY OF
# THE DIOCESE OF SPRINGFIELD

# DIOCESAN SERVICES



51

# Is your hearing out of focus?

## Improve your life with better hearing.

An estimated 28 million people suffer from hearing loss naturally. Most of them can be helped with hearing instruments. However, about 80% have not brought themselves to get the help they deserve. In a recent study by the National Council on the Aging (NCOA), those who wear hearing instruments enjoy a better quality of life than their hearing-impaired counterparts who have not yet accepted help.

Don't waste another precious day missing out on what you value most. Improved hearing *will* improve your life. Guaranteed.

- **Call now to schedule your free hearing screening and also receive a free video ear canal inspection.**
- Board certified audiologists and hearing instrument specialists will take the time to give you the care and attention you deserve.
- Convenient locations to serve you and in-home visits available.
- Now accepting new patients.

West Springfield    Chicopee
Wilbraham            Easthampton
Westfield            Amherst
Greenfield           Pittsfield
**1-800-247-5666**

Avada
Audiology & Hearing Care
www.avada.net

50

## Below is a listing of services provided by
## The Roman Catholic Diocese of Springfield

**AFRICAN MINISTRY**
Rev. Anthony S. Ogunleye, Chaplain
929 Main St.
Worcester, 01610
Tel. (508) 981-7571
Fax: (508) 767-1511
E-mail: a.ogunleye@juno.com

**ARCHIVES AND RESEARCH**
*Catholic Communications Corporation*
Mark Dupont
65 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0648
Fax: 747-0273
E-mail: m.dupont@diospringfield.org

**BERKSHIRE COUNSELING SERVICES**
*Office of Social and Pastoral Concern*
Janet M. O'Brien, LCSW
467 North St.,
Pittsfield, 01202
Tel. 443-3169
41 Mahaiwe Street
Great Barrington, 01230
Tel. 528-9006

**BLACK CATHOLICS APOSTOLATE**
*Office of Social and Pastoral Concern*
Marion M. Johnson, Administrative Director
235 Eastern Ave.
Springfield, 01109
Tel. 788-9790
E-mail: marionmarie@rcn.com
Web site:
www.diospringfield.org/ministries/bc.html

**CATHOLIC CHARITIES SERVICES**
65 Elliot St.
P.O. Box 1730
Springfield, 0101-1730
Fax: 452-0618
Jan Denny, Director
Tel. 452-0606
Jean Los, Administrative Assistant
Tel. 452-0615
Bonnie McLean, Administrative Assistant
Tel. 452-0605

*Parish Social Ministry*
Sarita Hudson, Director
Tel. 452-0651
Kathryn Buckley-Brawner,
Outreach Coordinator
Tel. 452-0658
Madelyn Simon-Allen,
Outreach Coordinator
Tel. 452-0843

*Emergency Assistance*
Milagron Nazario,
Emergency Service Intake Provider
Tel.452-0613

*Immigration Support Services*
Anh-Dao Le
Kaz Skroski
Tel. 732-6365

*HIV/AIDS Ministry*
Hazel Dorando, counselor
Tel. 452-0616

*Catholic Relief Services*
Katherine Buckley-Brawner, Coordinator
Tel. 452-0658

*Catholic Campaign for Human Development*
Katherine Buckley-Brawner, Coordinator
Tel. 452-0658

*Victim Support Sept. 11*
Jane Riley, coordinator
Tel. 732-4546

(413) 732-1115
FAX: (413) 736-8705

*CHASE GLASS & ALLIED PRODUCTS*

*Metal & Aluminum Doors, Windows – Services*

John Lanucha

123 Hancock Street
Springfield, MA 01109






TAKING CARE OF BUSINESS!

McNAIR
BUSINESS MACHINES

MINOLTA

Dave, Martha, Peter, Dan

SAME DAY SERVICE

*Serving Western Mass for Over 45 Years*
*Locally Owned & Operated*

788-8371

419 Main St., Springfield

## CATHOLIC COMMUNICATIONS CORPORATION
The Catholic Observer
The Chalice of Salvation
The Daily Mass
The Open Window
Real to Reel
Voz Catolica
www.diospringfield.org
Diocese of Springfield
65 Elliot St. P.O. Box 1730
Springfield, 01101-1730
Main Tel. 737-4744 — Fax: 747-0273
**Staff:**
**Michael A. Graziano**
President and Chief Engineer
m.graziano@diospringfield.org
Tel. 452-0645
**Rebecca Drake**
Editor, The Catholic Observer
r.drake@diospringfield.org
Tel. 452-0636
**Mark Dupont**
Vice President, News/Information Services
m.dupont@diospringfield.org
Tel. 452-0648
**Anne Fitzgerald**
Associate Television Producer/Reporter
a.fitzgerald@diospringfield.org
Tel. 452-0612
**Sr. Catherine Homrok, SSJ**
Associate Producer
c.homrok@diospringfield.org
Tel. 452-0686
**R. Scott Kent**
Operations Manager
s.kent@diospringfield.org
Tel. 452-0644
**Robert Kobak**
Graphic Artist/Compositor
graphics@diospringfield.org
Tel. 452-0640
**Jeff Krasner**
Video Editor
j.krasner@diospringfield.org
Tel. 452-0646
**Ken Lancaster**
Broadcast and Internet Producer
k.lancaster@diospringfield.org
Tel. 452-0444
**Ada Munoz**
Customer Service
a.munoz@diospringfield.org
Tel. 737-4744

**Ron Pitruzzello**
Advertising Manager
r.pitruzzello@diospringfield.org
Tel. 452-0643
**Rev. William Pomerleau**
Reporter
frbill@ce.diospringfield.org
Tel. 452-0635
**Sharon Roulier**
Assistant Editor, The Catholic Observer
s.roulier@diospringfield.org
Tel. 452-0637
**Brother Terrence Scanlon, C.P.**
Executive Producer, Chalice of Salvation
bt.scanlon@diospringfield.org
Tel. 452-0642
**Peggy Weber**
Reporter, Calendar Editor
p.weber@diospringfield.org
Tel. 452-0649

## CATHOLIC LATINO MINISTRY
*Office of Social and Pastoral Concern
serving the Latino parishes and institutions
of the Diocese of Springfield*
Rev. Paul Manship, director
65 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0638
Lucy Ramos, Executive Secretary
Tel. 452-0631
Andres Lopez, Director Assistant
Tel. 533-0681
Fax. 452-0618
E-mail: hispanicmin@diospringfield.org

## THE CATHOLIC OBSERVER
*Catholic Communications Corporation*
Michael Graziano, President
Mark Dupont, Vice President,
    News Information Services
Rebecca Drake, Editor
Sharon Roulier, Assistant Editor
Rev. William Pomerleau, Reporter
Peggy Weber, Reporter
Ron Pitruzzello, Advertising Manager
65 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 737-4744 (circulation)
Tel. 452-0648 (news)
Fax. 747-0273
E-mail: news@diospringfield.org

## CHALICE OF SALVATION
*Catholic Communications Corporation*
Brother Terrence Scanlon, C.P.,
    Executive Director
Ada Munoz, Customer Services
65 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 737-4744
Fax. 747-0273
E-mail: bt.scanlon@diospringfield.org

## COMPUTER SERVICES
*Catholic Communications Corporation*
R. Scott Kent, Operations Manager
65 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0644
Fax. 747-0273
E-mail: s.kent@diospringfield.org

## COUNSELING SERVICES
*Office of Social and Pastoral Concern*
Laura Failla Reilly, Director
Alfred A. D'Amato, Ed.D.,
    Counselor L.M.F.T.
Rosemary Castonguay, M.Ed.,
    Counselor L.M.H.C.
Sr. Dorothy Santarpia, M.S., Counselor
Mary Ashe, Administrative Assistant
Tel. 452-0621
Fax. 452-0618

## CHILD ABUSE PREVENTION SERVICES
*Office of Social and Pastoral Concern*
Laura Failla Reilly, Director
65 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0624
Fax. 452-0618
E-mail: l.reilly@diospringfield.org

## CLERGY MONITOR
*Counseling Services
Monitor the activities of priests who have
been placed on Administrative Leave status
by the Bishop of the Diocese of Springfield.*
William Toller
65 Elliot Street
Springfield, MA
Tel. 413-796-7675 x116
E-mail: wm.toller@verizon.net

## THE DAILY MASS
*Catholic Communications Corporation*
65 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0612
E-mail: m.graziano@diospringfield.org

## DIACONATE PROGRAM
Rev. Timothy J. Murphy
65 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0674
Fax. 747-0273

## DIOCESAN AND PARISH CEMETERIES
Joseph M. Kostek,
    Diocesan Director of Cemeteries
Lynn R. Carney, Administrative Support
Gate of Heaven Cemetery
421 Tinkham Rd.
Tel. 782-0341
Fax. 782-5450
E-mail:
    j.kostek@diospringfield.org
    l.carney@diospringfield.org

## DIOCESAN BUILDING CONSULTANT
*Advice related to construction, repairs and
maintenance of buildings and underground
storage tanks.*
Joseph M. Kostek
Helen DuPont, Secretary
65 Elliot St. P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0694
Fax. 785-5449

## DIOCESAN DIRECTORY
*Catholic Communications Corporation*
Barbie Engler, Coordinator
65 Elliot St.
P.O. Box 1730
Springfield, 01101
Tel. 452-0640
Fax. 747-0273
E-mail: graphics@diospringfield.org

## DIOCESAN MASTER OF CEREMONIES
Rev. Christopher D. Connelly
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0610
Fax: 737-2337

## DIOCESAN MISCONDUCT HOTLINE
Tel. 1-800-842-9055

## DIOCESAN REAL ESTATE
*Advice on the purchasing, sales, or leasing of all diocesan property.*
Joseph M. Kostek, Diocesan Director of Real Estate
65 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0694
Fax: 785-5449

## ECUMENISM AND INTERRELIGIOUS AFFAIRS
65 Elliot St. P.O. Box 1730
Springfield, 01101-1730
Tel. 732-3175

## FAMILY LIFE MINISTRY
*Office of Social and Pastoral Concern*
*To assist parishes in the following areas of ministry: Marriage and remarriage leadership preparation, divorced, separated and blended family education and support, parenting, step-parenting and grandparenting education, and support through programs, talks and retreats, singles groups education and support*
Sr. Mary Petisce, SSJ, Family Life Director
65 Elliot St
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0614
Fax: 452-0618
E-mail: mpetisce@diospringfield.org
Web site: www.diospringfield.org

## FERTILITY CARE SERVICES
*Office of Social and Pastoral Concern*
*Provides instruction to couples in the Creighton Model Method and of Family Planning the natural way. The office provides referrals to the other methods. These natural methods can be used to avoid or achieve a pregnancy and follow with the Catholic teachings.*

*Creighton Model Method*
Laura Dubreuil, Coordinator
271 Carew St./ P.O. Box 9012
Springfield, 01102
Tel. 748-7265
E-mail: ntfp@diospringfield.org

*Creighton Model Method*
Laura Dubreuil Practitioner
271 Carew St.
Springfield, 01102
Tel. 748-7265
E-mail: ntfp@diospringfield.org

*Symptom Thermal Method*
Deborah and James Ransom
East Longmeadow
Tel. 525-0932

*Couple to Couple League*
Joel and Janet Gummerson
Belchertown
Tel. 323-9648
Suzanne and Edward Cottrill
Greenfield
Tel. 772-6062
Joanne and Donald Higby
Longmeadow
Tel. 567-6418

## FISCAL AFFAIRS
John H. Shuman,
Secretary for Financial Affairs
William F. LaBroad, Jr., Controller
Jeanne M. DesRosiers, Treasurer
Colleen DiMarzio, Accounting Supervisor
65 Elliot St
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0684
Fax: 452-0681

## THE FOUNDATION OF THE ROMAN CATHOLIC DIOCESE OF SPRINGFIELD
Virginia Webb, Director
65 Elliot St. P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0629
Fax: 732-4297

## HOLY CHILDHOOD ASSOCIATION
*A pontifical Mission Society.*
*Making a difference in the lives of children – children helping children.*
Rev. Msgr. John F. Harrington, P.A., Director
Marie Wilson, Secretary
65 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0675

## HUMAN RESOURCES
Dorothy Orr, Director of Human Resources
Theresa Dzubek, Administrative Assistant
65 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0691, 452-0683
E-mail: d.orr@diospringfield.org

## LAY MINISTRY FORMATION
625 Carew Street
Springfield, MA 01104
Tel. 452-0842
Fax: 452-0817
E-mail: layministry@diospringfield.org
Web site: www.diospringfield.org/layministry
Rev. Mr. Walter B. Williams, Jr., director
Tel. 452-0819
E-mail: w.williams@diospringfield.org
Janice Kissel, administrative assistant

## MINISTRY TO THE BEREAVED
*Office of Social and Pastoral Concern*
*Providing guidance to bereaved children, adults and families*
Sr. Fran Gloster, SSJ
Tel. 452-0860
Denise Y. LaBonte, Outreach Associate
Tel. 452-0647
65 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Fax: 452-0618
E-mail: fmgssj@juno.com
Web site: www.diospringfield.org

## MINISTRY WITH THE DEAF
*Office of Social and Pastoral Concern*
*Provides pastoral services to meet the needs of deaf persons.*
Sr. Carol Lareau, SSJ, Director
34 Nye St.
Springfield, 01104-2312
Tel. 736-0020 (voice and TTY)
Tel. 711 (relay)

## MINISTRY TO THE DIVORCED AND SEPARATED
*Office of Social and Pastoral Concern*
Sr. Mary Petisce, SSJ, Family Life Director
65 Elliot St
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0614
Fax: 452-0618
E-mail: mpetisce@diospringfield.org

## MINISTRY TO PRIESTS
Rev. John T. Smegal
St. Brigid Rectory
P.O. Box 424
Amherst, 01004-0424
Tel. 256-6181
Fax: 253-7935

## MINISTRY TO THE SICK AND ELDERLY
*Office of Social and Pastoral Concern*
Sr. Fran Gloster, SSJ
65 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0860
Fax: 452-0618
E-mail: fmgssj@juno.com
Web site: www.diospringfield.org

## NATIONAL RELIGIOUS RETIREMENT FUND
Sr. Judith A. O'Connell, SSJ
Vicar for Religious
65 Elliot St. P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0609
E-mail: sr.judith@diospringfield.org

## OFFICE OF PUBLIC AFFAIRS
Mark Dupont, Director
65 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0648
Fax: 747-0273
E-mail: m.dupont@diospringfield.org

## OFFICE OF SOCIAL AND PASTORAL CONCERNS
Black Catholic Apostolate
Catholic Charities
Pastoral and Counseling Center
Latino Ministry
Ministry to the Deaf
Western Massachusetts Funding Resource Center
Laura Failla Reilly, Director
65 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0624

## OFFICE OF STEWARDSHIP AND DEVELOPMENT
*Services include all activities relating to stewardship. Annual Catholic Appeal, estate planning, planned giving and the "Future of Hope" campaign*
Virginia Webb, Director
65 Elliot St. P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0630
Fax: 732-4297

*Catholic School Development*
Jan Peters, Coordinator
65 Elliot St., P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0638
Fax: 732-4297

## OFFICE OF WORSHIP
Rev. William J. Hamilton, Director of Liturgy
Christine Sylvan, Director of Operations
Ladislaw Pfeifer, Director of Music
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0839
Fax: 746-8139
E-mail: worship@diospringfield.org

## OPEN WINDOW BOOK AND GIFT SHOP
*Catholic Communications Corporation*
*Diocesan source for religious books and gifts*
Barbara McMahon, Barbara Moran
14 Center Street
Chicopee, 01013
Tel. 594-5111
Fax. 594-2862
Toll Free: 866-673-6946
Hours: M-F 9:30-5:00, Sat. 9:30-4:00
E-mail: openwindow@diospringfield.org

## PASTORAL AND COUNSELING CENTER
Bereavement Ministry
Berkshire Counseling Services
Counseling Services
Fertility Care Services
Family Life Ministry
Ministry to Sick and Elderly
Prevention Services
*Office of Social and Pastoral Concern*
Laura Failla Reilly, Director
65 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0624
Fax. 452-0618
E-mail: l.reilly@diospringfield.org

## PRIESTS RETIREMENT PROGRAM
Rev. Msgr. Richard S. Sniezyk
65 Elliot St., P.O. Box 1730
Springfield, 01101-1730
Tel. 732-3175
Rev. Francis J. Manning, Liaison
23 Oakhurst St.
P.O. Box 3122
Springfield, 01101

## PRO-LIFE COMMISSION
Timothy Biggins, Chairman
Pastoral Center
65 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0872
Fax: 747-8482

## REAL TO REEL
*Catholic Communications Corporation*
Michael Graziano, Executive Producer
Mark Dupont, Vice President, News/Information Services
Ken Lancaster, Producer
Anne Fitzgerald, Associate Producer
Jeff Krasner, Video Editor
Ron Pitruzzello, Advertising Manager
65 Elliot St., P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0844 – Fax. 747-0273
E-mail: news@diospringfield.org

## RETIRED PRIESTS SERVICE
Rev. Francis Manning
23 Oakhurst St.
P.O. Box 3122
Springfield, 01101-3122

## THE SOCIETY FOR THE PROPAGATION OF THE FAITH
*Seeking by prayer, the financial aid to support the church's preaching of the Gospel to the nations*
Rev. Msgr. John F. Harrington, P.A., Director
Marie Wilson, Secretary
65 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0675, 452-0678

## SOUTHEAST ASIAN APOSTOLATE
Queen of Vietnamese Martyrs
Rev. Quynh Dinh Tran, Director
Pastoral services at:
Holy Name Parish
323 Dickinson St.
Springfield MA 01108-1895
Tel. 737-1014

## VOCATIONS OFFICE
*Coordinating vocation awareness efforts for the diocese and helping people investigate a call to a church vocation*
Rev. Daniel Pacholec, Director
Marie Long, secretary
Tel. 782-7674
260 Surrey Road
Springfield 01118
Tel. 782-4940
Fax. 782-5065
E-mail: vocations@diospringfield.org

## VICTIM OUTREACH COORDINATOR
*Office of Social and Pastoral Concern*
Laura Failla Reilly, Director
65 Elliot St.
P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0624
E-mail: l.reilly@diospringfield.org

## WESTERN MASSACHUSETTS FUNDING RESOURCE CENTER
*Office of Social and Pastoral Concern*
Kathleen Dowd, Director
65 Elliot St., P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0697
Fax. 452-0618
E-mail: wmfrc@diospringfield.org
Web site:
www.diospringfield.org/wmfrc.html

## WWW.DIOSPRINGFIELD.ORG
*Catholic Communications Corporation*
Mark Dupont, Vice president, news/information services
Scott Kent, operations manager
65 Elliot St. P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0648
Fax: 747-0273
E-mail: m.dupont@diospringfield.org

## WWW.IOBSERVE.ORG
*Catholic Communications Corporation*
Mark Dupont, Vice President, News/Information Services
Scott Kent, Operations Manager
65 Elliot St. P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0648
Fax: 747-0273
E-mail: m.dupont@diospringfield.org

## WWW.REALTV.ORG
*Catholic Communications Corporation*
Michael Graziano, Executive Producer
Mark Dupont, Vice President, News/Information Services
Ken Lancaster, Producer
Scott Kent, Operations Manager
65 Elliot St., P.O. Box 1730
Springfield, 01101-1730
Tel. 452-0844
Fax: 747-0273
E-mail: k.lancaster@diospringfield.org

## YOUTH MINISTRY
*Offering vision and direction in youth ministry and assisting faith communities in the development of comprehensive youth ministry by providing support, training, youth programs and resources to parish, school and youth ministry leaders.*
Don Boucher, Director of Youth Ministry
Tel. 452-0822
E-mail: donbym@diospringfield.org
Maida Rivera,
Coordinator of Latino Youth Ministry
Tel. 452-0698
E-mail: m.rivera@diospringfield.org
Christian Education Center
625 Carew St.
Springfield, 01104
Fax. 452-0821

# 2004 DIRECTORY OF THE DIOCESE OF SPRINGFIELD

# AFFILIATED SERVICES

61

---

**(860) 633-1643**

Allen CHURCH ORGANS®

**ALLEN ORGAN SALES, INC.**
**160 OAK STREET**
**GLASTONBURY, CT 06033**

**GREGG TURNER**
**PRESIDENT**

---



CANDLES

### Craftsmen in Wax Since 1869

*We still cherish the tradition of quality and service begun by our founder over one hundred thirty years ago.*

- Longer clean burning, bend resistant candles
- Draft-proof burners that prevent dripping
- 8-Day and 14-Day Sanctuary Lights
- 5-Day and 7-Day Vigil Lights in glass and plastic
- Candlesticks, Advent Wreaths, Votive Stands, Palms/Ashes
- Vestments, Altar Bread, Statues, Sacred Vessels
- Replating , Refinishing services
- Satisfaction guaranteed on all Root products

**CRAIG KREISER**
**1-800-745-0752**

The Al Root Co • PO Box 706 • Medina, Ohio 44258 • 1-800-289-7668
e-mail: church@rootcandles.com
www.rootcandles.com

60

## ADOPTION RESOURCE CENTER AT BRIGHTSIDE FOR FAMILIES AND CHILDREN

*We are a full service adoption agency providing birth parent counseling, domestic and international adoptions and post adoption counseling.*
Jane Cohen, Director
2112 Riverdale St.,
West Springfield, 01089
Tel. 827-4258
Fax: 827-4377
E-mail: jcohen@brightsideadoption.org
Web site: www.brightsideadoption.org

## APOSTOLATE OF THE SUFFERING

*Giving purpose and meaning to the lives of the suffering and encouraging them to use their talents and in fellowship with other suffering ones.*
Rev. W. Donald Fournier, Spiritual Director
Jeannine Gagnon, Director
Jeannine Brisard, Activities Director
Dick Smus, Director of Mary Farm
P.O. Box 535
Chicopee, 0102i-0535
Tel. 736-3432
E-mail: rljmgag@aol.com
Web site: www.sodcvs.org

## BEAVEN KELLY HOME

*Mercy Senior Care Network*
A member of the Sisters of Providence Health System
*Providing short or long term residential care for the elderly with assistance in activities of daily living.*
Cynthia Brown, Administrator
25 Brightside Dr.
Holyoke, 01040
Tel. 532-4892
Fax. 535-2355
E-mail: cynthia.brown@sphs.com

## BIRTHRIGHT OF PIONEER VALLEY

*Crisis pregnancy support services that are free and confidential. Alternatives to abortion. Free pregnancy tests and layettes.*
All Volunteer Staff
66 Morgan Rd.
West Springfield, 01089
Tel. 732-6104 or 1-800-550-4900
Web site: www.birthright.org

## BRIGHTSIDE FOR FAMILIES AND CHILDREN

A member of the Sisters of Providence Health System
*A leading mental health and child social service organization offering:*
• *Adoption Resource Center*
• *Chapter 766 Campus School*
• *Family Support Programs*
• *Group, Family and Individual Therapy*
• *Psychological and Psychiatric Evaluation*
• *Residential Treatment*
• *Special Education*
Robert E. Simpson, COO, Sisters of Providence Behavioral Health Care Network
James S. Bastien, Vice President, Residential Services
Linda Foster, LICSW,
Vice President Outpatient Counseling
2112 Riverdale St., West Springfield, 01089
Tel. 788-7366
Fax: 747-0182

## BUREAU FOR EXCEPTIONAL CHILDREN AND ADULTS AT JERICHO

Sr. Joan Magnani, SSJ, Director
Rev. Mr. Rodney Szymczyk, Assoc. Director
Rev. Robert F. Wagner, Chaplain
Bobby Eaton, Director, Jericho Homes
Sheelah Roach, Staff, Jericho Homes
Sr. Patricia Johnson, SSJ, Secretary
Linda Rowley, Secretary
537 Northampton St.
P.O. Box 1039
Holyoke, 01041-1039
Tel. 538-7450 (voice and TTY)
Fax: 536-5691
E-mail: jerichobeca@aol.com

## CASA MARIA PASTORAL CENTER OF THE HISPANIC CATHOLIC COMMUNITY

*Referrals, family and social services on demand. Information and Catholic guidance directions regarding; health care services, Christian Life and Retreat centers, Chapel activities, the sacraments including Masses and programs.*
Sr. Ninfa Arellano, SP, Associate
Sr. M. Immaculate Conception, SP, Coordinator
54 North Summer St.,
Holyoke, 01040
Tel. 533-6016 – 533-0587

63

# THE HELIO LIGHT COMPANY
For All Your Candle Supplies

## ELECTRONIC VOTIVE CANDLES
Our EXCLUSIVE DESIGN for realistic similarity to wax candles. They feature glass globes, flickering flames, and individual timers. They are U.L. approved for safety, and are available in choice of 5 colors.
Rent them with no investment, obligation, or maintenance. Offered with a one-month free trial period.

## COMPLETE SELECTION of:
• Altar and Sanctuary Candles
• Paschal Candles, all designs
• Hourly votives and oil candles

Also, traditional WAX DEVOTION CANDLES are offered at low prices, with convenient service and FREE use of stands and globes. Choice of colors and sizes.

6 Powers Court, Lexington, MA 02421

Call Toll Free: (800) 495-4321
FAX: (781) 861-5087



# D'Ambrosio Studios

Celebrating 75th Anniversary of Church Renovation/Restoration

Redesigned mosaic for
St. Michael's Cathedral,
Springfield, Massachusetts

P.O. Box 656, Mount Kisco, New York 10549
Tel. (914) 666-6906 FAX (914) 666-5735
E-Mail ADA6906@aol.com

62

## THE CATHOLIC CHARISMATIC RENEWAL OF THE DIOCESE OF SPRINGFIELD, INC.

Office and Resource Center
Rev. Gerald Brady, Bishop's Coordinator
Service Committee:
Ida Barta
Andres Lopez
Carl Sundberg
Marcella Sundberg
Doris Tertera
Raymond Tertera
323 Dickinson St., Springfield, 01108
Mailing address: P.O. Box 4668
Springfield, 01101

Tel. 732-3433
Fax: 732-3447

**Bethlehem House of Prayer**
Tel. 732-3433

## CATHOLIC COMMITTEE ON SCOUTING

Rev. Eugene Plasse, chaplain
St. Thomas Rectory
1076 Thorndike St.
Palmer, 01069
Tel. 283-5091
Rev. William Wallis, Associate Chaplain
St. Mary Rectory
30 Bartlett St.
Westfield, 01085
Tel. 562-5477
Robert Mashia, Lay Chairman
119 Jamrog Dr.
Chicopee, 01020
Tel. 593-3801
Stanley Czerwiec, Awards Chairman
4 Plainville Cir.
South Hadley, 01075
Tel. 536-8643
Ann Martin, Boy Scouts,
Hampden County
30 Sioux Ave.
Springfield, 01109
Tel. 783-0861
Jeannette Rivet, Girl Scouts,
Hampden County
74 Walnut St.
Springfield, 01105
Tel. 732-9554

## CATHOLIC NURSES COUNCIL

Rev. Lawrence J. Barner
123 Tatham Hill Rd.
West Springfield, MA 01089
Tel. 734-1165

## CATHOLIC WOMAN'S CLUB OF SPRINGFIELD

Gay Reilly, President
64 Pluntree Circle
Springfield, 01118
Tel. 783-8079

## CATHOLIC YOUTH CENTER

*Provides recreational, social and spiritual services to youth.*
Vincent P. Marinaro, Executive Director
26 Melville St.
Pittsfield, 01201
Tel. 445-5496
Fax: 445-5248
E-mail: vinnycy@aol.com

## CENTER FOR MAMMOGRAPHY

*Mercy Medical Center, Springfield Campus*
*A member of the Sisters of Providence Health System*
Lynn Shewchuk,
Manager, Diagnostic Imaging
Stephen Spagna, Administrative Director,
Diagnostic Imaging
271 Carew St. P.O. Box 9012
Springfield, MA 01102-9012
Tel. 748-9101

## CENTER FOR SPIRITUAL DIRECTION

*Individual and group spiritual direction, days and evenings of prayer at the Center and in Parishes, programs related to spirituality, directed and guided retreats.*
Amy O'Brien, Coordinator
Sr. Mary Ann Hemenway, SSJ
Sr. Margaret Lynch, SND
Louisa Sapienza
Sr. Patricia Schmidt, DW
1365 Northampton St.
Holyoke, 01040
Tel. 538-9197
Fax: 533-3955

## THE CHRISTIAN CENTER OF PITTSFIELD

*According to HUD guidelines, we provide intake, referral, and advocacy; free lunches; free clothing; household items and books; and after-school enrichment programs.*
Cheryl Nolan, Executive Director
Francesca S. Coté,
President of the Board of Directors
193 Robbins Ave.
Pittsfield, 01201
Tel. 443-2828
Fax: 445-7366

## CHURCH OUTREACH TO YOUTH, INC. (COTY)

*A comprehensive youth ministry program including: Confirmation and Alpha weekend retreats; recreational center; biking/camping program; basketball league; and Haiti Plunge; asset building seminars for youth.*
Sr. Eunice Tassone, SSJ, Executive Director
Heath Rarick, Program Coordinator
214 East Main St.
P.O. Box 745
North Adams, 01247
Tel./Fax: 663-3133

## COMMUNITY HEALTH PROGRAM

*Mercy Medical Center, Springfield Campus*
*A member of the Sisters of Providence Health System*

**Health Care for the Homeless**
*Provides access to health care in over 46 sites to homeless people in Hampden, Franklin and Hampshire Counties.*

**The Vietnamese Health Project**
*Provides case management and referrals for health care to members of the Vietnamese Community.*
Doreen Fadus, Executive Director
271 Carew St. P.O. Box 9012
Springfield, 01102-9012
Tel. 748-9064
Fax. 748-9049
E-mail: doreen.fadus@sphs.com

## CURSILLO MOVEMENT DIOCESE OF SPRINGFIELD

*Our purpose is to evangelize and awaken the spirit of faith in the people of our diocese, especially non-practicing Catholics. It is our goal to send them back to their parishes after experiencing the Cursillo weekend, where they will work with their pastors and the communities to serve our Lord with renewed passion.*
Rev. Mr. John Bledsoe, Spiritual Director
St. Patrick Parish
30 Main St.
South Hadley, 01075
Tel. 532-6671 (home)
Fax: 534-3340
E-mail: john@pipmail.com
Peggy Johnson, Lay Director
29 Pynchon Road
South Hadley, 01075
Fax: 536-2874

## DIAGNOSTIC TESTING CENTER

*A member of the Sisters of Providence Health System*
*Diagnostic imaging, Radiology, Mammography, Ultrasound and EKG Services*
Providence Behavioral Health Hospital
1233 Main St.
Holyoke, 01040
Tel. 539-2803

65

## LIFE LABORATORIES

*A member of the Sisters of Providence Health System*

A full-service medical diagnostics laboratory serving patients and physicians in Western New England and nursing homes throughout New England.

- 230 Main St., Agawam
- 444 Montgomery St., Chicopee
- 1223 Main St., Holyoke
- 200 Center St., Ludlow
- 305 Bicentennial Hwy., Springfield
- 299 Carew St., Springfield
- 222 Carew St., Springfield
- 532-536 Sumner Ave., Springfield
- 1029 North Rd., Westfield

Kenneth Geromini, Executive Director
299 Carew St., P.O. Box 9012
Springfield, 01102-9012
Tel. 748-9500

## LIFERIGHT OF NORTH ADAMS, INC.

Help for women and their pregnancies, consisting of referrals, counseling, food, clothing, baby furniture, and free pregnancy tests. Whatever help is needed for the woman and her unborn baby,
we try to fulfill.
Mary F. Dean, President
Mary T. Scrivens, Vice President
Claire A. Velyvis, Secretary
Lewis M. Whitcomb, Director
Shirley Fox, Volunteer
57 Main St., Suite 208
North Adams, 01247
Tel. 664-4106

## MASSACHUSETTS CATHOLIC CONFERENCE

Rev. Msgr. Richard S. Sniezyk
Sr. Annette McDermott, SSJ
St. Michael's Cathedral
260 State St.
Springfield, 01103
Tel. 739-4469
Web site: www.MACATHCONF.org

## HISPANIC MINISTRY OF AMHERST

Office for Hispanic Ministry
c/o St. Brigid Parish
43 North Prospect St.
P.O. Box 424
Amherst, 01004-0424

## HOLY CROSS CAMPGROUNDS, GOSHEN MA

*Family, Group Camping and Retreat center*
Rev. Christopher Malatesta
c/o St. Agnes Parish
489 Main St.
Dalton, 01226
Tel. 684-0125

## JOSLIN DIABETES CENTER AFFILIATE AT MERCY MEDICAL CENTER

*Mercy Medical Center, Springfield Campus*
*A member of the Sisters of Providence Health System.*

Diabetes and endocrine Care and education for patients and families.
Catherine Hegarty, M.D., Medical Director
Darlene E. Biggs, R.N., M.S., M.B.A., C.D.E., Director
299 Carew St.
Springfield, 01104
Tel. 748-7000
Fax. 748-7185
E-mail: joslin@sphs.com

## KNIGHTS AND LADIES OF ST. PETER CLAVER

Holy Family Court #290
Charles Williamson, Grand Knight
Barbara Williamson, Grand Lady
Holy Family Church
235 Eastern Ave., Springfield, 01109
Tel. 732-1422
Meets first Sunday of the month unless it is a holiday, then second Sunday.

## LEGION OF MARY

Luis Ramos, Curia President
St. Mary Parish
30 Bartlett St.
Westfield, 01085-3006
Tel. 562-5477

---

## DIOCESAN COUNCIL OF CATHOLIC WOMEN

*Affiliate of National Council of Catholic Women*

Supporting, empowering and educating Catholic women in spirituality, leadership and service.
Rev. George Greenway, spiritual moderator
Mary Blais, president
P.O. Box 1730
Springfield, 01101-1730
Tel. 543-1325
E-mail: mabljj@earthlink.net
Kathryn Kubera,
National Council of Catholic Women,
Boston Province, Director
11 Orchard Rd.
East Longmeadow, 01028
Tel. 525-7436

### Council of Young Catholic Professional Women

Colleen Regan, Vice President
5 Cook Rd.
Southampton, 01073
Tel. 527-6653

## DIOCESAN UNION OF THE HOLY NAME SOCIETIES

Maurice Roberge, President
St. Jude Parish
110 Darling St.
Indian Orchard, 01151

## THE EQUESTRIAN ORDER OF THE HOLY SEPULCHRE OF JERUSALEM

*A dues supported apostolate to help preserve the Christian presence in the Holy Land, and enhance the spiritual life of its members.*
Northeast Lieutenancy (all of New England except CT)
Dennis J. Looney, KG*HS, Lieutenant
Local Contacts:
Mimi and John Doyle
Tel. 536-3880

## FAITH AND LIGHT MOVEMENT

*Western Massachusetts Region at Jericho*
Sr. Joan Magnani, SSJ, Coordinator
537 Northampton St.
P.O. Box 1039
Holyoke, 01041-1039
Tel. 53k-7450 (voice and TTY)
Fax. 536-5691
E-mail: jerichobeca@aol.com

## FAMILY LIFE CENTER FOR MATERNITY

*Mercy Medical Center, Springfield Campus*
*A member of the Sisters of Providence Health System*
Vincent J. McCorkle, President and CEO
Karen M. Ferroni, M.D.,
Medical Director
Alice Hodge, R.N.,
Parenting Education Coordinator
271 Carew St.
P.O. Box 9012
Springfield, 01102-9012
Tel. 748-7200
Fax. 748-7489

## FARREN CARE CENTER

*Mercy Senior Care Network*
*A member of the Sisters of Providence Health System*
James Clifford, Administrator
340 Montague City Rd.
Turners Falls, 01376
Tel. 774-3111
Fax. 774-7049

## GENESIS SPIRITUAL LIFE CENTER

*Retreats, workshops, and spiritual guidance designed to promote health of body, mind and spirit.*
Sr. Catherine M. Walsh, RSM,
Administrator/Program Coordinator
Sr. Ann Horgan, SP,
Assistant Administrator
Trisha Rigo, registrar
53 Mill St., Westfield, 01085
Tel. 562-3627
Fax. 572-1060
E-mail: genesis@genesiscenter.us
Web site: genesiscenter.us

## GRAY HOUSE, INC.

*Neighborhood house serving the economically poor in the North End of Springfield, through food pantry, adult education, clothing and children's programs.*
Eileen B. Hurley, Executive Director
Sr. Cathy Alaimo, SSJ,
Adult Education Director
22 Sheldon St.
Springfield, 01107
Tel. 734-6696
Fax. 731-0084
Email. CASAGRIS@AOL.com

## MERCY ADULT DAY HEALTH OF WESTFIELD

*Mercy Senior Care Network*

*A member of the Sisters of Providence Health System*

Provides health, nutritional, social and recreational services to help older adults continue living at home and to offer respite for caregivers.

Margaret McKinstry, Administrator
24 Clifton Ave.
Westfield, 01085
Tel. 568-0555
Fax: 568-5978
Website: www.mercycares.com

## MERCY CARE CENTER OF SPRINGFIELD

*Mercy Care Centers*

*A member of the Sisters of Providence Health System.*

Short-term, sub-acute and orthopedic rehabilitation, long term care services

Barbara Garbarczyk, Administrator
370 Pine St.
Springfield,
Tel. 731-5318
Fax: 731-5384

## MERCY SENIOR CARE NETWORK

*A member of the Sisters of Providence Health System*

When you or someone you love needs short-term rehabilitation service or skilled nursing care, Mercy offers five skilled nursing facilities, two residential facilities and two adult day health programs covering a wide area in Western Massachusetts.

• Beaven Kelly Home
• Farren Care Center
• Mercy Adult Day Health of Westfield
• Providence Care Center of Lenox
• Mercy Care Center of Springfield
• Mount Saint Vincent Nursing Home
• Saint Luke's Home

271 Carew St.
Springfield, 01102
Tel. 748-9000

## MERCY HOME CARE

*A member of the Sisters of Providence Health System*

Offering assistance to help you or a loved one remain independent and in familiar home surroundings. Call us if you need help from our multi-disciplinary team. Our professionals include:
  • *Certified Home Health Aides*
  • *Occupational Therapists*
  • *Physical Therapists*
  • *Registered Nurses*
  • *Medical Social Workers*
  • *Speech Therapists*

Joseph Larkin, Executive Director
Mary Ann Baker, Intake Coordinator
1236 Main St.
Holyoke, 01040
Tel 536-0503

## MERCY MEDICAL CENTER

*A member of the Sisters of Providence Health System*

A comprehensive network of hospitals, advanced diagnostics and specialized medical centers on two easily reached medical campuses in Springfield and Holyoke.

Vincent J. McCorkle, President and CEO
Sr. Margaret McCarthy, S.N.D.,
  Director of Spiritual Care
Maureen O'Hare, Director of Social Services
271 Carew St.
P.O. Box 9012
Springfield, 01102-9012
Tel. 748-9000
Fax. 781-7217

### Department of Spiritual Care

Rev. Joe Bradley, Chaplain
Sr. Therese Dube, SASV, Chaplain
Fr. Daman Ilokaba, Chaplain
Fr Donatus Ironuma, Chaplain
Sr. Madeleine Joy, SP, Chaplain
Jim Lord, Chaplain
Kathy Masurakis, Chaplain
Beverly Kiley Matakaetis, Chaplain
Margaret McCarthy, SND, Director
Patricia Snyder, Chaplain
Tel. 748-9453
Fax: 748-9889
E-mail: margaret.mccarthy@SPHS.com

## MERCY WOMEN'S HEALTH CENTER

*A member of the Sisters of Providence Health System*

Prenatal and gynecological care. Childbirth classes, WIC referrals.

Amie Malin, director
317 Maple St.
Holyoke, 01040
Tel. 536-7385
Fax: 533-6957
E-mail: amie.malin@sphs.com
Web site: www.mercycares.com

## MONSON DEVELOPMENTAL CENTER

175 State Ave.
Palmer, 01069-1856
Tel. 283-3411, ext. 339
Fax. 283-4632

Rev. Robert F. Wagner, Chaplain
Alleluia House at Jericho
537 Northampton St.
P.O. Box 1039
Holyoke, 01041-1039
Tel. 538-7450 (voice and TTY)
Fax: 536-5691

Rev. Mr. Rodney Szymczyk, Chaplain
74 Dunsany Dr.
Longmeadow, 01106
Tel. 567-9097

## MONTAGUE CATHOLIC SOCIAL MINISTRIES

*The Gill-Montague Family Center,*
*The Turners Falls Play Group,*
*The Kids Place After School,*
*The Turners Falls Woman's Resource Center*
*and Razzle Dazzle Summer Camp.*
*Information and referral services as well as basic assistance also provided*

Maria T. Rodman, Executive Director
41 Third St.
Turners Falls, 01376
Tel. 863-4805
Fax: 863-8593
E-mail: mcsm@shaysnet.com

## MONT MARIE CHILD CARE CENTER, INC.

*A sponsored ministry of the Sisters of St. Joseph, provides quality child care and early education to children 15 months through kindergarten, Monday - Friday 7:00 a.m. - 5:30 p.m.*

Sr. Eleanor Harrington, SSJ,
  Executive Director
34 Lower Westfield Rd. Ste. 1
Holyoke, 01040
Tel. 536-2964
Fax: 536-5557

## MONT MARIE CONFERENCE CENTER

*Special place designed to meet the spiritual and educational needs of diverse non-profit groups. The center hosts events for days, weeks or weekends.*

Agnes Fleming, Director
34 Lower Westfield Rd. Ste. 1
Holyoke, 01040
Tel. 536-0853
Fax: 532-0285
E-mail: montconf@ssjspringfield.com

## MONT MARIE HEALTH CARE CENTER

*A sponsored Ministry of the Sisters of St. Joseph*

*Mont Marie Health Care Center, Inc. is an 81 bed licensed nursing home providing skilled nursing care to residents on a daily basis.*

Sr. Elizabeth T. Sullivan, SSJ, Administrator
Liane Pueschel, RN, Director of Nursing
34 Lower Westfield Rd. Ste 1
Holyoke, 01040
Tel. 536-0853
Fax: 533-4505
E-mail: bsullivan@ssjspringfield.com

## MOUNT SAINT VINCENT NURSING HOME

*Mercy Senior Care Network*

*A member of the Sisters of Providence Health System.*

Eriko Umana, administrator
35 Holy Family Rd.
Holyoke, 01040
Tel. 532-3246
Fax: 532-0309
Web site: www.mercycares.com

69

68

**MOVIE REVIEWS**
United States Catholic Conference
1-800-311-4CCC

**NATIONAL SHRINE OF THE DIVINE MERCY**
Rev. David Lord, M.I.C. Rector
Rev. Donald Calloway, M.I.C.
Assistant Rector
2 Prospect Hill
Stockbridge, 01262
Tel. 298-3931
Fax: 298-3910
E-mail: SHRINE@MARIAN.ORG
Web site: www.marian.org/shrine

**Daily Mass:**
Mon. - Fri. 7:15 a.m. and 2:00 p.m.
Sat. 8:00 a.m. and 2:00 p.m.
Sun. 10:30 a.m. and 2:00 p.m.

**Confession:**
Daily 1-2 P.M. & 3:30-4:30 p.m.

**Hour of Great Mercy:**
3:00 P.M. Daily – The Divine Mercy
Perpetual Novena and Chaplet

**NEW SPIRIT YOUTH MINISTRY**
Retreats and youth events for religious education programs,
Catholic schools and youth groups.
Patrick J. Sears, President
40 Riverview Ter.
Springfield, 01108-1629
Tel. 746-2523
Fax: 731-5682 (must call before faxing)
E-mail: PATSEARS@AOL.COM
Web site: www.newspiritinc.org

**NOCTURNAL ADORATION SOCIETY**
**Agawam and West Springfield**
First Friday of every month spend one hour of adoration of the Blessed Sacrament from 7:00 p.m. to 11:00 p.m. in rotating hands.
Al Raccioci, President
92 James St.
Feeding Hills, 01030
Tel. 786-5089
Richard Smus, Vice President
Tel. 786-2949
Betty Foley, Treasurer
Tel. 788-4116

**OPEN PANTRY COMMUNITY SERVICES, INC.**
Providing comprehensive community services for people who are hungry, homeless or disadvantaged.
Kevin J. Noonan, Executive Director
P.O. Box 5127
Springfield, 01101-5127
Tel. 737-6811
Fax: 737-6811
Website: www.openpantry.org
Administrative offices: 287 State St.

**Loaves and Fishes Kitchen**
Meals are provided seven days a week to anyone in need.
Darleen St. Jacques, program director
Tel. 731-5668
Fax: 737-6811
E-mail: kitchen@openpantry.org

**Meal times and locations:**
Monday through Friday at
Christ Church Cathedral
Lunch at 12:00
Supper at 5:00
Saturday and Sunday at Old First Church,
Court Square
Lunch at 12:00 on Sat. 1:00 on Sun
Supper at 5:00 on Sat. and Sun.

**Emergency Food Pantry**
Food distribution program for area residents in need of food who have cooking facilities available to them.
Candice Langer, Program Director
Old First Church in Court Square
Tel. 737-5353
Fax: 373-4440
E-mail: efp@openpantry.org
Hours: Mon., Tues., Thurs.,
Fri. 9:00 a.m.-3:00 p.m.

**Open Door Social Services**
A program for people who are homeless, providing advocacy, outreach for entitlement benefits, housing search and placement, case management, bilingual services, substance abuse assessment/referral and individual counseling.
Theresa O'Conner, Program Director
287 State St.
Tel. 737-7062
Fax: 737-6811
E-mail: opendoor@openpantry.org
Hours: Mon.-Fri. 9:00 a.m. - 12:00 p.m.
1:00 a.m. - 4:00 p.m.

continued on page 71

continued from page 70

**Jefferson Avenue Shelter**
Temporary emergency housing for women and children experiencing homelessness, providing a safe environment as well as assistance with obtaining services.
Must be DTA referred.
Alvina Brevard, Program Director
Tel. 736-2263
Fax: 731-5964
E-mail: shelter@openpantry.org

**Teen Living Program**
Temporary housing for teenage mothers and their children experiencing homelessness, helping to meet both the immediate and long term needs of guests.
Must be DTA referred.
Nicole Lussier, Program Director
Tel. 731-5960
Fax: 746-1981
E-mail: tip@openpantry.org

**Rutledge House**
A safe, sober living facility for single women who are homeless and in recovery from substance abuse.
Cานstance Lavoie, Program Director
Tel. 746-8701
Fax: 737-6811
E-mail: rutledge@openpantry.org

**Holiday Meals**
Community meals for anyone who wishes to share the holidays with others.
Held on Thanksgiving Day, Christmas Day, and Easter at 12:00 p.m.
Tel. 737-5337
E-mail: holidays@openpantry.org

**PARKVIEW SPECIALTY HOSPITAL**
1400 State St.
Springfield, 01109
Chaplain services provided by
St. Michael's Cathedral
Tel. 781-3656

**PAX CHRISTI – USA**
Western Mass Chapter
Patricia and Fred Roberts
32 Leonard St.
Agawam, 01001
Tel. 786-8580

**PROVIDENCE BEHAVIORAL HEALTH HOSPITAL**
Mercy Medical Center, Holyoke Campus
A member of the Sisters of Providence Health System
Inpatient and outpatient mental health and substance abuse services
Robert E. Simpson, COO
Barry Sarvet, M.D., Chief Medical Officer
1233 Main St.
Holyoke, 01040
Tel. 536-5111
Tel. 1-800-274-7724,
Clinical Assessment Center
Fax: 539-2992
Web site: www.mercycares.com
Pastoral Care:
St. Therese Dube, SSJ, Chaplain
748-9000

**PROVIDENCE CARE CENTER OF LENOX**
Mercy Senior Care Network
A member of the Sisters of Providence Health System
John Schuster, Chief Operating Officer
Elizabeth Stroshine, Administrator
320 Pittsfield Rd.
Lenox, 01240
Tel. 637-2660
Fax: 637-3085

**PROVIDENCE MINISTRIES FOR THE NEEDY, INC.**
Provides food, clothing and shelter to the needy of greater Holyoke area.
Broderick House
Kate's Kitchen
Loreto House
Margaret's Pantry
St. Jude's Clothing Center
St. Jude's Used Furniture and Furnishings Store
Robin L. Goshea, Administrator
P.O. Box 6269
Holyoke, 01041-6269
Tel. 536-9109

## PROVIDENCE PLACE AT INGLESIDE

*A 122-unit independent living rental retirement community, offering lovely apartments in a serene location, excellent wellness, cultural and social programs, and a magnificent chapel with daily Mass*

Richard Pelland, Executive Director
Fr. Michael Devlin, Chaplain
5 Gamelin St.
Holyoke, 01040
Tel. (413) 534-9700
Fax: (413) 534-9782
Web site: www.providenceplace.org
E-mail: info@providenceplace.org

## SAINT LUKE'S HOME

*Mercy Senior Care Network.*
*A member of the Sisters of Providence Health System.*
*Offers residential living for women and men who need assistance with activities of daily living, but do not require the services of a skilled nursing facility.*

Sr. Geraldine Noonan, S.P., Administrator
85 Spring St.
Springfield, 01105-1297
Tel. 736-5494
Fax: 746-5075

## SISTERS OF PROVIDENCE HEALTH SYSTEM

*The Sisters of Providence Health System, a founding member of Catholic Health East, offers a comprehensive array of health care services in Western Massachusetts.*

*The SPHS Acute Ambulatory network includes Mercy Medical Center and Weldon Rehabilitation Hospital, both in Springfield. Mercy is affiliated with the Lahey-Clinic in Burlington, MA and offers services including emergency care, diagnostic imaging, surgical, cardiac care, maternity, cancer treatment, diabetes and laser treatment.*

*SPHS Behavioral HealthCare includes Providence Behavioral Health Hospital in Holyoke, and Brightside for Families and Children in West Springfield, which offers residential and outpatient mental health and child welfare services, individual and family counseling.*

*Mercy Senior Care Network includes seven facilities, Mercy Care Center of Springfield, Providence Care Center of Lenox, Mercy Adult Day Health of Westfield, Beaven Kelly Home, Mount Saint Vincent Nursing Home, Saint Luke's Home and Farren Care Center—offering residential, rehabilitation, adult day, and skilled nursing services.*

Vincent J. McCorkle, President and CEO
271 Carew Street/P.O. Box 9012
Springfield, 01102-9012
Tel. 413-748-9315
Fax: 413-781-7217

## THE SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA

**Part of the Boston chapter of the American Association of the Sovereign Military Order of Malta**

*Apostolate to help care for the sick and poor of u hands-on manner defending the faith and enhancing the spiritual life of its members.*

**American Association**
Edward Cardinal Egan,
Conventual Chaplain
Springfield Chairperson
Local Contact:
Robert J. Donohue, MD, KM
Tel. 536-3010
Tel. 536-3219
Fax. 536-6209

## SISTER CARITAS CANCER CENTER

*Mercy Medical Center, Springfield Campus*
*A member of the Sisters of Providence Health System*

Frank Claudio, Director of Cancer Services
Alan Stark, M.D., Medical Director
271 Carew Street P.O. Box 9012
Springfield, 01102-9012
Tel. 748-9230
Fax: 748-9192
Web site: www.mercycares.com

## ST. MICHAEL'S RESIDENCE

*Retirement home for Catholic priests*

Patricia Breault, Administrator
86 Wendover Rd.
Springfield, 01118
Tel. 783-6773

## WELDON REHABILITATION HOSPITAL

*Mercy Medical Center, Springfield Campus*
*A member of the Sisters of Providence Health System.*

Vincent J. McCorkle, President and CEO
Services include:
• Acquired Brain Injury Center
  • Balance Disorder
  • Cardiac and Stroke Rehabilitation
• Comprehensive Pulmonary Rehabilitation
• Comprehensive Weight Management
• Day Rehabilitation for Neurologically Impaired
• Comprehensive Pain Management Program
• Hearing Center
• Physical and Occupational Therapy
• Speech and Language Center
• Swallowing Disorders
• Work Wise® Occupational Health Center
233 Carew St.
Springfield, 01104
Tel. 748-6800

73

# 2004 DIRECTORY OF
# THE DIOCESE OF SPRINGFIELD

# CHAPLAINS

THE CATHOLIC **OBSERVER**

... Something
for Everyone!

- Local News
- National News
- Calendar Listings
- Media
- Books
- From the Vatican
- Diocesan News
- Family
- Ministry Page
- Worship
- Perspectives

...UNICATIONS CORPORATION FAMILY

# CHAPLAINS AT PUBLIC HOSPITALS AND HEALTH CARE FACILITIES

**BERKSHIRE MEDICAL CENTER**
725 North St.
Pittsfield, 01201
Tel. 447-2000

Rev. Lee Smith, Chaplain
Pond Cottage
Old Chatham, NY 12136-0023
Tel. (518) 794-4516

**MONSON DEVELOPMENTAL CENTER**
175 State Ave.
Palmer, 01069-1856
Tel. 283-3411, ext. 339
Fax: 283-4632

Rev. Robert F. Wagner, Chaplain
Alleluia House at Jericho
537 Northampton St.
P.O. Box 1039
Holyoke, 01041-1039
Tel. 538-7450 (voice and TTY)
Fax: 536-5691

Rev. Mr. Rodney Szymczyk, Chaplain
74 Dunssany Dr.
Longmeadow, 01106
Tel. 567-9097

**SOLDIERS' HOME**
Br. Frank Grimaldi, OFM Conv.
Director and Chaplain, Pastoral Services
110 Cherry St.
Holyoke, 01040
Rev. Norman Bolton, Chaplain
Rev. Richard Riendeau, Chaplain
Blessed Sacrament Rectory
1945 Northampton St.
Holyoke, 01040
Tel. 532-9475 Ext. 120

**SPRINGFIELD CATHOLIC HEALTHCARE CHAPLAINS**
*Serving the needs of patients at Mercy Medical Center, Baystate Medical Center and Parkview Specialty Hospital.*
Rev. Mark S. Stelzer, S.T.D.,
Diocesan Liaison
Holy Name of Jesus Parish
33 South St. Chicopee, 01013
Tel. 594-8700
Fax: 592-3871
E-mail: Eimsmark@aol.com

Mr. James Conroy, Staff Chaplain
Tel. 221-2100
Fax: 592-3871
E-mail: HolyNameJames@aol.com

**VETERANS ADMINISTRATION MEDICAL CENTER**
Rev. Lionel E. Bonneville, Chaplain
Rev. Andrew Brambilla, OFM, Chaplain
421 N. Main St.
Leeds, 01053
Tel. 584-4040 Ext. 2282

**WESTERN MASS HOSPITAL**
Sr. Dorothy Walsh, SP
Maurice Proulx,
Coordinator of Pastoral Care
91 East Mountain Rd.
Westfield, 01085
Tel. 562-4131

---

## Church Technologies, Inc.

13 Garrison Road
Shirley, MA 01464

(978) 448-6893        churcht@gis.net

### Church Organ Systems
**888-557-5397**
www.churchorgansystems.com

Authorized
- Prestige Digital Organs
- Electronic/Pipe Combinations

Sales and Service

### Maas-Rowe Carillons
**800-854-2023**
www.maas-rowe.com

Representatives

For ~
- Electronic Carillons, Cast Bells
- Electronic Votive Candles

---

## Guarducci Stained Glass Studios

64 Stoney Brook Road
Great Barrington, MA 01230
(413) 528-6287

**David Guarducci, Owner**

30 years experience in all aspects of
liturgical stained glass in New England.
Complete Restorations,
Historic Preservations,
Traditional and Contemporary Design
for Fabrication of
New Stained Glass Windows,
Repairs, Protective Glazing
Ventilator Installations,
Mosaic Design and Fabrication
Fully Insured



76

# 2004 DIRECTORY OF THE DIOCESE OF SPRINGFIELD

# PARISHES

*IN THIS SECTION:*

- PARISH SPECIAL SERVICES
- PARISHES & MISSIONS
- MERGED AND CLOSED PARISHES

## CHAPLAINS AT CORRECTIONAL FACILITIES

**BERKSHIRE COUNTY HOUSE OF CORRECTION**
264 Second St.
Pittsfield, 01201
Tel. 443-7220
Rev. Michael Shershanovich, Chaplain
St. Joseph Rectory
414 North St.
Pittsfield, 01201-4674
Tel. 445-5789

**FRANKLIN COUNTY HOUSE OF CORRECTION**
160 Elm St
Greenfield, 01301
Tel. 774-4014
Rev. Timothy J. Campoli, Chaplain
Blessed Sacrament Rectory
182 High St.
Greenfield, 01301-2690
Tel. 773-3311
Fax: 773-5785
E-mail: blessedsacrament@colisp.com

**HAMPDEN COUNTY JAIL AND HOUSE OF CORRECTION**
627 Randall Rd.
Ludlow, 01056
Tel. 547-8000 ext. 2431
Rev. Lionel E. Bonneville, Chaplain
St. John the Baptist Rectory
181 Hubbard St.
Ludlow, 01056-2786
Tel. 583-3467

**HAMPSHIRE COUNTY JAIL AND HOUSE OF CORRECTION**
*Providing Sacramental and Liturgical, counseling, crisis intervention in a ministry of presence and hope.*
205 Rocky Hill Rd.
P.O. Box 7000
Northampton, 01061-7000
Tel. 584-5911
Rev. Eugene D. Honan, Chaplain
St. Mary of the Assumption Rectory
3 Elm St.
Northampton, 01061-0180
Tel. 584-7310
Fax: 584-4788
E-mail: eugenehonan@stmarynorthampton.org

## MILITARY CHAPLAINS

**BARNES AIR FORCE BASE**
Rev. Edmund Crowley, Chaplain
104 Fighter Wing
Barnes Air Force Base
Westfield, 01085
Tel. 568-9151 ext. 1311

# 2004 DIRECTORY OF THE DIOCESE OF SPRINGFIELD

# PARISH SPECIAL SERVICES



# MULTI-LINGUAL SERVICES

The following is a list of parishes that provide some Non-English Services.
For complete services provided see Parish listings.

## ARAMAIC
**SPRINGFIELD**
St. Anthony Maronite Parish

## FRENCH
**CHICOPEE**
Assumption Parish
St. George Parish
St. Rose de Lima Parish
**HOLYOKE**
Holy Cross Parish
Immaculate Conception Parish
Our Lady of Guadalupe Parish
**INDIAN ORCHARD**
St. Jude Parish
St. Mary Parish
**LONGMEADOW**
Sacred Heart Parish
**LUDLOW**
St. John the Baptist Parish
St. Mary Parish
**NORTHAMPTON**
Sacred Heart Parish
**RUSSELL**
Our Lady of the Rosary Parish
**THREE RIVERS**
St. Anne Parish

## HATIAN CREOLE
**HOLYOKE**
Immaculate Conception Parish
**INDIAN ORCHARD**
St. Jude Parish

## ITALIAN
**LONGMEADOW**
St. Mary Parish
**PITTSFIELD**
Our Lady of Mt. Carmel Parish
**SPRINGFIELD**
Our Lady of Mt. Carmel Parish
**RUSSELL**
Our Lady of the Rosary Parish

## POLISH
**CHICOPEE**
St. Stanislaus Bishop & Martyr Basilica
**EASTHAMPTON**
Sacred Heart Parish
**GREENFIELD**
Sacred Heart Parish
**HOLYOKE**
Our Lady of Guadalupe
**INDIAN ORCHARD**
Immaculate Conception Parish
**LUDLOW**
Christ the King Parish
**NORTHAMPTON**
St. John Cantius Parish
**SPRINGFIELD**
Our Lady of the Rosary Parish
**TURNERS FALLS**
Our Lady of Czestochowa Parish
**THREE RIVERS**
Sts. Peter and Paul Parish
**WARE**
St. Mary Parish
**WESTFIELD**
Holy Trinity Parish

## PORTUGUESE
**INDIAN ORCHARD**
St. Jude Parish
**LUDLOW**
Our Lady of Fatima Parish

## SPANISH
**AMHERST**
St. Brigid Parish
**HOLYOKE**
Immaculate Conception
Our Lady of Guadalupe
**INDIAN ORCHARD**
St. Jude Parish
**LONGMEADOW**
St. Mary Parish
**LUDLOW**
St. Mary Parish
**SPRINGFIELD**
All Souls Parish
Blessed Sacrament Parish
Holy Family Parish
Sacred Heart Parish
**WESTFIELD**
St. Mary Parish

## VIETNAMESE
**SPRINGFIELD**
Holy Name Parish

# SERVICES FOR
# THE HEARING IMPAIRED

The following is a list of parishes that provide some services for the hearing impair
For complete services provided see Parish listings.

**CHICOPEE**
St. Anne Parish
**DALTON**
St. Agnes Parish
**EASTHAMPTON**
Sacred Heart Parish
**FEEDING HILLS**
Sacred Heart Parish
**LUDLOW**
St. Mary Parish
**PITTSFIELD**
Our Lady of Mt. Carmel
**RUSSELL**
Our Lady of the Rosary Parish

# 2004 Directory of the Diocese of Springfield

# Parishes & Missions



# PARISHES AND MISSIONS OF THE DIOCESE

The following listing, arranged alphabetically by location, includes the name of the parish or mission, its address and year of establishment and the address and telephone number of its rectory as well as the parish staff including priests, the parish secretary, the director or coordinator of religious education and the pastoral minister. Parish facilities, including schools, convents and cemeteries, are also listed. Services available in a language other than English are listed, as well as Masses in Sign Language. Unless otherwise indicated the area code for all cities is 413.

## ADAMS

**NOTRE DAME DES SEPT DOULEURS PARISH**
Established 1884

Original address: McKinley Square

**Merged in 1998 to form and Sacramental Records now kept at:**
The Parish of Notre Dame des Sept Douleurs & Saint Thomas Aquinas
P.O. Box 231, 01220-0231

**THE PARISH OF NOTRE DAME des SEPT DOULEURS & SAINT THOMAS AQUINAS**
Established in 1998

**Churches:**
Notre Dame – McKinley Square
(handicapped accessible)
Saint Thomas – 2 Columbia St.
Pastoral Office: 21 Maple Street
Mailing Address:
P.O. Box 231, 01220-0231
Tel. 743-0577
Fax: 743-4665
E-mail: NDSTPARISH@aol.com
NDSTPASTOR@aol.com
Pastor: Rev. Daniel J. Boyle
Deacon: Rev. Mr. Robert Moulton
1191 Massachusetts Ave.
North Adams, 01247
Tel. 663-9726
Secretary: Theresa A. Kennedy
Religious Education: Jill Staffin (grades K-6)
W. Peter Gutmann (grades 7-11)

**ST. STANISLAUS KOSTKA PARISH**
Established 1905

Church: 25 Hoosac St., 01220
Rectory: 25 Hoosac St., 01220-1791
Tel. 743-0041
Pastor: Rev. Daniel J. Boyle

**Mass Schedule:**
Sat. 4:00 p.m. (ND)
Sun. 8:00 a.m. (SSK)
10:15 a.m. (STA)
Daily Mon. 12:10 p.m. (ND)
Tues.-Thurs. 8:30 a.m. (ND)
Communion Service Fri. 6:30 a.m.

**Mass Schedule:**
Sat. 4:00 p.m. (ND)
Sun. 8:00 a.m. (SSK)
10:15 a.m. (STA)
Daily Mon. 12:10 p.m. (ND)
Tues.-Thurs. 8:30 a.m. (ND)
Communion Service Fri. 6:30 a.m.

**Reconciliation Schedule:**
Sat. 3:00 p.m (ND) (as noted in bulletin)

**Facilities:**
The Father Lahey Parish Center
2 Columbia St.
(handicapped accessible)

The Parish School of Religious Education
21 Maple St.

**Reconciliation Schedule:**
Sat. 3:00 p.m (ND) (as noted in bulletin)

**Facilities:**
St. Stanislaus Kostka Convent
Felician Sisters
23 Hoosac St., 01220
Tel. 743-1221

St. Stanislaus Kostka Cemetery
Orchard St., 01220
Tel. 743-0041

## ST. THOMAS AQUINAS PARISH — Established 1875

Merged in 1998 to form and Sacramental Records now kept at:
The Parish of Notre Dame des Sept Douleurs & Saint Thomas Aquinas
P.O. Box 231, 01220-0231

Original address: 2 Columbia St.

# AGAWAM

## ALL SAINTS PARISH — Established 2000

St. Anthony Church: 108 Bridge St., 01001
St. Therese Church: 74 Bridge St., 01001
Rectory: 74 Bridge St., 01001-1204
Tel. 786-4451
Fax: 786-6441
Administrator: Rev. Steven C. Arno
E-mail: FrSteveArno@aol.com
Religious Education:
Kathleen D'Amato
Rich Januska
Secretary: Ann Jackobek
E-mail: AllSaintsAgawam@aol.com

**Mass Schedule:**
Sat. 4:30 p.m. (ST)
Sun. 8:30 a.m. (SA), 11:00 a.m. (ST)
Daily: May-Sept. (SA), Oct-Apr. (ST)
Mon., Tues., Fri., Sat. 9:00 a.m.
Thurs., 7pm.
Holy Day 9:00 a.m., 6:00 p.m.
Rosary one half hour before daily mass.
**Reconciliation Schedule**
Sat. 3:30 p.m. (ST) and by appointment
**Facilities:**
Education Center
108 Bridge St. 01001
Parish Center
74 Bridge St. 01001
Parish Hall
108 Bridge St., 01001

## ST. ANTHONY OF PADUA MISSION — Established 1925

Original address: 108 Bridge St

Merged in 2000 to form and Sacramental Records now kept at:
All Saints Parish
74 Bridge St. 01001

## ST. JOHN THE EVANGELIST PARISH — Established 1946

Church: 833 Main St., 01001
Rectory: 833 Main St., 01001-2527
Tel. 786-8105
Fax: 789-6266
Web site: www.stjohnevangelistchurch.org
E-mail: info@stjohnevangelistchurch.org
Pastor: Rev. John J. Brennan
Sexton: Emile Grenier
Pastoral Minister:
Sr. Mary Clare Finn SSJ
Tel. 786-4499
Religious Education:
Annette Reynolds
Carol Ann Flood
Organist: Wayne Ball

**Mass Schedule:**
Sat. (Labor Day - Memorial Day)
4:00 p.m., 6:00 p.m.;
(Memorial Day-Labor Day) 5:00 p.m.
Sun. 8:30 a.m., 10:30 a.m.;
**Reconciliation Schedule:**
(Labor Day - Memorial Day)
Sat. 3:15 - 3:45 p.m., by appointment
(Memorial Day - Labor Day)
Sat. 4:15 - 4:45 p.m.
**Facilities:**
Parish Center
833 Main St., 01001
Emile Grenier
Tel. 786-8105
*Church, rectory, and parish center are handicapped accessible.*

## ST. THERESA OF THE CHILD JESUS PARISH — Established 1883

Merged in 2000 to form and Sacramental Records now kept at:
All Saints Parish
74 Bridge St. 01001

Original address: 74 Bridge St.

# AMHERST

## ST. BRIGID PARISH — Established 1872

Church: 122 North Pleasant St., 01004
Rectory: 122 North Pleasant St., 01004
Parish Office:
Msgr. J. Alfred Lane Pastoral Center
43 North Prospect St.
P.O. Box 424, 01004-0424
Mailing address:
P.O. Box 424, 01004-0424
Tel. 256-6181 or 253-7935
Fax: 253-8885
Pastor: Rev. John T. Smegal
Parish Treasurer: Michael Sullivan
**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 8:00 a.m., 10:30 a.m.,12:15
(in Spanish)
Daily 8:00 a.m.

**Summer Mass Schedule:**
Sun. 8:00 a.m., 10:30 a.m., 12:15
(in Spanish)
Daily in June: 8:00 a.m.
Other Masses remain the same.

**Reconciliation Schedule:**
Sat. 3:30 p.m. and by appointment

**Facilities:**
Msgr. J. Alfred Lane Pastoral Center
43 North Prospect St., 01004
Tel. 256-6181

St. Brigid Cemetery
Rocky Hill Road
Hadley, 01035
Tel. 256-6181

*Pastoral services available in Spanish*

*Church is handicapped accessible.*

# BECKET

## ST. MATTHEW CHAPEL
*A mission of St. Agnes Parish, Dalton*

Established 1910

Church: 78 Washington St., 01223
Tel. 684-0125 (St. Agnes Rectory)
Pastor: Rev. Christopher A. Malatesta

**Mass Schedule:**
Sun. 9:00 a.m. (July and August Only)

*Church is handicapped accessible.*

# BELCHERTOWN

## ST. FRANCIS OF ASSISI PARISH

Established 1923

Church: 10 Park St., 01007
Rectory: 10 Park St.
P.O. Box 612, 01007-0612
Tel./Fax: 323-6272
E-mail: stfrancisbtown@stfrancisbtown.org
Web site: www.stfrancisbtown.org
Pastor: Rev. Vernon P. Decoteau
Secretary: Patricia Akins
Religious Education: Judy Trickey

**Mass Schedule:**
Sat. 4:00 p.m., 5:30 p.m.
Sun. 7:00 a.m., 8:30 a.m., 11:15 a.m.
Daily (Mon.-Thurs.) 8:00 a.m.

**Reconciliation Schedule:**
Sat. 3:00- 3:45 p.m. or by appointment

*Church is handicapped accessible.*

# BONDSVILLE

## ST. ADALBERT PARISH

Established 1910

Church: 18 Depot St., 01009
Rectory: 18 Depot St.,
P.O. Box 1083, 01009-1083
Tel./Fax: 283-3000
Pastor: Rev. Normand F. Mailloux, MS
Accountant: Marion Handzel

**Mass Schedule:**
Sat. 4:30 p.m.
Sun. 9:00 a.m.
Daily 7:30 a.m.

**Reconciliation Schedule:**
Sat. 3:30 p.m.

## ST. BARTHOLOMEW PARISH

Established 1878

Church: 1 State St., 01009
Rectory: St. Thomas Rectory
1076 Thorndike St.
Palmer, 01069-1509
Tel. 283-8841
(St. Bartholomew Church)
283-5091 (St. Thomas Rectory)
Pastor: Rev. Eugene Plasse
Religious Education: Liz Crete, Lisa Butler

**Mass Schedule:**
Sun. 9:00 a.m.

**Reconciliation Schedule:**
Sun. 8:30-9:00 a.m.

**Facilities:**
Church Hall
22 State St., 01009

# BRIMFIELD

## ST. CHRISTOPHER PARISH

Established 1953

Church: 20 Sturbridge Rd., Rt. 20, 01010
Rectory: 16 Sturbridge Rd., Rt. 20
P.O. Box 387, 01010-0387
Tel. 245-7274
Fax: 245-8376
E-mail: s.rectory@worldnet.att.net
Website: http://home.att.net/~s.rectory/
Pastor: Rev. Walter A. Swift
Administrative Assistant: Valerie Bernier
Religious Education: Valerie Bernier
Elementary Coordinator: Mary Lacombe

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 8:30 a.m., 10:30 a.m.
Daily 9:00 a.m.
Eve of Holy Day 6:30 p.m.
Holy Day 9:00 a.m.

**Summer Mass Schedule:**
No Sat. 4:00 p.m. in Brimfield
Other Masses remain the same
(Sat. 4:00 p.m. Mass is at St. Monica Mission, Wales)

**Reconciliation Schedule:**
Sat. 3:30 p.m., or by request

**Facilities:**
St. Bernadette Mission

St. Monica Mission
Main Street, Rt. 19, Wales

# CHARLEMONT

## ST. CHRISTOPHER MISSION
A mission of St. Joseph Parish,
Shelburne Falls

Established 1883

Church: 180 Main St.
Mailing Address: 34 Monroe Ave.,
Shelburne Falls, 01370-1405

Tel. 625-6405 (St. Joseph Rectory)
E-mail: jackaroach@rcn.com

**Mass Schedule:**
Sat. 6:00 p.m.

**Reconciliation Schedule:**
Sat. 5:45-5:55 p.m.

# CHESHIRE

## ST. MARY OF THE ASSUMPTION PARISH

Established 1926

Church: Church Street, 01225
Rectory:
159 Church St., 01225-0480
Tel. 743-2110
E-mail: stmarys159@aol.com
Website: www.stmaryscheshire.com
Pastor: Rev. David R. Raymond
Deacon: Rev. Mr. Robert Hitter
Secretary: Edie Zarek

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 8:45 a.m., 11:00 a.m.
Daily (Mon., Tues., Wed., Fri.) 8:00 a.m.

**Reconciliation Schedule:**
Sat. 3:00-3:45 p.m., or by request

**Facilities:**
Church Hall
159 Church St., 01225

*Church, chapel and hall are handicapped accessible.*

# CHESTER

## ST. JOHN MISSION
*A mission of St. Thomas Parish, Huntington*

Church: Middlefield St., 01011
Tel. 667-3350 (St. Thomas Rectory)
Pastor: Rev. Donald A. Noiseux

**Mass Schedule:**
Sun. 9:30 a.m.

**Summer Mass Schedule:**
Sun. 8:30 a.m.

**Reconciliation Schedule:**
Sun. 8:45-9:15 a.m.

**Summer Reconciliation Schedule:**
Sun. 8:00-8:25 a.m.

---

# CHICOPEE

Established 1885

## ASSUMPTION OF THE BLESSED VIRGIN MARY PARISH

Church: 94 Springfield St., 01013
Rectory: 104 Springfield St., 01013-2695
Tel./Fax: 592-1597
Pastor: Rev. Gerard A. Lafleur
E-mail: galafleur13@aol.com
In Residence: Rev. Michael H. Devlin
E-mail: mhd42m@aol.com
Secretary: Anita Perry
Religious Education:
Lori Bedard, CRE
Tel. 592-9344

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 9:00 a.m., 11:00 a.m., 7:00 p.m.
Daily 7:30 a.m.

**Reconciliation Schedule:**
Sat. 3:00 p.m.
Reconciliation available in French.

**Facilities:**
Church Hall
11 Chapman St., 01013
*Church and hall are handicapped accessible.*

## HOLY NAME OF JESUS PARISH
Established 1838

Church: 33 South St., 01013
Tel. 592-0122
E-mail: HolyName@aol.com
Pastor: Rev. Mark S. Stelzer
Religious Education: Patricia Boryczka
Tel. 592-7813
Secretary: Eleanor Godin
Pastoral Associate: James Conroy
Office Hours: Mon.-Thurs. 9:00 a.m.-
4:00 p.m., Fri. 9:00 a.m.-12:00 p.m.

**Mass Schedule:**
Tues., Fri. 7:00 p.m.
Sat. 4:00 p.m.
Sun. 8:00 a.m., 10:30 a.m.
Daily 5:45 p.m.
Morning Rosary 7:00 a.m.
Exposition of the Blessed Sacrament
in the chapel on First Fridays after the
7:00 a.m. Mass until 5:45 p.m.
Holy Days 8:00 a.m.

**Reconciliation Schedule:**
Sat. 3:30 p.m.

**Facilities:**
Church Hall
South St., 01013
Tel. 592-5544
Holy Name Convent
Sisters of Notre Dame de Namur
63 South St., 01013
Tel. 598-8558
Holy Name School (Pre K-8)
63 South St., 01013-2655
Tel. 592-6857
Fax: 598-0150
E-mail: holynname1@aol.com
Principal: Sr. Irene Murphy, SND
Calvary Cemetery
Springfield Street, 01013
Mailing address: 33 South St., 01013
Tel. 592-0122
*Church is handicapped accessible*

---

## NATIVITY OF THE BLESSED VIRGIN MARY PARISH
Established 1897

Church: 780 Chicopee St., 01013
Rectory: 780 Chicopee St., 01013-2747
Tel. 532-9421
Fax: 532-1410
Web site: www.nativityparish.net
Pastor: Rev. Francis M. Kennedy
Religious Education: Cynthia Marr
Secretary: Lise Petit

**Mass Schedule:**
Sat. 5:30 p.m.
Sun. 10:30 a.m.
Daily (Mon. & Tues.) 7:30 a.m.
Holy Day 7:00 p.m.

**Facilities:**
Church Hall
780 Chicopee St., 01013
Tel. 532-8688

*Church and hall are handicapped accessible.*

## ST. ANNE PARISH
Established 1912

Church: 30 College St., 01020
Rectory: 30 College St., 01020-4299
Tel. 532-7503
E-mail: stannesc@aol.com
Web site: www.stanneparishchicopee.org
Pastor: Rev. William C. Rousseau
Secretary: Dale Foley
Pastoral Minister: Sr. Doris Guillet, PM
R.C.I.A.: Linda Bernier
Choir Director: Cheryl Kistel
Organist: Dan Mashia

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 7:00 a.m., 9:00 a.m., 11:00 a.m.
Daily 9:00 a.m. (Mon.-Sat.)
Daily Rosary 8:40 a.m.
Exposition of the Blessed Sacrament
Every Fri. after 9:00 a.m. Mass
through 4:00 p.m.

Eve of Holy Day 5:30 p.m.
Holy Day 5:30 p.m.

Feast Day 9:00 a.m., 5:30 p.m.
Sign Language 9:00 a.m.
(Every Sunday excluding
3rd Sunday of the month)

**Reconciliation Schedule:**
Sat. 3:00 p.m. and at rectory
by appointment.

**Facilities:**
Church Hall
College Street, 01020
Office of Religious Education
Tel. 533-8038

*Church and hall are handicapped accessible.*

93