## ST. ANTHONY OF PADUA PARISH

Established 1976

Church: 56 St. Anthony St., 01013
Friary: 56 St. Anthony St., 01013-2197
Tel. 538-9475
Fax: 538-9859
Pastor: Rev. Benedict Fagone,
    OFM Conv.
Secretary: Joette A. Kolek
Religious Education: Edward Potyrala

Mass Schedule:
Sat. 4:00 p.m.
Sun. 9:00 a.m., 10:30 a.m.
Daily (Tues. - Fri.) 6:00 p.m.
Eve of Holy Day 6:00 p.m.
Holy Day 12:00 p.m.
Novena to Saint Anthony & Eucharistic
Holy Hour: Tues 6:30 - 7:30 p.m.

Reconciliation Schedule:
Tues. 6:30-7:00 p.m.

Facilities:
St. Anthony of Padua Social Center
56 St. Anthony St., 01013
Tel. 534-1493

*Church is handicapped accessible.*

## ST. GEORGE PARISH

Established 1893

Church: 7 Belcher St., 01020
Rectory: 202 East Main St., 01020-3697
Tel. 598-8622
Fax: 592-8353
Pastor: Rev. Robert H. Riel
Secretary: Joyce Morissette
Religious Education: Margaret Bradford

Mass Schedule:
Sat. 4:00 p.m.
Sun. 9:00 a.m., 11:00 a.m., 6:30 p.m.
Daily 7:45 a.m. (rectory chapel)

Reconciliation Schedule:
Sat. 3:30 p.m.
Reconciliation available in French.

Facilities:
St. George Convent
Sisters of the Assumption
21 Maple St., 01020
Tel. 592-7120

St. Joan of Arc - St. George School (K-8)
587 Grattan St., 01020-1594
Tel. 533-1475
Fax: 533-1418
E-mail: sjsg@sjoan-stgeorge.org
Web site: www.sjoan-stgeorge.org
Principal: Susan Lemieux

*Church is handicapped accessible.*

## ST. MARY OF THE ASSUMPTION PARISH

Established 1939

Church: 840 Chicopee St., 01013
Rectory: 840 Chicopee St., 01013-2799
Tel. 532-1854
Pastor: Rev. Francis M. Kennedy
Religious Education: Loretta Starr

Mass Schedule:
Sat. 4:00 p.m.
Sun. 7:30 a.m.
Daily 9:00 a.m. (Thurs., Fri.)
Holy Day 7:00 a.m.

Reconciliation Schedule:
Sat. 3:15-3:45 p.m.

Facilities:
Church Hall
840 Chicopee St., 01013
Tel. 532-1854

## ST. PATRICK PARISH

Established 1872

Reconciliation Schedule:
Sat. 3:00-3:45 p.m.

Church: 319 Broadway, 01020
Rectory:
    319 Broadway
    P.O. Box 482, 01021-0482
Tel. 592-4178
Fax: 592-4170
Web Site: www.saint-patrick.net/
Pastor: Rev. Richard M. Turner
Deacon: Rev. Mr. Frank Rogers
Pastoral Minister: Sr. Edith McAlice, SSJ
Administration Office: Cecilia O'Shea
Religious Education: Patti Zygarowski
Business Manager: Katherine Mitchell

Mass Schedule:
Sat. 4:00 p.m.
Sun. 8:30 a.m., 10:30 a.m., 6:30 p.m.
Daily 9:00 a.m. (Mon-Fri)
Eve of Holy Day 5:00 p.m.
Holy Day 9:00 a.m., 5:00 p.m.

Religious Education Office
125 Montgomery St., 01020
Tel. 592-4344

Facilities:
St. Patrick School (Pre K-8)
125 Montgomery St., 01020
Tel. 594-8166
Fax: 594-8167
Principal: Anne T. Sweetman

St. Patrick Cemetery
Fuller Road, 01020
Tel. 592-4178

*Church is handicapped accessible.*

## ST. ROSE de LIMA PARISH

Established 1909

Church: 600 Grattan St., 01020
Rectory: 600 Grattan St., 01020-1592
Tel. 536-4558, 536-4559
Fax: 536-4559
Web site: www.strosedelima.org
E-mail: FrLeo@Strosedelima.org
Pastor: Rev. Msgr. Leo A. Leclerc
Parochial Vicar: Rev. Michael F. Bernier
In residence: Rev. Daniel S. Pacholec
Deacon: Rev. Mr. Leon Mireault
    1707 Parker St.
    Springfield, MA 01128
    Tel. 783-0092

Secretaries:
    Diane Bissonnette
    Amelia Lajeunesse
Religious Education: Susan Lemieux

Mass Schedule:
Sat. 4:00 p.m., 6:30 p.m.
Sun. 9:00 a.m. (Every other Sun. available
    in French), 11:00 a.m., 4:00 p.m.
Daily 7:00 a.m., Holy Days, and Vigils
    6:30 a.m. During Lent

Reconciliation Schedule:
Sat. 3:15 p.m., or by appointment
Reconciliation available in French.

Facilities:
Church Hall
600 Grattan St., 01020
Tel. 539-9259

Pastoral Center
15 Chapel St., 01020
Tel. 536-4558

St. Rose de Lima Convent
Sisters of the Presentation of Mary
15 Chapel St.,
Springfield, MA 01128
Tel. 536-6107

St. Joan of Arc-St. George School (K-8)
587 Grattan St., 01020-1538
Tel. 533-1475
Fax: 533-1418
Principal: Susan Lemieux

St. Rose de Lima Cemetery
Olsen Street
(at end of Christopher Street) 01020
Tel. 536-6298
Superintendent: Raymond Pimpare

*Church and hall are handicapped accessible.*

## ST. STANISLAUS BISHOP & MARTYR BASILICA

Established 1891

Church: 570 Front St., 01013
Friary: 566 Front St., 01013-3192
Tel. 594-6669, 594-6660
Fax: 594-5259
Web site: www.saintstanislaus.org
Rector: Rev. Michael Zielke, OFM Conv.
Parochial Vicars:
Rev. Timothy Dore, OFM Conv.
Rev. Gary Johnson, OFM Conv.
Rev. Mieczyslaw Wit, OFM Conv.
In residence:
Br. Frank Grimaldi, OFM Conv.
Secretaries:
Agnes Olbrys,
Agnieszka Surdyka
Business Manager:
Br. William Surdyka, OFM Conv.
Pastoral Ministers:
Sr. Mary D'Angelo, SFMA
Sr. M. Vincentia Jachimski, FSSJ
Sr. Norbert Pertucci, SFMA
Director of Adult Formation:
Sr. Mary Veronica Zulu, SFMA

Mass Schedule:
Sun. 6:30 a.m., 8.00 a.m.,
10:00 a.m., 12:00 p.m. (Polish),
Daily 6:30 a.m., 7:30 a.m., 12:00 p.m.

Reconciliation Schedule:
Mon.-Fri., after 6:30 a.m. Mass
11:00 a.m.-12:00 p.m. (lower basilica)
Sat. after 7:00 a.m. Mass
9:00 a.m.-10:00 a.m. (lower basilica)
3:30 p.m.-4:00 p.m. (upper basilica)
5:30 p.m.-6:00 p.m. (upper basilica)
or by appointment at the friary.
Reconciliation available in Polish.
Adoration of the Blessed Sacrament:
Mon.-Fri. 8:00 a.m. - noon

Facilities:
Church Hall
534 Front St., 01013 - Tel. 594-6669

St. Stanislaus Convent
Franciscan Sisters of St. Joseph
35 Henry Harris St., 01013 - Tel. 592-9113

St. Hyacinth Filial House
110 Cyman Dr., 01013 - Tel. 557-6930

St. Stanislaus School (Pre K-8)
534 Front St., 01013
Tel. 592-5135
Fax: 598-0187
E-mail: ss.stanis@mec.edu
Web site: www.st.stanislaus.mec.edu
Administrators:
Sr. Cecelia Haret, FSSJ,
Mrs. Karen Shea

St. Stanislaus Cemetery
800 Montgomery St., 01013 - Tel. 532-8636
James Ziemba, superintendent
Parish Office Center
40 Cyman Dr., 01013 - Tel. 594-6669

*Church and school are handicapped accessible.*

## COLRAIN

### ST. JOHN THE BAPTIST MISSION
*A mission of St. Joseph Parish,
Shelburne Falls*

Church: Church St., Colrain
Mailing Address: 34 Monroe Avenue,
Shelburne Falls MA 01370-1405
Tel. 625-6405 (St. Joseph Rectory)
E-mail: jackaroach@cln.com
Pastor: Rev. John A. Roach

Mass Schedule:
Sat. 4:00 p.m.

Reconciliation Schedule:
3:40 p.m. - 3:55 p.m. before Mass

*Church is handicapped accessible.*

## CONWAY

### ST. MARK MISSION
*A mission of St. James Parish,
South Deerfield*

Church: Delabarre Avenue, 01341
Tel. 665-4535 (St. James Rectory)
Pastor: Rev. Philippe D. Roux

No scheduled Masses at this time.

## DALTON

### ST. AGNES PARISH

Established 1907

Church: 489 Main St., 01226
Rectory: 489 Main St., 01226-1691
Tel. 684-0125
E-mail: stagnes@berkshire.rr.com
Web site:
http://www.ygernet.net/stagnes
Pastor: Rev. Christopher A. Malatesta
Deacon:
Rev. Mr. Pasqual Baldasaro
18 Hubbard Ave.
Pittsfield, 01201
Tel. 684-1120
Religious Education:
Lisa Stankiewicz
Principal: Theresa Dudziak
Tel. 684-1803

Mass Schedule:
Sat. 8:00 a.m., 4:00 p.m.
Sun. 8:00 a.m., 9:30 a.m., 11:00 a.m.
Daily 6:45 a.m.
Holy Day 6:45 a.m., 9:00 a.m.,
5:30 p.m. (Vigil Mass)

Reconciliation Schedule:
Sat. 3:15 and 3:45 p.m.

Pastoral Center
513 Main St., 01226

Facilities:
St. Agnes School (Pre K-8)
30 Carson Ave., 01226
Tel. 684-3143
Fax: 684-3124
E-mail: princstag@pycap.rr.com
Web site: www.ygernet.net/stagnes
Principal: Theresa Dudziak

St. Patrick Chapel
48 Church St., Hinsdale

St. Mathew Chapel
78 Washington St., Becket

*Church and School are
handicapped accessible.*

*Church has hearing assistance available.*

# EASTHAMPTON

## IMMACULATE CONCEPTION PARISH

Established 1871

Church: 33 Adams St., 01027
Rectory: 33 Adams St., 01027-1680
Tel. 527-9778, 527-7222
Fax: 527-9353
E-mail: icchurch@the-spa.com
Pastor: Rev. William J. Hamilton
Secretary: Jill Malo
Pastoral Minister: Helen Szubzda
Director of Music: Michael Fazio

**Mass Schedule:**
Sat. 4:00 p.m., 5:30 p.m.
Sun. 8:30 a.m., 10:30 a.m.
Daily 9:00 a.m.
(Tues., Wed., Thurs., Fri.)
5:15 p.m. (Mon., Miraculous
Medal Novena)

**Reconciliation Schedule:**
Sat. 3:15-3:45 p.m.

**Facilities:**
Church Hall
33 Adams St., 01027
Tel. 527-9778

Notre Dame - Immaculate Conception
School (K-8)
33 Pleasant St., 01027
Tel. 527-6133
Fax: 527-6625
E-mail: ndicschool@msn.com
Principal: Sharon Sarrasin

Religious Education Center
11 Clifford St., 01027
Tel. 527-9778

St. Brigid Cemetery
Everett Street, 01027
Tel. 527-9778
Superintendent: Kevin Molloy

*Church and hall are handicapped accessible.*

## NOTRE DAME du BON CONSEIL PARISH

Established 1906

Church: 35 Pleasant St., 01027
Rectory: 35 Pleasant St., 01027-1129
Tel. 527-9588
Fax: 529-0517
Pastor: Rev. Thomas R. Champigny
Secretary: Suzanne Ploud
Religious Education: Thomas Brown

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 8:00 a.m., 10:30 a.m.
Daily 7:30 a.m. (Mon., Tues., Fri.),
7:30 a.m. (Wed. – Miraculous
Medal Novena)
5:30 p.m. (Thurs. – Miraculous
Medal Novena)
Eve of Holy Day 6:30 p.m.
Holy Day 7:30 a.m.

**Reconciliation Schedule:**
Sat. 3:30 p.m.

**Facilities:**
Notre Dame-Immaculate Conception
School (K-8)
35 Pleasant St., 01027
Tel. 527-6133
Fax: 527-6625
Principal: Sharon Sarrasin

*Church is handicapped accessible*

98

## SACRED HEART OF JESUS PARISH

Established 1909

Church: 34 Franklin St., 01027-1711
Rectory: 33 Knipfer Ave., 01027-1799
Mailing Address:
33 Knipfer Ave., 01027-1799
Tel. 527-9036
Fax: 529-0936
Web site: www.easthamptonweb.com/sacred
Pastor: Rev. James A. Sipitkowski
Secretary: Caroline Growhoski
Office Hours: 8:00 a.m-2:00 p.m.
Religious Education: Caroline Growhoski

**Mass Schedule:**
Sat. 8:00 a.m., 4:00 p.m.
Sun. 8:30 a.m., 11:00 a.m.
*(Last Sun. of each month the
8:30 a.m. Mass is in Polish)*
Daily (Oct-Apr) Mon.-Wed., Fri. 9:00 a.m.
Thurs. 6:30 a.m.
(May-Sept) Mon.-Wed., Fri. 8:00 a.m.
Thurs. 6:30 a.m.
Holy Days and Holidays:
See Church Bulletin
Adoration of the Blessed Sacrament
First Friday 9:00 a.m.

**Reconciliation Schedule:**
Sat. 3:00 p.m.-3:30 p.m.
First Friday 8:15 a.m.-8:45 a.m.
*Reconciliation available in Polish.*

**Facilities:**
Sacred Heart Center
38 Franklin St., 01027
Mailing Address:
33 Knipfer Ave., 01027-1799

St. Stanislaus Bishop and Martyr Cemetery
Mayher Street, 01027
Office: Sacred Heart Center
Mailing Address: 33 Knipfer Ave., 01027
Tel. 527-9036
Superintendent: Mark Burgielewicz

*Pastoral services available in Polish.*

*Sound system in church serves
the hearing impaired.*

*Church, Sacred Heart Center and restroom
are handicapped accessible.*

# EAST LONGMEADOW

## ST. JOSEPH MISSION

*A mission of St. Paul the Apostle Parish,
Springfield*

Church: 146 Vineland Ave., 01028
Mailing address:
St. Paul Rectory
51 Fennmore Blvd.
Springfield, 01108-3518
Tel. 737-4422 (St. Paul Rectory)
Office Hours: St. Paul Rectory
9:00 a.m. - 1:00 p.m. (Mon.-Fri.)
Pastor: Rev. C. Lee Gilbertson
Religious Education: Dawn Morey

**Mass Schedule:**
Sun. 9:30 a.m.

**Reconciliation Schedule:**
Before Mass

**Facilities:**
St. Joseph Parish Hall
Vineland Avenue, 01028
Gary Gagnon
Tel. 737-8650

99

## ST. MICHAEL PARISH

Established 1887

Church: 110 Maple St., 01028
Rectory: 108 Maple St., 01028
Mailing address:
128 Maple St., 01028-2790
Tel. 525-4253
Fax: 525-2443
E-mail: stmichaelslong@aol.com
Pastor: Rev. James J. Scahill
Pastoral Associates:
St. Betty Boughan, SSJ
St. Mary McGee, SSJ
Tel. 525-3090
Tel. 525-2075
Secretary: Patti Baran
Religious Education: Shirley Skiffington

Reconciliation Schedule:
Sat. 5:00 p.m.

Facilities:
St. Michael's Parish Office
128 Maple St., 01028
St. Michael's Parish Center
53 Somers Rd., 01028
Religious Education Office
Parish Center
53 Somers Rd., 01028
Tel. 525-0371

Mass Schedule:
Sat. 4:00 p.m.
Sun. 8:00 a.m., 10:00 a.m., 11:30 a.m.
Daily Mon., Tues., Fri. 9:00 a.m.
Communion Service Wed. 9:00 a.m.
Holy Day 9:00 a.m., 5:30 p.m.

Church and parish center are handicapped accessible.

## FEEDING HILLS
## SACRED HEART PARISH

Established 1946

Church: 1065 Springfield St., 01030
Rectory: 1103 Springfield St., 01030-2195
Tel. 786-8200
Fax: 786-7802
E-mail: rfs46@comcast.net
Web site:
http://sacredheartfeedinghills.cjb.net
Pastor: Rev. Ronald F. Sadlowski
Secretaries:
Mary Y. Amellin,
Monday-Friday, 9:00 a.m. - 5:00 p.m.
Mary Ann Govoni,
Monday-Thursday, 4:30 - 8:00 p.m.

Mass Schedule:
Sat. 4:00 p.m.
Sun. 7:30 a.m., 9:00 a.m., 11:00 a.m.
6:00 p.m.
Daily Mon. 5:30 p.m.
Tues.-Fri., 8:00 a.m.
(Thurs. Eucharistic Prayer Service)
Vigil of Holy Day 5:30 p.m.
(Fri. Novena to the Sacred Heart)
Holy Day 8:00 a.m. and 7:00 p.m.

Reconciliation Schedule:
Sat. 3:00 p.m. - 3:40 p.m.
or by appointment.

Sound system in the church serves the hearing impaired.

Church and parish center are handicapped accessible.

## FLORENCE
## OUR LADY OF THE
## ANNUNCIATION PARISH

Established 1878

Church: 82 Beacon St., 01062-0055
Rectory: 42 Beacon St.
P.O. Box 60055, 01062-0055
Tel. 584-1520
Fax: 586-7550
Pastor: Rev. Roy H. Duquette
Parochial Vicar: Rev. John J. Gawienowski
Deacon: Rev. Mr. Bernard J. Fleury
Pastoral Minister: Georgina Moroney
Secretary: Gail L. O'Brien
Faith Information Ministry:
Theresa Callahan, Program Director/
Coordinator 6-11/Adult Education
Gail O'Brien, Coordinator K-5
Music Minister: Suzanne Anderson

Mass Schedule:
Sat. 5:00 p.m.
Sun. 9:00 a.m., 11:00 a.m.
Daily 9:00 a.m.

Summer Mass Schedule:
Memorial Day weekend – Labor Day
weekend 8:00 a.m. and 10:00 a.m.

Reconciliation Schedule:
Sat. 4:00-4:30 p.m.
and by appointment.

Facilities:
Parish Center
87 Beacon St., 01062-0055
Parish Offices
Office for Pastoral Concerns
Tel. 584-1753
Office of Faith Formation
Tel. 584-2041

Church is handicapped accessible.

## GRANBY
## IMMACULATE HEART
## OF MARY PARISH

Established 1951

Church: 256 State St., 01033
Rectory: 256 State St., 01033-9418
Tel. 467-9821
Fax: 467-2988
Pastor: Rev. Adrian J. Benoit
Secretary: Shirley Clapin
Religious Education:
Tel. 467-3566
Web site:
http://www.immaculateheartofmary.org

Mass Schedule:
Sat. 4:00 p.m.
Sun. 7:00 a.m., 9:00 a.m., 11:00 a.m.
Daily 7:45 a.m.

Reconciliation Schedule:
Sat. 3:00-4:00 p.m.

Facilities:
Parish Center
256 State St., 01033
Tel. 467-9821

Church and Parish Center are handicapped accessible.

# GREAT BARRINGTON
## ST. PETER PARISH
Established 1864

Church: 213 Main St., 01230
Rectory: 16 Russell St., 01230-1333
Tel. 528-1157 – Fax: 644-4916
Pastor: Rev. Daniel Papineau, MIC
In residence: Fr. Shaun O'Connor, MIC
Secretary: Helen Manion
Director of Religious Education:
Denise Flynn
Pastoral Minister: Lorraine Ward
Music Director: Emma Daigle
Superintendent: Richard Atwood

**Mass Schedule:**
Sat. 5:30 p.m.
Sun. 7:00 a.m., 8:30 a.m., 11:00 a.m.
Daily 7:00 a.m. (Mon.- Sat.)
First Friday 7:00 a.m. - Adoration follows
until 12:00 p.m. Mass.
Vigil of Holy Day 5:30 p.m.
Holy Day 7:00 a.m., 12:00 p.m.

**Reconciliation Schedule:**
Sat. 4:00-5:00 p.m.

**Facilities:**
St. Peter Center
Corner East and Cottage Sts., 01230

St. Peter Cemetery
96 Stockbridge Rd.
Mailing address:
16 Russell St., 01230
Tel. 528-1157

*St. Peter Center is handicapped accessible.*

# GREENFIELD
## BLESSED SACRAMENT PARISH
Established 1960

Church: 221 Federal St., 01301
Rectory: 182 High St., 01301-2690
Tel. 773-3311 - Fax: 773-5785
E-mail: blessedsacrament@colisp.com
Pastor: Rev. Timothy J. Campoli
Secretary: Elizabeth Fritz
9 Capt. Beers Plain Rd.
Northfield, 01360
Bookkeeper/Computer Operator:
Maureen Filiault
297 Mountain Rd.
Gill, 01376
Religious Education: Lawrence Filiault
297 Mountain Rd.
Tel. 774-2918 (office)
Organist: Klaus Becker

**Reconciliation Schedule:**
Sat. 2:45-3:30 p.m., or by appointment

**Facilities:**
Mariamante Academy (7-12)
64 North St., 01301
Tel. 773-1781
Fax: 773-1782

Calvary Cemetery
Wisdom Way
Office: 182 High St., 01301
Tel. 773-3311

*Church is handicapped accessible.*

## HOLY TRINITY PARISH
Established 186?

Church: 133 Main St., 01301
Rectory: 133 Main St., 01301
Tel. 774-2884 – Fax: 774-3852
E-mail: churchlady@crocker.com
Web site: www.holytrinitychurchgfd.org
Pastor: Rev. Ronald G. Yargeau
Secretary: Phyllis M. Pierce
Director of Religious Education:
Larry Filiault
Tel. 774-2918

**Mass Schedule:**
Sat. 5:30 p.m.
Sun. 8:00 a.m., 10:30 a.m.
Daily 8:00 a.m. Mon-Thurs
Communion Service (Lenten Season) 12:05 p.m. Most Fridays

**Reconciliation Schedule:**
Sat. 4:00 p.m.

*Church is handicapped accessible.*

## SACRED HEART PARISH
Established 191?

Church: Deerfield St., 01301
Rectory: 75 Prospect St., 01301-2630
Tel. 772-6377, 863-2583
Fax: 863-8978
E-mail: church@stmarysofturnersfalls.com
Web site: www.stmarysofturnersfalls.com
Pastor: Rev. Stanley J. Aksamit
Deacon:
Rev. Mr. Albert Routhier
19 Dunton St.
Turners Falls, 01376
Tel. 863-9133

Secretary: Patricia Haigis
Financial Secretary: Mari-Ann Boutwell
Pastoral Minister: Marguerite Noga
Tel. 863-2585
Youth and Family Life: Amy P. Socquet
Tel. 863-2585

**Mass Schedule:**
Sun. 8:30 a.m.
Daily 7:00 a.m. (Mon., Tues., Wed., Thurs.)
7:00 a.m. Communion service Friday

**Reconciliation Schedule:**
Before 8:30 a.m. Mass
Reconciliation available in Polish.

**Facilities:**
Church Hall
Rev. Stanley J. Aksamit
Tel. 772-6377
Vincent Mroz
12 Warner St., 01301
Tel. 773-7694

Mater Dolorosa Cemetery
Wisdom Way, 01301
Office: 12 Warner St., 01301
Tel. 773-7694

*Church is handicapped accessible.*

# HADLEY
## HOLY ROSARY PARISH
Established 191?

Merged in 1998 to form and
Sacramental Records now kept at:
Most Holy Redeemer Parish
120 Russell St., 01035

Original address: 120 Russell St.

## MOST HOLY REDEEMER PARISH

Established 1998

Church: 120 Russell St., 01035-0375
Rectory: 120 Russell St.,
P.O. Box 375, 01035-0375
Tel. 584-1326 — Fax: 587-0224
Pastor: Rev. William P. Murphy
Administrative Assistant: Lisa Jagla
Religious Education: Pam Bombardier

**Mass Schedule:**
Sat. 4:00 p.m. and 5:30 p.m.
Sun. 8:00 a.m., 10:00 a.m.
Daily 7:00 a.m. (Mon., Tues., Thurs., Fri.)

**Reconciliation Schedule:**
Sat. 3:00 - 3:30 p.m.

**Facilities:**
Most Holy Redeemer Parish Center
120 Russell St., 01035-0375
P.O. Box 375, 01035-0375
Tel. 586-6208

Holy Rosary Cemetery
Rocky Hill Rd., 01035-0375
Mailing Address:
P.O. Box 375, 01035-0375
Tel. 584-1326

Religious Education Office
120 Russell St., 01035-0375
Tel. 586-6209

*Church and Parish Center are handicapped accessible.*

## ST. JOHN PARISH

Established 1915

Merged in 1998 to form and
Sacramental Records now kept at:
Most Holy Redeemer Parish
120 Russell St., 01035

Original address: Russell Street

## HAMPDEN

### ST. MARY PARISH

Established 1951

Church: 27 Somers Rd., 01036
Rectory: 27 Somers Rd., 01036-9704
Tel. 566-8843
Fax: 566-8843
Pastor: Rev. Timothy J. Murphy
Deacon: Rev. Mr. Leo Coughlin
Secretary: Stacy Dibbern
Pastoral Minister: Eileen T. Robitaille
Religious Education: Lana M. Welker

**Reconciliation Schedule:**
Sat. 3:15-3:45 p.m. and after 4:00 p.m. Mass

**Facilities:**
St. Mary Cemetery
Scantic Rd., 01036
Tel. 566-8843

*Church is handicapped accessible*

## HATFIELD

### HOLY TRINITY PARISH

Established 1916

Church: 79 Main St., 01038
Rectory: 73 Main St.,
P.O. Box 110, 01038-0110
Tel. 247-3133
Fax: 247-5605
Pastor: Rev. Robert J. Coonan
Parish Coordinator: Bob Slack
Pastoral Musician/Organist:
E. Lany Grossman, Ph.D., S.P.C.
Tel. 247-9426

**Mass Schedule:**
Sat. 4:00 p.m., 5:30 p.m.
Sun. 8:00 a.m., 10:00 a.m., 12:00 p.m.
Daily 9:00 a.m. (Mon., Tues., Wed., Fri.)

**Mass Schedule:**
Sun. 8:30 a.m.
Daily Monday-Saturday
7:30 a.m.

**Facilities:**
Calvary Cemetery
Bridge Street
Tel. 247-3133

*All facilities are handicapped accessible*

---

## ST. JOSEPH PARISH

Established 1892

Church: 15 School St., 01038
Rectory: 11 School St.,
Tel. 247-9079
Pastor: Rev. Robert J. Coonan
Secretary: Barbara Petcen
65 Main St., 01038

**Reconciliation Schedule:**
Sat. 5:00 p.m.

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 10:00 a.m.
Daily 7:30 a.m. at Holy Trinity, Hatfield

**Facilities:**
Church Hall
15 School St., 01038
Tel. 247-9079

*Church is handicapped accessible.*

## HAYDENVILLE

### ST. MARY OF THE ASSUMPTION PARISH

Established 1889

Church: 173 Main St., 01039
Rectory: 173 Main St.,
P.O. Box 277, 01039-0277
Tel. 268-7212
Fax: 268-8264
E-mail: stmaryshay@aol.com
Pastor: Rev. Donald Lapointe
Secretary: John Helems

**Mass Schedule:**
Sat. 4:00 p.m. (St. Mary's)
Sun. 8:00 a.m. (St. Mary's)
10:00 a.m. (St. Catherine's)
Daily 8:30 a.m. Tues. - Thurs. (St. Mary's)
Holy Day 8:30 a.m. (St. Mary's)
7:00 p.m. (St. Catherine's)
Holy Days 8:30 a.m. (St. Mary's)
7:00 p.m. (St. Catherine's)
St. Jude Novena Mon. 7:00 p.m.
(St. Catherine's)

**Reconciliation Schedule:**
Sat. 3:30 p.m., and by appointment.

**Facilities:**
Fr. William Smith Hall
173 Main St., 01039
Tel. 268-7202

St. Mary of the Assumption Cemetery
Main Street, 01039
Tel. 268-7212

*Church is handicapped accessible.*

## HINSDALE

### ST. PATRICK CHAPEL
*A chapel of St. Agnes Parish, Dalton*

Established 1868

Church: 48 Church St., 01235
Tel. 684-0125 (St. Agnes)
Pastor: Rev. Christopher A. Malatesta
Religious Education:
Kathleen Branner

**Mass Schedule**
Sat. 5:30 p.m.

**Facilities:**
St. Patrick Cemetery
Old Dalton Road, 01235

*Church is handicapped accessible.*

## ST. PATRICK PARISH

Established 1868

Became chapel of in 2003
and Sacramental Records kept at:
St. Ages Parish
489 Main St., 01226

Original address: 43 Church St

## HOLLAND

### ST. BERNADETTE MISSION

*A mission of St. Christopher Parish, Brimfield*

Established 1868

Mailing Address:
16 Sturbridge Rd., Rt. 20,
P.O. Box 387
Brimfield, 01010-0387

## HOLYOKE

### BLESSED SACRAMENT PARISH

Established 1913

Church: 1945 Northampton St., 01040
Rectory:
1945 Northampton St., 01040-3498
Tel. 532-0713
E-mail: blsachol@comcast.net
Parochial Vicar:
Pastor: Rev. Norman B. Bolton
Rev. Richard A. Riendeau
Secretary: Jeanne Poirier
Religious Education: Rosemarie Smith
Tel. 532-8647
Youth/Pastoral Minister: Eileen Barone

Mass Schedule:
Sat. 4:00 p.m.
Sun. 8:30 a.m., 10:30 a.m.
Daily 6:45 a.m.
Holiday 8:00 a.m.

Reconciliation Schedule:
Sat. 3:00-3:45 p.m.

Facilities:
Church Hall
15 Westfield Rd., 01040
Blessed Sacrament Convent
Sisters of St. Joseph
22 Westfield Rd., 01040
Tel. 534-7734

Blessed Sacrament School (Pre K-8)
21 Westfield Rd., 01040
Tel. 536-2236
Fax. 534-0795
E-mail: blessedsacrament@arbti.com
Principal: Rosemary Stella

## HOLY CROSS PARISH

Established 1905

Church: 23 Sycamore St., 01040
Rectory:
23 Sycamore St., 01040-3291
Tel. 532-5661
Fax. 535-1759
E-mail: holycrholy@aol.com
Pastor: Rev. J. H. Roland Galipeau
Deacon: Rev. Mr. Thomas A. Callahan
653 Newton St., South Hadley, 01075
Tel. 536-2185
Catechetical Ministry:
Maureen Callahan
Tel. 536-8832
Secretary: Michelle Laskey
Bookkeeper: Christine Daisy

Mass Schedule:
Sat. 8:30 a.m., 4:00 p.m.
Sun. 8:30 a.m., 10:30 a.m.
Daily Mon., Tues., Wed., Fri., 8:30 a.m.,
Thurs., 5:15 p.m.

Reconciliation Schedule:
Sat. 3:15-3:45 p.m., and by appt.
Reconciliations available in French.

Facilities:
Church Hall
Tel. 533-1665 (during classes and events)
Church is handicapped accessible

## HOLY FAMILY PARISH

Established 1949

Church: Mont Marie Chapel, 01040
Rectory: 15 Holy Family Rd., 01040-2799
Tel. 536-6777
Pastor: Rev. Robert W. Thrasher
Deacon: Rev. Mr. Joseph A. Badame
47 Overlook Dr.
Easthampton, 01027
Tel. 527-6608
In residence: Rev. James P. Menge
Secretary: Janice Proulx
Religious Education:
Rev. Mr. Joseph A. Badame
Tel. 536-1665

Mass Schedule:
Sat. 4:00 p.m.
Sun. 10:00 a.m.
Daily 9:00 a.m. (Parish Center Chapel)

Reconciliation Schedule:
Sat. 3:30 p.m.

Facilities:
Parish Center
15 Holy Family Rd., 01040
Tel. 536-6777

*Rectory and Mont Marie Chapel are handicapped accessible.*

## IMMACULATE CONCEPTION PARISH

Established 1905

Church: 54 North Summer St., 01040
Rectory: 54 North Summer St., 01040-6279
Tel. 532-5784
Fax. 532-8852
Pastor: Rev. James A. Aherne, MS
In residence: Rev. William J. Doherty, MS
Deacon: Rev. Mr. Fred Pelletier
132 Cyran St.,
Chicopee, 01020-2289
Tel. 536-4969
Secretary/Bookkeeper: Cecelia Roy
Religious Education:
Sister Ninfa, SP
Sr. M. Immaculate Conception, SP

Mass Schedule:
Sat. 8:30 a.m., 4:30 p.m.
Sun. 10:00 a.m., 11:30 a.m. (Spanish)
Daily 8:30 a.m.

Reconciliation Schedule:
Sat. 9:00 a.m., 4:00 p.m.
Reconciliation available in French and
Spanish

Facilities:
Immaculate Conception Parish Hall
2 Ely St., 01040
Tel. 532-0862

*Pastoral Services available in Spanish, French and Hatian Creole*
*Church is handicapped accessible.*

## MATER DOLOROSA PARISH

Established 1896

Church: 71 Maple St., 01040
Friary: 71 Maple St., 01040-4698
Tel: 532-8272
Pastor: Rev. Alex B. Cymerman, OFM Conv.
67 St. Kolbe Dr., 01040
Tel: 533-9790
Parochial Vicar:
Rev. Anthony Francis Spilka, OFM Conv.
Religious Education:
Brother Stephen Murphy, OFM Conv.
Secretaries: Theresa Szumski
Martha Jendrysik

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 7:30 a.m., 9:00 a.m. (Polish),
10:30 a.m., 5:00 p.m.
Daily 8:00 a.m.

**Reconciliation Schedule:**
Sat. 3:15 p.m.
Daily 7:45 a.m., 7:15 p.m.

**Facilities:**
Pope John Paul II Educational
& Social Center
Mater Dolorosa Parish Offices
25 Maple St., 01040
Tel: 532-2182
E-mail: oj@the-spa.com
Mater Dolorosa Parish Offices
25 Maple St., 01040
Tel: 532-7889, 532-8036
Fax: 538-6754
Mater Dolorosa School (Pre K-8)
25 Maple St., 01040
Tel: 532-2831
Fax: 532-8888
E-mail: sunnyc515@aol.com
Principal: Sr. Corinne Gurka, FSSJ
Mater Dolorosa Cemetery
Pitroff Avenue
South Hadley, 01075

*Pastoral services available in Polish.*

*Church, parish center and school are
handicapped accessible.*

108

## OUR LADY OF GUADALUPE

Established 2001

Church: 47 / Maple St., 01040
Rectory: 435 Maple St., 01040-3713
Tel: 532-4282
Fax: 532-2182
E-mail: olg@the-spa.com
Pastor: Rev. John G. Lessard-Thibodeau
Parochial Vicar: Rev. José A. Bermudez
Secretaries: Kathy Murphy (parish)
Michele Gelinas (cemeteries)
Ana Morales (bilingual)
Religious Education: JoAnne Poitras
Office hours: Mon.-Fri. 8:00 a.m.-6:00 p.m.
Secretarial affairs in Spanish:
Mon.-Fri 3:00 p.m.-6:00 p.m.

**Mass Schedule:**
Main Church
Sat. 4:00 p.m. (English), 6:00 p.m. (Spanish)
Sun. 9:00 a.m. (English),
11:00 a.m. (Spanish)
Tridentine (Latin) High Mass: 2:00 p.m.
First Sunday of the month
Day Chapel
Mon.-Fri. 8:00 a.m. (English)
Fri. 7:00 p.m. (Spanish)
Sat. 9:00 a.m.
(English with Marian Devotions)

**Reconciliation Schedule:**
Sat. 3:00 p.m.-3:45 p.m.
5:30 p.m.-5:50 p.m.
Sun. 10:30 a.m.-10:50 a.m.

**Facilities:**
Church Hall and Gymnasium
340 Chestnut St., 01040
Tel: 532-0107
Notre Dame Cemetery
Lyman St., South Hadley, 01075
Office: 435 Maple St., 01040
Tel: 534-1323
Calvary Cemetery
Northampton St., 01040
Diocesan Managed
Precious Blood Cemetery
Willimanset Street,
South Hadley, 01075
Office: 435 Maple St., 01040
Tel: 534-1323
St. Rose Cemetery
Granby Road, South Hadley, 01075
Office: 435 Maple St., 01040
Tel: 534-1323

*All sacramental and pastoral services
available in English and Spanish.*

*Church and center are handicapped
accessible.*

## OUR LADY OF PERPETUAL HELP PARISH

Established 1890

Merged in 2001 to form and
Sacrament Records now kept at:
Our Lady of Guadalupe Parish
427 Maple St., 01040

*Limited pastoral services available in
French and Polish*

Original address: 271 Chestnut St.

## OUR LADY OF THE ROSARY

Established 1890

Closed in 1974, Sacramental
Records now kept at:
The Chancery Office of the
Diocese of Springfield
76 Elliot St., Springfield, 01105

Original address: Mosher Street

109

## PRECIOUS BLOOD PARISH
Established 1860

Original address: 54 Cabot St.

Closed in 1997. Sacramental Records now kept at:
Our Lady of Guadalupe Parish
427 Maple St., 01040

## SACRED HEART PARISH
Established 1876

Merged in 2001 to form and Sacramental Records now kept at:
Our Lady of Guadalupe Parish
427 Maple St., 01040

Original address: 427 Maple St.

## ST. JEROME PARISH
Established 1854

Church: Hampden Street, 01040
Rectory: 169 Hampden St., 01040-4597
Tel. 532-6381
Fax: 540-9831
E-mail: st-Jerome@atbroadband.com
Pastor: Rev. Daniel R. Foley
Pastoral Minister: Sr. Joan Ryzewicz, SSJ
Secretary: Eileen Lynskey

Mass Schedule:
Sat. 4:00 p.m.
Sun. 8:00 a.m., 10:30 a.m.
Daily 12:15 p.m.

Reconciliation Schedule:
Sat. 3:00 p.m.

Facilities:
St. Patrick Chapel
Hampden St., 01040
St. Jerome Cemetery
Northampton Street, 01040
Tel. 532-6381
Eileen Lynskey

Church is handicapped accessible

## HOUSATONIC
### ALL SAINTS PARISH
Established 1914

Church: 25 Front St., 01236
Rectory:
204 High St.
P.O. Box 569, 01236-0569
Tel. 274-3443
Pastor: Rev. Anthony J. Jutt
Secretary: Nancy O'Grady
Religious Education:
Rev. Anthony J. Jutt

Mass Schedule:
Sat. 4:00 p.m., 5:30 p.m.
Sun. 7:00 a.m., 11:00 a.m.
Daily 7:00 a.m. (Thurs.-Sat.)

Reconciliation Schedule:
Sat. 5:00 p.m.

Church is handicapped accessible

### CORPUS CHRISTI PARISH
Established 1899

Church: 1085 Main St., 01236
Rectory: 204 High St.
P.O. Box 569, 01236-0569
Tel. 274-3443
Pastor: Rev. Anthony J. Jutt
Secretary: Nancy O'Grady
Religious Education:
Rev. Anthony J. Jutt

Mass Schedule:
Sat. 4:00 p.m.
Sun. 8:30 a.m., 10:15 a.m.
Daily 7:00 a.m. (Mon., Tues., Wed.)

Reconciliation Schedule:
Sat. 3:30 p.m.

Facilities:
St. Bridget Cemetery
P.O. Box 569, 01236-0569
Tel. 274-3443

## HUNTINGTON
### ST. THOMAS PARISH
Established 1886

Church: 2 East Main St., 01050
Rectory:
8 East Main St.
P.O. Box 547, 01050-0547
Tel. 667-3350
Pastor: Rev. Donald A. Noiseux

Summer Mass Schedule:
Sun. 10:00 a.m.
Other Masses remain the same

Reconciliation Schedule:
Sat. 4:30-5:00 p.m.

Mass Schedule:
Sat. 8:00 a.m., 5:15 p.m.
Sun. 11:00 a.m.
Daily 8:00 a.m.

Facilities:
St. Thomas Cemetery
Rt. 20, 01050
Tel. 667-3350
St. John Mission
Middlefield Street, Chester, 0101

## INDIAN ORCHARD
### IMMACULATE CONCEPTION PARISH
Established 1904

Church: 25 Parker St., 01151
Rectory: 25 Parker St., 01151-2293
Tel. 543-3627
Fax. 543-4301
Administrator: Rev. Stanislaus Sokol
Deacon: Rev. Mr. Rodney J. Szymczyk
74 Dunsany Dr.
Longmeadow, 01106
Tel. 567-9097
Secretary: Barbara Shea
Religious Education: Mary Arabik

Mass Schedule:
Sat. 9:00 a.m., 5:15 p.m.
Sun. 8:00 a.m., 10:00 a.m., 11:30 p.m.
Daily Mon-Wed 9:00 a.m.
Thurs. 9:00 a.m. (Eucharistic Celebration)

Reconciliation Schedule:
Sat. 4:00 p.m.
Reconciliation available in Polish.

Pastoral services available in Polish.

### ST. ALOYSIUS PARISH
Established 1873

Merged in 1998 to form and Sacramental Records now kept at:
St. Jude Parish
1326 Worcester St.
Indian Orchard, 01151

Original address: 1326 Worcester St.

### ST. JUDE PARISH
Established 1998

Church: 221 Main St., 01151
Rectory: 1326 Worcester St., 01151-1644
Tel. 543-5573
Fax. 543-3739
Pastor: Rev. William A. Pomerleau
Pastoral Minister: Sr. Orila Travessini, MSCS
Secretary: Christina Olejarz

Mass Schedule:
Sat. 4:00 p.m.
Sun. 9:45 a.m. (Spanish), 6:00 p.m.
Daily 8:15 a.m., Mon., Tues., Thurs., Fri.
Thurs. 6:30 p.m. (St. Jude Novena)

Reconciliation Schedule:
Sat. 3:30 p.m.

Facilities:
Church Hall
221 Main St., 01151

Church is handicapped accessible

## ST. MATTHEW PARISH
Established 1878

Merged in 1998 to form and Sacramental   Original address: 52 Pinevale St.
St. Jude Parish
1326 Worcester Street

## LANESBORO
### NORTH AMERICAN MARTYRS PARISH
Established 1969

Church: Old State Road,
Berkshire Village, 01224
Tel. 443-7388
Mailing address:
159 Church St., Cheshire 01225-0480
Administrator: Rev. David R. Raymond
Tel. 443-2110
(St. Mary of the Assumption, Cheshire)

**Mass Schedule:**
Sat. 5:30 p.m.
Sun. 7:30 a.m.

**Reconciliation Schedule:**
Sat. following the 5:30 p.m. Mass

## LEE
### ST. MARY MOTHER OF THE CHURCH PARISH
Established 1857

Church: Main St., 01238
Rectory: 40 Academy St., 01238-1692
Tel. 243-0275
Fax: 243-1926
E-mail: smchurch@metworx.com
Web site:stmarymotherofthechurch.org
Pastor: Rev. Gary M. Dailey
Secretary: Elizabeth Collins

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 7:00 a.m., 9:00 a.m., 11:00 a.m.
Daily 7:30 a.m. Mon. - Fri., 9:00 a.m. Sat.

**Reconciliation Schedule:**
Sat. 3:00-3:30 p.m., or by appointment

**Facilities:**
St. Mary Youth Center
Sisters of St. Joseph of Chambery
111 Orchard St., 01238
Tel. 243-0185

St. Mary School (Pre K-8)
115 Orchard St., 01238-1399
Tel. 243-1079, 243-1074
Fax: 243-1022
E-mail: smschool@metworx.com
Web site: www.stmarymotherofthechurch.org
Principal: Sr. Kathleen Wallace, SSJ

Perpetual Adoration Chapel
Main Street, 01238
Tel. 243-0275

St. Mary Cemetery
Spring Street, 01238

Chapel of St. Francis of Assisi
Main Street, South Lee, 01260

St. Mary of the Lakes Mission
72 North Main Rd., Otis, 01253

Church and School are handicapped accessible.

## LEEDS
### ST. CATHERINE OF ALEXANDRIA PARISH
Established 19

Church: 195 Main St., 01053
Rectory: 195 Main St., 01053-0312
Tel. 584-1726
Fax: 584-2208
E-mail: sicatheds@aol.com
Pastor: Rev. Donald Lapointe
Secretary: Sheri Cone

**Mass Schedule:**
Sat. 4:00 p.m. (St. Mary's, Haydenville)
Sun. 8:00 a.m.(St. Mary's)
10:00 a.m. (St. Catherine's)
Daily 8:30 a.m. Tues. - Thurs. (St. Mary's)
Holy Day 8:30 a.m. (St. Mary's)
7:00 p.m. (St. Catherine's)
Holy Days: 8:30 a.m. (St. Mary's)
7:00 p.m. (St. Catherine's)
St. Jude Novena Mon. 7:00 p.m.
(St. Catherine's)

**Reconciliation Schedule:** By request

## LENOX
### ST. ANN PARISH
Established 18

Church: 132 Main St., 01240-2395
Rectory: 134 Main St., 01240-2395
Tel. 637-0157
Fax: 637-2945
Pastor: Rev. Christopher J. Waitekus
Deacon:
Rev. Mr. George Keator
36 Schermerhorn Park
Box 693, 01240-0693
Tel. 637-1146
Secretary: Deborah A. Kuni
Religious Education: Michelle Maggio
Tel. 637-4027
Fax: 637-2945

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 9:00 a.m., 11:00 a.m.
Daily 7:00 a.m. Mon. - Fri.
Eve of Holy Day 5:30 p.m.
Holy Day 7:00 a.m.

**Reconciliation Schedule:**
Sat. 3:00 p.m., or by appointment.

**Facilities:**
St. Ann Cemetery
Housatonic Street
Tel. 637-0157

Church side entrance is handicapped accessible.

## LENOX DALE
### ST. VINCENT DE PAUL PARISH
Established 190

Church: 29 Crystal St., 01242
Rectory: 29 Crystal St., 01242
Mailing address
P.O. Box 259, 01242-0259
Tel. 637-0157 (St. Ann)
Pastor: Rev. Christopher J. Waitekus
In residence:
Rev. John J. Bonzagni
P.O. Box 363, 01242-0363
Tel. 637-1085
Secretary: Mary Corcoran
Religious Education: Frances Sorrentino

**Mass Schedule:**
Sat. 5:30 p.m.
Holy Day 5:30 p.m.

**Reconciliation Schedule:**
Sat. after 5:30 p.m. Mass

## LONGMEADOW

### ST. MARY PARISH
Established 1936

Church: 509 Longmeadow St., 01106
Rectory: 519 Longmeadow St., 01106-2799
Tel. 567-3124
Fax: 567-4640
E-mail: parishoffice@stmarylong.org
Pastor: Rev. Francis E. Reilly
E-mail: freilly@stmarylong.org
Deacon: Rev. Dr. Donald J. Higby
145 Longmeadow St., 01106
Tel. 567-6418
E-mail: donald.higby@stmarylong.org
Secretary: Alice Pacella
E-mail: parishoffice@stmarylong.org
Director of Religious Education:
Patricia Monroe
E-mail: pmonroe@stmarylong.org
Pastoral Ministry: Ellen R. Doyle
E-mail: edoyle@stmarylong.org

**Mass Schedule:**
Sat. 4:00 p.m., 5:30 p.m.
Sun. 8:00 a.m., 9:00 a.m. (Sept.–Jun.),
10:15 a.m., 11:30 a.m.
Daily 7:00 a.m.
Holy Days 6:00 p.m. (vigil), 7:00 a.m.
9:00 a.m., 6:00 p.m.
Mass & Miraculous Medal Novena
Mon. 7:30 p.m.
Mystical Rose Prayer Cenacle
Tues. 3:00 p.m.–4 p.m.
Eucharistic Adoration
First Fridays 12 noon until 9:00 p.m.

**Reconciliation Schedule:**
Sat. 3:00–3:30 p.m.
Reconciliation heard in English, French,
Italian and Spanish

**Facilities:**
Fr. Furhan Auditorium
56 Hopkins Pl., 01106
Tel. 567-3124

St. Mary Convent
Sisters of St. Joseph
80 Hopkins Pl., 01106

St. Mary School (K-8)
56 Hopkins Pl., 01106
Tel. 567-0907
Fax: 567-7695
E-mail:
stmaryschoollongmeadow@comcast.net
Web site: www.diospringfield.org/~stmary
Principal: Anne Heston

Church is handicapped accessible.

---

## LUDLOW

### CHRIST THE KING PARISH
Established 1948

Church: 41 Warsaw Ave., 01056
Rectory: 41 Warsaw Ave., 01056-2787
Tel. 583-2610
Pastor: Rev. Raymond A. Soltys
Secretaries: Lorraine Daudelin
Jean Nowak
Religious Education: Frederick Gamache
Dorothea Zanetti

**Mass Schedule:**
Sat. 5:00 p.m., 6:30 p.m.
Sun. 7:30 a.m., 8:45 a.m. (Polish),
10:00 a.m., 11:15 a.m., 5:30 p.m.
Daily 7:00 a.m., 7:30 a.m.
Tues. 6:15 p.m.
(Miraculous Medal Novena Mass)

**Reconciliation Schedule:**
Sat. 3:00 p.m., 7:00 p.m.
Daily before 7:00 a.m. Mass
Eve of First Friday 3:00 p.m., 7:00 p.m.
Reconciliation available in Polish.

**Facilities:**
Parish Center
15 Warsaw Ave., 01056
Tel. 583-6707

Church and Parish Center are
handicapped accessible.

Pastoral services available in Polish.

114

---

## OUR LADY OF FATIMA PARISH
Established 194[...]

Church: [...]
Rectory: 438 Winsor St., 01056-3599
Tel. 583-2312
Fax: 547-0207
E-mail: fatima2312@charter.net
Administrator:
Rev. Vitor Manuel Dins Oliveira

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 8:00 a.m. (Portuguese), 9:30 a.m.
(Portuguese), 11:00 a.m. (English)
Daily 8:30 a.m. (Mon., Wed.)
5:30 p.m. (Tues., Fri.)
First Sat of the month 8:30 a.m.

**Reconciliation Schedule:**
First Sat. of the month 2:30–3:30 p.m.,
anytime after the daily Mass,
or by appointment.
Reconciliation in Portuguese

**Facilities:**
Church Hall
438 Winsor St., 01056
Rev. Oliveira

Shrine & Pavilion
450 Winsor St., 01056
Rev. Oliveira

Church is handicapped accessible.

---

## ST. JOHN THE BAPTIST PARISH
Established 190[...]

Church: 191 Hubbard St., 01056
Rectory: 181 Hubbard St., 01056-2786
Tel. 583-3467
Fax: 583-2036
E-mail: stjohnrectory@aol.com
Pastor: Rev. Homer P. Gosselin
In residence: Rev. Lionel E. Bonneville
Deacon:
Rev. Mr. Edward Meyer
23 Haller St., Springfield, 0115[...]
Secretaries:
Terese Chenier
Karen Audette
Michele Wirowski
Tel. 529-9551

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 7:45 a.m., 9:15 a.m., 11:00 a.m.,
5:00 p.m.
Daily 7:30 a.m.

**Summer Schedule (daily):**
Sun. 8:00 a.m. and 10:00 a.m., 5:00 p.m.

**Reconciliation Schedule:**
Sat. 3:00–3:45 p.m.
Reconciliation available in French.

**Facilities:**
St. John the Baptist School (Pre K-8)
217 Hubbard St., 01056-2785
Tel. 583-8550 — Fax: 589-0544
E-mail: stjohnsof@samnet.net
Principal: Mrs. Shelly Rose

Church is handicapped accessible.

---

## ST. MARY OF THE ASSUMPTION PARISH
Established 196[...]

Church: 485 East St., 01056
Rectory: 12 Cedar St., 01056-2907
Tel. 583-2691
Fax: 583-2691
E-mail: frdarcy@kittco.com
Pastor: Rev. David Darcy
Deacons:
Rev. Mr. Robert L. Duval
9 Sunset St., 01056
Tel. 547-8658
Secretary: Dianne Moreno
Religious Education:
Lenore Paul
685 Center St., 01056
Tel. 583-2153

**Mass Schedule:**
Sat. 4:30 p.m.
Sun. 8:30 a.m., 10:30 a.m.
Daily 9:00 a.m.

**Reconciliation Schedule:**
Sat. 3:45 p.m., or by appointment.
Reconciliation available in French and Spanish

**Facilities:**
Church Hall
485 East St., 01056

Hearing aids available for the hearing impaired
Church, hall and rectory are handicapped
accessible.

115

# MILLERS FALLS
Established 1930

## ST. JOHN PARISH
Church: 5 Church St., 01349
Rectory: 5 Church St., 01349-1332
Tel. 659-3435
E-mail: dennispb@valinet.com
Pastor: Rev. Dennis P. Bombardier
Religious Education: Armand Bouthillier

Mass Schedule:
Sat. 4:15 p.m.
Sun. 8:30 a.m.
Daily 9:00 a.m.
Eve of Holy Day 6:00 p.m.
Holy Day 9:00 a.m.

Reconciliation Schedule:
Sat. 3:04-4:00 p.m.
Sun. before 8:30 a.m. Mass

Facilities:
Church Hall
Church Street, 01349
Tel. 659-3435

# MILL RIVER
Established 1886

## IMMACULATE CONCEPTION MISSION
*A mission of Our Lady of the Valley Parish, Sheffield*
Church: Main Road, 01244
Tel. 229-3028 (Our Lady of the Valley)
Pastor: Rev. John S. Lis

Mass Schedule:
Sun. 10:30 a.m.

Reconciliation Schedule:
Sun. before 10:30 a.m. Mass

*Church is handicapped accessible.*

# MONSON
Established 1878

## ST. PATRICK PARISH
Church: 22 Green St., 01057
Rectory:
22 Green St.
P.O. Box 473, 01057-0473
Tel. 267-3622
Fax: 267-0272
E-mail: STPATMON@aol.com
Web site: stpatrickmonson.org
Pastor: Rev. Jeddie P. Brooks
Deacon:
Rev. Mr. Bernard E. Pellissier
27 Country Club Heights, 01057
Tel. 267-3309
Pastoral Assistant: Fred Fredette
Administrative Assistant: Barbara St. Martin
Religious Education: Barbara St. Martin
Rev. Jeddie P. Brooks

Mass Schedule:
Sat. 4:00 p.m.
Sun. 8:30 a.m., 11:00 a.m.
Daily 8:00 a.m. (Mon., Tues., Thurs.)
7:00 p.m. (Wed., Fri.)
Holy Day as announced

Reconciliation Schedule:
Sat. 2:45-3:15 p.m.

Facilities:
Parish Hall
19 Green St., 01057
Tel. 267-3622

Bethany Cemetery
Bethany Road, 01057
Tel. 267-3622

Declared "National Catholic Historical Site" in 1999.

*Church and hall are handicapped accessible.*

116

# MONTEREY
Established 187?

## OUR LADY OF THE HILLS MISSION
*A mission of Our Lady of the Valley Parish, Sheffield*
Church: Beartown Road, 01245
Tel. 229-3028 (Our Lady of the Valley)
Pastor: Rev. John S. Lis

Mass Schedule:
Sat. 7:00 p.m. (July & August Only)

Reconciliation Schedule:
Before Mass

# NORTH ADAMS
Established 187?

## HOLY FAMILY PARISH
Merged in 1997 to form and Sacramental Records now kept at:
Our Lady of Mercy Parish
228 East Main St., 01247

Original address: 635 State Rd.

## NOTRE DAME du SACRE COEUR PARISH
Church: 228 East Main St., 01247
Rectory: 12 Union St., 01247
Tel. 663-7131
Office Hours:
8:00 a.m. - 4:00 p.m. (Mon. - Fri.)
Pastor: Rev. Michael W. T. Twardzik
Parochial Vicar: Rev. Daniel Nolan
Recording Secretary: Sandy Bissaillon
Financial Secretary: Judith Nimmons
Director of Religious Education for the North Adams Catholic Community:
Timothy O'Brien

Mass Schedule:
Sun. 7:00 a.m., 9:00 a.m.
Daily 8:00 a.m. (Wed., Thurs.,
at Our Lady of Mercy)
6:00 p.m. (Tues., St. Jude Novena
at Our Lady of Mercy)

Reconciliation Schedule:
Sat. 4:15-4:45 p.m., or by appointment.
(at Our Lady of Mercy)
Sun. 9:00-9:45 a.m., or by appointment.
(at Notre Dame)

Facilities:
Parish Pastoral Center
228 East Main St., 01247
Tel. 663-8642

Office of Religious Education
12 Union St., 01247
Tel. 664-6173, 664-6174

*Parish Center is handicapped accessible.*

## OUR LADY OF MERCY PARISH
Established 199?
Church: 635 State Rd., 01247
Rectory: 12 Union St., 01247
Tel. 663-7131 (St. Francis Rectory)
Office hours:
8:00 a.m.-4:00 p.m. (Mon.- Fri.)
Pastor: Rev. Michael W. T. Twardzik
Parochial Vicar: Rev. Daniel Nolan
Recording Secretary: Sandy Bissaillon
Financial Secretary: Judith Nimmons
Director of Religious Education for the North Adams Catholic Community:
Timothy O'Brien

Mass Schedule:
Sat. 5:00 p.m. Sun. 8:00 a.m.
Daily 8:00 a.m. (Wed. Thurs.)

Reconciliation Schedule:
Sat. 4:15-4:45 p.m. or by appointment

Facilities:
Church Hall
635 State Rd., 01247
Tel. 663-3976

Office of Religious Education
12 Union St., 01247
Tel. 664-6173, 664-6174

Adoration Chapel of Our Lady of Mercy
1288 Massachusetts Ave., 01247
Tel. 662-2502

Devotion Schedule:
Sun. 6:00 p.m.-Fri. 8:00 p.m.

117

## OUR LADY OF THE INCARNATION PARISH

Established 1955

Original address: 1202 Massachusetts Ave.

Merged in 1997 to form and
Sacramental Records now kept at:
Our Lady of Mercy Parish
228 East Main St., 01247

## ST. ANTHONY OF PADUA PARISH

Established 1903

Church: Marshall Street, 01247
Rectory: 70 Marshall St., 01247-2488
Tel. 663-3112, 663-7331 (Center)
E-mail: ohear@BCN.Net
Pastor: Rev. Daniel J. O'Hear
Deacon: Rev. Mr. Frank Ryan
Stryker Road
Florida, 01247
Tel. 664-1041
Secretary: Mary Willey
Director of Religious Education for the North Adams Catholic Community:
Timothy O'Brien

Mass Schedule:
Sat. 4:00 p.m.
Sun. 8:30 a.m.
Daily 12:05 p.m.
Eve of Holy Day 4:00 p.m.
Holy Day 12:05 p.m., 5:30 p.m.

Reconciliation Schedule:
Sat. 3:15 p.m.

Facilities:
Church Hall
64 Marshall St., 01247
Tel. 663-7331

Church and hall are handicapped accessible.

## ST. FRANCIS OF ASSISI PARISH

Established 1863

Church: Eagle St., 01247
Rectory: 12 Union St., 01247-3593
Tel. 663-5316 or 663-5317
Fax: 663-3938
E-mail: Twardzik@gowebway.com
Office hours:
8:00 a.m.-4:00 p.m. (Mon.- Fri.)
Pastor: Rev. Michael W. T. Twardzik
Parochial Vicar: Rev. Daniel Nolan
Recording Secretary: Sandy Bissaillon
Financial Secretary: Judith Nimmons
Director of Religious Education for the North Adams Catholic Community:
Timothy O'Brien
Tel. 664-6173, 664-6174

Mass Schedule:
Sat. 4:00 p.m.
Sun. 10:30 a.m.
Daily 7:00 a.m. (Mon.- Fri.)
First Sat. 7:00 a.m.
Morning Prayer, 6:40 a.m. Mon.- Fri.

Reconciliation Schedule
Sat. 2:30-3:30 p.m.

Facilities:
St. Joseph Cemetery
South Church Street, 01247
Tel. 663-5316

Church is handicapped accessible

# NORTHAMPTON

## BLESSED SACRAMENT PARISH

Established 18

Church: 354 Elm St., 01060
Rectory: 336 Elm St., 01060-2881
Tel. 584-1280
Pastor: Rev. Daniel P. Liston
Deacon: Rev. Mr. Francis J. McCarthy
12 Plantation Rd.
Hatfield, 01038
Tel. 247-5777
Pastoral Associate: Susan McVeigh
Secretary: Joan MacMonegle
Religious Education:
Evelyn McCoy, coordinator, K-8

Mass Schedule:
Sat. 4:00 p.m.
Sun. 8:30 a.m., 11:00 a.m.
Holy Day (Mon. - Thurs.) 9:00 a.m.

Reconciliation Schedule:
Sat. 3:00 p.m., or by appointment

Facilities:
Church Hall
354 Elm St., 01060
Tel. 584-1280

Chapel of Our Lady
354 Elm St., 01060
Tel. 584-1280
Open daily 7:00 a.m.-6:00 p.m.

Church and chapel are handicapped accessible.

## SACRED HEART PARISH

Established 18

Church: 99 King St., 01060
Rectory: 101 King St., 01060-3292
Tel. 584-7422
Pastor: Rev. Merle L. Lavoie
Secretary: Theresa Bimbane
Religious Education: Gerald Sarrazin

Mass Schedule:
Sat. 6:00 p.m.
Sun. 6:45 a.m.-11:00 a.m.
(Labor Day-Memorial Day)
6:45 a.m.-10:30 a.m.
(Memorial Day-Labor Day)
Daily 7:30 a.m.- Every other week
(Alternating with St. John Cantius Parish)
Holy Day 7:30 a.m. or 5:30 p.m.
(Alternating with St. John Cantius Parish)

Reconciliation Schedule:
Sat. 5:30 p.m.
Reconciliation available in French.

Facilities:
Christian Life Center
97 King St., 01060
Tel. 584-7422

Church is handicapped accessible.

## ST. JOHN CANTIUS PARISH

Established 1

Church: Hawley Street, 01060
Rectory: 10 Hawley St., 01060-3302
Tel. 584-1510
Fax: 586-5776
Pastor: Rev. Merle L. Lavoie
Religious Education: Theresa Bimbane
Secretary: Susan Royea
Bulletin Editor: Sylvia Newrirk

Mass Schedule:
Sat. 4:00 p.m.
Sun. 9:00 a.m
Daily 7:30 a.m.
(3rd Sunday of each month Mass is in Polish)
Holy Day 7:30 a.m., 5:30 p.m.
(Alternating with St. John Cantius Parish)

Reconciliation Schedule:
Sat. 3:30 p.m. before Mass
Reconciliation available in Polish.

Facilities:
Church Hall-Parish Center
10 Hawley St., 01060
Tel. 584-1510

St. John Cantius Gift and Book Shop
Parish Center
10 Hawley St., 01060
Tel. 584-6333

## ST. MARY OF THE ASSUMPTION PARISH

Established 1866

Church: 3 Elm St.
Rectory: 3 Elm St.
P.O. Box 0180, 01061-0180
Tel. 584-7310
Fax: 584-4788
E-mail: office@stmarynorthampton.org
Web site: www.stmarynorthampton.org
Pastor: Rev. Eugene D. Honan
E-mail:
   eugenehonan@stmarynorthampton.org
In residence: Rev. Leo J. Hoar
Religious Education:
   Madeleine Pack
Pastoral Minister:
   Mary A. McMahon
   Tel. 586-0040
   E-mail:
   marymcmahon@stmarynorthampton.org
Director of Music/Organist:
   Patricia R. Kapitzky
   Tel. 586-7753

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 10:00 a.m., 6:00 p.m.
Daily (Mon., Wed., Thurs., Fri.) 12:05 p.m.
Communion Service Tues.
Holy Day 12:05 p.m., 5:30 p.m.

**Reconciliation Schedule:**
Sat. 3:00 p.m.

**Facilities:**
St. Mary Parish Auditorium
3 Elm St., P.O. Box 0180, 01061-0180
Tel. 584-7310
St. Mary Religious Ed. Office
3 Elm St., P.O. Box 0180, 01061-0180
Tel. 586-1111
Madeleine Pack, Catechetical Leader
St. Mary Cemetery
North Elm Street, 01060
Tel. 584-3257
Mailing Address:
P.O. Box 0180, 01061-0180
Northampton, 01060
Rectory Office
3 Elm St.
P.O. Box 0180, 01061-0180
Tel. 584-7310

*Church, parish hall and Rectory Office are handicapped accessible.*

# NORTHFIELD

## ST. PATRICK PARISH

Established 1973

Church: 82 Main St., 01360
Tel. 498-5039 (church)
Rectory: 80 Main St., 01360-1022
Tel./Fax: 498-2728 (rectory)
E-mail: stpatrickchurch1@aol.com
Administrator: Rev. Gerald Brady
Deacon:
   Rev. Mr. Arthur E. Ratte
   44 Flower Hill
   Warwick, 01364
   Tel. (978) 544-6432
Secretary: Shauna Griffin
Bookkeeper: Susan Koldis

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 8:00 a.m., 10:00 a.m.
Daily 8:00 a.m.

**Reconciliation Schedule:**
Sat. 3:00-3:45 p.m. and half hour before daily, holy day and weekend Masses

**Facilities:**
St. Mary Cemetery
St. Mary Street, 01360
Tel. 498-2728

*Church and Hall are handicapped accessible*



# ORANGE

## ST. MARY PARISH

Established 19

Church: 23 Congress St., 01364
Rectory: 19 Congress St., 01364-1697
Tel. (978) 544-2900
Fax: (978) 544-8105
E-mail: stmorang@localnet.com
Pastor: Rev. William H. Lunney
Deacon:
   Rev. Mr. Joseph S. Bucci, Jr.
   59 State Rd.
   Erving, 01344
   Tel. (413) 422-2286
Clerk: Carl Paoletti
Custodian: Candy Powers
Director of Music: Theresa Begquist
Religious Education: Patricia Pierson
   Tel. (978) 544-2900

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 8:00 a.m., 10:00 a.m.
Daily (Mon-Fri) 7:00 a.m.
   5:15 p.m. (First Friday)
Holy Day 7:00 a.m., 12:05 p.m., 7:00 p.m.

**Reconciliation Schedule:**
Sat. 3:00-3:30 p.m.
First Friday 4:30-5:00 p.m.
   or anytime by appointment

**Facilities:**
St. Mary Parish Center
24 West Myrtle St., 01364
Tel. (978) 544-2900

*Church and parish center are handicapped accessible.*

# OTIS

## ST. MARY OF THE LAKES MISSION

*A mission of St. Mary Parish, Lee*

Church: 72 North Main Rd., 01253
Tel. 243-0275 (St. Mary, Lee)
Pastor: Rev. Gary M. Dailey

**Mass Schedule:**
Sat. 6:00 p.m.

**Summer Mass Schedule:**
Sat. 6:00 p.m.
Sun. 8:00 a.m. (June-September)

**Reconciliation Schedule:**
Before Masses

# PALMER

## ST. THOMAS PARISH

Established 1

Church: 1076 Thorndike St., 01069
Rectory: 1076 Thorndike St., 01069-1509
Tel. 283-3509] or 283-5651
Pastor: Rev. Eugene J. Plasse
Deacon: Rev. Mr. Edward J. Tenczar
   25 Cheney St.
   Three Rivers, 01080
   Tel. 283-3776
Secretary: Dorothy E. Plante
Religious Education: Mary G. Brodeur

**Mass Schedule:**
Sat. 4:30 p.m.
Sun. 8:30 a.m., 11:00 a.m.

Daily 9:00 a.m.
Eve of Holy Day 5:30 p.m.
Holy Day 9:00 a.m., 7:00 p.m.

**Reconciliation Schedule:**
Sat. 3:00-4:15 p.m., or by appointment

**Facilities:**
St. Thomas Parish Center
1076 Thorndike St., 01069
Tel. 289-1940
St. Thomas Cemetery
Thorndike Street, 01069
Tel. 289-1940

*Parish Center is handicapped accessible.*

# PITTSFIELD

## ALL SOULS MISSION
*Mission of Our Lady of Mt. Carmel*
*Parish, Pittsfield*

Church: 51 Pembroke Ave., 01201
Rectory: 359 Fenn St., 01201-5290
Pastor: Rev. Geoffrey J. Deeker, CSS
Tel. 442-5090

**Mass Schedule:**
Sat. 4:00 p.m.

**Reconciliation Schedule:**
Sat. 2:45-3:30 p.m.
(at Our Lady of Mt. Carmel)

**Facilities:**
All Souls Parish Center
51 Pembroke Ave., 01201
(rear of church)
Tel. 442-5090

*Church and Parish Center are handicapped accessible.*

## HOLY FAMILY PARISH
Established 1912

Church: 133 Seymour St., 01201
Rectory: 133 Seymour St., 01201-4088
Tel. 442-2036
Pastor: Rev. Michael A. Shershanovich
Religious Education: John Arasimowicz, Jr.

**Mass Schedule:**
Sun. 8:30 a.m. (Polish & English)

**Reconciliation Schedule:**
Before Mass

*Hall is handicapped accessible.*

## NOTRE DAME PARISH
Established 1868

Church: 40 Melville St., 01201-4798
Rectory: 50 Melville St., 01201-4798
Tel. 499-2736
Fax: 499-2736
Pastor: Rev. Michael A. Shershanovich
Parochial Vicar: Rev. Kishe Venance Max
Deacon:
Rev. Mr. Ralph Cyr
81 Stratford Ave., 01201
Tel. 443-3365
Secretary: Margaret Dunlop
Pastoral Minister: Sr. Cecile LeBeau, DHS

**Mass Schedule:**
Sat. 5:30 p.m.

**Reconciliation Schedule:**
Sat. 3:00 p.m.

**Facilities:**
Notre Dame Convent
Daughters of the Holy Spirit
2 Dickinson Ave., 01201
Sr. Cecile LeBeau, DHS
Tel. 442-5021

122

## OUR LADY OF MT. CARMEL PARISH
Established 1903

Church: 154 Fenn St., 01201-5290
Rectory: 359 Fenn St., 01201-5290
Tel. 442-4438
Fax: 496-9607
E-mail: olmcpitt@aol.com
Pastor: Rev. Geoffrey J. Deeker, CSS
Secretaries:
Evelyn T. Meledeo
Rose M. Skowronski
Religious Education:
Sharon R. LaVerda

**Mass Schedule:**
Sun. 9:00 a.m.
Mon.-Wed., Fri.  8:00 a.m.
Eve of Holy Day 7:00 p.m.
Holy Day 8:00 a.m.

**Reconciliation Schedule:**
Sat. 2:45-3:30 p.m.,
or by appointment in rectory

**Facilities:**
Parish Center
360 Fenn St., 01201-5290
Tel. 442-3182
Religious Ed. Center
350 Fenn St., 01201-5290
Tel. 445-4836
All Souls Mission
51 Pembroke Ave., 01201

*Pastoral services available in Italian.*

*Church, Parish Center and Religious Ed.
Center are handicapped accessible.*

*Church has assisted listening devices.*

## SACRED HEART PARISH
Established 1915

Church: 196 Elm St., 01201
Rectory: 191 Elm St., 01201-6588
Tel. 443-6960
Fax: 442-9649
E-mail: pinkctl@aol.com
Website: www.thepinkchurch.com
Pastor: Rev. James K. Joyce
Deacon:
Rev. Mr. James A. Hager
22 Hazelwood Terrace
Tel. 499-1072
Secretaries:
Patricia Hager
Marilyn Herman
Religious Education:
Robert Esposito
Kim Joseph
Adult Religious Education/Formation:
Carol Burt
Tel. 443-8614
Pastoral Ministers:
Kathryn Flanagan, SSJ
Rev. Mr. James A. Hager
Parish Nurse:
Kathleen Casella
Tel. 443-3079

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 8:30 a.m., 10:30 a.m.
Daily 6:45 a.m., 9:00 a.m. (Masses and/or
Communion Services)

**Reconciliation Schedule:**
Sat. 3:00 p.m.

**Facilities:**
Sacred Heart Parish Center
66 Newell St., 01201
Sacred Heart Elementary School (K-4)
1 Meadow Lane, 01201
Tel. 443-6379
Fax: 442-2481
Principal: Barbara Boucher

*Church is handicapped accessible.*

123

## ST. CHARLES PARISH

Established 1893

Church: 89 Briggs Ave. 01201
Rectory: 89 Briggs Ave., 01201-3336
Tel. 442-1470
Fax: 445-5267
E-mail: stcharles@metworx.com
Pastor: Rev. Peter A. Gregory
Deacon:
Rev. Mr. William G. Moesley
25 Balance Rock Rd., 01201
Tel. 443-0382
Pastoral Associate:
Sr. Barbara Faille, SSJ
89 Briggs Ave., 01201
Religious Education:
Gwendolyn Shaughnessy
Pastoral Musician: L. Joseph Rose
Business Manager: Robert W. Pothier

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 7:15 a.m., 9:15 a.m., 11:15 a.m.
Daily Mon.-Fri. 9:00 a.m.
**Reconciliation Schedule:**
Sat. 3:15 p.m.

**Facilities:**
St. Charles Church Hall
89 Briggs Ave., 01201
Tel. 442-9104
St. Charles Center
89 Briggs Ave., 01201
Tel. 442-0591
St. Charles Pastoral Offices
89 Briggs Ave., 01201
Tel. 448-8836

## ST. FRANCIS XAVIER PARISH

Established 1960

Church: 80 Morningview Dr., 01201
Tel. 455-5008
Administrator: Rev. Paul A. Bombardier

**Mass Schedule:**
Sun. 10:30 a.m.

**Reconciliation Schedule:**
by appointment.

*Church is handicapped accessible.*

## ST. JOSEPH PARISH

Established 1849

Church: 414 North St., 01201
Rectory: 414 North St., 01201-4674
Tel. 445-5789
Fax: 443-5466
E-mail: Stjoseph@berkshire.net
Pastor: Rev. Michael Shershanovich
Parochial Vicar: Rev. Kishe Venance Max
Deacon:
Rev. Mr. Eugene C. Monnie
200 West Housatonic St.
Apt. 13, 01201
Tel. 499-1445
Secretary: Michele Madden
Religious Education:
Mamie Collins
58 Auburn St., 01201
Pastoral Minister: Patricia Fisher

**Mass Schedule:**
Fri. 11:00 a.m. Holy Hour
Sat. 4:00 p.m., 5:30 p.m. (Spanish)
Sun. 9:30 a.m., 11:30 a.m.
Daily 12:10 p.m.
**Reconciliation Schedule:**
Sat. 3:00 p.m.

**Facilities:**
St. Joseph Cemetery
222 Peck's Rd., 01201
Tel. 499-1317
Food Pantry
Wed. 8:00 a.m.-9:00 a.m.

*Church is handicapped accessible.*

## ST. MARK PARISH

Established 1912

Church: West Street, 01201
Rectory: 27 Onota St., 01201-3194
Tel. 447-7510
Fax: 448-2164
Pastor: Rev. John C. Salatino
Msgr. Johnson Parish Center
CCD Office
400 Columbus Ave. Extension, 01201
Parochial Vicar: Rev. William Eckert
Secretary: Wendy Joyce
Religious Education: Marylou Musacchio

**Mass Schedule:**
Sat. 9:00 a.m., 4:00 p.m.
Sun. 7:00 a.m., 9:00 a.m., 10:30 a.m.,
5:30 p.m.
Daily Mon., Wed., Fri. 9:00 a.m.
Tues., Thurs., Fri. 5:30 p.m.
**Reconciliation Schedule:**
Sat. 3:00-3:45 p.m., 5:00 p.m.
and by appointment.

**Facilities:**
Fr. Leonard Hall and Pastoral Rooms
Albo St., 01201
Tel. 443-5507

St. Mark Middle School (5-8)
400 Columbus Ave. Ste. 1, 01201-4913
Tel. 442-6040
Fax. 448-5645
E-mail: st.mark2@verizon.net
Web site: www.stmarkmiddleschool.com
Principal: Beth Gannon

*All facilities are handicapped accessible.*

## ST. MARY THE MORNING STAR PARISH

Established 1913

Church: 653 Tyler St., 01201
Rectory: 665 Tyler St., 01201-4397
Tel. 445-5008
Fax: 447-9999
E-mail: rstmary@berkshire.rr.com
Web site: http://home.nycap.rr.com/stmarys
Pastor: Rev. Paul A. Bombardier
Secretary: Lily Pandeli

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 8:00 a.m.
Daily 12:10 p.m. (except Wed.)

**Reconciliation Schedule:**
Sat. 3:00-3:30 p.m., or by appointment.

**Facilities:**
St. Mary the Morning Star Convent-Parish
Center
75 Plunkett St., 01201
Tel. 447-7533

*Church and Parish Center are handicapped
accessible.*

## ST. TERESA PARISH

Established 1920

Church: 290 South St., 01201
Rectory: 290 South St., 01201-6856
Tel. 442-2202
Fax: 443-9876
Pastor: Rev. John J. Varley
In Residence: Rev. Royal J. Gardner
Secretary: Teresa A. Delphia
Religious Education:
Sr. Shirleyanne Greene, SSJ
Pastoral Minister: Sr. Teresa Moran, SSJ

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 7:00 a.m., 9:00 a.m., 11:00 a.m.
Daily 9:00 a.m.
Eve of Holy Day 7:00 p.m.
Holy Day 9:00 a.m., 5:30 p.m.

**Reconciliation Schedule:**
Sat. 3:00 p.m.

**Facilities:**
Parish Center
South Street, 01201
Sr. Shirleyanne Greene, SSJ
Tel. 443-5366

*Church and Center are
handicapped accessible.*



# RUSSELL
## OUR LADY OF THE ROSARY PARISH
Established 1969

Church: 5 Main St., 01071
Rectory:
5 Main St., P.O. Box 16, 01071-0016
Tel. 862-4418
Pastor: Rev. Armando C. Russo
Religious Education: Jo-Anne Auclair
Mass Schedule:
Sat. 4:30 p.m.
Sun. 7:30 a.m., 8:45 a.m.
Daily 8:00 a.m.
Summer Mass Schedule:
Sat. 4:30 p.m.
Sun. 9:00 a.m.
Daily 8:00 a.m.

Reconciliation Schedule:
1 hour before all Masses
Reconciliation available in Italian, French, and English.

Facilities:
Church Hall
5 Main St., 01071
Tel. 862-4418

Sound System for the Hearing Impaired.

*Church is handicapped accessible.*

# SHEFFIELD
## OUR LADY OF THE VALLEY PARISH
Established 1901

Church: 99 Maple Ave., 01257
Rectory: 99 Maple Ave.,
P.O. Box 515, 01257-0515
Tel. 229-3028
Pastor: Rev. John S. Lis
Deacon:
Rev. Mr. Herbert L. Cary
1408 Silver St., 01257
Tel. 229-8793
Mass Schedule:
Sat. 9:00 a.m., 4:00 p.m.
7:00 p.m. (July & August only
at Our Lady of the Hills, Monterey)
Sun. 7:30 a.m., 9:00 a.m.
Daily Check bulletin in church
Holy Hour: Tues. 7:00-8:00 p.m.

Reconciliation Schedule:
Before weekend Masses

Facilities:
Church Hall
99 Maple Ave., 01257
Tel. 229-3028

Our Lady of the Valley Cemetery
Salisbury Rd., 01257
Tel. 229-3347

Immaculate Conception Mission
Main Road, Mill River, 01244

Our Lady of the Hills Mission
Beartown Road, Monterey, 01245

# SHELBURNE FALLS
## ST. JOSEPH PARISH
Established 18..

Church: 34 Monroe Ave., 01370
Mailing Address:
34 Monroe Ave., 01370-1405
Tel./Fax: 625-6405
E-mail: Jackaroach@ccn.com
Pastor: Rev. John A. Roach
Deacon: Mr. Thomas Rabbit
Secretary: Pat Lowell

Reconciliation Schedule:
Monday evening 8:00-8:15 p.m.

Facilities:
Church Hall
Monroe Ave., 01370
Tel. 625-9951

St. Christopher's Mission
180 Main St., Charlemont

St. Joseph's Mission
Church St., Colrain

*Church is handicapped accessible.*

# SOUTH DEERFIELD
## ST. JAMES PARISH
Established 18..

Church: 83 No. Main St., 01373
Rectory: 85 No. Main St., 01373-1014
Tel. 665-4535
Pastor: Rev. Philippe D. Roux
Religious Education: Dennis Roux
Mass Schedule:
Sat. 5:30 p.m.
Sun. 8:30 a.m.
Daily 8:00 a.m. (Tues., Thurs., Fri.)

Reconciliation Schedule:
Sat. 4:30-5:00 p.m.

Facilities:
St. Mark Mission
Delabarre Avenue, Conway, 01341

## ST. STANISLAUS PARISH
Established 1..

Church: 31 Sugarloaf St., 01373
Rectory: 27 Sugarloaf St., 01373-1122
Pastoral Offices: 29 Sugarloaf St., 01373
Tel. 665-3254
Fax: 665-3254
Pastor: Rev. Philippe D. Roux
Deacon: Rev. Mr. Theodore J. Tudryn
260 Hadley Rd.
Sunderland, 01375
Tel. 665-2847
Secretaries: Elaine Olszewski
Carolyn Zinnowski
Financial Secretary: Elaine Olszewski
Religious Education: Dennis Roux
Mass Schedule:
Sat. 4:00 p.m.
Sun. 10:30 a.m.
Daily 7:00 p.m. (Mon., Fri.)

Reconciliation Schedule:
Sat. 2:30-3:30 p.m.

Facilities:
Pope John Paul II Center
29 Sugarloaf St., 01373
Tel. 665-3254

Religious Education Center
33 Sugarloaf St., 01373
Tel. 665-4656

St. Stanislaus Cemetery
Boron Avenue, 01373 (off Thayer Street)
Tel. 665-3254

*Church and Pope John Paul II Center are handicapped accessible.*

## SOUTH HADLEY

### ST. MICHAEL BYZANTINE CATHOLIC PARISH
Established 1920

Closed in 2000.
Sacramental Records now kept at:
Holy Trinity Parish
121 Beaver St.
New Britain, CT 06051

Original address: Lincoln Avenue

### ST. PATRICK PARISH
Established 1878

Church: Main St., 01075
Rectory: 30 Main St., 01075-2744
Tel. 532-2850
Fax: 552-0241
E-mail: stpatrick@the-spa.com
Web site: www.stpatricksh.org
Pastor: Rev. Thomas M. Shea
Deacon:
  Rev. Mr. John Bledsoe
  84 Bardwell St., 01075
  Tel. 532-6671
Pastoral Minister:
  Sr. Catherine Ormond, SSJ
Religious Education
  Tel. 534-7080

**Mass Schedule:**
Sat. 4:00 p.m., 5:30 p.m.
Sun. 7:00 a.m., 9:00 a.m., 11:00 a.m.
Daily Mon.-Fri. 7:00 a.m.

**Reconciliation Schedule:**
Sat. 3:00 p.m., or by appointment.

**Facilities:**
St. Patrick Social Center
School St., 01075
Tel. 534-7617

*Church and Social Center are handicapped accessible.*

### ST. THERESA PARISH
Established 1946

Church:
9 East Parkview Drive, 01075-2103
Rectory:
9 East Parkview Dr., 01075-2103
Tel. 532-3228
Fax: 540-0964
E-mail: sttheresachurch@aol.com
Web site:
www.diospringfield.org/~sttheresas
Pastor: Rev. Richard A. Bondi
Secretaries: Theresa Racine, Barbara Sexton
Bookkeeper: Theresa Racine
Religious Education: Linda Duggan

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 9:00 a.m., 11:00 a.m.
Daily 8:00 a.m.

**Reconciliation Schedule:**
Sat. 3:15-3:45 p.m., or by appointment.

*Church is handicapped accessible.*

## SOUTH LEE

### CHAPEL OF ST. FRANCIS OF ASSISI
*A mission of St. Mary Parish, Lee*
Established 1892

Church: Main Street, 01260
Rectory: 40 Academy St., 01238-1692
(St. Mary Rectory, Lee)
Tel. 243-0275
Pastor: Rev. Gary M. Dailey

**Mass Schedule:**
Sun. 10:00 a.m.

**Reconciliation Schedule:**
Sun. before Mass

*Mission is handicapped accessible.*

## SOUTHWICK

### OUR LADY OF THE LAKE PARISH
Established 1951

Church: 224 Sheep Pasture Rd., 01077
Rectory: 224 Sheep Pasture Rd.
P.O. Box 1150, 01077
Tel. 569-0161
Pastor: Rev. Timothy J. Hallahan
Deacon: Rev. Mr. David Przybylowski
P.O. Box 342, Main Rd.
Granville, 01034
Tel. 357-6468
Religious Education: Lynda Daniele

**Mass Schedule:**
Sat. 5:00 p.m.
Sun. 8:00 a.m., 9:30 a.m., 11:00 a.m.,
Daily 8:30 a.m. (Tues.), 7:15 p.m.
  (Wed.), 8:00 a.m. (Thurs.),
  8:30 a.m. (Fri.)

**Reconciliation Schedule:**
First Sat. of the month 3:30-4:30 p.m.,
or by appointment.

*Pastoral services available in Spanish.*

## SPRINGFIELD

### ALL SOULS PARISH
Established 1908

Church: 449 Plainfield St., 01107
(not a mailing address)
Rectory: 445 Plainfield St., 01107-1031
Tel. 736-0076
Business Office: 35 Harriet St., 01107-1898
Tel. 736-8208, 736-2167
Fax: 731-0962
E-mail: jfgarcia@concentric.net
Pastor: Rev. Juan F. Garcia, CRIC
Parochial Vicar: Rev. Diomedes Calle
In Residence: Rev. Paul E. Manship
Deacon: Rev. Jose Rivera
Religious Education: Gladys Vasquez
Pastoral Minister: Angela Rodriguez

**Mass Schedule:**
Sun. 10:45 a.m. (Spanish)

**Reconciliation Schedule:**
Reconciliation available in Spanish.

**Facilities:**
Pastoral Center for
Blessed Sacrament/All Souls
35 Harriet St., 01107
Tel. 736-8208, 736-2167
Fax: 731-0962

*Pastoral services available in Spanish.*

### BLESSED SACRAMENT PARISH
Established 1953

Church: 40 Waverly St., 01107
(not a mailing address)
Rectory: 445 Plainfield St., 01107-1031
Tel. 736-0076
Business Office: 35 Harriet St., 01107-1898
Tel. 736-8208, 736-2167
Fax: 731-0962
E-mail: jfgarcia@concentric.net
Pastor: Rev. Juan F. Garcia
Parochial Vicar: Rev. Diomedes Calle
Deacons: Rev. Mr. Genaro Medina
  Rev. Mr. Oswaldo Ramos
Religious Education: Maria Ramos
Pastoral Minister: Ramonita Nieves
Secretaries: Ana Sanchez, Monica Novilo
Music Director: Jimmy Cardona

**Mass Schedule:**
Sat. 4:00 p.m., 6:00 p.m. (Spanish)
Sun. 9:15 a.m. (Spanish), 10:45 a.m.,
  12:15 p.m. (Spanish)
Daily 7:00 p.m. (Spanish)

**Reconciliation Schedule:**
Sat. 3:00 p.m. - 4:00 p.m.
Reconciliation available in Spanish.

**Facilities:**
Church Hall
Waverly Street

Blessed Sacrament/All Souls Pastoral Center
35 Harriet St., 01107
Tel. 736-8208, 736-2167
Fax: 731-0962

*Pastoral services available in Spanish.*
*Church and hall are handicapped accessible.*

## HOLY CROSS PARISH

Established 1949

Church: 219 Plumtree Rd., 01118
Rectory: 221 Plumtree Rd., 01118-1502
Tel. 783-4111
Fax: 783-4112
Web site: www.hcparish.org
Pastor: Rev. J. Victor Carrier
Parochial Vicar: Rev. Jeff Ballou
Deacon: Rev. Mr. William Toller
19 Wheeler Ave.
Springfield, 01118
Tel. 782-4612
Secretary: Linda Deely
Business Manager: Robert Riordan
Religious Education:
Tel. 796-7675
Cherolyn Austin (ext. 120)
Dana Cochrane (ext. 121)
Pastoral Minister: Sr. Cindy Matthews, OSF
Youth Ministry: Darlene Callahan

Reconciliation Schedule:
Sat. 3:00 p.m.- 3:30 p.m.

Facilities:
Msgr. Mitchell Auditorium
153 Eddywood St., 01118

Holy Cross School (Pre K-8)
153 Eddywood St., 01118
Tel. 782-5246
Fax: 782-8137
E-mail: clairetcot@aol.com
Web site: www.hcschool.org
Principal: Claire T. Cote

Mass Schedule:
Sat. 4:00 p.m., 5:30 p.m.
Sun. 7:00 a.m., 9:00 a.m., 11:00 a.m.
Teen Mass 7:15 p.m. (September-May)
Daily 7:00 a.m. Sat. 8:00 a.m.

*Church, school and auditorium are handicapped accessible.*

## HOLY FAMILY PARISH

Established 1901

Church: 205 Eastern Ave., 01109
Rectory: 235 Eastern Ave., 01109-3360
Tel. 732-1422
Fax: 732-1422
Canonical Pastor:
Rev. Msgr. Richard S. Sniezyk
Parish Administrator:
Rev. Mr. Raphael Velazquez
514 Forest Hills Rd., 01128
Tel. 782-6572

Mass Schedule:
Sat. 4:00 p.m.
Sun. 9:30 a.m., 11:15 p.m. (Spanish)
Daily Tues.-Fri. 8:00 a.m.

Reconciliation Schedule:
By appointment
Reconciliation available in Spanish.

Facilities:
Black Catholic Apostolate
Marian Johnson, director
Tel. 730-3402

New American Center
253 King St., 01109

Pastoral Committee of Western Mass
Patricia Moss, Outreach Education Director
Tel. 563-8266
Jim Florek, Addiction and AIDS Director
Tel. 732-1422

Pioneer Valley Project
Fred Rose
Tel. 827-0781

*Pastoral services available in Spanish*

130

## HOLY NAME PARISH

Established 1903

Church: 323 Dickinson St., 01108
Rectory: 323 Dickinson St., 01108-1895
Tel. 733-5823
Fax: 788-6481
E-mail: church@lte-spa.com
Pastor: Rev. John E. Connors
Parochial Vicar:
Rev. Quynh Dinh Tran
Pastoral Minister: Ann-Marie Ferraro
Tel. 781-1785
Religious Education:
Sherry Armstrong, Jan DiPietro
Tel. 736-4145

Reconciliation Schedule:
Sat. 3:00-4:00 p.m.

Facilities:
Holy Name Social Center
51 Alderman St., 01108
Tel. 734-7113

Holy Name Convent
Sisters of St. Joseph
120 Alderman St., 01108
Tel. 736-6025

Holy Name School (Pre K-8)
37 Alderman St., 01108-2156
Tel. 736-4235
Fax: 747-8237
E-mail: holyname@diospringfield.org
Principal: Nelly de Carvalho

Holy Name Religious Education Office
323 Dickinson St., 01108
Tel. 736-4145

Mass Schedule:
Sat. 4:30 p.m.
Sun. 8:00 a.m., 9:45 a.m., 11:00 a.m.,
12:30 p.m. (Vietnamese), 5:30 p.m.
Daily 6:45 a.m., 8:15 a.m.

*Church is handicapped accessible.*
*Pastoral services available in Vietnamese*

## OUR LADY OF HOPE PARISH

Established 190

Church: Armory Street, 01104
Rectory: 577 Carew St., 01104-2391
Tel. 739-7369
Fax: (413) 788-9313
Pastor: Rev. David J. Joyce
In residence:
Rev. George V. Joyce
Rev. Andrew Dodo
Business Manager:
Rev. Mr. James A. Marrone
Secretary: Sherrilynn Ashline
Religious Education:
Lillian Grzelak

Mass Schedule:
Sat. 4:00 p.m.
Sun. 8:30 a.m., 10:30 a.m.
Daily: 8:30 a.m. (in Convent Chapel)

Reconciliation Schedule:
Sat. 3:15-3:45 p.m.

Facilities:
Rev. John L. Power Auditorium
474 Armory St., 01104
Tel. 739-7369

Our Lady of Hope Convent
Sisters of St. Joseph
34 Nye St., 01104
Tel. 734-2980

Our Lady of Hope School (Pre K-8)
474 Armory St., 01104
Tel. 734-4125
Fax: 734-4998
E-mail: olohope@yahoo.com
Website: www.olohope.com
Principal: Joan Coon

Hungry Hill Senior Center/Hope Center
P.O. Box 352, 01101
Mary Troy, director
(in lower level of church)
Tel. 733-9411

*Church, school and Hungry Hill Senior Center are handicapped accessible.*

131

## OUR LADY OF MT. CARMEL PARISH

Established 1901

Church: 123 William St., 01105-1949
Rectory: 123 William St., 01105-1949
Tel. 734-5433
Fax: 731-0680
E-mail: olmcsprfld@aol.com
Pastor: Rev. Robert S. White, CSS
In Residence:
  Rev. Anthony M. Corgliano, CSS
Secretary: Mary L. Mastroianni
Religious Education:
  Dorothy Santamaria
Pastoral Minister:
  Elizabeth Matuszek, SSJ

Mass Schedule:
Sat. 4:00 p.m.
Sun. 8:30 a.m., 10:30 a.m.   6:00 p.m.
Daily 12:10 p.m.

Reconciliation Schedule:
Sat. 3:15-3:45 p.m.
Reconciliation available in Italian.

Facilities:
Our Lady of Mt. Carmel Pre-School
56 Margaret St., 01105
Tel. 733-7410

Our Lady of Mt. Carmel School
(Pre K-8)
36 Margaret St., 01105
Tel. 739-3616
Fax: 731-0680
E-mail: crafl9@yahoo.com
Web site: www.mountcarmelschool.org
Principal: Carol Raffaele

Pastoral services available in Italian.

Church and school are
handicapped accessible.

## OUR LADY OF THE ROSARY PARISH

Established 1917

Church: 346 Franklin St., 01104
Rectory: 28 Underwood St., 01104-3600
Tel. 733-0508
Pastor: Rev. Stanislaw Sokol
Religious Education:
  Jean Dupperre
171 Laconia St., 01129

Mass Schedule:
Sat. 4:00 p.m.
Sun. 9:00 a.m., 11:30 a.m. (Polish)
Daily 7:00 a.m., 7:00 p.m. (Thurs.)

Reconciliation Schedule:
Sat. 3:15-3:45 p.m.
before each daily Mass
Reconciliation available in Polish.

Facilities:
Parish Hall
334 Franklin St., 01104
Tel. 739-7914

Pastoral services available in Polish.

Church is handicapped accessible

132

## OUR LADY OF THE SACRED HEART PARISH

Established 1925

Church: 405 Boston Rd., 01109
Rectory: 417 Boston Rd., 01109
Mailing Address:
  51 Roswell St., 01109-1394
Tel. 782-8041
Fax: 783-9150
Web site: www.diospringfield.org/~olsh
E-mail: warl254@comcast.net
Pastor: Rev. William A. Tourigny
Deacon: Mr. John Annaya
  201 Marmon St., 01129
Pastoral Minister:
  Sr. Constance Cawley, SSJ
  E-mail: shamroc102@aol.com
Secretary: Pat Taylor
  E-mail: itschurchlady@aol.com
Religious Education: Cindee Gagnon

Mass Schedule:
Sat. 4:00 p.m.
Sun. 8:30 a.m., 10:45 a.m.
Daily (Mon.-Wed., Fri.) 7:00 a.m.
  (all daily Masses in the Chapel)

Reconciliation Schedule:
Sat. 3:15-3:45 p.m.

Facilities:
Parish Center Offices
51 Roswell St., 01109
Tel. 782-8041

Our Lady of the Sacred Heart School
(Pre K-8)
52 Roswell Ave., 01109
Tel. 782-8021
Fax: 783-9150
E-mail: olsh52@aol.com
Website: www.diospringfield.org/~olsh
Principal: Paul Nesbit

Church is handicapped accessible.

## SACRED HEART PARISH

Established 187?

Church: 387 Chestnut St., 01104
Rectory: 395 Chestnut St., 01104-3487
Tel. 732-3721
Fax: 733-5731
E-mail: SHC395@AOL.COM
Pastor: Rev. George A. Farland
In residence: Rev. Christopher Connelly
Secretary: Marie Lapolice
Religious Education: Martha Kelliher

Mass Schedule:
Sat. 4:00 p.m., 5:30 p.m.
Sun. 9:00 a.m., 10:30 a.m.
Daily 5:15 p.m.
Holiday 5:15 p.m.
Eve of Holy Day 4:00 p.m., 5:30 p.m.
Holy Day 9:00 a.m., 5:15 p.m.

Reconciliation Schedule:
Sat. 3:00-3:45 p.m., 5:00-5:30 p.m.
Reconciliation available in Spanish.

Facilities:
Sacred Heart Convent
Sisters of Notre Dame de Namur
35 Everett St., 01104
Tel. 736-4142

Hearing impaired headphones
available in Sacristy.

133

## ST. ANTHONY PARISH
*(Maronite Church)*

Established 1903

Church: 375 Island Pond Rd., 01118
Rectory: 419 Island Pond Rd., 01118-1002
Tel. 732-0589
Pastor: Rev. Edward T. Nedder
Deacon:
  Rev. Mr. Terrence J. O'Connell
  Tel. 733-4263 (home)
  Rev. Mr. Charles J. Gebron
  Tel. 567-0865 (home)
Religious Education:
  Francis J. Simpson
  Tel. 543-6695

**Mass Schedule:**
Sat. 8:00 a.m. 4:30 p.m.
Sun. 8:30 a.m. 10:30 a.m. (Aramaic)

Daily 8:00 a.m. (Mon., Tues., Wed.)
Eve of Holy Day 6:30 p.m.
  (except on Tues.)
Holy Day 8:00 a.m.

**Reconciliation Schedule:**
Sun before each Mass & upon request.

**Facilities:**
Church Hall - The Cedars
Island Pond Road, 01118
Tel. 737-7896

*Church and hall are handicapped accessible.*

## ST. CATHERINE OF SIENA PARISH

Established 1961

Church: 1023 Parker St., 01129
Rectory: 1023 Parker St., 01129-1024
Tel. 783-8619
Fax: 783-2344
Pastor: Rev. William F. Cyr
Deacon: Rev. Mr. Joseph Garde
  28 Sunbrier Rd., 01129
  Tel. 782-2155
Secretary: Mary Bragdon

**Mass Schedule:**
Sat. 8:00 a.m., 4:00 p.m., 6:00 p.m.
Sun. 7:00 a.m., 9:00 a.m., 11:00 a.m.
Daily 7:00 a.m., 9:00 a.m.
Eve of Holy Day 6:00 p.m.
Holy Day 7:00 a.m., 9:00 a.m.

**Reconciliation Schedule:**
Sat. 2:30-3:45 p.m.

*Church and hall are handicapped accessible.*

## ST. JOSEPH PARISH

Established 1873

Church: 82 Howard St., 01105
Rectory: 82 Howard St., 01105-2398
Tel. 733-3527
Fax: 733-3745
E-mail: stjoespfld@aol.com
Administrator: Rev. John L. Sullivan

**Mass Schedule:**
Sun. 9:00 a.m.
Holy Days 9:00 a.m. (in Sacristy)

**Reconciliation Schedule:**
By appointment

**Facilities:**
Church Hall
82 Howard St., 01105
Tel. 785-1446

## ST. MARY PARISH

Established 1941

Church: 840 Page Blvd., 01104
Rectory: 840 Page Blvd., 01104-1695
Tel. 739-0456
Fax: 733-6155
Reconciliation Schedule:
Saturday 4:45 p.m., or by appointment.
E-mail: stmary@the-spa.com
Web site: www.stmary-springfield.org
Pastor: Rev. Kenneth J. Tatro
Religious Education:
  Maryanne Isham
  Tel. 736-1622

**Facilities:**
Church Hall
840 Page Blvd., 01104

*Church and hall are handicapped accessible.*

## ST. MICHAEL'S CATHEDRAL PARISH

Established 1847

Church: 254 State St., 01103
Rectory: 260 State St., 01103-1780
Tel. 781-3656
Fax: 788-7752
E-mail: scrivener@diospringfield.org
Rector: Rev. Msgr. Richard S. Sniezyk
In residence: Rev. David M. Farland
  Rev. John L. Sullivan
Scrivener: Margot Moran
Religious Education: Dawn McGrath
  Eileen Laford
Pastoral Minister:
  Sr. Margaret McNaughton, SSJ
Outreach Minister: Sr. Eileen Sullivan, SSJ
Asistente Pastoral: Silvia Cabrera
Director of Music: Ladislaw Pfeifer
Sacristan: Una Trudell
Maintenance Assistant: Tucker Moran

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 10:00 a.m., 11:30 a.m. (Spanish),
  4:00 p.m.
Daily 12:10 p.m. (in Holy Spirit Chapel,
  Bishop Marshall Center)
Holy Days: as announced
Holidays: as announced

**Reconciliation Schedule:**
Sat. 3:15-3:45 p.m.

*Church and Bishop Marshall Center are accessible to the physically challenged.*

## ST. PATRICK PARISH

Established 196

Church: 1900 Allen St., 01118
Rectory: 1900 Allen St., 01118-1820
Tel. 783-6201
Fax: 783-7787
E-mail: stpraspringfield@aol.com
Pastor: Rev. Francis H. Crombie
Deacon:
  Rev. Mr. George Kozach
  46 White Oak Rd., 01128
  Tel. 783-2458
Administrative Assistant: Joan Yacovone
Religious Education: Alan E. O'Dell

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 8:00 a.m., 10:30 a.m.
Daily 7:00 a.m.
  (Mon., Tues., Wed., Fri.)

**Reconciliation Schedule:**
Sat. 3:00-3:30 p.m.

**Facilities:**
Administration Center
Joan Yacovone
Tel. 783-6201

*Church is handicapped accessible.*

## ST. PAUL THE APOSTLE PARISH
Established 1960

Church: 235 Dwight Rd., 01108
Rectory: 51 Fenimore Blvd., 01108-3518
Tel. 737-4422
Fax: 746-8378
E-mail: stpaulapostle@aol.com
Office Hours: Mon.-Fri. 9:00 a.m.-1:00 p.m.
Pastor: Rev. C. Lee Gilbertson
Secretary: Carole R. Dalton
Religious Education:
Marianne Bigelow
Tel. 732-2563

Mass Schedule:
Sat. 4:30 p.m.
Sun. 8:00 a.m., 11:00 a.m.

Reconciliation Schedule:
Sat. 3:30-4:00 p.m.

Facilities:
St. Joseph Mission
146 Vineland Ave.
East Longmeadow, 01028

*Church is handicapped accessible*

## ST. THOMAS AQUINAS PARISH
Established 1908

Closed in 1998. Sacramental Records now kept at:
Blessed Sacrament Parish
35 Harriet Street
Springfield 01107
Original address: 35 Harriet St.

School records now kept at:
St. Joseph Parish
82 Howard Street
Springfield 01105

# STOCKBRIDGE
## ST. JOSEPH PARISH
Established 1922

Church: 11 Elm St., 01262-0863
Rectory: 11 Elm St., 01262-0863
Mailing Address:
11 Elm St.
P.O. Box 863
Stockbridge, 01262-0863
Tel./Fax. 298-3748
Administrator: Rev. Steven F. C. McGugan
Secretary: Jean Goflin
Mass Schedule:
Sun. 11:00 a.m. (Winter)
8:30 a.m. (Summer)

Reconciliation Schedule:
By appointment

Facilities:
St. Joseph Cemetery;
Church Street, 01262
Tel / Fax. 298-3748
Mailing Address
11 Elm St.
P.O. Box 863
Stockbridge, 01262-0863

# THORNDIKE
## ST. MARY PARISH
Established 1876

Closed in 2002. Sacramental Records now kept at:
St. Thomas Parish
1076 Thorndike Street
Palmer, 01069

# THREE RIVERS
## ST. ANNE PARISH
Established 1884

Church: 2230 Main St., 01080
Rectory: 2230 Main St., 01080-1120
Mailing Address: P.O. Box 157, 01080-0157
Tel. 283-5041
Fax: 283-4041
Pastor: Rev. Sylvio E. Levesque
Secretary: Ann Frydryk
Religious Education: Joanne Allard
Director of Special Ministers and
Lectors: Gary A. Doane

Mass Schedule:
Sat. 4:00 p.m.
Sun. 9:00 a.m.
Daily 9:00 a.m.

Reconciliation Schedule:
Sat. 2:00 p.m.
Reconciliation available in French.

Facilities:
Church Hall
2230 Main St., 01080
Tel. 283-8928
St. Anne Cemetery
Main Street, 01080
Tel. 283-5041

Pastoral services available in French.
*Church and hall are handicapped accessible*

## STS. PETER AND PAUL PARISH
Established 1903

Church: 2267 Main St., 01080
Rectory: 2267 Main St., 01080-1120
Mailing Address: P.O. Box 157
Tel. 283-6030
Pastor: Rev. Stefan J. Niemczyk
Secretary: Lydia McKee
Religious Education: Michael Wostena
Mass Schedule:
Sat. 4:00 p.m. (Polish), 5:15 p.m.
Sun. 8:00 a.m. (Polish), 9:30 a.m.
Daily 7:00 a.m. (Mon., Wed., Thurs., Fri.)
5:30 p.m. (Tues.)
(all daily masses in English)

Reconciliation Schedule:
Sat. 3:00 p.m.
Eve of First Friday 3:00 p.m., 7:00 p.m.
Reconciliation available in Polish.

Facilities:
Sts. Peter and Paul Parish Center
2267 Main St., 01080
Tel. 289-1229
Sts. Peter and Paul Cemetery
Fuller Street
Bondsville, 01009
Tel. 283-6030

Pastoral services available in Polish.
*Parish Center and church are handicapped accessible*

## TURNERS FALLS

### OUR LADY OF CZESTOCHOWA PARISH

Established 1909

Pastor: Rev. Charles Jan DiMascola
Religious Education: Elizabeth Fritz

**Facilities:**
Church Hall
84 K St., 01376
Tel. 863-4748

Our Lady of Czestochowa Cemetery
Montague Road, 01376
Tel. 863-4748

Church:   84 K St., 01376
Rectory: 84 K St., 01376-1498
Tel. 863-4748 · Fax: 863-9263
Web site:
www.midata.com/befravia/ourladyofczestochwa

**Mass Schedule:**
Sat. 8:00 a.m.   4:00 p.m.
Sun. 8:00 a.m., 10:30 a.m.
Daily 8:00 a.m. (Mon.) 5:30 p.m.
(Tues., Wed., Thurs., Fri.)

**Reconciliation Schedule:**
Sat. 3:00-3:45 p.m.
30 minutes before each daily and
weekend Mass
Reconciliations available in Polish

*Pastoral services available in Polish*

*Church and Hall are handicapped accessible*

### ST. ANNE PARISH

Established 1884

Pastor: Rev. Stanley J. Aksamit

Deacon:
Rev. Mr. Albert Routhier
19 Dunton St., 01376
Tel. 863-9133

Parish Secretary: Patricia Haigis
Financial Secretary: Mari-Ann Bourwell
Religious Education: Amy P. Socquet
Pastoral Ministry:
Marguerite Noga
Tel. 863-2585
Youth and Family Life: Amy P. Socquet
Tel. 863-2585

Church: J Street, 01376
Rectory: 90 Seventh St., 01376-1419
Tel. 863-2585
Fax: 863-8978
E-mail: church@stmarysofturnersfalls.com
Web site: www.stmarysofturnersfalls.com

**Mass Schedule:**
Sun. 11:00 a.m.
Daily (Nov. – Feb.) 7:00 a.m.
(Monday – Thursday)
Friday Communion Service 7:00 a.m.

**Reconciliation Schedule:**
By appointment

**Facilities:**
Church Hall
Sixth Street, 01376
Tel. 863-4678

St. Anne Cemetery
Montague Road, 01376
Tel. 863-2585

138

---

## ST MARY OF THE ASSUMPTION PARISH

Established 1872

Pastor: Rev. Stanley J. Aksamit

Deacon:
Rev. Mr. Albert Routhier
19 Dunton St., 01376
Tel. 863-9133

Parish Secretary: Patricia Haigis
Financial Secretary: Mari-Ann Bourwell
Pastoral Ministry: Marguerite Noga
Secretary: Genevieve Guy
Tel. 863-2585
Youth and Family Life: Amy P. Socquet
Tel. 863-2585

Church: 80 Seventh St., 01376
Rectory: 90 Seventh St., 01376-1419
Tel. 863-2585
Fax: 863-8978
E-mail: church@stmarysofturnersfalls.com
Web site: www.stmarysofturnersfalls.com

**Facilities:**
Church Hall
80 Seventh St., 01376
Tel. 863-2585

St. Mary Cemetery
Montague Road, 01376
Tel. 863-2585

**Mass Schedule:**
Sat. 4:00 p.m.
Daily (July – October)
7:00 a.m. (Mon., Tues., Wed., Thurs.)
7:00 a.m. (Fri., Communion Service)

**Reconciliation Schedule:**
Sat. 3:00-3:45 p.m. or by appointment

*Church is handicapped accessible.*

## WALES

### ST. MONICA MISSION
*A mission of St. Christopher Parish, Brimfield*

Pastor: Rev. Walter A. Swift
Administrative Assistant: Valerie Bernier

Church: Main Street, Rt. 19
Mail to:  St. Christopher Parish
Tel. 245-7274 (St. Christopher Rectory)

**Mass Schedule:**
Memorial Day – Labor Day
Sat. 4:00 p.m.

**Reconciliation Schedule:**
By request after Mass.

## WARE

### ALL SAINTS PARISH

Established 18

Pastor: Rev. Edward T. Fitzgerald
Religious Education: Sr. Angela Deady, SSJ

Church: 17 North St., 01082
Rectory: 17 North St., 01082-1003
Tel. 967-4963
E-mail: allsaints@samnet.net

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 7:00 a.m., 8:00 a.m., 10:00 a.m.
Daily 7:00 a.m.
Eve of Holy Day 5:30 p.m.
Holy Day 7:00 a.m.

**Reconciliation Schedule:**
Sat. 3:30-4:00 p.m.

**Facilities:**
Old St. William Cemetery
West Street, 01082
Tel. 967-4963

New St. William Cemetery
West Main St., 01082 Tel. 967-4963

### OUR LADY OF MOUNT CARMEL PARISH

Established 18

Closed in 1998. Sacramental Records
now kept at:
All Saints Parish
17 North Street, 01082

Original address: 17 Convent Hill Rd.

139

## ST. MARY PARISH — Established 1905

Church: South Street, 01082
Rectory: 60 South St., 01082-1688
Tel: 967-5913, 967-5914
Fax: 967-4679
Pastor: Rev. Charles H. Kuzmeski
Secretary: Trudy DeSantis
Religious Education:
Sr. Mary Joan

**Mass Schedule:**
Sat. 4:30 p.m.
Sun. 8:00 a.m. (Polish), 9:30 a.m.,
11:10 a.m.
Daily 7:00 a.m.
First Friday 9:00 a.m.

**Reconciliation Schedule:**
Sat. 3:45 p.m.
Eve of First Friday 6:30 p.m.
Reconciliation available in Polish.

**Facilities:**
Church Hall
South Street, 01082
Tel: 967-9728

St. Mary Convent
Daughters of Mary of the Immaculate
Conception
59 South St., 01082
Tel: 967-5012

St. Mary School (K-8)
South and Charles Sts., 01082
Tel: 967-9936/Fax: 967-8217
E-mail: school@stmarysware.org
Web Site: www.stmarysware.org
Principal: Sr. Mary Janice Zdunczyk, DM

St. Mary Cemetery
South Street, 01082
Tel: 967-5913

Old Hall (gymnasium)
60 South St., 01082
Tel: 967-9419

Pastoral services are available in Polish.
Church and Hall are handicapped
accessible.

# WESTFIELD

## HOLY TRINITY PARISH — Established 1903

Church: 335 Elm St., 01085
Rectory: 335 Elm St., 01085-2959
Tel: 568-1506
Fax: 572-2533
E-mail: htchis@netzero.net
Web site: www.holytrinitywestfield.com
Pastor: Rev. Gerald J. Boulanger, M.S.
Secretary: Anna M. Kruszewski
Religious Education Coordinator:
Greg Gawron

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 7:00 a.m., 8:30 a.m. (Polish), 10:30 a.m.
Daily 12:10 p.m. (Mon.-Wed., Fri.)
Thurs 7:00 a.m.

**Summer Mass Schedule:**
Daily Tues.-Thurs. 12:10 p.m.
Other Masses remain the same

**Reconciliation Schedule:**
Sat. 3:30 p.m.
Reconciliation available in Polish.

**Facilities:**
Church Hall
331 Elm St., 01085
Tel: 562-9828

Holy Trinity School (K-8)
331 Elm St., 01085-2960
Tel: 568-4352
E-mail: htchis@netzero.net
Web site: www.holytrinitywestfield.com/page2.html
Principal: Janet M. Snow

Pastoral services are available in Polish.

*Church is handicapped accessible.*

## OUR LADY OF THE BLESSED SACRAMENT PARISH — Established 1910

Church: Union Street, 01085
Rectory: 6 Union St., 01085-2494
Tel: 562-3450
Fax: 562-0399
Pastor: Rev. Hugh F. Crean, S.T.D.
Daily 7:00 a.m.
In Residence: Rev. Anthony J. Creane
Religious Education:
Debbie Lanoue
(Grammar School)
Sr. M. Barbara Ebbe
(Junior High, High School)
Tel: (Religious Ed. and CCD office)
562-9875
Pastoral Minister: Sr. M. Barbara Ebbe

**Mass Schedule:**
Sat. 8:00 a.m. (Miraculous Medal
Novena), 4:00 p.m.
Sun. 7:00 a.m., 9:00 a.m., 11:00 a.m.
Daily 7:00 a.m.
First Friday 7:00 a.m.
Eve of Holy Day 4:00 p.m.
Holy Day 7:00 a.m., 5:30 p.m.

**Reconciliation Schedule:**
Sat. 3:00-3:45 p.m.

## ST. CASIMIR PARISH — Established 191?

Merged in 2003 to form and
Sacramental Records kept at:
St. Peter and St. Casimir Parish
22 State Street, 01085

Original address: Parkside Avenue

## ST. MARY PARISH — Established 186?

Church: 30 Bartlett St., 01085
Rectory: 30 Bartlett St., 01085-3006
Tel: 562-5477
Fax: 562-5478
Pastor: Rev. Brian F. McGrath
Parochial Vicar: Rev. Hector Rojas
In Residence: Rev. William H. Wallis
Pastoral Ministers: Marie-Anne Buffam,
Larry Hunt, Maria Rosado
Secretary: Elaine Noonan
Religious Education: Dona Kane,
Kay Mowatt, Barbara Quennin

**Mass Schedule**
Sat. 4:00 p.m.
Sun. 7:00 a.m., 8:30 a.m., 10:00 a.m.
11:30 a.m. (Spanish)
Daily 8:30 a.m.
Eve of Holy Day 4:00 p.m.
Holy Day 8:30 a.m., 6:15 p.m.

**Reconciliation Schedule:**
Sat. 2:30-3:30 p.m.

**Facilities:**
St. Mary Convent
Sisters of St. Joseph
86 Mechanic St., 01085
Tel: 568-8077

St. Mary School (K-8)
35 Bartlett St., 01085
Tel: 568-2388 — Fax: 568-7460
E-mail: stmaryss@yahoo.com
Web site: www.diospringfield.org/~stmaryswsfd
Principal: Sr. Christine Lavoie, SSJ

St. Mary High School
27 Bartlett St., 01085
Tel: 568-5692
Fax: 562-3501
E-mail: stmaryhswsfd.prin@diospringfield.org
Web site: www.diospringfield.org/~stmaryhswsfd
Principal: Paul Romani

*Church is handicapped accessible.*