## ST. PETER PARISH — Established 1913

Original address: 22 State St.

Merged in 2003 to form and Sacramental Records kept at:
St. Peter and St. Casimir Parish
22 State St., 01085

## ST. PETER AND ST. CASIMIR PARISH — Established 1913

Church: 24 State St., 01085
Rectory: 22 State St., 01085-3814
Tel. 568-5421 – Fax: 562-3879
E-mail: sspcp@comcast.net
Pastor: Rev. Dariusz P. Wudarski
In residence: Rev. John T. Dean
Religious Education:
Sr. Marcella Meluch, OSF

Reconciliation Schedule:
Sat. 3:00-3:30 p.m.

Facilities:
St. Peter Parish Hall
34 State St., 01085
Tel. 568-1860

St. Peter CCD House
32 State St., 01085
Tel. 568-6261

Mass Schedule:
Sat. 4:00 p.m.
Sun. 8:00 a.m., 9:30 a.m., 11:00 a.m.
Daily 7:15 a.m. (Mon., Tues., Wed., Thurs.)
7:15 a.m. (Fri., Communion Service)

Church is handicapped accessible.

## WEST SPRINGFIELD
## IMMACULATE CONCEPTION PARISH — Established 1877

Church: 495 Main St., 01089
Rectory: 475 Main St., 01089-3998
Tel. 736-4071 – Fax: 734-5484
Pastor: Rev. Mr. James Martone
Pastoral Assistant: Florence Kaplan
Deacon: Rev. Mr. James Martone
Secretary: Helen Benciventi
Religious Education:
Cathleen and Len Robinson

Reconciliation Schedule:
First Friday 6:00 p.m.
(Parish Center Chapel)
First Saturday 3:00 p.m. or by appointment

Facilities:
Parish Center
485 Main St., 01089
Tel. 788-6085

Church is handicapped accessible.

Mass Schedule:
Sat. 4:00 p.m.
Sun. 10:30 a.m.
Daily 7:30 a.m. (Parish Center Chapel)
Eve of Holy Day 7:15 p.m.
Holy Day 7:30 a.m.
First Friday 5:30 p.m. Parish Center Chapel
First Saturday 8:00 a.m.

142

## ST. ANN MISSION
*A mission of Our Lady of Mt. Carmel, Springfield*

Church: 576 Memorial Ave., 01089
Rectory: 576 Memorial Ave., 01089-3599
Tel. 736-3101 – Fax: 732-4614
Rector: Rev. Joseph Massaro, CSS
In Residence: Rev. Donald Higgins, CSS
Secretary: Jeanne Breda
Religious Education:
Rosemary Bunnell – Nancy Tessier

Mass Schedule:
Sat. 4:00 p.m.
Sun. 10:00 a.m.
Daily Mon., Tues., Thurs., Fri. 12:05 p.m.

Reconciliation Schedule:
Sat. 3:15 - 3:45 p.m.

Facilities:
Church Hall
576 Memorial Ave., 01089
Tel. 733-3241

Rectory Hall
576 Memorial Ave., 01089

Church is handicapped accessible.

## ST. LOUIS de FRANCE PARISH — Established 1895

Church: 801 Main St., 01089
Rectory: 475 Main St., 01089-3937
Tel. 736-4071
Fax: 734-5484
Pastor: Rev. Michael J. Twohig
Deacon: Rev. Mr. James Martone
Secretary: Helen Benciventi

Mass Schedule:
Sun. 8:30 a.m.
Eve of Holy Day 5:30 p.m.

Reconciliation Schedule:
By appointment

Facilities:
Church Hall
801 Main St., 01089

Church is handicapped accessible.

## ST. THOMAS THE APOSTLE PARISH — Established 1900

Church: 63 Pine St., 01089
Rectory: 47 Pine St., 01089-2898
Tel. 739-4779
Fax: 739-1608
Web site: www.thomasapostle.org
Pastor: Rev. Richard M. Runte
Parochial Vicar:
Rev. Robert A. Gentile, Jr.
Secretary: Mrs. Joyce Reichelt
Business Manager:
Jeremiah F. Donovan
Pastoral Minister: Anne F. Ranstrom
Religious Education:
Lisa F. LaBrecque (K-6)
Debrah A. McManus (7-11)
Cemetery Superintendent:
Mirek Pietras

Mass Schedule:
Sat. 8:00 a.m., 4:00 p.m., 5:30 p.m.
Sun. 8:00 a.m., 9:30 a.m., 11:00 a.m., 12:15 p.m.
Daily 8:00 a.m.
Eve of Holy Day 5:30 p.m.
Holy Day 8:00 a.m., 9:00 a.m. (School Mass), 5:30 p.m.

Reconciliation Schedule:
Sat. 3:00-3:45 p.m.

Facilities:
St. Thomas the Apostle School (Pre K-8)
75 Pine St., 01089
Tel. 739-4131 – Fax: 731-8768
E-mail: sttom@the-spa.com
Principal: Sr. Lilian Reilly, SSJ

St. Thomas the Apostle Cemetery
Kings Highway
Office: 47 Pine St., 01089
Tel. 739-4779

St. Thomas the Apostle Parish Center
89 Pine St., 01089
Tel. 737-8267

St. Thomas the Apostle
Religious Education Office
89 Pine Street, 01089
Tel. 737-8267

Church, School and Parish Center are handicapped accessible.

143

# WEST STOCKBRIDGE

## ST. PATRICK PARISH
Established 1871

Church: Albany Road, 01266
Rectory: 30 Albany Rd., 01266-9200
Tel. 232-4427
Administrator: Rev. Steven F. C. McGuigan
Secretary: Donna L. Letteney
Religious Education: Dorothy Pieropan
Arthur DeVylder

**Mass Schedule:**
Sat. 4:00 p.m.
Sun. 8:30 a.m.
Daily Mon., Wed., Thurs., Fri. 9:00 a.m.
Summer Schedule
(Memorial Day-Columbus day)
Sat. 4:00 p.m.
Sun. 10:30 a.m.

**Reconciliation Schedule:**
Sun. 3:00-3:30 p.m or by apponment

**Facilities:**
Parish Center
Albany Road, 01266
Tel. 232-4427

St. Patrick Cemetery
Albany Road, 01266
Tel. 232-4427

*Church and Parish Center are
handicapped accessible*

# WILBRAHAM

## ST. CECILIA PARISH
Established 1951

Church: 42 Main St., 01095
Rectory: 7 Maple St., 01095-1763
Tel. 596-4232
Fax: 596-6272
E-mail:
administrator@saintceciliawilbraham.org
Web site:
www.saintceciliawilbraham.org
Pastor: Rev. Joseph M. Soranno
Parochial Vicar: Rev. Douglas McGonagle
Office: 596-8304
Parish Office Administrator: Annette Bishop
Parish Facilities Manager:
Lawrence Madden
Religious Education:
Sr. Mary Patrice Mahoney, SND
Pastoral Minister:
Sr. Mary McCue, SND

**Mass Schedule:**
Sat. 5:00 p.m.
Sun. 8:00 a.m., 9:30 a.m., 11:00 a.m.
Daily Tues., Wed., Thurs., Fri. 9:00 a.m.
Miraculous Medal Novena Mon. 5:30 p.m.

**Reconciliation Schedule:**
Sat. 4:00-4:30 p.m.

**Facilities:** *(located at 42 Main St., 01095)*

Parish Center
Tel. 596-4327

Parish Offices
Tel. 596-4232

Office of Religious Ed.
Tel. 596-9937

Office of Pastoral Ministry
Tel. 599-1833

*Church and hall are
handicapped accessible*

144

# WILLIAMSTOWN

## ST. PATRICK PARISH
Established 1896

Original address: 63 Southworth Street

Merged in 1997 to form and
Sacramental Records kept at:
Sts. Patrick and Raphael Parish
54 Southworth Street, 01267

## STS. PATRICK and RAPHAEL PARISH
Established 1889

Church: 63 Southworth St., 01267
(St. Patrick)
Church: 207 Cole Ave., 01267 (St. Raphael)
Rectory: 54 Southworth St., 01267-2414
Tel. 458-4946
Fax 458-4954
E-mail: patrickraphael@aol.com
Web site: www.williamstowncatholics.org
Administrator: Rev. Mark J. Burke, SJ
Religious Education Coordinator:
Debbie Cameron (Grades 1 - 12)
Secretary: Pauline A. McNicol

**Mass Schedule:**
Sat. 4:00 p.m. (St. Patrick)
Sun. 8:00 a.m., 9:30 a.m. (St. Raphael)
11:15 a.m. (St. Patrick)
Daily Mon. - Fri 8:30 a.m. (St. Raphael)
(Fri. Communion Service)

**Reconciliation Schedule:**
Sat. 2:30-3:30 p.m. (St. Patrick)

**Facilities:**
St. Raphael Hall
207 Cole Ave., 01267
Tel. 458-3051

St. Patrick Center
53 Southworth St., 01267
Tel. 458-5443

*Church and Parish Center (St. Patrick)
are handicapped accessible*

## ST. RAPHAEL PARISH
Established 1885

Merged in 2003 to form and
Sacramental Records kept at:
Sts. Patrick and Raphael Parish
54 Southworth Street, 01267

145



# 2004 Directory of the Diocese of Springfield



# Merged and Closed Parishes

147



**Weekly Live Mass**

2004 marks the 47th anniversary year that "The Chalice of Salvation" has been on the air over WWLP-Channel 22, a local NBC affiliate. This is the region's only one-hour weekly televised Mass and is seen every Sunday morning at 10:00 a.m. on TV-22. Join host, Brother Terrence Scanlon, C.P., from the Holy Spirit Chapel, at the Bishop John Marshall Center in Springfield. The Chalice of Salvation is produced by the Catholic Communications Corporation of the Diocese of Springfield.

UNICATIONS CORPORATION FAMILY



# MERGED AND CLOSED
## PARISHES OF THE DIOCESE

### ADAMS

**NOTRE DAME DES SEPT DOULEURS PARISH**
Established 1882

Original address: McKinley Square

Merged in 1998 to form and
Sacramental Records now kept at:
The Parish of Notre Dame des Sept
Douleurs & Saint Thomas Aquinas
P.O. Box 231, 01220-0231

**ST. THOMAS AQUINAS PARISH**
Established 1875

Original address: 2 Columbia St.

Merged in 1998 to form and
Sacramental Records now kept at:
The Parish of Notre Dame des Sept
Douleurs & Saint Thomas Aquinas
P.O. Box 231, 01220-0231

### AGAWAM

**ST. ANTHONY OF PADUA MISSION**
Established 1925

Original address: 108 Bridge St.

Merged in 2000 to form and
Sacramental Records now kept at:
All Saints Parish
74 Bridge St. 01001

**ST. THERESA OF THE CHILD JESUS PARISH**
Established 1883

Original address: 74 Bridge St.

Merged in 2000 to form and
Sacramental Records now kept at:
All Saints Parish
74 Bridge St. 01001

### HADLEY

**HOLY ROSARY PARISH**
Established 1917

Original address: 120 Russell St.

Merged in 1998 to form and
Sacramental Records now kept at:
Most Holy Redeemer Parish
120 Russell St., 01035

**ST. JOHN PARISH**
Established 1915

Original address: Russell Street

Merged in 1998 to form and
Sacramental Records now kept at:
Most Holy Redeemer Parish
120 Russell St., 01035

148

### HINSDALE

**ST. PATRICK PARISH**
Established 1868

Original address: 43 Church Street

Became chapel of in 2003
and Sacramental Records kept at:
St. Agnes Parish
489 Main St., 01226

### HOLYOKE

**OUR LADY OF THE ROSARY**
Established 1890

Original address: Mosher Street

Closed in 1974. Sacramental
Records now kept at:
The Chancery Office of the
Diocese of Springfield
76 Elliot St. Springfield, 01105

**OUR LADY OF PERPETUAL HELP PARISH**
Established 1890

Original address: 271 Chestnut St.

Merged in 2001 to form and
Sacrament Records now kept at:
Our Lady of Guadalupe Parish
427 Maple St., 01040

**PRECIOUS BLOOD PARISH**
Established 1869

Original address: 54 Cabot St.

Closed in 1987. Sacramental
Records now kept at:
Our Lady of Guadalupe Parish
427 Maple St., 01040

**SACRED HEART PARISH**
Established 1876

Original address: 427 Maple St.

Merged in 2001 to form and
Sacramental Records now kept at:
Our Lady of Guadalupe Parish
427 Maple St., 01040

### INDIAN ORCHARD

**ST. ALOYSIUS PARISH**
Established 1873

Original address: 1326 Worcester St.

Merged in 1998 to form and
Sacramental Records now kept at:
St. Jude Parish
1326 Worcester St., 01151

**ST. MATTHEW PARISH**
Established 1878

Original address: 52 Pinevale St.

Merged in 1998 to form and Sacramental
Records now kept at:
St. Jude Parish
1326 Worcester St., 01105

140



## NORTH ADAMS
### HOLY FAMILY PARISH    Established 1873

Original address: 635 State Rd

Merged in 1997 to form and Sacramental Records now kept at:
Our Lady of Mercy Parish
228 East Main St., 01247

### OUR LADY OF THE INCARNATION PARISH    Established 1955

Original address: 1282 Massachusetts Ave.

Merged in 1997 to form and Sacramental Records now kept at:
Our Lady of Mercy Parish
228 East Main St., 01247

## SOUTH HADLEY
### ST. MICHAEL BYZANTINE CATHOLIC PARISH    Established 1920

Original address: Lincoln Avenue

Closed in 2000. Sacramental Records now kept at:
Holy Trinity Parish
121 Beaver St.
New Britain, CT 06051

## SPRINGFIELD
### ST. THOMAS AQUINAS PARISH    Established 1908

Original address: 35 Harriet St.

Closed in 1998. Sacramental Records now kept at:
Blessed Sacrament Parish
35 Harriet Street
Springfield 01107
School records now kept at:
St. Joseph Parish
82 Howard St.
Springfield 01105

## THORNDIKE
### ST. MARY PARISH    Established 1876

Closed in 2002. Sacramental Records now kept at:
St. Thomas Parish
1076 Thorndike St.
Palmer 01069

150

## WARE
### OUR LADY OF MT. CARMEL PARISH    Established 1871

Original address: 17 Convent Hill Road

Closed in 1998. Sacramental Records now kept at:
All Saints Parish
17 North St., 01082

## WESTFIELD
### ST. CASIMIR PARISH    Established 1915?

Original address: Parkside Ave.

Merged in 2003 to form and Sacramental Records kept at:
St. Peter and St. Casimir Parish
22 State St., 01085

### ST. PETER PARISH    Established 1913?

Original address: 22 State St.

Merged in 2003 to form and Sacramental Records kept at:
St. Peter and St. Casimir Parish
22 State St., 01085

## WILLIAMSTOWN
### ST. PATRICK PARISH    Established 1896

Original address: 63 Southworth St.

Merged in 1997 to form and Sacramental Records kept at:
Sts. Patrick and Raphael Parish
54 Southworth Street, 01267

### ST. RAPHAEL PARISH    Established 1889

Merged in 2003 to form and Sacramental Records kept at:
Sts. Patrick and Raphael Parish
54 Southworth St., 01267

151



# 2004 DIRECTORY OF THE DIOCESE OF SPRINGFIELD

# EDUCATION

## IN THIS SECTION:
- OFFICE OF RELIGIOUS EDUCATION
- CATHOLIC SCHOOLS
- CAMPUS MINISTRY

*For The Finest in Religious Articles Visit . . .*

The OPEN WINDOW BOOK & GIFT SHOP
OF THE DIOCESE OF SPRINGFIELD

**594-5111**

**14 Center St • Chicopee, MA**

*Open*
MON.-FRI. 9:30-5:00 • SAT 9:30-4:00

*Altar Candles • Chalices*
*Deacon and Clergy Vestments*
*Pyx • Crucifixes • Music*
*Liturgical and Homily Books*
*Bulletin Covers • Statues*
*Bibles • Pictures • Medals*
*~ Gift Certificates and Special Orders ~*






*VISA*



# 2004 DIRECTORY OF THE DIOCESE OF SPRINGFIELD

## OFFICE OF RELIGIOUS EDUCATION

155



Welcome to the campus...

Step onto Barry University's
Spanish-style campus in the Village
of Miami Shores and a sense of wel-
come—warm as a Florida breeze—
washes over you. Thanks to our
small scale and our compassionate
culture, your professors know your
name, your strengths, your dreams.

And they push themselves to propel
you forward. Everyone at Barry
does. But that's not just our attitude
toward students, it's our stance
toward the human community.
As our dynamic president, Sister
Jeanne O'Laughlin says... We count
our success in our ability to bring a
better quality of life to all those we
serve, directly and indirectly. "As a
Barry graduate, you're equipped
and inspired to help create a world
worth... a place where
we all belong."

## BARRY
UNIVERSITY
11300 N.E. Second Avenue
Miami Shores, Florida 33161-6695
phone 305.899.3100 800.695.2279
admissions@mail.barry.edu
**www.barry.edu/success**

# ADMINISTRATIVE OFFICE
## OFFICE OF RELIGIOUS EDUCATION

### SPRINGFIELD

**CENTRAL OFFICE**
Sr. Paula Robillard, SSJ, Director
Jayne Dougherty, Consultant,
  School Age Catechesis
Sr. Carol Darz, Consultant
  Evangelization/RCIA
  Adult Religious Education
Christian Education Center
625 Carew St
Springfield, 01104
Tel. 452-0807
Fax: 452-0817
E-mail: reled@diospringfield.org

**RESOURCE LIBRARY**
625 Carew St.
Springfield, 01104
Tel. 452-0812
Fax: 452-0817
*Hours:*
Mon. - Fri., 9:00 a.m. - 4:30 p.m.
or by appointment

### PITTSFIELD

**BERKSHIRE REGIONAL OFFICE**
Charles Conaghan
75 Plunkett St.
Pittsfield, 01201
Tel. 443-3187
Fax: 449-8762
E-mail: bore@the-spa.com

**RESOURCE LIBRARY**
75 Plunkett St.
Pittsfield, 01201
Tel. 443-3187
Fax: 449-8762
*Hours*
Tues. and Thurs., 12:00 p.m. - 5:00 p.m.
Wed. and Fri., 9:00 a.m. - 2:00 p.m.
or by appointment

157



# CANOBIE LAKE PARK
## SALEM, NH

### THE PERFECT PLACE
### FOR YOUR
### SCHOOL OUTING!

**ONLY ONE HOUR
FROM WORCESTER**

**FOR GROUP RATES
AND REGISTRATION
CALL 603-893-3506**

**OR VISIT
www.canobie.com**

*100 Years of Family Fun!*

156

# 2004 DIRECTORY OF THE DIOCESE OF SPRINGFIELD

# CATHOLIC SCHOOLS

William B. O'Connor
CHURCH GOODS, INC.
897 New Loudon Road, Route 9
Latham, New York 12110

Visit our beautiful NEW showroom in LATHAM, NEW YORK

*Featuring:*
4,000 Sq. Ft. Show Room Space
On Site FREE PARKING

*We carry the full line of EMKAY Candles*

Founded 1921

83rd year of service

emkay
Established 1921

THE FINEST NAME IN CHURCH CANDLES
A Complete Line of Supplies & Furnishings
For Your Parish CHURCH and SCHOOL

• Church Furnishings • Sanctuary Supplies
• Vestments & Altar Linens • Sacred Vessels
• Altar Breads • Imported Statuary • Religious Articles • Palm • Refinishing
• Large Book Department • Irish Gifts

Easy Directions from Massachusetts:
Take Mass. Pike (I-90) West, continue on I-90 West until I-87 North
(The Northway). Stay on Northway until Exit 7 Latham. Take
LATHAM Exit, follow signs for Route 9 South. Look for our NEW
sign on left, two doors South of Dexter Shoes.

CALL TOLL-FREE 1-800-342-1231
Fax: (518) 785-7876   E-mail: sales@oconnorsinc.com

158

# ELEMENTARY SCHOOLS

## ADAMS

**St. Stanislaus Kostka School (Pre K-8)**
*(Diocesan Managed School)*
108 Summer St., 01220
Tel. 743-1091
Fax: 743-0013
E-mail: sstan@bcn.net
Web site: www.adelphia.net/~sstans/
Principal:
Sr. Jacqueline M. Kazanowski, CSSF

## CHICOPEE

**Holy Name School (Pre K-8)**
63 South St., 01013-2655
Tel. 592-6857
Fax: 598-0150
E-mail: holyname1@aol.com
Principal: Sr. Irene Murphy, SND

**St. Joan of Arc - St. George School (K-8)**
587 Grattan St., 01020-1594
Tel. 533-1475
Fax: 533-1418
E-mail: sjsg@stjoan-stgeorge.org
Web site: www.sjoan-stgeorge.org
Principal: Susan Lemieux

**St. Patrick School (Pre K-8)**
125 Montgomery St., 01020
Tel. 594-8166
Fax: 594-8167
Principal: Anne T. Sweetman

**St. Stanislaus School (Pre K-8)**
534 Front St., 01013
Tel. 592-5135
Fax: 598-0187
E-mail: st.stans@mec.edu
Web site: www.st.stanislaus.mec.edu
Administrators: Sr. Cecelia Hauer, FSSJ,
Mrs. Karen Shea

## DALTON

**St. Agnes School (Pre K-8)**
30 Carson Ave., 01226
Tel. 684-3143
Fax: 684-3124
E-mail: prncisag@nycap.rr.com
Web site: www.yzernet.net/stagnes
Principal: Theresa Dudziak

## EASTHAMPTON

**Notre Dame - Immaculate Conception School (K-8)**
35 Pleasant St., 01027
Tel. 527-6133
Fax: 527-6625
E-mail: ndicschool@msn.com
Principal: Sharon Sarrasin

## GREENFIELD

**Holy Trinity School (Pre K-6)**
*(Diocesan Managed School)*
10 Beacon St., 01301
Tel. 773-3831
Fax: 774-7794
E-mail: holytrinityschool@attbi.com
Principal: Arlene Ashby

## HOLYOKE

**Blessed Sacrament School (Pre K-8)**
21 Westfield Rd., 01040
Tel. 536-2236
Fax: 534-0795
E-mail: blessedsacrament@attbi.com
Principal: Rosemary Stella

**Mater Dolorosa School (Pre K-8)**
25 Maple St., 01040
Tel. 532-2831
Fax: 532-8588
E-mail: sunnyc515@aol.com
Principal: Sr. Corinne Gurka, FSSJ

## INDIAN ORCHARD

**St. Matthew School (Pre K-8)**
*(Diocesan Managed School)*
90 Berkshire St., 01151
Tel. 543-1066
Fax: 543-2330
E-mail: stmattschool@aol.com
Web site:
http://school.masslive.com/school/stmatthew
Principal: Ann Dougal

---

# ADMINISTRATIVE OFFICES

## DIOCESAN SCHOOLS OFFICE

**SPRINGFIELD**
Christian Education Center
625 Carew Street
Springfield, 01104
Tel. 452-0830
Fax: 452-0833
E-mail: bgouldsupt@diospringfield.org
Web site: www.diospringfield.org

Sr. Bette Gould, SSJ, superintendent
Gail Furman Ed.D.,
coordinator of student services
Sr. M. Andrea Ciszewski, FSSJ,
curriculum director
Sr. Maureen Toomey, SND,
director of school personnel

---

## THE CATHOLIC SCHOOLS OF PITTSFIELD

Wm. J. Fitzgerald, Ph. D., President
50 Melville St.
Pittsfield, 01201
Tel. 997-2507 (administrative), 445-5802 (business)
Fax: 997-2509
E-mail: csp@metwork.com
Web site: www.diospringfield.org/~csp

---

# Prentice Hall

*Trusted content, today's technology, and outstanding commitment to service.*

- Social Studies
- Science
- Mathematics
- Literature/Language Arts
- Grammar/Writing/Dictionaries
- Spanish/Latin/French
- Honors & Elective Course Titles
- Advanced Placement Titles (AP)
- Technology and Media

*For a FREE school examination copy call or email:*

Merrill Beckett, Catholic School Representative
Home: (978) 465-6803  Fax: (978) 499-4951
Work: (800) 435-3499 ext. 7842
merrill.beckett@PHSchool.com
Visit us @PHSchool.com

**PEARSON** Prentice Hall

**TEACH • INSPIRE • CONNECT**

## LEE

**St. Mary School (Pre K-8)**
115 Orchard St., 01238-1399
Tel. 243-1079 or 243-1074
Fax: 243-1022
E-mail: smschool@metworx.com
Web site:
www.stmarymotherofthechurch.org
Principal: Sr. Kathleen Wallace, SSJ

## LONGMEADOW

**St. Mary School (K-8)**
56 Hopkins Pl., 01106
Tel. 567-0907
Fax: 567-7695
E-mail:
stmaryschoollongmeadow@comcast.net
Web site: www.diospringfield.org/~stmary
Principal: Anne Heston

## LUDLOW

**St. John the Baptist School (Pre K-8)**
217 Hubbard St., 01056-2785
Tel. 583-8550
Fax: 589-6544
E-mail: stjohnofja@samnet.net
Principal: Mrs. Shelly Rose

## PITTSFIELD

**Sacred Heart Elementary School (K-4)**
1 Meadow Lane, 01201
Tel. 443-6379
Fax: 442-2481
Principal: Barbara Boucher

**St. Mark Middle School (5-8)**
400 Columbus Avenue STE. 1, 01201-4913
Tel. 442-6040
Fax: 448-5645
E-mail: st.mark2@verizon.net
Web site: www.stmarkmiddleschool.com
Principal: Beth Gannon

## SPRINGFIELD

**Holy Cross School (Pre K-8)**
153 Eddywood St., 01118
Tel. 782-5246
Fax: 589-6544
E-mail: claretcote@aol.com
Web site: www.hcschool.org
Principal: Claire T. Cote

**Holy Name School (Pre K-8)**
37 Alderman St., 01108-2156
Tel. 736-4235
Fax: 747-8237
E-mail: holyname@diospringfield.org
Principal: Nelly de Carvalho

**Our Lady of Hope School (Pre K-8)**
474 Armory St., 01104
Tel. 734-4125
Fax: 734-4998
E-mail: olohope@yahoo.com
Website: www.olohope.com
Principal: Joan Coon

**Our Lady of Mount Carmel School (Pre K-8)**
36 Margaret St., 01105
Tel. 739-3616
Fax: 731-0680
E-mail: craffi8@yahoo.com
Web site: www.mountcarmelschool.org
Principal: Carol Raffaele

**Our Lady of the Sacred Heart School (Pre K-8)**
52 Rosewell Ave., 01109
Tel. 782-8021
Fax: 783-9150
E-mail: olsh52@aol.com
Website: www.diospringfield.org/~olsh
Principal: Paul Nesbit

## WARE

**St. Mary School (K-8)**
South and Charles Sts., 01082
Tel. 967-9936
Fax: 967-8217
E-mail: school@stmarysware.org
Web Site: www.stmarysware.org
Principal: Sr. Mary Janice Zdunczyk, DM

## WESTFIELD

**Holy Trinity School (K-8)**
(to close June 2004)
331 Elm St., 01085-2960
Tel. 568-4352
Fax: 572-2533
E-mail: htschool@aol.com
Web site:
www.holytrinitywestfield.com/hts.html
Principal: Janet M. Snow

**St. Mary School (K-8)**
35 Bartlett St., 01085
Tel. 568-2388
Fax: 568-7460
E-mail: stmaryes@yahoo.com
Web Site:
www.diospringfield.org/~stmaryeswsfd
Principal: Sr. Christine Lavoie, SSJ

## WEST SPRINGFIELD

**St. Thomas the Apostle School (Pre K-8)**
75 Pine St., 01089
Tel. 739-4131
Fax: 731-8768
E-mail: sttom@tfte-spa.com
Principal: Sr. Lillian Reilly, SSJ

103



Working hand-in-hand with you...

Sharing your commitment to religious education

**Harcourt**
RELIGION PUBLISHERS

Contact your sales representative,
Sue Fitzgerald,
at 1.877.355.0688

162

Rev. John P. McDonagh, Diocesan Director
Rev. Mr. Richard Talbot, Assistant
Newman Center
472 North Pleasant St.
Tel. 549-0300
Fax. 548-9182
Web site: http://www.umass.edu/catholic

## NORTH ADAMS

Massachusetts College of Liberal Arts
Rev. Mr. Francis Ryan
69 Stryker Rd.
Florida, 01247
Tel. 664-1041
Fax. 663-6385
E-mail: ryansofflorida@aol.com

## NORTHAMPTON

Smith College
Elizabeth E. Carr, Ph.D.,
Catholic chaplain to the college
Helen Hills Hills Chapel, 01063
Tel. 585-2752
Fax. 585-2794
E-mail: ecarr@email.smith.edu

## PITTSFIELD

Berkshire Community College
St. Mark Rectory
27 Onota St., 01201-3194
Tel. 447-7510

## AMHERST

Amherst College
Rev. Bruce Teague
Cadigan Center for Religious Life
P.O. Box 5000
Amherst, 01002-5000
Tel. 542-8083
E-mail: padre@cesmail.net

Hampshire College
Served by Newman Center
at University of Massachusetts
472 North Pleasant St.
Amherst, 01002
Tel. 549-0300
Fax. 578-9182

University of Massachusetts
Rev. John P. McDonagh, Director
Rev. Richard Cleary, SJ, Chaplain
Jane Till, Director of Religious Education
Lynn Campbell, campus minister
Chris Clark, campus minister
Mary Ellen Foley, campus minister
Rev. Mr. Lucien Miller, campus minister
Rev. Mr. Richard Talbot, campus minister
In residence:
Rev. J Joseph Quigley
Newman Center
472 North Pleasant St., 01002-1739
Tel. 549-0300
Fax. 549-9182
Web site: http://www.umass.edu/catholic

## CHICOPEE

College of Our Lady of the Elms
Sr. Maureen Kervick, SSJ,
Director of Campus Ministry
291 Springfield St., 01013
Tel. 594-2761 ext. 289
Fax. 594-6699
E-mail: kervickm@elms.edu
Web site: www.elms.edu

---

# SAINT JOHN'S SEMINARY
### SCHOOL OF THEOLOGY

AND

PRE-THEOLOGY PROGRAM
127 Lake Street, Brighton, MA 02135

*To prepare and recommend candidates for ordination to the ministerial priesthood in the Roman Catholic Church*

Degrees Offered:
B.Phil. in Philosophy
Master of Divinity
M.A. in Theology

For further information please contact:
Rector: Rev. John A. Farren O.P. • 1-617-254-2610

University of Massachusetts Amherst students at the
## Newman Center
thank you and the Bishop for your financial support through the Annual Catholic Appeal and Foundation of the Diocese of Springfield.



*Do not fear what may happen tomorrow; the same everlasting Father who cares for you today will take care of you then and every day.* FRANCIS DE SALES

The Newman Center, 472 No. Pleasant Street, Amherst, MA 01002, 413-549-0300
MASSES: SAT. 4:30 PM • SUN. 8:00 AM, 10:30 AM, 7:00 PM

# 2004 DIRECTORY OF THE DIOCESE OF SPRINGFIELD

# CEMETERIES

## SOUTH HADLEY

**Mount Holyoke College**
Anita Magovern, chaplain
Office of Religious and Spiritual Life
Eliot House, 01075
Tel. 538-2787
E-mail: amagover@mtholyoke.edu

## SPRINGFIELD

**American International College**
**Springfield College**
**Springfield Technical Community College**
Rev. Dr. Leo James Hoar, chaplain
St. Mary Rectory
3 Elm St.
P.O. Box 180
Northampton, 01061-0180
Tel. 748-3210
Fax. 748-3411
E-mail: leohoar@spfldcol.edu

Campus Ministry Office
Beveridge Center
263 Alden St., 01109-3797
Tel. 748-3210 (voice mail)
Fax. 748-3411

**Western New England College**
Sheila Hanifin, Catholic chaplain
161 Wenonah Rd.,
Longmeadow, 01106
Tel. 567-1322
E-mail: alijacl4@aol.com
Campus Ministry
1215 Wilbraham Rd., 01119
Tel. 782-1221

## WESTFIELD

**Westfield State College**
Interfaith Center, 01085
Tel. 572-5567
Fax. 562-3613
Rev. John T. Dean, chaplain
St. Peter and St. Casimir Rectory
22 State St., 01085-3814
Tel. 568-5421

## WILLIAMSTOWN

**Williams College**
Served by St. Patrick Church
54 Southworth St.
Tel. 458-4946
Fax. 458-4954
Dr. Peter Feudo, Jr., Sc.D., SFO, chaplain
39 Chapin Hall Dr., 01267
Tel. 597-2498
Fax. 597-3955
E-mail: peter.feudo@williams.edu

# Office of the Director of Cemeteries

Gate of Heaven Cemetery
421 Tinkham Rd
Springfield, 01129-1906

**Diocesan Director**
Joseph M. Kosick
Tel 782-0341 or 452-0604
Fax 782-5450
Email: j.kosick@diospringfield.org

**Cemetery Administration Support**
Lynn R. Carney
Tel 452-0341 or 783-0341
Fax 782-5450
Email j.carney@diospringfield.org

## Diocesan Cemeteries

Superintendent of the Diocesan Cemeteries
Robert N. Barnard
St. Michael Cemetery
1601 State St
Springfield, 01109
Tel 733-0659
Fax 746-5953

**Gate of Heaven Cemetery**
421 Tinkham Rd.
Springfield, 01129
Tel 782-4731
Fax 782-5450

**St. Michael Cemetery**
1601 State St
Springfield, 01109
Tel 733-0659
Fax 746-5953

**St. Michael the Archangel Chapel Mausoleum**
1601 State St
Springfield, 01109
Tel 733-0659
Fax 746-5953

**St. Aloysius Cemetery**
1273 Berkshire Ave
Indian Orchard, 01151
Tel 733-8140
Fax 746-5953

**St. Benedict Cemetery**
Liberty Street
Springfield, 01104
Tel 782-4731
Fax 782-5450

**St. Matthew Cemetery**
866 Springfield St.
Springfield, 01104
Tel 733-0659
Fax 746-5953

**St. Mary Cemetery**
203 Southampton Rd.
Westfield, 01085
Tel 568-7735

## Diocesan Managed Cemeteries

Calvary Cemetery
Northampton Street
Holyoke, 01040
Tel 733-8140
Fax 746-5953

# Significance of Catholic Cemeteries

When one enters a Catholic cemetery, the Church's teachings about life, death, and life after death should come to mind. Cemeteries are part of our ritual space. Those involved in cemeteries are meant to provide a ministerial service.

In the Diocese of Springfield there are some 50 Catholic cemeteries dating from the time of the first Catholic presence in western Massachusetts. Whether diocesan or parochial, Catholic cemeteries in the Diocese of Springfield are service organizations. They seek to help people face the hard reality of death in the context of the promise of eternal life.

A Catholic cemetery encourages frequent visitation and prayer for the dead. It seeks to foster an environment in which love is remembered, hope is rekindled, and faith is awakened and strengthened. Attention to the needs of the poor is always integral to the Catholic cemetery. Just as we treat the poor with dignity in life, so too we treat them with dignity in death.

# Parish Cemeteries

**ADAMS**

**St. Stanislaus Kostka Cemetery**
Orchard Street, 01220
Tel. 743-0041
Parish: St. Stanislaus Kostka, Adams
Pastor: Rev. Daniel J. Boyle

**BONDSVILLE**

**Sts. Peter and Paul Cemetery**
Fuller Street, 01009
Tel. 283-6030
Parish: Sts. Peter and Paul Parish,
   Three Rivers
Pastor: Rev. Stefan J. Niemczyk

**CHICOPEE**

**Calvary Cemetery**
Hampden Street, 01013
Tel. 592-0122
Mailing address: 33 South St., 01013
Parish: Holy Name of Jesus Parish,
   Chicopee
Pastor: Rev. Mark S. Stelzer
Superintendent: Daniel Dowd

**St. Patrick Cemetery**
Fuller Road, 01020
Tel. 592-4178
Parish: St. Patrick Parish, Chicopee
Pastor: Rev. Richard M. Turner
Administrator: Katherine Mitchell

**St. Rose de Lima Cemetery**
Olsen Street, (at end of Christopher St.) 01020
Tel. 536-6298
Parish: St. Rose de Lima Parish, Chicopee
Pastor: Rev. Msgr. Leo A. Leclerc
Superintendent: Raymond Pimpare

**St. Stanislaus Cemetery**
800 Montgomery St., 01013
Tel. 532-8636
Parish: St. Stanislaus Bishop & Martyr
   Basilica, Chicopee
Pastor: Rev. Michael Zielke, OFM Conv.
Superintendent: James Ziemba

**EASTHAMPTON**

**St. Brigid Cemetery**
Everett Street, 01027
Tel. 527-9778
Parish: Immaculate Conception,
   Easthampton
Pastor: Rev. William Hamilton
Superintendent: Kevin Molloy

**St. Stanislaus Bishop
and Martyr Cemetery**
Mayher Street, 01027
Mailing Address: 33 Knipfer Ave., 01027
Tel. 527-9036
Parish: Sacred Heart of Jesus, Easthampton
Pastor: Rev. James A. Sipitkowski
Superintendent: Mark Burgilewicz

**GREAT BARRINGTON**

**St. Peter Cemetery**
96 Stockbridge Rd.
Mailing address:
16 Russell St., 01230
Tel. 528-1157
Parish: St. Peter Parish, Great Barrington
Pastor: Rev. Daniel Papineau, MIC

**GREENFIELD**

**Calvary Cemetery**
Wisdom Way, 01301
Office: 182 High St., 01301
Tel. 773-3311
Parish: Blessed Sacrament Parish, Greenfiel
Pastor: Rev. Timothy J. Campoli

**Mater Dolorosa Cemetery**
Wisdom Way, 01301
Office: 12 Warner St., 01301
Tel. 773-7694
Parish: Sacred Heart Parish, Greenfield
Pastor: Rev. Stanley J. Aksamit

**HADLEY**

**St. Brigid Cemetery**
Rocky Hill Road, 01035
Tel. 256-6181
Parish: St. Brigid Parish, Amherst
Pastor: Rev. John T. Smegal

**Holy Rosary Cemetery**
Rocky Hill Road, 01035-0375
Mailing Address: P.O. Box 375, 01035-037
Tel. 584-1326
Parish: Most Holy Redeemer Parish, Hadle
Pastor: Rev. William P. Murphy

173

---

# Catholic Cemeteries Advisory Board

Rev. Stanley J. Askamit, Pastor
St. Mary of the Assumption Parish
90 Seventh St., Turners Falls, 01376-1419
Tel. 863-4678

Joseph M. Kostek
Gate of Heaven Cemetery
421 Tinkham Rd., Springfield, 01129-1900
Tel. 782-0349

James H. Law, CPA
79 Wildwood Glen, Longmeadow, 01106
Tel. 736-8307

Sister Joan Ryzewicz, SSJ
St. Jerome Parish
169 Hampden St.,
Holyoke, 01040 -4597
Tel. 532-6381

Rev. Ronald F. Sadlowski, Pastor
Sacred Heart Parish
1103 Springfield St.,
Feeding Hills, 01030-2195
Tel. 786-8200

Rev. Michael Shershanovich, Pastor
St. Joseph Parish
414 North St., Pittsfield, 01201 -4674
Tel. 445-5789

John H. Shuman
65 Elliot St., Springfield, 01101-1730
Tel. 452-0684

Rev. Msgr. Richard S. Sniezyk
65 Elliot St., Springfield, 01101-1730
Tel. 452-0657

Eileen Z. Sorrentino, Attorney at Law
Egan, Flanagan & Cohen, PC
P.O. Box 9035, Springfield, 01102 - 9035
Tel. 737-0260

---

*Dery Funeral Homes*

**MAIN OFFICE**                     **Telephone 443-9151**
**54 Bradford Street**              **Fax 447-9301**
**Pittsfield, Mass.**

**PITTSFIELD - DALTON - CHESHIRE**

David A. Dery
Frederick D. Dery

SELECTED                 FORE THOUGHT ®

172

## NORTHFIELD

**St. Mary Cemetery**
St. Mary Street, 01360
Tel. 498-2728
Parish: St. Patrick Parish, Northfield
Pastor: Rev. John J. Ayers

## PALMER

**St. Thomas Cemetery**
Thorndike Street, 01069
Tel. 289-1940
Parish: St. Thomas Parish, Palmer
Pastor: Rev. Eugene J. Plasse

## PITTSFIELD

**St. Joseph Cemetery**
222 Peck's Road, 0120l
Tel. 499-1317
Parish: St. Joseph Parish, Pittsfield
Pastor: Rev. Michael Shershanovich

## SHEFFIELD

**Our Lady of the Valley Cemetery**
Salisbury Road, 01257
Tel. 229-3347
Parish: Our Lady of the Valley Parish, Sheffield
Pastor: Rev. John S. Lis

## SOUTH DEERFIELD

**St. Stanislaus Cemetery**
Boron Avenue, 01373
Tel. 665-3254
Parish: St. Stanislaus Parish, South Deerfield
Pastor: Rev. Philippe D. Roux

## SOUTH HADLEY

**Mater Dolorosa Cemetery**
Pitroff Avenue, 01075
Tel. 532-8272
Parish: Mater Dolorosa Parish, Holyoke
Pastor: Rev. Alexander Cymerman, OFM Conv.

**Notre Dame Cemetery**
Lyman Street, 01075
Office: 435 Maple St., Holyoke 01040
Tel. 534-3323
Parish: Our Lady of Guadalupe, Holyoke
Pastor: Rev. John G. Lessard-Thibodeau

**Precious Blood Cemetery**
Willimansett Street
South Hadley, 01075
Office: 435 Maple St., Holyoke 01040
Tel. 534-3323
Parish: Our Lady of Guadalupe, Holyoke
Pastor: Rev. John G. Lessard-Thibodeau

**St. Rose Cemetery**
Rts 33 & 202, 01075
Office: 435 Maple St., Holyoke 01040
Tel. 534-3323
Parish: Our Lady of Guadalupe, Holyoke
Pastor: Rev. John G. Lessard-Thibodeau

## STOCKBRIDGE

**St. Joseph Cemetery**
Church Street, 01262
Tel. 298-3748
Mailing Address:
11 Elm St., P.O. Box 863
Stockbridge, 01262-0863
Parish: St. Joseph Parish, Stockbridge
Administrator: Rev. Steven F. McGuigan

## THREE RIVERS

**St. Anne Cemetery**
Main Street, 01080
Tel. 283-5041
Parish: St. Anne Parish, Three Rivers
Pastor: Rev. Sylvio E. Levesque

## TURNERS FALLS

**Our Lady of Czestochowa Cemetery**
Montague Road, 01376
Tel. 863-4748
Parish: Our Lady of Czestochowa Parish, Turners Falls
Pastor: Rev. Charles Jan DiMascola

**St. Anne Cemetery**
Montague Road, 01376
Tel. 863-2585
Parish: St. Anne Parish, Turners Falls
Pastor: Rev. Stanley J. Aksamit

## HAMPDEN

**St. Mary Cemetery**
Scantic Road, 01036
Tel. 566-8843
Parish: St. Mary Parish, Hampden
Pastor: Rev. Timothy J. Murphy

## HATFIELD

**Calvary Cemetery**
Bridge Street, 01038
Tel. 247-3133
Parish: Holy Trinity Parish, Greenfield
Pastor: Rev. Robert J. Coonan

## HAYDENVILLE

**St. Mary of the Assumption Cemetery**
Main Street, 01039
Tel. 268-7212
Parish: St. Mary of the Assumption Parish, Haydenville
Pastor: Rev. Donald Lapointe

## HINSDALE

**St. Patrick Cemetery**
Old Dalton Road, 01235
Tel. 684-0125
Parish: St. Patrick Chapel, Hinsdale
Pastor: Rev. Christopher A Malietsia

## HOLYOKE

**St. Jerome Cemetery**
Northampton Street, 01040
Tel. 532-6381
Parish: St. Jerome Parish, Holyoke
Pastor: Rev. Daniel R. Foley
Administrator: Eileen Lynskey

## HOUSATONIC

**St. Bridget Cemetery**
PO Box 369, 01236-0369
Tel. 274-3443
Parish: Corpus Christi Parish, Housatonic
Pastor: Rev. Anthony J. Jutt

## HUNTINGTON

**St. Thomas Cemetery**
Rt. 20, 01050
Tel 667-3350
Parish: St. Thomas Parish, Huntington
Pastor: Rev. Donald A Noiseux
Superintendent John Bergeron

## LEE

**St. Mary Cemetery**
Spring Street, 01238
Tel. 243-0275
Parish: St. Mary, Mother of the Church Parish, Lee
Pastor: Rev. Gary M. Dailey
Administrator: Elizabeth Collins

## LENOX

**St. Ann Cemetery**
Housatonic Street
Mailing Address: 134 Main St., 01240
Tel. 637-0157
Parish: St. Ann Parish, Lenox
Pastor: Rev. C. J. Waitekus
Administrator: Debbie Kuni

## MONSON

**Bethany Cemetery**
Bethany Road 01057
Tel. 267-3622
Parish: St. Patrick Parish, Monson
Pastor: Rev. Jeddie P. Brooks

## NORTH ADAMS

**St. Joseph Cemetery**
South Church Street, 01247
Tel. 663-5316
Parish: St. Francis of Assisi Parish, North Adams
Pastor: Rev. Michael W. T. Twardzik

## NORTHAMPTON

**St. Mary Cemetery**
North Elm Street
Mailing Address:
P.O. Box 0180, 01061-0180
Tel. 584-2257
Parish: St. Mary of the Assumption Parish, Northampton
Pastor: Rev. Eugene D. Honan
Administrator: Cheryl Veasey



# 2004 DIRECTORY OF
# THE DIOCESE OF SPRINGFIELD

# CLERGY/RELIGIOUS

*IN THIS SECTION:*

- WOMEN RELIGIOUS
- PRIESTS, BROTHERS, DEACONS
- NECROLOGY

177

---

**St. Mary Cemetery**
Montague Road, 01376
Tel. 863-2585
Parish: St. Mary of the Assumption Parish.
Turners Falls
Pastor: Rev. Stanley J. Aksamit
Secretary: Genevieve Guy

**WARE**

**Old St. William Cemetery**
West Street, 01082
Tel. 967-4963
Parish: All Saints Parish, Ware
Pastor: Rev. Edward T. Fitzgerald

**New St. William Cemetery**
West Main Street, 01082
Tel. 967-4963
Parish: All Saints Parish, Ware
Pastor: Rev. Edward T. Fitzgerald

**St. Mary Cemetery**
South Street, 01082
Tel. 967-5913
Parish: St. Mary Parish, Ware
Pastor: Rev. Charles H. Kuzmeski

**Mt. Carmel Cemetery**
Greenwich Road, 01082
Tel. 967-4963
Parish: All Saints Parish, Ware
Pastor: Rev. Edward T. Fitzgerald

**WEST SPRINGFIELD**

**St. Thomas the Apostle Cemetery**
47 Pine St., 01089
Tel. 739-4779
Parish: St. Thomas the Apostle Parish,
West Springfield
Pastor: Rev. Richard Rutte

**WEST STOCKBRIDGE**

**St. Patrick Cemetery**
Albany Road, 01266
Tel. 232-4427
Parish: St. Patrick Parish, West Stockbridge
Administrator: Rev. Steven F. McGuigan

## Private Religious Catholic Cemeteries

**Congregation of Marians**
Eden Hill
Stockbridge, 01262
Tel. 298-3931

**Dominican Nuns**
Riverdale Street
West Springfield, 01089
Tel. 736-3639

**Order of the Visitation of Holy Mary**
14 Beach Road
Tyringham, 01264
Tel. 243-3995

**Sisters of Saint Joseph Mont Marie Cemetery**
Sisters of Saint Joseph of the Diocese of
Springfield
Mont Marie
Holyoke, 01040
Tel. 536-0853

**St. Michael Cathedral**
254 State St.
Springfield, 01103
Tel. 781-3656

**Sisters of Providence Calvary Cemetery**
Sisters of Providence
5 Gamelin St.
Holyoke, 01040-4080
Tel. 536-7511

**Holy Name of Jesus Church**
33 South St.
Chicopee, 01013
Tel. 592-0122

176

# 2004 DIRECTORY OF THE DIOCESE OF SPRINGFIELD

# WOMEN RELIGIOUS

179

---

WE HAVE EXCITING OPPORTUNITIES!

**Diocese of Springfield**

# VOCATIONS

*Vocations Are Everybody's Business!*

The Roman Catholic Diocese of Springfield has vocation openings as **PRIESTS, SISTERS, BROTHERS AND DEACONS**

Be an angel –
Please refer this information to a Catholic man or woman you know who might be interested in exploring life choices which more fully express their Catholic faith.

**SEND INQUIRIES TO:**
Fr. Dan Pacholec, Director of Vocations
Diocese of Springfield
260 Surrey Rd.
Springfield, MA 01118
Free call within Massachusetts
Call 413-782-4940 ext. 816
Email:vocations@diospringfield.org
Or visit us on the web: www.diospringfield.org


Office of Vocations


Sisters of Notre Dame de Namur


Sisters of Providence


Sisters of Saint Joseph


Office of the Permanent Diaconate

WE ARE COMMITTED TO HELPING PEOPLE EXPLORE THESE LIFE CHOICES

178

# CENTRAL OFFICES

**Daughters of the Heart of Mary**
Provincialate
1340 Northampton St
Holyoke, 01040
Tel 533-6884
Fax 533-4217
Web site www.dhmma.org

**Daughters of the Holy Spirit**
Provincial House
72 Church St
Putnam, CT 06260
Tel (860) 928-0891; (860) 928-0895
Fax (860) 928-0496

**Daughters of Mary of the Immaculate Conception**
Mother Mary Mark, DM,
superior general
314 Osgood Ave
New Britain, CT 06053
Tel (860) 225-9426
Tel (860) 225-4255

**Dominican Nuns**
Monastery of the Mother of God
1430 Riverdale St
West Springfield, 01089-4698
Tel 736-3630
Fax 736-0850

**Felician Sisters**
Sr Mary Laureann Alexandrowicz,
CSSF, provincial minister
Our Lady of Angels Convent
1315 Enfield St
Enfield, CT 06082-4429
Tel (860) 745-6431
Fax (860) 741-3871
E-mail provssf@msn.com

**Franciscan Missionary Sisters of Assisi**
Sr Mary D'Angelo, vice-provincial superior
1039 Northampton St
Holyoke, 01040
Tel 532-8186
Fax 534-7741
E-mail sistersfmsassisi@aol.com

**Franciscan Sisters of Allegany, New York**
Margaret Mary Kimmins, OSF
St Elizabeth Motherhouse,
115 E Main St
Allegany, NY 14706-1396
Mailing Address
P.O. Box W
St. Bonaventure, NY 14778
Tel (716) 373-0200
Fax (716) 372-5774
E-mail fsalleg@adelphia.net
Web site www.fsalleg.org

**Franciscan Sisters of St. Joseph**
Sr. M. Paulette Tirone, FSSJ,
general minister
5286 South Park Ave
Hamburg, NY 14075
Tel (716) 649-1205
Fax (716) 649-5958
E-mail snptirone@fssj.org

**Missionary Sisters of St. Charles Borromeo**
Sr. Marsvenna Daltone, M.S.C.S.
Bishop Scalabrini Community and
Provincial House
1414 N 37th Ave
Melrose Park, IL 60160
Tel (708) 343-2162
Fax (708) 343-6452

**Oblate Sisters of the Most Holy Eucharist**
Eden Hill
Stockbridge, 01262
Tel 298-0251

**Order of the Visitation of Holy Mary**
Monastery of the Visitation
P.O. Box 432
Tyringham, 01264
Tel 243-3995
Fax 243-3543
E-mail vistyr@aol.com




## Information about your diocese...

- Events
- Parishes
- Services
- Ministries
- Education
- Vocations
- Lay Formation
- Administration

**www.diospringfield.org**
Catholic Communications Corp.
DIOCESE OF SPRINGFIELD, MA

www.diospringfield.org

# ALPHABETICAL LISTING OF WOMEN RELIGIOUS

## Daughters of the Heart of Mary

Provincialate
FELL, Nancy, provincial
1339 Northampton St., Holyoke. 01040-1958
Tel. 533-6681 — Fax. 533-4217
Web site: www.dhmna.org

Marian Center
1365 Northampton St.
Holyoke, 01040-1913
Tel. 534-4502 — Fax. 534-7353

BAKER, Dorothy
BOLAND, Eileen
BOTTHOF, Marie
CAREW, Juanita
GAUDET, Paula
GORMAN, Evelyn
HINK, Marie
KEEN, Martha
KELLY, Agnes
LAGOY, Lillian
LEVANGIE, Jeannette
LINEHAN, Margaret

LYNCH, Anne
McCAFFERY, Eleanor
MULCAHY, Mary
MURPHY, Agnes, Superior
O'MARA, Catherine
PASQUARELLO, Theresa
PUWALOWSKI, Clara
RUDDY, Mary
SWEENEY, Joan
TADA, Itsu
TOLER, Viola
TOWNER, Virginia

## Daughters of the Holy Spirit

DENETTE, Sr. Veronica, 31 Orlando Ave., Pittsfield, 01201 – 445-4342
LEBEAU, Sr. Cecile, 2 Dickinson Ave., Pittsfield, 01201 – 442-5021

## Daughters of Mary of the Immaculate Conception

St. Mary Convent
59 South St.
Ware, 01082
Tel. 967-5032
Fax: 967-8217

DERYNIOSKI, Sr. Mary Carol
MILEWSKI, Sr. Mary Clare
TOMBOR, Sr. Mary Philomena
WARCHALOWSKI, Sr. Mary Joan
ZDUNCZYK, Sr. Mary Janice
ZIMMERMAN, Sr. Mary Joseph

---

Schoenstatt Sisters of Mary
W284 N404 Cherry Ln.
Waukesha, WI 53188-9416
Tel. (262) 542-4348
Fax: (262) 542-5730
E-mail: schoenstattsister@schsrsmary.org

School Sisters of Notre Dame
Sr. Mary V. Maher, SSND, provincial
345 Belden Hill Rd.
Wilton, CT 06897
Fax: (203) 762-9434
E-mail: marymaher@snwilton.org
Web site: www.ssndwilton.org

School Sisters of St. Francis
St. Francis Retreat
Provincialate Office
395 Bridle Path Rd.
Bethlehem, PA 18017
Tel. (610) 866-2597
Fax: (610) 861-7478
Tel. Provincial Office (610) 867-8494
E-mail: stfrancis395@rcn.com

Sisters of Notre Dame de Namur

Boston Province
351 Broadway
Everett, 02149-3425
Tel. (617) 387-2500
Fax: (617) 387-1303
E-mail: BOADMIN@sndden.org
Web site: www.sndden.org

Connecticut Province
468 Poquonock Ave.
Windsor, CT 06095-2473
Tel. (860) 683-1841
Fax: (860) 683-1832
E-mail: SNDCT@aol.com
Web site: www.sndden.org

Ipswich Province
30 Jeffreys Neck Rd.
Ipswich, 01938-1398
Tel. (978) 356-4381
Fax: (978) 356-9759
E-mail: prvnceff@aol.com
Web site: www.sndden.org

Sisters of Providence
Sr. Joan Mullen, SP, president
Sisters of Providence at
Providence Place
5 Gamelin St.
Holyoke, 01040-408]
Tel. 536-7511 ext. 550 (office)
865-8528 (home)
E-mail: ALynch@ssofprov.org
Web site: www.ssofprov.org

Sisters of St. Anne
Provincialate
720 Boston Post Rd. East
Marlborough, 01752
Tel. (508) 481-4934 Fax. (508) 481-4939
Province Leaders:
Sr. Yvette Dargy
E-mail: sydargy@hotmail.com
Sr. Paulette Gardner
E-mail: spg102@hotmail.com

Sisters of St. Joseph
Mont Marie
34 Lower Westfield Rd. – Ste. 1
Holyoke, 01040
Tel. 536-0853
Fax. 533-3275
E-mail: mail@sjspringfield.com
Web site: www.sjspringfield.com

Sisters of St. Joseph of Chambery
27 Park Rd.
West Hartford, CT 06119
Tel. (860) 233-5126
Fax. (860) 232-4649
E-mail: smhss@juno.com

Sisters of the Assumption
of the Blessed Virgin
Sr. Muriel Lemonne, SASV
18 Harbor St.
Salem, 01970
Tel. Fax. (978) 744-0581

Sisters of the Presentation of Mary
Sr. Lorraine Normand, Regional Treasurer
316 Lincoln St.
Worcester, 01605
(508) 856-9450

Provincial House
209 Lawrence St.
Methuen, 01844
Tel. (978) 687-1369
Fax. (978) 975-1998
E-mail: prov.methuen@verizon.net
Web site: presmarymethuen.org

## Franciscan Sisters of Allegany, New York

MATTHEWS, Sr. Cindy, 64 Rittenhouse Ter., Springfield, 01108 – 747-7465

## Franciscan Sisters of St. Joseph

St. Stanislaus Convent
110 Cyman Dr.
Chicopee, 01013
Tel. 592-9113

DOMBROWSKI, Sr. M. Patricia
GURKA, Sr. Corinne
HAJER, Sr. Cecelia
JACHIMSKI, Sr. M. Vincenta
NADOLSKI, Sr. Benilda
SANTILLA, Sr. Constance
CISZEWSKI, Sr. M. Andrea, 1039 Northampton St., Holyoke, 01040 – 532-8156

## Missionary Sisters of St. Charles Borromeo

TRAVESSINI, Sr. Orlia, 222 Center St., Indian Orchard, 01151 – 543-9946

## Oblate Sisters of the Most Holy Eucharist

Eden Hill
Stockbridge, 01262
Tel (413) 298-1252

CHAIRES, Sr. Immaculada
GARCIA, Sr. Victoria
HERNANDEZ, Sr. Ines
LUNZ, Sr. Castro
PEREZ, Sr. Bertha
SANCHEZ, Sr. Josefina

## Order of the Visitation of Holy Mary

Monastery of the Visitation
P.O. Box 432
Tyringham, 01264
Tel. 243-3995

DOLCH, Mother Mary Ruth
DOMINGUEZ, Sr. Mary Emmanuel
DOUGHERTY, Sr. Mary Charles
KELLY, Sr. Marie Joan
LANDERS, Sr. Alice Marie
LASH, Bernadette Therese
LEVERENZ, Sr. Mary Mechtilde
METZ, Sr. Mary Francis
MUTH, Sr. Mary Gabrielle
NIETHUS, Sr. Mariam Rose

PARISI, Sr. Gemma Maria
PHILLIPS, Sr. Joan Bernadette
PHILLIPS, Sr. Judith Clare
POTCHEN, Sr. Anne Marguerite
RUMPF, Sr. Margaret Mary

## Dominican Nuns

Monastery of the Mother of God
1430 Riverdale St.
West Springfield, 01089
Tel. 736-3639
Fax. 736-0840

BELISLE, Sr. Mary Joseph
BOUDREAU, Sr. Mary of the Immaculate Heart
BROUILLETTE, Sr. Mary Louis Bertrand
CATALETA, Sr. Mary of the Immaculate Conception
COFFEY, Sr. Mary of the Nativity
DENMARK, Sr. Mary Hyacinth
GAUDET, Sr. Theresa Marie
GIBLIN, Sr. Mary of the Presentation
GOULET, Sr. Mary Immaculata
HUNT, Sr. Mary of the Sorrowful Heart
KINSELLA, Sr. Mary St. John
LAVOIE, Sr. Mary Emmanuel
McKENNA, Sr. Mary of the Pure Heart
MATTHEWS, Sr. Mary of the Assumption
NELLIGAN, Sr. Maureen Magdalen
POWER, Sr. Mary Grace
SAWICKI, Sr. Mary of the Sacred Heart
SLEIN, Sr. Maria
THOMAS, Sr. Mary Regina
WEBER, Sr. Mary of the Precious Blood

## Felician Sisters

St. Stanislaus Convent
23 Hoosac St.
Adams, 01220-1733
Tel. 743-1221

KAZANOWSKI, Sr. Jacqueline
ZDROK, Sr. Mary Amandine

## Franciscan Missionary Sisters of Assisi

Mother Angela Convent
92 Archie St
Chicopee, 01020
Tel./Fax. 594-6444
E-mail: carmelroj@charter.net

St. Francis Convent
1039 Northampton St
Holyoke, 01040
Tel. 532-8156
Fax. 534-7741
E-mail: sistersofassisi@aol.com

LANFALONI, Sr. Elena
PETRUCCI, Sr. Norbert
ROJEK, Sr. Carmel
SINI, Sr. Grace

D'ANGELO, Sr. Mary
HIM, Sr. Judith
KAMUNGU, Sr. Victoria
NEGRU, Sr. Agnes
ZULU, Sr. Mary Veronica

184

## Schoenstatt Sisters of Mary

EBBE, Sr. M. Barbara, 163 Sandy Hill Rd., Westfield, 01085-1744 - 562-9147

## School Sisters of Notre Dame

DATZ, Sr. Carol Marie, 78 Mercury Court, Apt. R2, West Springfield, 01089 - 739-2880
RYAN, Sr. Ann, 78 Wheatland Ave., Chicopee Falls, 01020 - 594-4478

## School Sisters of St. Francis

MELUCH, Sr. Marcella, 43 Cross St., Westfield, 01085 - 568-6261

## Sisters of Notre Dame de Namur

CARMEN, Sr. Alice, Holy Name Convent, 63 South St., Chicopee, 01013 - 598-8558
CRONIN, Sr. Barbara, 185 New Ludlow Rd. = 304, Chicopee, 01020 - Tel. 538-8162
DALY, Sr. Ann, 315 Lexington St., Springfield, 01104 - 732-1980
FOLEY, Sr. Kathleen, Sacred Heart Convent, 35 Everett St., Springfield, 01104 - 736-4142
LYNCH, Sr. Margaret, Sacred Heart Convent, 35 Everett St., Springfield, 01104 - 736-4142
McCARTHY, Sr. Margaret, 414 Chestnut St., Springfield, 01104 - 739-0713
McCUE, Sr. Mary, 44 Prospect St., Ludlow, 01056 - 547-2711
MAXWELL, Sr. Marion, Sacred Heart Convent, 35 Everett St., Springfield, 01104 - 736-4142
MURPHY, Sr. Irene, Holy Name Convent, 63 South St., Chicopee, 01013 - 598-8558
O'CONNOR, Sr. Marylyn, Holy Name Convent, 63 South St., Chicopee, 01013 - 598-8558
PERRY, Sr. Catherine, Sacred Heart Convent, 35 Everett St., Springfield, 01104 - 736-4142
PIERRE-LOUIS, Sr. Jeannette, 35 Everett St., Springfield, 01104 - 736-4142
RYAN, Sr. Ann, 89 Southwick St. = 2, Chicopee Falls, 01020-3422 - 549-4478
SCANLON, Sr. Ellen, Sacred Heart Convent, 35 Everett St., Springfield, 01104 - 736-4142
SHOUP, Sr. Carol, 121 Blanford Rd., Chester, 01011 - 354-6387
TOOMEY, Sr. Maureen, Sacred Heart Convent, 35 Everett St., Springfield, 01104 - 736-4142
TUCKER, Sr. Julie, Sacred Heart Convent, 35 Everett St., Springfield, 01104 - 736-4142

## Sisters of Providence

Providence Place
5 Gamelin St.
Holyoke, 01040-4081
Tel. 534-9700

Sisters of Providence Infirmary
1233 Main St., Third Floor
Holyoke, 01040-5394
Tel. 493-2750 or 493-2755

ARELLANO, Sr. Aura Ninfa, House of Galilee, 65 Beacon Ave., Holyoke, 01040 - 534-1901
BERGERON, Sr. Mary of the Rosary, Sisters of Providence Infirmary
BOLIVER, Sr. Mary Doloretta, Providence Place
BRAULT, Sr. Jeanne, Providence Place
BURKE, Sr. Barbara, Providence Place
CALLAHAN, Sr. Martha, Providence Place
CHRISTMAS, Sr. Mary Dorothy, Providence Place
COBURN, Sr. Elaine, Providence Place
CONWAY, Sr. Elizabeth, Sisters of Providence Infirmary
COUTU, Sr. Mary Clementia, Sisters of Providence Infirmary
COX, Sr. Mary Genevieve, Sisters of Providence Infirmary
CRANE, Sr. Julie, 35 Point Grove Rd., Southwick
CROWLEY, Sr. Mary Bernadette, Isaiah House, 65 Monastery Ave., West Springfield, 01089-1514 - 788-8186
CROWLEY, Sr. Mary Justin, Isaiah House, 65 Monastery Ave., West Springfield, 01089-1514 - 788-8186
DAY, Sr. Martha, Providence Place
DESROSIERS, Sr. Mary Carol, Sisters of Providence Infirmary
DION, Sr. Mary of Providence, Providence Place
DOWD, Sr. Mary Brendan, Providence Place
EQUI, Sr. Elisa, Providence Place
EXFORD, Sr. Doris, Providence Place
FERGUSON, Sr. Marie Patrice, Providence Place
FITMAN, Sr. Mary Catherine Laboure, Providence Place
FULTON, Sr. Senga, Jubilee House, 77 Fairview Avenue, Chicopee, 01013 - 598-8013
GAGNON, Sr. Camille, Sisters of Providence Infirmary
GEARY, Sr. Mary Caritas, Providence Place
GIARD, Sr. Mary Immaculate Conception, House of Galilee, 65 Beacon Ave., Holyoke, 01040 - 534-1901
GOBEILLE, Sr. Marie, Sisters of Providence Infirmary
GRIFFIN, Sr. Mary Cecilius, Sisters of Providence Infirmary
GRISE, Sr. Mary Adrianella, Providence Place
GRISE, Sr. Mary Martin de Porres, Providence Place
HAGGERTY, Sr. Mary Angela, Providence Place
HALEY, Sr. Mary Norberta, Sisters of Providence Infirmary
HASKELL, Sr. Eleanor, Sisters of Providence Infirmary
HAYES, Sr. Mary Paulina, Sisters of Providence Infirmary
HOMROK, Sr. Mary Ernestine, Providence Place
HORGAN, Sr. Ann, 686 Elm St., West Springfield, 01089-2627 - 732-9311
HORGAN, Sr. Mary, St. James Cottage, Providence Ter., Holyoke, 01040-5327 - 534-0947