HULLER, Sr. Barbara, Providence Place
JOY, Sr. Madeline, 686 Elm St., West Springfield, 01089-2627 – 732-9311
KELLEY, Sr. Margaret, Providence Place
KIRCHNER, Sr. Mary C., Providence Place
KOLASINSKI, Sr. Francis Mary, Providence Place
LEAHY, Sr. Mary Elizabeth, Providence Place
LEDDY, Sr. Ellen, Providence Place
LYONS, Sr. Mary John Bosco, Providence Place
McCANN, Sr. Mary Alacoque, Sisters of Providence Infirmary
McCARTY, Sr. Mary Michael, Providence Place
McCLEARY, Sr. Margaret, 414 Chestnut St., #624, Springfield, 01104-3436 – 733-4561
McGILL, Sr. Mary Dominica, Sisters of Providence Infirmary
McGOLDRICK, Sr. Ruth, Manna House, 53 Mill St., Westfield, 01085-4253 – 562-1486
McGRATH, Sr. Cecilia, Providence Place
McGRATH, Sr. Maria Assumpta, Providence Place
McNAMARA, Sr. Ellen, Sisters of Providence Infirmary
MADOR, Sr. Mary Caroline, Sisters of Providence Infirmary
MAHONEY, Sr. Marie, Providence Place
MANNING, Sr. Joan, St. James Cottage, Providence Ter.,
    Holyoke, 01040-5327 – 534-0947
MULLEN, Sr. Joan, St. Francis of Assisi House, 16 1/2 Norman Cir.,
    Turners Falls, 01376-1602 – 863-8328
MURPHY, Sr. Helen, Providence Place
NACE, Sr. Maria Joseph, Epiphany House, 471 Springfield St.,
    Chicopee, 01013 – 592-8706
NOONAN, Sr. Geraldine, 35 Point Grove Rd., Southwick
OLEKSAK, Sr. Elizabeth, Manna House, 53 Mill St., Westfield, 01085-1253 – 562-1486
O'NEIL, Sr. Mary Winifred, Providence Place
O'SULLIVAN, Sr. Mary Benignus, Sisters of Providence Infirmary
PATIENT, Sr. Marguerite, Providence Place
PLANTE, Sr. Marie de la Salette, Sisters of Providence Infirmary
POPKO, Sr. Kathleen, Manna House, 53 Mill St.,
    Westfield, 01085-4253 – 562-1486
POWERS, Sr. Mary Laetitia, Sisters of Providence Infirmary
RAPANAULT, Sr. Therese, Providence Place
REARDON, Sr. Elizabeth, Providence Place
RUMSBY, Sr. Mary, Sisters of Providence Infirmary
ST. PIERRE, Sr. Priscilla, Providence Place
SLEZAK, Sr. Sophie, Providence Place
SMITH, Sr. Caroline, St. James Cottage, Providence Ter.,
    Holyoke, 01040-5327 – 534-0947
SULLIVAN, Sr. Marie Daniel, Providence Place
TOBIN, Sr. Mary Bernardina, Providence Place
VALLEE, Sr. Mary Cecilia, Providence Place
VIAU, Sr. Marie Thaddeus, Providence Place
VIENS, Sr. Vivienne, Sisters of Providence Infirmary
WALSH, Sr. Dorothy, Providence Place
WHITE, Sr. Anne, Sisters of Providence Infirmary
WILLIAMS, Sr. Ramona, 686 Elm St., West Springfield, MA 01089-2627 – 732-9311
WYNNE, Sr. Marie Joseph, Sisters of Providence Infirmary
YOUNG, Sr. Dorothy, Providence Place

## Sisters of St. Anne

CARDIN, Sr. Rita, 46 Meadow St., #2, Ludlow, 01056 – 583-3725
DEMERS, Sr. Therese, 89 Ann St., Chicopee, 01020 – 533-9097
LAVOIE, Sr. Alice, 101 C Wilson St., Ludlow, 01056 – 547-2808
LAVOIE, Sr. Therese, 19 Hampden St., #3, Ludlow, 01056 – 589-7049
TESSIER, Sr. Henriette, CliffView Manor, 38 Echo Lane,
    Easthampton, 01027 – 527-1616

## Sisters of St. Joseph

ADAMS, Sr. Catherine Joseph, Mont Marie, Holyoke, 01040 – 536-0853
ALAIMO, Sr. Catherine, 84 Madison St., Chicopee, 01020 – 592-7075
ALLEN, Sr. Carol, 64 Melha Ave., Springfield, 01104 – 747-5127
ALLEN, Sr. Richard Marie, Mont Marie Health Care Center,
    Holyoke, 01040 – 536-0853
ASSAD, Sr. Louise Marie, Mont Marie, Holyoke, 01040 – 536-0853
BAILLARGEON, Sr. Helen Vivian, Mont Marie, Holyoke, 01040 – 536-0853
BARRETT, Sr. John Brigid, 29 Mystic St., Springfield, 01104 – 734-8572
BARRY, Sr. Mary, Mont Marie, Holyoke, 01040 – 536-0853
BELFORTI, Sr. Grace, 90 Wendover Rd.-West, Springfield, 01118 – 782-5875
BELLENOIT, Sr. Louis Joseph, Mont Marie, Holyoke, 01040 – 536-0853
BELLO, Sr. Marilyn, Mont Marie, Holyoke, 01040 – 536-0853
BENARD, Sr. Helen, Mont Marie Health Care Center, Holyoke, 01040 – 536-0853
BENOIT, Sr. Blanche, Mont Marie, Holyoke, 01040 – 536-0853
BESSETTE, Sr. Mathilde Joseph, Mont Marie, Holyoke, 01040 – 536-0853
BILODEAU, Sr. Anna, Mont Marie, Holyoke, 01040 – 536-0853
BOIVIN, Sr. Emma, Mont Marie Health Care Center, Holyoke, 01040 – 536-0853
BOSTLEY, Sr. Jean, 42 Pine St., Pittsfield, 01201 – 499-4890
BRANCHAUD, Sr. Jeanne, 22 Sheldon St., Springfield, 01107 – 732-4528
BRENNAN, Sr. Agnes Marie, Mont Marie, Holyoke, 01040 – 536-0853
BRENNAN, Sr. Mary Lou, 24 Corset St., Holyoke, 01040 – 538-9840
BROUGHAN, Sr. Elizabeth, 36 Marion St., Chicopee, 01013 – 592-6641
BROUGHAN, Sr. Maureen, 9 Pearl St., Holyoke, 01040 – 532-2726
BROWN, Sr. Gertrude, 38 Asinof Ave., Apt. 220, Chicopee, 01013 – 592-0115
BROWN, Sr. Veronica, 90 Wendover Rd., Springfield, 01118 – 782-3147
BURNS, Sr. Rose A., Mont Marie Health Care Center, Holyoke, 01040 – 536-0853
BUTLER, Sr. James Marion, Mont Marie, Holyoke, 01040 – 536-0853
BUTLER, Sr. Winifred, 90 Wendover Rd., Springfield, 01118 – 782-3147
CADIGAN, Sr. Mary S. Russell Ter., Holyoke, 01040 – 513-8266
CAIN, Sr. Natalie, 20 Veazie St., North Adams, 01247 – 663-5832
CALLAHAN, Sr. Helen, 34 Nye St., Springfield, 01104 – 734-2980
CAMPBELL, Sr. Shirley Anne, 84 Madison St., Chicopee, 01020 – 592-7075
CARR, Sr. Mary, Mont Marie, Holyoke, 01040 – 536-0853
CARR, Sr. Mary Patricia, 81 Surrey Rd., Springfield, 01118 – 739-1900
CAWLEY, Sr. Constance, 272 Springfield St., Chicopee, 01013 – 594-6959
CAWLEY, Sr. Margaret, Mont Marie Health Care Center, Holyoke, 01040 – 536-0853
CERNAUSKAS, Sr. Mary Benedicta, 121 Brooklyn St.,
    North Adams, 01247 – 662-2439
CHAGNON, Sr. Annette Marie, Mont Marie, Holyoke, 01040 – 536-0853
CHAREST, Sr. Maureen F. 29 Taylor St., Holyoke, MA 01040- 533-4621
CLARK, Sr. Gertrude, Mont Marie, Holyoke, 01040 – 536-0853
COMEAU, Sr. Irene, 22 Sheldon St., Springfield, MA 01107, 732-4528

CONNORS, Sr. Dorothy, Mont Marie Health Care Center, Holyoke, 01040 – 536-0853
CORBETT, Sr. Anne, Mont Marie, Holyoke, 01040 – 536-0853
CORLEY, Sr. Mary, Mont Marie, Holyoke, 01040 – 536-0853
CORMIER, Sr. Dominic Marie, Mont Marie, Holyoke, 01040    536-0853
CORMIER, Sr. Madeleine Marie, Mont Marie, Holyoke, 01040 – 536-0853
COURSEY, Sr. Margaret Ann, 443 Main St., West Springfield, 01089 – 733-3987
COURTNEY, Sr. Mary, Mont Marie, Holyoke, 01040 – 536-0853
COYNE, Sr. M. Catherine, 43 Stems Ter., Chicopee, 01013 – 594-4902
CROWLEY, Sr. Mary, Mont Marie, Holyoke, 01040 – 536-0853
CULVERWELL, Sr. M. Joyce, 41 Reed St., Pittsfield, 01201 – 442-9162
CURRAN, Sr. Margaret, 272 Springfield St., Chicopee, 01013 – 594-6959
CURRAN, Sr. Patricia, Sycamore House, 287 Essex St., Holyoke, 01040 – 533-3936
DALY Sr. Shella, Mont Marie, Holyoke, 01040 – 536-0853
DAUB, Sr. Constance, 24 Cottage St., West Springfield, 01089 – 739-3036
DEADY, Sr. Angela, 27 Pleasant St., Ware, 01082 – 967-8307
DEROUIN, Sr. Theresa, 90 Wendover Rd., Springfield, 01118 – 782-3147
DOHERTY, Sr. Catherine, Mont Marie, Holyoke, 01040 – 536-0853
DONOGHUE, Sr. Miriam Francis, 99 Mooreland St., Springfield, 01104 – 739-0347
DOOLEY, Sr. Eleanor, Mont Marie, Holyoke, 01040 – 536-0853
DOOLEY, Sr. Mary, Mont Marie, Holyoke, 01040 – 536-0853
DORAN, Sr. Richard Francis, Mont Marie Health Care Center, Holyoke, 01040 – 536-0853
DUMAS, Sr. Yvette, Mont Marie Health Care Center, Holyoke, 01040 – 536-0853
DURAND, Sr. Lorraine, 200 West Franklin St., Holyoke, 01040 – 533-0945
DURETT, Sr. Mary Dorothy, Berkshire Town, Apt. 612A, 176 Columbus Ave., Pittsfield, 01021 – 499-5441
DURNIN, Sr. Alice Maria, Mont Marie Health Care Center, Holyoke, 01040 – 536-0853
DUROSS, Sr. Virginia Maria, P.O. Box 590, Granby, 01033 – 467-9166
DUTKO, Sr. Mary, Mont Marie, Holyoke, 01040 – 536-0853
EAGAN, Sr. Rita, Mont Marie Health Care Center, Holyoke, 01040 – 536-0853
FAILLE, Sr. Barbara, 4 Dorchester Ave., Pittsfield, 01201 – 447-9835
FAIRFIELD, Sr. Alicia Marie, Mont Marie, Holyoke, 01040 – 536-0853
FALLON, Sr. Imelda Maria, 42 Mercury Ct., Apt. 1L, West Springfield, 01089 – 746-0520
FALLON, Sr. Mary, 80 Hopkins Pl., Longmeadow, 01106 – 567-6046
FANTI, Sr. June, Mont Marie, Holyoke, 01040 – 536-0853
FARR, Sr. Maria Edward, 90 Wendover Rd. Springfield, 01118 – 782-3147
FEELEY, Sr. Patricia, 291 Springfield St., Chicopee, 01013 – 594-6207
FERGUSON, Sr. Mary, 443 Main St., West Springfield, 01089 – 733-3987
FINN, Sr. Mary Clare, 51 Wortly Ave., Apt 7, West Springfield, 01089 – 746-0008
FLANAGAN, Sr. Kathryn, 4 Dorchester Ave., Pittsfield, 01201 – 447-9835
FLANDERS, Sr. Maria Purissima, Mont Marie Health Care Center, Holyoke, 01040 – 534-6562
FONTAINE, Sr. Irene, 50 Mansfield St., Spfld, 01118 – 737-4484
FOURNIER, Sr. Theresa, Mont Marie Health Care Center, Holyoke, 01040 – 536-0853
GALLAGHER, Sr. Mary, 291 Springfield St., Chicopee, 01013 – 594-6207
GALLIHER, Sr. Mary James, 90 Wendover Rd., Springfield, 01118 – 782-3147
GENDRON, Sr. Germaine, Mont Marie, Holyoke, 01040 – 536-0853
GILLET, Sr. William Agnes, Mont Marie, Holyoke, 01040 – 536-0853
GILLON, Sr. Mary Lou, 22 Westfield Rd., Holyoke, 01040 – 534-7734
GLOSTER, Sr. Frances, 172 Allen St., Springfield, 01108 – 732-3328
GOONAN, Sr. Mary of Fatima, Mont Marie, Holyoke, 01040 – 536-0853
GOULD, Sr. Bette, 34 Nye St., Springfield, 01104 – 734-2980
GRANGER, Sr. Denise, 15 Sorrento St., Apt. B, Springfield, 01108 – 734-4372

GRAVES, Sr. Doris, 90 Wendover Rd.. Springfield, 01118 – 782-3147
GREEN, Sr. Shirleyanne, 181 Elm St., Apt. 8, Pittsfield, 01201 – 443-1620
GRIFFIN, Sr. Margaret Edward, Mont Marie. Holyoke, 01040 – 536-0853
GRIFFIN, Sr. Maureen, 114 Pine St., West Springfield, 01089 – 746-3389
HARLAND, Sr. Doris, 29 Thames St., Springfield, 01104 – 737-2303
HARRINGTON, Sr. Eleanor, 64 Melha Ave., Springfield, 01104 – 747-5127
HARRINGTON, Sr. Nora, 291 Springfield St., Chicopee, 01013 – 594-2761
HARRINGTON, Sr. Rose Maurice, Mont Marie, Holyoke, 01040 – 536-0853
HAYES, Sr. Catherine, 90 Wendover Rd., Springfield, 01118 – 782-3147
HEBERT, Sr. Carol, 55 Maple St., Belchertown, 01007 – 323-9102
HEMENWAY, Sr. MaryAnn, 77 Fairview Ave., Chicopee MA 01013 – 598-8013
HESSELTON, Sr. Barbara, 173 Hampden St., Chicopee, 01013 592-1449
HINGA, Sr. Kathleen, Apt. B, 25 Oakwood Dr., Belchertown, 01007
HOMROK, Sr. Catherine, 22 Sheldon St., Springfield, 01107 – 732-4528
HOTTIN, Sr. Patricia, 43 Stearns Ter. Chicopee, 01013 – 594-4902
HURLEY, Sr. Marion J., 291 Springfield St., Chicopee, 01013 – 594-6207
IMBRUNO, Sr. Kathleen, 36 North East St., Holyoke, 01040 – 532-2694
JOHNSON, Sr. Patricia, 74 Melha Ave. Springfield, 01104
KANE, Sr. Elizabeth Anna, Mont Marie, Holyoke, 01040 – 536-0853
KANE, Sr. Emily, 173 Hampden St., Chicopee, 01013 – 592-1449
KAPPENMAN, Sr. Judith, 24 Stearns Ter., Chicopee, 01013 – 592-7165
KEATING, Sr. Kathleen, 291 Springfield St., Chicopee, 01013 – 594-2761 ext. 317
KELLEY, Sr. Charlotte, Mont Marie Health Care Center, Holyoke, 01040 – 536-0853
KENNEY, Sr. Alice, 105 Fairview St., Chicopee, 01013 – 592-7204
KENNEY, Sr. Margaret, 15 Sorrento St., Apt B, Springfield, 01108 – 734-4372
KERVICK, Sr. Maureen, 24 Stearns Ter., Chicopee 01013 – 592-7165
KILFEATHER, Sr. Anna James, Mont Marie, Holyoke, 01040 – 536-0853
KILLELEA, Sr. Julia Frances, Mont Marie, Holyoke, 01040 – 536-0853
KIRLEY, Sr. Kathleen, 291 Springfield St., Chicopee, 01013 – 594-6207
KNAPPE, Sr. Sharon, 10 Washington Ave., Holyoke, 01040 – 534-0448
KNOWLES, Sr. Kathleen, 80 Fairview Ave., Chicopee, 01030 – 592-8634
LACEY, Sr. Mary Lou, 15 Sorrento St., Apt. A, Springfield, 01108 – 739-7097
LAFOND, Sr. Cecile, Mont Marie, Holyoke, 01040 – 536-0853
LAREAU, Sr. Carol, 105 Hendrick St., Chicopee, 01020 – 594-7630 (Voice/TTY)
LARKIN, Sr. Martina Anne, Mont Marie, Holyoke, 01040 – 536-0853
LAUGHNANE, Sr. James Bernard, 90 Wendover Rd., Springfield, 01118 – 732-3147
LAVELLE, Sr. Mary Frances, Mont Marie, Holyoke, 01040 – 536-0853
LAVIN, Sr. Helen Elizabeth, Mont Marie, Holyoke, 01040 – 536-0853
LAVOIE, Sr. Christine, 86 Mechanic St. Westfield, 01085 – 568-8077
LEARY, Sr. Catherine, 280 Forest Park Ave., Springfield, 01118 – 733-4735
LeBLANC, Sr. Bertha, Mont Marie Health Care Center, Holyoke, 01040 – 536-0853
LeBLANC, Sr. Marie Joseph, Mont Marie, Holyoke, 01040 – 536-0853
LEVESQUE, Sr. Andrea, Mont Marie, Holyoke, 01040 – 536-0853
LOGAN, Sr. Marilyn, 18 Mystic St. Springfield, 01104
LOUDON, Sr. Maria Louise, 18 Mystic St., Springfield, 01104
LUNNEY, Sr. Mary Bernadette, 24 Corser St., Holyoke, 01040 – 538-9840
LYNCH, Sr. Ann, 153 Nonotuck Ave., Chicopee, 01013 – 592-4840
LYNCH, Sr. Mary R., 90 Wendover Rd., Springfield, 01118 – 782-3147
LYONS, Sr. Mary, 5 Russell Ter., Holyoke, 01040 – 533-8266
MacDONALD, Sr. Norma, 90 Wendover Rd., Springfield, 01118 – 782-3147
MAGNANI, Sr. Joan, 17 Brookline Ave., Holyoke, 01040 – 533-7273
MAGNANI, Sr. Irene, P.O. Box 590, Granby, 01033 – 467-9166
MAHONEY, Sr. Cecilia James, 443 Main St., West Springfield, 01089 – 733-3987

190

MARCOTTE, Sr. Elizabeth, Mont Marie Marie Care Center, Holyoke, 01040 – 536-0853
MARCOTTE, Sr. Juliette, Mont Marie, Holyoke, 01040 – 536-0853
MARENGO, Sr. Mildred, 38 Asinof Ave., Apt. 217, Chicopee, 01013 — 598-0992
MARRIN, Sr. Mary, 34 Nye St., Springfield, 01104 – 734-2980
MARSH, Sr. Sally, Mont Marie, Holyoke, 01040 – 536-0853
MARTIN, Sr. Marie, Mont Marie, Holyoke, 01040 – 536-0853
MARTIN, Sr. Maureen, 29 Mystic St., Spfld 01104 – 734-8572
MATUSZEK, Sr. Elizabeth, 15 Sorrento St., Apt. A, Springfield, 01108 – 739-7097
McALICE, Sr. Edith, 142 Bloomfield St., Springfield, 01108 – 734-3881
McCAULEY, Sr. Rita, 138 East Mt. Rd., Unit 208, Westfield, 01085 – 572-9979
McCAFFREY, Sr. Ann, Mont Marie Health Care Center, Holyoke, 01040 – 536-0853
McCarthy, Sr. Catherine Brigid, Mont Marie Health Care Center, Holyoke, 01040 – 536-0853
McDERMOTT, Sr. Annette, 22 Sheldon St., Springfield, 01107 – 732-4528
McDONNELL, Sr. Patricia, 200 West Franklin St., Holyoke, 01040 – 533-0945
McGEER, Sr. Mary, 36 Marion St., Chicopee, 01013 – 592-6641
McGRATH, Sr. Julia, 207 Cole Ave., P.O. Box 63, Williamstown, 01267 – 458-3051
McGRATH, Sr. Margaret James, 291 Springfield St., Chicopee, 01013 – 594-2761
McGUIRK, Sr. Sheila, 23 Thames St., Springfield, 01104 – 737-2303
McHUGH, Sr. Agnes Loretto, Mont Marie Health Care Center, Holyoke, 01040 – 536-0853
McHUGH, Sr. Joan, Mont Marie, Holyoke, 01040 – 536-0853
McISAAC, Sr. Louise Thomas, P.O. Box 590, Granby, 01033 – 467-9166
McKENNA, Sr. Ann Marie, 120 Alderman St., Springfield, 01108 – 736-6025
McKEOWN, Sr. Elizabeth, Mont Marie Health Care Center, Holyoke, 01040 – 536-0853
McKINSTRIE, Sr. Mary Lou, Mont Marie, Holyoke, 01040 – 536-0853
McNAUGHTON, Sr. Paula, 120 Alderman St., Springfield, 01108 – 736-6025
MISITANO, Sr. Paula, 22 Westfield Rd., Holyoke, 01040 – 534-7734
MOLLOY, Sr. Elizabeth, 320 Springfield St., Chicopee, 01013 – 592-3393
MOLLOY, Sr. Janice, 90 Wendover Rd., Springfield, 01118 – 782-3147
MORAN, Sr. Joseph Anne, Mont Marie Health Care Center, Holyoke, 01040 – 536-0853
MORAN, Sr. Teresa, 15 State St., Pittsfield, 01201 – 442-5707
MOREY, Sr. Rita, Mont Marie, Holyoke, 01040 – 536-0853
MORIN, Sr. Catherine, 37 Captain Mac St., Chicopee 01013 – 592-4138
MORRISSEY, Sr. Jane, 22 Sheldon St., Springfield, 01107 – 732-4528
MORWAY, Sr. Alice, 120 Alderman St., Springfield, 01108 – 736-6025
MORWAY, Sr. Mildred, 5 Russell Ter, Holyoke, 01040 – 533-8266
MUCHA, Sr. Marlene, 801 Chicopee St. Chicopee 01013 – 536-9295
MULCAHY, Sr. Roberta, 9 Pearl St., Holyoke, 01040 – 522-2726
MUNGOVAN, Sr. Ann, 90 Wendover Rd., Springfield, 01118 – 782-3147
MURPHY, Sr. Eileen B., 414 Chestnut St., Apt. #1204, Springfield, 01104 – 737-3321
MURPHY, Sr. Mary Ellen, 291 Springfield St., Chicopee, 01013 – 594-6207
NIHILL, Sr. Helene Michael, Mont Marie, Holyoke, 01040 – 536-0853
NOLAN, Sr. Ann, 90 Wendover Rd., Springfield, 01118 – 782-3147
NOLAN, Sr. Mary Anne, Mont Marie, Holyoke, 01040 – 536-0853
NOLAN, Sr. Therese, Mont Marie, Holyoke, 01040 – 536-0853
O'CONNELL, Sr. Judith, 74 Melha Ave., Springfield, 01104
O'CONNOR, Sr. Mary Catherine, Mont Marie Health Care Center, Holyoke, 01040 – 536-0853
O'CONNOR, Sr. Patricia Thomas, 34 Nye St., Springfield, 01104 – 734-2980
O'CONNOR, Sr. Ruth, 90 Wendover Rd., Springfield, 01118 – 782-3147

O'DONNELL, Sr. Patricia Anne. Mont Marie, Holyoke, 01040 – 536-0853
O'NEIL, Sr. Margaret, 22 State St., Pittsfield, 01201 – 442-5707
O'NEILL, Sr. Eileen, 287 Essex St., #201, Holyoke 01040 – 532-9591
ORMOND, Sr. Catherine, 63 South St., Chicopee, 01013
O'SHEA, Sr. Jeanne, 105 Hendrick St., Chicopee, 01020 – 594-7630
PAQUETTE, Sr. St. Louis, Mont Marie, Holyoke, 01020 – 536-0853
PERRY, Sr. Helen, 142 Bloomfield St., Springfield, 01108 – 734-3881
PETISCE, Sr. Mary, 34 Casino Ave., Chicopee, 01013 – 592-3285
PICKNELLY, Sr. Peter Maria, 105 Fairview Ave., Chicopee, 01013 – 592-7204
POWER, Sr. Mary de Paul, Mont Marie, Holyoke, 01040 – 536-0853
PYNE, Sr. Vivian, 153 Nonotuck St., Chicopee, 01013 – 592-4840
QUINLAN, Sr. Constance, 36 Marion St., Chicopee, 01013 – 592-6641
QUINLAN, Sr. Patricia A., 2149 Riverdale St. #36, West Springfield, 01089 – 737-2247
QUINN, Sr. Mary, 11 Greenleaf St., Springfield, 01108 – 737-5077
QUINN, Sr. Ruth Virginia, 120 Alderman St., Springfield, 01108 – 736-6025
QUINTIN, Sr. Rhea, 22 Westfield Rd., Holyoke, 01040 – 534-7734
RAFFERTY, Sr. Rita, 90 Wendover Rd., West Springfield, 01118 – 782-5875
REAGAN, Kathleen, 291 Springfield St., Chicopee 01013 – 594-6207
REGULA, Sr. Mary Casimir, Mont Marie Health Care Center, Holyoke, 01040 – 536-0853
REILLEY, Sr. M. Gill, 86 Mechanic St., Westfield, 01085 – 568-8077
REILLY, Sr. Lillian, 114 Pine St., West Springfield, 01089 – 746-3389
REILLY, Sr. Mary Pauline, Mont Marie Health Care Center, Holyoke, 01040 – 536-0853
REMY, Sr. Marie Clotilde, Mont Marie, Holyoke, 01040 – 536-0853
RITCHIE, Sr. Patricia, Mont Marie, Holyoke, 01040 – 536-0853
ROBILLARD, Sr. Paula, 42 Mansfield St., Springfield, 01108 – 737-4484
ROCHFORD, Sr. Beverly, 176 Main St., Wilbraham, 01095 – 596-9797
ROSENTHAL, Sr. Judith, 261 Lamb St., South Hadley, 01075 – 532-2850
ROULIER, Sr. Winifred, 15 Sorrento St., Apt. B, Springfield, 01108 – 734-4372
ROY, Sr. Cornelia, 24 Corser St., Holyoke, 01040 – 538-9840
RUMSE, Sr. Patricia, 333 Surrey Rd., Springfield, 01108
RYAN, Sr. Eileen B., Mont Marie, Holyoke, 01040 – 536-0853
RYZEWICZ, Sr. Joan, 17 Alsace St., Springfield, 01108 – 731-9579
SAMSON, Sr. Claudette, 37 Captain Mac St., Chicopee 01013 – 592-4138
SANTARPIA, Sr. Dorothy, 34 Nye St., Springfield, 01104 – 734-2980
SCARLETT, Sr. Loretta, 38 Asinof Ave., Chicopee, 01013
SCHNEIDER, Sr. Jean, 24 Cottage St., West Springfield, 01089 – 739-3036
SCHNEIDER, Sr. Jean, 86 Mechanic St., Westfield, 01085 – 568-8077
SHARRON, Sr. Edward Maria, 99 Mooreland St., Springfield, 01104 – 739-0347
SHARRON, Sr. Patricia Francis, 68 Elliot St., P.O. Box 1730, Springfield, 01101 – 732-3178
SHEA, Sr. Mary M., 80 Fairview Ave., Chicopee, 01013 – 592-8634
SHEA, Sr. Mary T., 36 North East St., Holyoke, 01040 – 532-2694
SHEEHAN, Sr. Maureen, 85 East Alvord St., Springfield, 01108 – 736-5320
SIDEBOTTOM, Sr. M. Frances, 414 Chestnut St., Apt. 910, Springfield, 01104 – 733-6277
SMELTZ, Sr. Judith, 838 Belmont Ave., Springfield, 01108 – 734-0436
SMITH, Sr. Patricia, 280 Forest Park Ave., Springfield, 01108
SPRING, Sr. Eleanor, 84 Madison Ave., Chicopee, 01020 – 592-7075
SULLIVAN, Sr. Eileen, 85 East Alvord St. Springfield, 01108 – 736-5320
SULLIVAN, Sr. Elizabeth M., 291 Springfield St., Chicopee, 01013 – 594-6207
SULLIVAN, Sr. Elizabeth T., 11 Greenleaf St., Springfield, 01108 – 737-5077
SULLIVAN, Sr. Julia, 91 Cole Ave., Pittsfield, 01201 – 499-4859
SULLIVAN, Sr. Katherine, Mont Marie Health Care Center, Holyoke, 01040 – 536-0853



# 2004 DIRECTORY OF THE DIOCESE OF SPRINGFIELD

# PRIESTS, BROTHERS AND DEACONS

SULLIVAN, Sr. Mary Joan, Mont Marie Health Care Center, Holyoke, 01040 - 536-0853.
SWASEY, Sr. Susan, 22 Westfield Rd., Holyoke, 01040 – 534-7734
SWEENEY, Sr. Patricia James, 42 Mercury Ct., Apt. 1L
    West Springfield, 01089 – 746-0520
SWORDS, Sr. Christine, 90 Wendover Rd.,
    West Springfield, 01118 – 782-5875
TASSONE, Sr. Eunice, 48 Champagne Ave., Williamstown, 01267 – 458-9153
TAYLOR, Sr. Marie Daniel, Mont Marie, Holyoke, 01040 – 536-0853
TETREAULT, Sr. Diane, 90 Wendover Rd.,
    West Springfield, 01118 – 782-5875
THOMAS, Sr. Jane, 75 Garden St., West Springfield, 01089 – 747-7149
TURCOTTE, Sr. Helen, Mont Marie Health Care Center, Holyoke, 01040 – 536-0853
TYRRELL, Sr. Mary Bernice, Mont Marie Health Care Center,
    Holyoke, 01040 – 536-0853
TYRRELL, Sr. Mary Richard, 99 Mooreland St., Springfield, 01104 – 739-0347
VICE, Sr. Regina Marie, Mont Marie, Holyoke, 01040 – 536-0853
VILLEMAIRE, Sr. Lorraine, 81 Surrey Rd., Springfield, 01118 – 739-1900
WALLACE, Sr. Kathleen, 91 Cole Ave., Pittsfield, 01201 – 499-4859
WARD, Sr. Mary Magdalen, 24 Autumn Rd., Apt. N5, c/o R. Cote
    West Springfield, 01089 – 746-5055
WHITE, Sr. Frances, 34 Casino Ave., Chicopee, 01013 – 592-3285
WILK, Sr. Linda, 7 Siara St., Adams, 01220 – 743-1136
WISE, Sr. Joyce, 15 Howes St., Springfield, 01118 – 739-4305
WRIGHT, Sr. Mary Lou, 291 Springfield St., Chicopee, 01013 – 594-6207
YUKNAS, Sr. Daniel Maria, Mont Marie, Holyoke, 01040 – 536-0853
ZAJAC, Sr. Catherine, Mont Marie, Holyoke, 01040 – 536-0853

## Sisters of St. Joseph of Chambery

CIFATTE, Sr. Carol, 58 Mercury Court, West Springfield, 01089 – 737-4699

## Sisters of the Assumption of the Blessed Virgin

**St. George Convent**
21 Maple St.
Chicopee, 01020
Tel. 592-7120

LAPOINTE, Sr. Claire
LATAILLE, Sr. Louise
TETREAULT, Sr. Lucille

**Baystate Place**
414 Carew St. Apt. 1430
Springfield, 01102
Tel. 739-6281

DUBE, Sr. Therese

## Sisters of the Presentation of Mary

**St. Rose de Lima Convent**
67 Percy St.
Chicopee, 01020
Tel. 536-6107

GUILLET, Sr. Doris
DESMARAIS, Sr. Marie Claire
LAVOIE, Sr. Claudette

# CENTRAL OFFICES

**Congregation of Marians**
Very Rev. Walter Dziedzic, MIC,
provincial superior
Bro. Andrew Maczynski, superior
E-mail: ProvAdmin@aol.com or
dmshrine@marian.org
Eden Hill
Stockbridge, 01262
Tel. 298-3931 or 298-1100
Fax. 298-0207
Web site: www.marian.org

**Conventual Franciscan Friars**
Immaculate Conception Province
Rev. Canice Connors, OFM Conv.,
minister provincial
Provincialate
517 Washington Ave.
P.O. Box 629
Rensselaer, NY 12144
Tel. (518) 472-1000
Fax. (518) 472-1013
E-mail: CANICEOFMC@AOL.Com

**Conventual Franciscan Friars**
St. Anthony of Padua Province
Very Rev. Michael Kolodziej, OFM Conv.,
minister provincial
Very Rev. Donald Grzymski, OFM Conv.,
vicar and secretary
Rev. Robert Augustine Twele, OFM Conv.,
treasurer
Provincial House
12300 Folly Quarter Rd.
Ellicott City, MD 21042-1419
Tel. (410) 531-1400
Fax. (410) 531-4881
Website: www.stanthonyprovince.org

**Missionaries of LaSalette**
Province of Mary, Mother of Americas
915 Maple Ave.
Hartford, CT 06114-2330
Tel. (860) 956-8870
Fax. (860) 956-8849
E Mail. MLSADMIN@aol.com
Web site: http://www.lasalette.org

**Order of Carmelites**
North American Province
of Saint Elias
Very Rev. Michael Kissane, O. Carm.
Office of Prior Provincial
P.O. Box 3079
Middletown, NY 10940-0890
Tel. (845) 344-2223
Fax. (845) 344-2210

**Passionist Community**
Very Rev. Terrance Kristofak, CP,
provincial
Provincial Pastoral Center
Corpus Christi Residence
80 David St.
South River, NJ 08882
Tel. (732) 257-7177 (community)
Fax. (732) 257-0042 (community)
Fax. (732) 257-3158 (provincial)

**Province of St. Mary
of the Capuchin Order**
Rev. Michael Banks, OFM Cap.,
provincial
St. Conrad Friary
30 Gedney Park Dr.
White Plains, NY 10605
Tel. (914) 761-3008
Fax. (914) 948-6429
E-mail: smaryprov@juno.com

**Stigmatine Fathers and Brothers**
Very Rev. Gregory J. Hoppough, CSS,
provincial superior
554 Lexington St.
Waltham, 02452
Tel. (781) 209-3100
Fax. (781) 894-9785

# DIRECTORY 2004

## ADDITIONAL COPIES

Copies are limited!
Copies are limited!
**Copies are limited!**
**Copies are limited!**

*Request your
additional copies today!*

Please send your requests for additional
copies of Directory 2004 with your check
for $25.00/ea. (includes shipping) to:

**Catholic Communications Corporation
P.O. Box 1730
Springfield, MA 01101-1730**

*Know who to call and where to go!*

196

# ALPHABETICAL LISTING OF PRIESTS AND BROTHERS

The following alphabetical listing includes the names of the members of the diocesan clergy and members of religious communities of men. The year of ordination follows the name. The address with zip code and phone number is for the place of residence. The office address and phone number of priests doing diocesan or special work is given in the first section of the directory. The telephone area code for all of the numbers listed is 413, except where otherwise noted.

AKSAMIT, Rev. Stanley J., '77
St. Mary of the Assumption Rectory, 90 Seventh St., Turners Falls, 01376-1419 — 863-2585

AHERNE, Rev. James A., M.S. '77
Immaculate Conception Rectory, 54 North Summer St., Holyoke. 01040-6208 — 532-5784

AMO, Rev. Steven C. '92
All Saints Rectory, 74 Bridge St., Agawam, 01001-1204 — 786-4451

ANOIA, Rev. John A... '57 (retired)
Our Lady Queen of Peace Rectory, 5340 High St. New Port Richey, FL 34652 — (813) 849-7220

AYERS, Rev. John J., '51 (retired)
32 Sylvester St., Springfield, 01109

BALLOU, Rev. Jeffrey
Holy Cross Parish, 221 Plumtree Rd., Springfield, 01118

BEGLEY, Rev. Thomas B., '60 (retired)
P.O. Box 517, Hinsdale, 01235

BENOIT, Rev. Adrian J., '65
Immaculate Heart of Mary Rectory, 256 State St., Granby, 01033-9418 — 467-9821

BERMUDEZ, Rev. Jose A., '80
Our Lady of Guadalupe, 435 Maple St., Holyoke, 01040 — 532- 4282

BERNIER, Rev. Lawrence J., '63 (retired)
123 Tatham Hill Rd., West Springfield, 01089

BERNIER, Rev. Michael F.
St. Rose de Lima Rectory, 600 Grattan St., Chicopee, 01020-1592 — 536-4558

BOLTON, Rev. Norman B., '83
Blessed Sacrament Rectory, 1945 Northampton St., Holyoke, 01040-3498 — 532-0713

BOMBARDIER, Rev. Dennis P., '68
St. John Rectory, 5 Church St., Millers Falls, 01349-1332 — 659-3435

BOMBARDIER, Rev. Paul A., '82
St. Mary the Morning Star Rectory, 665 Tyler St. Pittsfield, 01201-4397 — 445-5008

BONDI, Rev. Richard A., '74
St. Theresa Rectory, 9 East Parkview, South Hadley, 01075-2103 — 532-3228

BONNEVILLE, Rev. Lionel E., '63
St. John the Baptist Rectory, 181 Hubbard St., Ludlow, 01056-2786 — 583-3467

BONZAGNI, Rev. John J., '80
St. Vincent de Paul Rectory, 29 Crystal St., Lenox Dale, 01240 — 637-1085
Mailing Address: P.O. Box 363, Lenox Dale, 01242

BOULANGER, Rev. Gerald J., M.S. '73
Holy Trinity Rectory, 335 Elm St., Westfield, 01085 — 568-1506

BOYLE, Rev. Daniel J., '78
Notre Dame des Sept Douleurs and St. Thomas Aquinas Rectory.
P.O. Box 231, Adams, 01220-0231 — 743-0577

BRADY, Rev. Gerald, '83
St. Patrick Rectory, 80 Main St., Northfield, 01360-1022 — 498-2728

BRAMBILA, Rev. Sigmund Andre, OFM Conv.
15A Park Ave., Northampton, 01060

BRENNAN, Rev. John J., '78
St. John the Evangelist Rectory, 833 Main St.. Agawam. 01001-2527 — 786-8105

BRETON, Rev. Albert E., '54 (retired)
Mont Marie. 34 Lower Westfield Rd.. Ste. 1. Holyoke, 01040

BROOKS, Rev. Jeddie P., '77
St. Patrick Rectory, 22 Green St.. P.O. Box 473. Monson, 01057-0473 — 267-3622

BRUNTON, Rev. Daniel B., '60 (retired)
66 Harding St., Pittsfield, 01201

BURNS, Rev. Paul, CSS
Our Lady of Mt. Carmel, 123 William St., Springfield, 01105 — 734-5433

BURKE, Rev. Mark J., '93
Sts. Peter and Raphael Parish, 54 Southworth St., 01267-2414 — 458-4946

CALLAHAN, Rev. Edward M., '59 (Retired)
St. Michael's Residence, 86 Wendover Rd. Springfield, 01118

CALLEA, Rev. Michael, MIC
Marian House, 4 Prospect Hill Rd. Stockbridge, 01262 — 298-3931

CAMPOLI, Rev. Timothy J., '74
Blessed Sacrament Rectory, 182 High St., Greenfield, 01301-2690 — 773-3311

CARRIER, Rev. J. Victor, '69
Holy Cross Rectory, 221 Plumtree Rd., Springfield, 01118 — 783-4111

CHAMPIGNY, Rev. Thomas R., '81
Notre Dame du Bon Conseil Rectory, 35 Pleasant St. Easthampton, 01027-1129 — 527-9588

CHWALEK, Rev. John, '48 (retired)
420 Old Cheshire Rd., P.O. Box 56, Windsor, 01270

CLEARY, Rev. Richard J., I.J. '66
Newman Center, 472 North Pleasant St. Amherst, 01002 — 549-0300

CONNELLY, Rev. Christopher D.. '93
Sacred Heart Rectory, 395 Chestnut St.. Springfield, 01104 — 732-3721

CONNORS, Rev. John.
Holy Name Rectory, 323 Dickinson St., Springfield, 01108-1895 — 733-5823

COONAN, Rev. Robert J., '65
St. Joseph Rectory, 11 School St., P.O. Box 34, Hatfield, 01038-0034 — 247-5079

CORIGLIANO, Rev. Anthony, CSS '55
Our Lady of Mt. Carmel, 123 William St., Springfield, 01105 — 734-5433

COURNOYER, Rev. Alfred, '85

COURTNEY, Rev. Thomas M., '51 (retired)
A.P. 10594, Choloma. Cortes. CP. 2112, Honduras

CREAN, Rev. Hugh F., '62
St. Michael's Residence, 86 Wendover Rd., Springfield, 01118

CREANE, Rev. Anthony J., '56 (retired)
Blessed Sacrament Rectory, 6 Union St., Westfield. 01085-2494 — 562-3450

CROMBIE, Rev. Francis H., '68
Blessed Sacrament Rectory, 6 Union St., Westfield. 01085-2494 — 562-3450

CRUZ, Rev. Diomedes Calle
St. Patrick Rectory, 1900 Allen St. Springfield, 01118-1820 — 783-6201

CULLEN, Rev. Anthony F.
All Souls Rectory, 445 Plainfield St.. Springfield, 01107 — 736-0076

CYMERMAN, Rev. Alexander, OFM Conv. '65
St. Mary Rectory, 40 Academy St., Lee. 01238
Mater Dolorosa Rectory, 71 Maple St. Holyoke, 01040 — 532-8272

CYR, Rev. William F., '71
St. Catherine of Siena Rectory, 1023 Parker St., Springfield, 01129-1024 — 783-8619
DAILEY, Rev. Gary M., '85
St. Mary Mother of the Church Rectory, 40 Academy St., 1 ec. 01238-1692 — 243-0275
DARCY, Rev. David M., '94
St. Mary of the Assumption Rectory, 12 Cedar St., Ludlow, 01056-2907 — 583-2691
DARLING, Rev. Franklin, '58 (retired)
10 D Elm St, Greenfield, 01301 — 772-6187
DEAN, Rev. John T., '72
St. Peter and St. Casimir Rectory, 22 State St., Westfield, 01085-3814 — 568-5421
DECOTEAU, Rev. Vernon P., '75
St. Francis of Assisi Rectory, 10 Park St., Belchertown, 01007 — 323-6272
DEEKER, Rev. Geoffrey L., CSS, '60
Our Lady of Mt. Carmel Rectory, 359 Fenn St., Pittsfield, 01201-5290 — 442-4458
DELEHANTY, Rev. Thomas F., '41 (retired)
2C Stonypoint Dr., P.O. Box 425, Ware, 01082-0425 — 967-4543
DEVLIN, Rev. Michael H., '68
Assumption of the Blessed Virgin Mary Rectory, 104 Springfield St.,
Chicopee, 01013-2695 — 592-1597
DIEMAND, Rev. James E., '68 (retired)
P.O. Box 141, Turners Falls, 01376-0141 — 863-4670 (phone and Fax)
DiMASCOLA, Rev. Charles Jan, '81
Our Lady of Czestochowa Rectory, 84 K St., Turners Falls, 01376-1498 — 863-4748
DODO, Rev. Andrew
Our Lady of Hope Rectory, 577 Carew St., Springfield, 01104-2391 — 739-7369
DOHERTY, Rev. William J, MS, '55
Immaculate Conception Rectory, 54 North Summer St., Holyoke, 01040-6208 — 532-5784
DORE, Rev. Timothy, OFM Conv. '92
St. Stanislaus Rectory, 566 Front St., Chicopee, 01013 — 594-6669
DORSCH, Rev. Henry L., '68
Our Lady of the Lake Rectory, 224 Sheep Pasture Rd., P.O. Box 1150,
Southwick, 01077-1150 — 569-0161
DUPRE, Most Rev. Thomas L., '59 (retired)
c/o 76 Elliot St., P.O. Box 1730, Springfield, 01101-1730 — 732-3175
DUQUETTE, Rev. Roy H., '58
Our Lady of the Annunciation Church, 87 Beacon St., P.O. Box 60055,
Florence, 01062-0055 — 584-1520
DZIORDZ, Rev. Walter M., MIC '84
Divine Mercy Community, 2 Prospect Hill Rd., Stockbridge, 01262 — 298-3691
FAGONE, Rev. Benedict, OFM Conv., '67
St. Anthony of Padua Friary, 56 St. Anthony St., Chicopee, 01013-2197 — 538-9475
FARLAND, Rev. George A., '68
Sacred Heart Rectory, 395 Chestnut St., Springfield, 01104-3487 — 732-3721
FITZGERALD, Rev. Edward T., '59
All Saints Rectory, 17 North St., Ware, 01082-1003 — 967-4963
FLAHIVE, Rev. James J., '48 (retired)
St. Michael's Residence, 86 Wendover Rd., Springfield, 01118-1126
FOLEY, Rev. Daniel R., '60
St. Jerome Rectory, 169 Hampden St., Holyoke, 01040-4597 — 532-6381
FORAND, Rev. Clarence W., '45 (retired)
Pine Valley Plantation, #293, 281 Chauncey Walker St., Belchertown, 01007 — 323-8588
FOURNIER, Rev. W. Donald, '53 (retired)
474 Grattan St., Chicopee, 01020-1550 — 532-6206

GALIPEAU, Rev. Roland J., '64
Holy Cross Rectory, 23 Sycamore St., Holyoke, 01040-3291 — 532-5661
GALISA, Br. Kenneth, MIC
Marian House, 4 Prospect Hill Rd., Stockbridge, 01262 — 298-3931
GALLAGHER, Rev. Adrian, OFM, Conv. '92
St. Hyacinth Filial House, 110 Cyman St., Chicopee, 01013 — 557-6930
GALLERANI, Rev. Philip, '62 (retired)
102 Hermit Dr., Warwick, RI 02889
GARCIA, Rev. Juan F., CRIC '67
All Souls Rectory, 445 Plainfield St., Springfield, 01107 — 736-0076
GARDNER, Rev. Royal J., '51 (retired)
290 South St., Pittsfield, 01201
GAWIENOWSKI, Rev. John '01
Our Lady of the Annunciation Rectory, 42 Beacon St., P.O. Box 60055,
Florence, 01062-0055 — 584-1520
GENTILE, Rev. Robert A., '03
St. Thomas the Apostle Rectory, 47 Pine St., West Springfield, 01089-2898 — 739-4779
GERMACE, Rev. Vincent, MIC
Marian House, 4 Prospect Hill Rd., Stockbridge, 01262 — 298-3931
GILBERTSON, Rev. C. Lee, '86
St. Paul Rectory, 51 Fenimore Blvd., Springfield, 01108-3518 — 737-4422
GIROUX, Rev. Regis J., '70
Sabbatical Leave
GONET, Rev. Charles F., '58 (retired)
St. Michael Residence, 86 Wendover Rd., Springfield, 01118
GONI, Rev. Galadima G.
St. Francis of Assisi Parish, 12 Union St., North Adams, 01247
GOSSELIN, Rev. Homer P., '69
St. John the Baptist Rectory, 181 Hubbard St., Ludlow, 01056-2786 — 583-3467
GREENE, Rev. Thomas S., '55 (retired)
St. Michael's Residence, 86 Wendover Rd., Springfield, 01118-1126 — 782-1883
GREENWAY, Rev. George G., Jr., '87 (retired)
29 Orchard Rd., East Longmeadow, 01028 — 525-4251
GREGORY, Rev. Peter A., '73
St. Charles Rectory, 89 Briggs Ave., Pittsfield, 01201-3336 — 442-7470
GRZB, Rev. Kazimierz, MS
Holy Trinity Rectory, 335 Elm St., Westfield, 01085 — 568-1506
GRIMALDI, Br. Frank, OFM Conv.
St. Stanislaus Basilica, 566 Front St., Chicopee, 01013 — 594-6669
GURGUL, Rev. Wladyslaw, MIC '60
Marian House, 4 Prospect Hill Rd., Stockbridge, 01262 — 298-3931
HALLAHAN, Rev. Timothy J., '57 (retired)
P.O. Box 150112, Cape Coral, FL, 33915
HAMILTON, Rev. William J., '80
Immaculate Conception Rectory, 33 Adams St., Easthampton, 01027, — 527-9778
HARRINGTON, Rev. Msgr. John F., P.A., '35 (retired)
Providence Infirmary, 1233 Main St., Holyoke, 01040
Mailing Address: Office of the Propagation of the Faith, 65 Elliot St., P.O. Box 1730,
Springfield, 01101-1730
HEBERLE, Rev. Frederick L., '56 (retired)
109 Westfield St., Holyoke, 01040
HEBERT, Rev. Earl A., '52 (retired)
281 Chauncey Walker St., #350, Belchertown, 01007
HIGGINS, Rev. Donald, CSS '64
St. Ann Rectory, 576 Memorial Ave., West Springfield, 01089-3599 — 736-3101

HOAR, Rev. Leo J., '66
St. Mary Rectory, 3 Elm St., P.O. Box 180, Northampton, 01061

HONAN, Rev. Eugene D., '67
St. Mary of the Assumption Rectory, 3 Elm St., P.O. Box 180, Northampton, 01061-0180 — 584-7310

ILOKABA, Rev. Damien
St. Joseph Rectory, 82 Howard St., Springfield, 01105 — 733-3527

IRONUMA, Rev. Donatus
St. Joseph Rectory, 82 Howard St., Springfield, 01105 — 733-3527

JOYCE, Rev. David J., '68
Our Lady of Hope Rectory, 577 Carew St., Springfield, 01104-2391 — 739-7369

JOYCE, Rev. George V., '43 (retired)
Our Lady of Hope Rectory, 577 Carew St., Springfield, 01104-2391 — 739-7369

JOYCE, Rev. James K., '72
Sacred Heart Rectory, 191 Elm St., Pittsfield, 01201-6588 — 443-6960

JUTT, Rev. Anthony A., '51
Corpus Christi Rectory, 204 High St., P.O. Box 569, Housatonic, 01236-0569 — 274-3443

KAWA, Rev. Stanislaw, OFM Conv.
St. Stanislaus Rectory, 566 Front St., Chicopee, 01013 — 594-6669

KENNEDY, Rev. Francis M., '44
Nativity of the Blessed Virgin Rectory, 780 Chicopee St., Chicopee, 01013-2747 — 532-9421

KISHE, Rev. Venace Max
St. Joseph Rectory, 414 North St., Pittsfield, 01201-4674 — 445-5789

KOZAK, Rev. Eligius, OFM Conv.
St. Hyacinth Filial House, 110 Cyman St., Chicopee, 01013 — 557-6930

KROLIKOWSKI, Rev. Lucian, OFM Conv '46
St. Hyacinth Filial House, 110 Cyman St., Chicopee, 01013 — 557-6930

KRZANOWSKI, Rev. Luke, MS
Holy Trinity Rectory, 335 Elm St., Westfield, 01085 — 568-1506

KUZMESKI, Rev. Charles H., '75
St. Mary Rectory, 60 South St., Ware, 01082-1688 — 967-5913

LAFLAMME, Rev. Paul C., '98 (on leave)
328 Silver St., Monson, 01057

LAFLEUR, Rev. Gerard A., '53
Assumption of the Blessed Virgin Mary Rectory, 104 Springfield St., Chicopee, 01013-2695 — 592-1597

LAPOINTE, Rev. J. Donald R., '67
St. Mary of the Assumption Parish, 173 Main St., P.O. Box 227, Haydenville, 01039-0277 — 268-7212

LAVIN, Rev. Thomas, OFM Conv.
St. Stanislaus Rectory, 566 Front St., Chicopee, 01013 — 594-6669

LAVOIE, Rev. Merle L., '68
Sacred Heart Rectory, 101 King St., Northampton, 01060-2292 — 584-7422

LECLERC, Rev. Msgr. Leo A., '61
St. Rose de Lima Rectory, 600 Grattan St., Chicopee, 01020-1592 — 536-4558

LESSARD — THIBODEAU, Rev. John G., '92
Our Lady of Guadalupe Rectory, 435 Maple St., Holyoke, 01040-3713 — 532-4282

LeVAY, Rev. R. Joseph, '50 (retired)
45 Fort Hill Ter., Northampton, 01060

LEVESQUE, Rev. Sylvio E., '46
St. Anne Rectory, 2230 Main St., Three Rivers, 01080-1120 — 283-5041

LIS, Rev. John S., '73
Our Lady of the Valley Rectory, 99 Maple Ave, Sheffield, 01257-0515 — 229-3028

LISTON, Rev. Daniel P., '85
Blessed Sacrament Rectory, 336 Elm St., Northampton, 01060-2881 — 584-1280

LORD Rev. David, MIC
Marian House, 4 Prospect Hill Rd., Stockbridge, 01262 — 298-3931

LOUGHRAN, Rev. Peter G., '48 (retired)
Mont Marie, 34 Lower Westfield Rd. Ste. 1, Holyoke, 01040

LUXNEY, Rev. William H., '94
St. Mary Rectory, 19 Congress St., Orange, 01364-1697 — (978) 544-2900

MACZYINSKI, Br. Andrew, MIC
Marian House, 4 Prospect Hill Rd., Stockbridge, 01262 — 298-3931

MAGUIRE, Most Rev. Joseph F., '45 (retired)
76 Elliot St., P.O. Box 1730, Springfield, 01101-1730 — 732-3175

MAILLOUX, Rev. Normand F., MS, '55
St. Adalbert Rectory, 18 Depot St., P.O. Box 1083, Bondsville, 01009-1083 — 283-3090

MALATESTA, Rev. Christopher A., '93
St. Agnes Rectory, 489 Main St., Dalton, 01226-1691 — 684-0125

MANNING, Rev. Francis J., '51 (retired)
23 Oakhurst St., Springfield, 01104 — 733-7165

MANSHIP, Rev. Paul F., '88
All Souls Rectory, 445 Plainfield St., Springfield, 01107 — 736-0076

MARCHESE, Rev. Joseph P., '50
109 O'Connell House, Boston College, Chestnut Hill, 02167-3924 — (617) 552-2281

MASSARO, Rev. Joseph, CSS, '48
St. Ann Rectory, 576 Memorial Ave., West Springfield, 01089-1599 — 736-3101

McCORMICK, Rev. Howard W., '57 (retired)
St. Michael Residence, 86 Wendover Rd., Springfield, 01118

McDONAGH, Rev. John F., '82
Newman Center, UMASS, 472 North Pleasant St., Amherst, 01002 — 549-0300

McGONAGLE, Rev. Douglas '01
St. Cecilia Rectory, 7 Maple St., Wilbraham, 01095-1730 — 596-4232

McGRATH, Rev. Brian F., '92
St. Mary Rectory, 30 Bartlett St., Westfield, 01085-3006 — 562-5477

McGUIGAN, Rev. Steven F., '90
St. Patrick Rectory, 30 Albany Rd. West Stockbridge, 01266-9200 — 232-4427

MENGE, Rev. James Paul, '62 (retired)
Landmark at Monastery Heights, Rm 110, Monastery Ave., West Springfield, 01089

MILEWSKI, Br. Albin, MIC
Marian House, 4 Prospect Hill Rd., Stockbridge, 01262 — 298-3931

MURPHY, Br. Steve, OFM Conv.
Mater Dolorosa Rectory, 71 Maple St., Holyoke, 01040 — 532-8272

MURPHY, Rev. Timothy J., '74
St. Mary Rectory, 27 Somers Rd., Hampden, 01036-9704 — 566-8843

MURPHY, Rev. William P., '86
Most Holy Redeemer Rectory, 120 Russell St., P.O. Box 375, Hadley, 01035-0375 — 584-1326

NEDDER, Rev. Edward T., '87
St. Anthony Rectory, 419 Island Pond Rd., Springfield, 01118-1002 — 732-0589

NIEMCZYK, Rev. Stefan J., '87
Sts. Peter and Paul Rectory, 2267 Main St., Three Rivers, 01080-1120 — 283-6030

NOISEUX, Rev. Donald A., '84
St. Thomas Rectory, 8 East Main St., P.O. Box 547, Huntington, 01050-0547 — 667-3350

O'CONNOR, Rev. Matthew J. '56 (retired)
69 Beacon Ave., Holyoke, 01040
O'CONNOR, Rev. Shaun, MIC
St. Peter Rectory, 16 Russell St., Great Barrington, 01230-1333 — 528-1157
O'CONNOR, Rev. Vincent M., '48 (retired)
P.O. Box 346, Leeds, 01053
OGUNLEYE, Rev. Anthony
St. Peter Rectory, 929 Main St., Worcester, 01610
O'HEAR, Rev. Daniel J., '62
OLIVEIRA, Rev. Vítor Manuel Dinis, '73
Our Lady of Fatima Rectory, 438 Winsor St., Ludlow, 01056-3599 — 583-2312
OZIMEK, Rev. Eugene F., '45 (retired)
Mount St. Vincent Nursing Home, 35 Holy Family Rd., Holyoke, 01040
PACHOLEC, Rev. Daniel S., '96
St. Rose de Lima Rectory, 600 Grattan St., Chicopee, 01020 — 536-4558
PAGANO, Rev. Peter F., '52 (retired)
1215 Massachusetts Ave., North Adams, 01247
PAPINEAU, Rev. Daniel R., MIC '98
St. Peter Rectory, 16 Russell St., Great Barrington, 01230-1333 — 528-1157
PERREAULT, Rev. Leonard J. M., '54 (retired)
P.O. Box 144, Spencertown, NY, 12165
PLASSE, Rev. Eugene J., '72
St. Thomas Rectory, 1076 Thorndike St., Palmer, 01069-1509 — 283-5091
POMERLEAU, Rev. William A., '79
St. Jude Rectory, 1326 Worcester St., Indian Orchard, 01151-2293 — 543-3627
POTVIN, Rev. Raymond H., '48
Dept. of Sociology, Catholic University, Washington, DC 20064 — (202) 319-5445
QUIGLEY, Rev. J. Joseph, '56 (retired)
Newman Center, 472 North Pleasant St., Amherst, 01002 — 549-0728
RAYMOND, Rev. David R., '89
St. Mary Rectory, 159 Church St., PO Box U, Cheshire, 01225-0480 — 743-2110
REILLY, Rev. Francis E., '80
St. Mary Rectory, 12 Cedar St., Ludlow, 01056-2907 — 583-2691
REMY, Rev. Adrien T., '34 (retired)
Mont Marie, 34 Lower Westfield Rd., Holyoke, 01040 — 533-1491
RESTRICK, Rev. Jacob, OP
1434 Riverdale Rd., West Springfield, MA, 01089
RIEL, Rev. Robert H., '80
St. George Rectory, 202 East Main St., Chicopee, 01020-3697 — 598-8622
RIENDEAU, Rev. Richard A., '57
Blessed Sacrament Rectory, 1945 Northampton St., Holyoke, 01040-3498 — 532-0713
ROACH, Rev. John A., '58
St. Joseph Rectory, 34 Monroe Ave., Shelburne Falls, 01370-1405 — 625-6405
ROUSSEAU, Rev. William C., '95
St. Anne Rectory, 30 College St., Chicopee, 01020-4299 — 532-7503
ROUX, Rev. Philippe D., '73
St. Stanislaus Rectory, 27 Sugarloaf St., South Deerfield, 01373-1122 — 665-2417
RUNTE, Rev. Richard M., '73
St. Thomas the Apostle Rectory, 47 Pine St., West Springfield, 01089-2898 — 739-4779
RUSSO, Rev. Armando C., '44
Our Lady of the Rosary Rectory, 5 Main St., P.O. Box 16, Russell, 01071 — 862-4418
RYS, Rev. Paschal, OFM Conv. '51
St. Hyacinth Filial House, 110 Cyman St., Chicopee, 01013 — 557-6930

RZEZUTEK, Rev. Martin, MIC
Marian House, 4 Prospect Hill Rd., Stockbridge, 01262 — 298-3931
SADLOWSKI, Rev. Ronald F., '72
Sacred Heart Rectory, 1103 Springfield St., Feeding Hills, 01030 — 786-8200
SALATINO, Rev. John C., '94
St. Mark Rectory, 27 Onota St., Pittsfield, 01201 — 447-7510
SAVAGE, Rev. Warren J., '79
St. Peter Parish, 260 State St., Westfield, 01085
SCAHILL, Rev. James J., '74
St. Michael Rectory, 110 Maple St., East Longmeadow, 01028 — 525-42538
SCANLON, Br. Terrence, CP
15 Windemere St., Springfield, 01104-2226 — 739-6919, Fax: 747-0273
SCHMITT, Rev. Thomas F., '91
Blessed John XXIII National Seminary, 558 South St., Weston, 02493 — (781) 899-5500
SCUEGLIA, Rev. Charles J. M., '52 (retired)
Mary Immaculate Nursing-Restorative Center, 172 Lawrence St., Lawrence, 01841
SHEA, Rev. John J., '45 (retired)
Providence Place, 5 Gamelin St., Holyoke, 01040
SHEA, Rev. Thomas M., '66
St. Patrick Rectory, 30 Main St., South Hadley, 01075-2744 — 532-2850
SHEAFFER, Rev. John K., '93
St. Francis of Assisi Rectory, 10 Park St., Belchertown, 01007 — 323-6272
SHERSHANOVICH, Rev. Michael, '74
St. Joseph Rectory, 414 North St., Pittsfield, 01201-4674 — 445-5789
SIPITKOWSKI, Rev. James A., '74
Sacred Heart Rectory, 33 Knipfer Ave., Easthampton, 01027 — 527-9036
SKIBA, Rev. Andrew, OFM Conv., '47
St. Hyacinth Filial House, 110 Cyman St., Chicopee, 01013 — 557-6930
SMEGAL, Rev. John T., '77
St. Brigid Rectory, P.O. Box 424, Amherst, 01004-0424 — 256-6181
SMITH, Rev. Leroy, '78
Berkshire Medical Center, 725 North St., Pittsfield, 01201
SNIEZYK, Rev. Msgr. Richard S., '62
St. Michael's Cathedral Rectory, 260 State St., Springfield, 01103-1780 — 781-3656
SOKOL, Rev. Stanislaus, '85
Our Lady of the Rosary Rectory, 28 Underwood St., Springfield, 01104-3619 — 733-0501
SOKOLOWSKI, Br. Dennis, OFM Conv.
St. Hyacinth Filial House, 110 Cyman St., Chicopee, 01013 — 557-6930
SOLTYS, Rev. Raymond A.,
Christ the King Rectory, 41 Warsaw Ave., Ludlow, 01056-2787 — 583-2630
SORANNO, Rev. Joseph M., '74
St. Cecilia Rectory, 7 Maple St., Wilbraham, 01095-1730 — 596-4232
SPLIKA, Rev. Anthony F., OFM Conv. '69
Mater Dolorosa Rectory, 71 Maple St., Holyoke, 01040 — 532-8272
STELZER, Rev. Mark S., '83
Holy Name of Jesus Rectory, 33 South St., Chicopee, 01013-2633 — 592-0122
SULLIVAN, Rev. Francis J., '30 (retired)
St. Michael's Residence, 86 Wendover Rd., Springfield, 01118-1126
SULLIVAN, Rev. Francis X., '48 (retired)
102 Allyn St., Holyoke, 01040
SULLIVAN, Rev. John L., '71
St. Michael's Cathedral Rectory, 260 State St., Springfield, 01103-1780 — 781-3656
SWIFT, Rev. Walter A., '69
St. Christopher Rectory, 16 Sturbridge Rd., Rt. 20, P.O. Box 387, Brimfield, 01010-0387 — 245-7274

# DEACONS

ANTAYA, Rev. Mr. John '01 (Our Lady of the Sacred Heart Parish, Springfield)
  201 Marmon St., Springfield, 01129 — 783-6516
BADAME, Rev. Mr. Joseph, '91 (Holy Family Parish, Holyoke)
  47 Overlook Dr., Easthampton, 01027 — 527-6608
BALDASARO, Rev. Mr. Pasqual, '83 (St. Agnes Parish, Dalton)
  18 Hubbard Ave., Pittsfield, 01201 — 684-1120
BERGERON, Rev. Mr. Leo '01 (St. George Parish, Chicopee)
  26 Sunnymeade Ave., Chicopee, 01020 — 592-3100
BLEDSOE, Rev. Mr. John, '91 (St. Patrick Parish, South Hadley)
  84 Bardwell St., South Hadley, 01075 — 532-6671
BUCCI, Rev. Mr. Joseph S., '97 (St. Mary Parish, Orange)
  59 State Rd, Erving, 01344 — (978) 544-3824
CALLAHAN, Rev. Mr. Thomas A., '81 (Holy Cross Parish, Holyoke)
  633 Newton St., South Hadley, 01075 — 536-2185
CARY, Rev. Mr. Herbert L., '93 (Our Lady of the Valley Parish, Sheffield)
  1408 Silver St., Sheffield, 01257 — 229-8793
CHAPDELAINE, Rev. Mr. Roland C., '83
  (Olympus Specialty Hospital, Springfield)
  282 Somers Rd., East Longmeadow, 01028 — 525-2876
COUGHLIN, Rev. Mr. Leo '01 (St. Mary Parish, Hampden)
  10 Fernwood Dr., Hampden, 01036 — 566-8429
CYR, Rev. Mr. Ralph, '93 (Notre Dame Parish, Pittsfield)
  81 Strafford Ave., Pittsfield, 01201 — 443-3365
DIAZ, Rev. Mr. Celso, '83
  2740 Bay Leaf Dr., Orlando, Fl. 32837 — (407) 855-2686
DUVAL, Rev. Mr. Robert L., '83 (St. Mary of the Assumption Parish, Ludlow)
  9 Sunset Dr., Ludlow, 01056 — 547-8658
FABER, Rev. Mr. Edward H. '83 (retired)
  98 Hanward Hill, East Longmeadow, 01028 — 525-2651
FINNIE, Rev. Mr. Edward J., '73 (retired)
  207 Horseshoe Dr., Chicopee, 01022 — 593-6345
FLEURY, Rev. Mr. Bernard J., '83 (retired)
  244 Main Rd. Westhampton, 01027 — 527-4027 — Fax: 529-2052
GARDE, Rev. Mr. Joseph, '91 (St. Catherine of Siena Parish, Springfield)
  28 Sunbrier Rd. Springfield, 01129 — 782-2155
HAGER, Rev. Mr. James A., '83 (Sacred Heart Parish, Pittsfield)
  22 Hazelwood Ter #1. Pittsfield, 01201-7218 — 499-1072
HERRICK, Rev. Mr. Eugene, '83
  38 Hope St., Burlington, VT 05401 — (802) 982-0811
HIGBY, Rev. Mr. Donald J., '97 (St. Mary Parish, Longmeadow)
  145 Longmeadow St., Longmeadow, 01106 — 567-6418
HITTER, Rev. Mr. Robert, '87 (St. Mary of the Assumption Parish, Cheshire)
  411 Jenks Rd. P.O. Box 296, Cheshire, 01225 — 743-5423
KAISER, Rev. Mr. Joseph, '01
  4 Sutton Place #6, Agawam, 01001 — 789-7502
KEATOR, Rev. Mr. George, '93 (St. Ann Parish, Lenox)
  36 Schermerhorn Park, Box 693, Lenox, 01240-0693 — 637-1146
KOZACH, Rev. Mr. George, '91 (St. Patrick Parish, Springfield)
  46 White Oak Rd., Springfield, 01128 — 783-2458
MARTONE, Rev. Mr. James A., '83 (St. Louis de France Parish, West Springfield)
  19 Frank St., Agawam, 01001 — 786-0152
McCARTHY, Rev. Mr. Francis J., '84 (Blessed Sacrament Parish, Northampton)
  12 Plantation Rd., Hatfield, 01038 — 247-5777

207

TATRO, Rev. Kenneth J., '76
  St. Mary Rectory, 840 Page Blvd., Springfield, 01104-1695 — 733-3527
TEAGUE, Rev. Bruce N., '80
  The Cadigan Center for Religious Life, Amherst College, P.O. Box 5000, Amherst, 01002
THRASHER, Rev. Robert W., '62
  Holy Family Rectory, 15 Holy Family Rd., Holyoke, 01040-2799 — 536-6777
TOKARZ, Rev. John, '39 (retired)
  Loomis House, 298 Jarvis Ave., Holyoke, 01040
THOMAS, Most Rev., Elliot, D.D., (retired)
  Congregation of the Marians, Eden Hill, Stockbridge. 01262 — 298-3931
TIBAHINIRWA, Rev. John
  Holy Family Rectory, 235 Eastern Ave., 01109 — 732-1422
TOURIGNY, Rev. William A., '80
  Our Lady of the Sacred Heart Rectory, 417 Boston Rd., Springfield, 01109
  Mailing address: 51 Rosewell St. Springfield, 01109-1394 — 782-8041
TRAN, Rev. Quynh Dinh, '93
  Holy Name Rectory, 323 Dickinson St., Springfield, 01108-1895 — 733-6310
TUOHEY, Rev. John F., '81
  Providence St. Vincent Medical Center, 9205 S.W. Barnes Rd., Portland, OR. 97225
  — 503-216-4651
TURNER, Rev. Richard M., '80
  St. Patrick Rectory, 319 Broadway, P.O. Box 482, Chicopee, 01020-0482 — 592-4178
TWARDZIK, Rev. Michael W. T., '70
  St. Francis Rectory, 12 Union St. North Adams, 01247-3593 — 663-5316
TWOHIG, Rev. Michael J., '83
  Immaculate Conception Rectory, 475 Main St., West Springfield, 01089-3998
  — 736-4071
VARLEY, Rev. John J., '59
  St. Teresa Rectory, 290 South St. Pittsfield, 01201-6856 — 442-2202
WAGNER, Rev. Robert F. '60
  Alleluia House, 537 Northampton St., P.O. Box 1039, Holyoke, 01041 — 538-7450
WAITEKUS, Rev. Christopher J., '91
  St. Ann Parish, 134 Main St., Lenox, 01240-2395 — 637-0157
WALLIS, Rev. William H., '82
  St. Mary Rectory, 30 Bartlett St., Westfield, 01085-3006 — 562-5477
WALSH, Rev. Francis E., (Lt.), '66
  FSC, Box 18, FPO AP 96306
WAMSHER, Rev. Ronald E. '77
  101 Mulberry St., Springfield, 01105
WELLS, Br. Fred, MIC
  Marian House, 4 Prospect Hill Rd., Stockbridge, 01262 — 298-3931
WHITE, Rev. Robert S., CSS
  Our Lady of Mt. Carmel Rectory, 123 William St., Springfield, 01105 — 734-5433
WIT, Rev. Mieczyslaw, OFM Conv.
  St. Stanislaus Rectory, 566 Front St., Chicopee, 01013 — 594-6669
WUDARSKI, Rev. Dariusz P., '96
  St. Peter and St. Casamir Rectory, 24 State St., Westfield, 01085-3814 — 568-5421
YARGEAU, Rev. Ronald G., '73
  Holy Trinity Rectory, 133 Main St., Greenfield, 01301 — 774-2884
ZIELKE, Rev. Michael, OFM Conv. '89
  St. Stanislaus Rectory, 566 Front St., Chicopee, 01013 — 594-6669

206

TALBOT, Rev. Mr. Richard, '01 (Newman Center, Amherst)
40 High Point Dr., Amherst, 01002 — 253-7677
TENCZAR, Rev. Mr. Edward J., '84
(St. Thomas Parish, Palmer and St. Mary Parish, Thorndike)
25 Cheney St., Three Rivers, 01080 — 283-5776
TOLLER, Rev. Mr. William, '01 (Holy Cross Parish, Springfield)
19 Wheeler Ave. Springfield, 01118 — 782-4612
TUDRYN, Rev. Mr. Theodore J., '97 (St. Stanislaus Parish, South Deerfield)
260 Hadley Rd. Sunderland, 01375 — 665-2847
VELAZQUEZ, Rev. Mr. Raphael, '91 (Holy Family Parish, Springfield)
514 Forest Hills Rd., Springfield, 01128 — 782-6572
WALLEN, Rev. Mr. Paul, '91 (retired)
61 Judson Ave., Mystic, CT 06335-2107 — (860) 245-0548
WILLIAMS, Rev. Mr. Walter B., '79
222 Pleasant St., East Longmeadow, 01028 — 452-0819

MEDINA, Rev. Mr. Genaro, '83 (Blessed Sacrament Parish, Springfield)
174 Drexel St., Springfield, 01104 — 781-7078
MEYER, Rev. Mr. Edward, '80 (St. John the Baptist, Ludlow)
23 Kerry St., Springfield, 01151 — 543-3371
MILLER, Rev. Mr. Lucien M., '83 (Newman Center, Amherst)
L1 Cadwell St., RR 4, Pelham, 01002 — 253-2293
MIREAULT, Rev. Mr. Leon, '91 (St. Rose de Lima Parish, Chicopee)
1707 Parker St., Springfield, 01128 — 783-0092
MOESLEY, Rev. Mr. William G., '93 (St. Charles Parish, Pittsfield)
25 Balance Rock Rd., Pittsfield, 01201 — 443-0382
MOMNIE, Rev. Mr. Eugene C., '83 (St. Joseph Parish, Pittsfield)
200 West Housatonic St., Apt. 13, Pittsfield, 01201 — 499-1445
MONAT, Rev. Mr. Noe H., '84
240 Skycrest Loop, Davenport, FL 33837
MOORE, Rev. Mr. Donald E., '83 (retired)
23 Kerry Dr., Springfield, 01118 — 783-5401
MORRISSEY, Rev. Mr. Robert J., '83
134 Fern St., Springfield, 01108 — 734-9265
MOULTON, Rev. Mr. Robert R., '93 (St. Thomas—Notre Dame Parish, North Adams)
1191 Massachusetts Ave., North Adams, 01247 — 663-9726
MULHOLLAND, Rev. Mr. Sean, '01 (St. Theresa Parish, Pittsfield)
P.O. Box 53, Becket, 01223 — 623-6007
O'BRIEN, Rev. Mr. John, '83
805 So. River St., #76, St. George, UT 84790 — (435) 673-4764, (435) 673-3636
PELLETIER, Rev. Mr. Frederick J., '93 (Immaculate Conception Parish, Holyoke)
132 Cyran St., Chicopee, 01020 — 536-4969
PELLISSIER, Rev. Mr. Bernard, '91 (St. Patrick Parish, Monson)
27 Country Club Heights, Monson, 01057 — 267-3309
PICARD, Rev. Mr. Adrien, '73 (St. Stanislaus Parish, Chicopee)
150 Pine Grove Dr., South Hadley, 01075 — 538-5775
PRZYBYLOWSKI, Rev. Mr. David, '97
(Our Lady of the Lake Parish, Southwick)
P.O. Box 342, Main Rd., Granville, 01034 — 357-6468
RABBITT, Rev. Mr. Thomas '01 (St. Joseph Parish, Shelburne Falls)
12 Sadoga Rd., Colrain, 01340 — 337-8309
RAEL, Rev. Mr. C. Lincoln, '91 (Immaculate Conception Parish, Holyoke)
47 Nononock St., Holyoke, 01040 — 532-2567
RAMOS, Rev. Mr. Oswaldo '01 (Blessed Sacrament Parish, Springfield)
634 Plainfield St., Springfield, 01107 — 788-7810
RATTE, Rev. Mr. Arthur E., '93 (St. Patrick Parish, Northfield)
44 Flower Hill, Warwick, 01364 — (978) 544-6432
RIVERA, Rev. Mr. Jose, '84 (All Souls Parish, Springfield)
222 Garnet St., Springfield, 01129 — 782-5764
ROGERS, Rev. Mr. Francis D., '91 (St. Patrick Parish, Chicopee)
51 Greenacre Lane, East Longmeadow, 01028 — 525-2594
ROUTHIER, Rev. Mr. Albert, '97
(St. Mary Parish and St. Anne Parish, Turners Falls, Sacred Heart Parish, Greenfield)
19 Dunton St., Turners Falls, 01376 — 863-9133
RYAN, Rev. Mr. Francis, '01 (St. Anthony Parish, North Adams)
69 Stryker Rd., Florida, 01247 — 664-1041
SMITH, Rev. Mr. Joseph, '97
40 Carriage Rd., Chicopee, 01013 — 533-5565
SZYMCZYK, Rev. Mr. Rodney J., '83
(Immaculate Conception Parish, Indian Orchard, Alleluia House at Jericho, Holyoke)
74 Dunsany Dr., Longmeadow, 01106 — 567-9097

2004 DIRECTORY OF
THE DIOCESE OF SPRINGFIELD

NECROLOGY OF
DIOCESAN CLERGY

# DIRECTORY
## 2004

*ADDITIONAL COPIES*

Copies are limited!
Copies are limited!
Copies are limited!
**Copies are limited!**

*Request your
additional copies today!*

Please send your requests for additional
copies of Directory 2004 with your check
for $25.00/ea. (includes shipping) to:

**Catholic Communications Corporation
P.O. Box 1730
Springfield, MA 01101-1730**

*Know who to call and where to go!*

# NECROLOGY

The following dates of death are grouped by month with the day and the year given within the month. The date following the name of the clergy is the person's year of ordination.

## JANUARY

1 – 1926-Rev. Joseph P. Dalton, '16
1941-Rev. Jeremiah A. Riordan, '95
1943-Rev. Patrick J. Meehan, '98
1971-Rev. John J. Loftus, '35
1996-Rev. Paul A Carberry, '44
2002-Rev. John R. Bourque '75
1923-Rev. John J. O'Keefe, '75
4 – 1953-Rev. James J. Courtney, '25
5 – 1950-Rev. Francis C. Burns, '11
6 – 1887-Rev. Thomas Tighe
7 – 1935-Rev. Msgr. John T. Sheehan, '75
1968-Rev. Msgr. Robert T. Sullivan, '32
8 – 1992-Rev. Thomas D. McGrath, '44
9 – 1917-Rev. Michael H. Kittredge, '78
1934-Rev. John R. Murphy, '79
1989-Rev. William J. O'Shea, '38
2001-Rev. James E Cronin, '47
10 – 1935-Rev. Stephen C. Hallissey, '97
1943-Rev. J. Horace Gelineau, '09
1955-Rev. Raoul W. Ouellette, '27
11 – 1903-Rev. Frederick T. Leland, '96
1922-Rev. Msgr. John T. Madden, '78
1928-Rev. Frederick Bonneville, '87
1976-Rev. Msgr. Walter C. Connell, '30
12 – 1930-Rev. Michael A.K. Kelly, '96
1933-Rev. Hormidas Remy, '11
1944-Rev. Valerian Fligier, '04
13 – 1933-Rev. Hormisdas Remy, '11
1961-Rev. Bernard A. Kearns, '18
1969-Rev. George R. Dudley, '28
1972-Rev. Msgr. Harry J. Hackett, '10
1985-Rev. Thomas F. O'Malley, '30
14 – 1939-Rev. Msgr. Louis D. Grenier, '91
2000-Rev. Raphael a. Posco, '38
15 – 1877-Rev. Richard C. Moran
1935-Rev. John P. Hackett, '90
1942-Rev. Richard D. Murphy, '03
1946-Rev. Henry A. Powers, '95
1966-Rev. Henry F. Finnegan, '31
1967-Rev. John J. Scanlon, '27
1971-Rev. James V. Hanrahan, '99
16 – 1981-Rev. Raymond L. Lavoie, '43
1984-Rev. Timothy J. Champoux, '33
1986-Rev. Leonard H. Smith, '38
17 – 1888-Rev. Thomas F. Joyce
1938-Rev. Michael W. Mullane
18 – 1927-Rev. Charles Crevier, '67
1934-Rev. Real F. Hastings, '22
1940-Rev. Ambrose Buisson, '07
19 – 1958-Rev. Morgan A. McCarthy, '35
20 – 1880-Rev. E. P. McCort
1941-Rev. William E. Ryan, '94
21 – 1997-Rev. Gerald J. Lapean, '57
22 – 1934-Rev. Garrett H. Dolan, '81
1969-Rev. L. Jules Betourney, '33
1971-Rev. Joseph P. Szczepaniak, '26
1996-Rev. Anthony J. Menard, '36
23 – 1889-Rev. Msgr. Patrick Healy, '54
1917-Rev. John Kenny, '75
1930-Rev. Paul Roy, '99
1939-Rev. Msgr. William E. Foley, '90
1980-Rev. Vincent Pudokas, '31
24 – 1964-Rev. Msgr. J. Armand Silvain, '18
25 – 1941-Rev. Francis A. Kelly, '15
1949-Rev. James F. McGillicuddy, '00
26 – 2000-Rev. Roland A. Renaud, '60
27 – 1902-Rev. John J Power, '56
28 – 1986-Rev. Daniel E. Hennessey, '14
1996-Rev. Mr. Robert Renaud, '84
29 – 1940-Rev. Matthew L. Boyne, '00
1943-Rev. Paul L. D'Amours, '09
1945-Rev. John J. Foran, '12
1970-Rev. Leon V. Lussier, '57
1973-Rev. Ladislaus Siemaszko, '46
30 – 1911-Rev. Msgr. Edward S. Fitzgerald, '85
31 – 1968-Rev. George B. Healy, '18
1991-Rev. Joseph A. Burke, '44

## FEBRUARY

1 – 1910-Rev. Michael A. Griffin, '91
1930-Rev. Eugene Tober, '77
1970-Rev. Msgr. Joseph A. Russell, '38
4 – 1961-Rev. Edmond D. Benard, '41
2002-Rev. Msgr. Rosario L.U. Moncalm '36
5 – 1986-Rev. Mr. William H. Murphy, '83
6 – 1929-Rev. Julius Caplikas, '16
7 – 1946-Rev. Michael L. O'Ryan, '17
1981-Rev. Edward J. Keyes, '53
8 – 1911-Rev. Alexis Delphos, '66
1939-Rev. Edward J. Schuster, '23
9 – 1965-Rev. Joseph M. Reilly, '42
1994-Rev. Paul E. Morissette, '53
2000-Rev. Ralph A. Pollone, '83
10 – 1944-Rev. James J. Donoghue, '19
1967-Rev. James F. Hastings, '24
1972-Rev. Edward T. McClure, '38
11 – 1969-Rev. John A. MacDonald. '26
13 – 1904-Rev. Leon F. Redican. '81
1918-Rev. Thomas P. Ryan. '02
14 – 1891-Rev. James F. McCloskey
1909-Rev. Joseph A. Legris. '66
1944-Rev. Albert J. Tessier, '15
16 – 1931-Rev. Stanislaus A. Kokocinski. '24
1934-Rev. Edward J. Austin. '29
1971-Rev. John P. Donahue. '58
1983-Rev. Joseph J. Sidkowski. '27
1998-Rev. Msgr. Joseph I. Johnson. '32
17 – 1980-Rev. Donald F. Mullen. '26
19 – 1962-Rev. Daniel J. Cronin. '35
22 – 1965-Rev. Msgr. Bernard L. Doherty. '35
1999-Rev. John P Skowronski. '36
23 – 1945-Rev. James P. Curran. '99
1950-Rev. Thaddeus J. Janceczak. '37
24 – 1885-Rev. D. J. Sheridan
1901-Rev. P. O'Gara '9?
1945-Rev. John J. Keating, '07
25 – 1950-Rev. Eugene F. St. Martin. '16
1979-Rev. Thomas P. McLaughlin, '40
1998-Rev. Donald L. Barron. '71
26 – 1891-Rev. James M. H. Doyle
1926-Rev. William J. Finneran. '84
1937-Rev. Jules Graton. '32
1937-Rev. Edward Graton. '87
1972-Rev. Francis X. Hennigan. '40
27 – 1906-Rev. Michael T. Balfe. '97
1921-Rev. William B. Fallon. '92
2000-Rev. Francis A. O'Connor. '28
28 – 1933-Rev. Joseph A. Dalpe. '90
1937-Rev. George Sebhlani. '90
1948-Rev. John F. McDonnell. '05
1959-Rev. Edmund F. Curran. '14
1981-Rev. Pierce P. Power. '48
1992-Rev. Ralph H. Adair. '73
29 – 1980-Rev. Stanislaus Wojcik. '22

## MARCH

1 – 1913-Rev. John Conway. '62
1987-Rev. James E. Preston. '40
1987-Rev. Thomas F. Ferguson. '34
2 – 1992-Rev. Msgr. John Korkmaz. '48
3 – 1938-Rev. Joseph Marchand. '85
1994-Rev. Brian A. Boland. '61
4 – 1922-Rev. Armand L. N. Hamelin. '19
1933-Rev. Michael J. Carroll. '79
1938-Rev. William C. McCaughan. '86
1983-Rev. Fernand A. Roy. '26
6 – 1908-Rev. Robert Walsh. '66
7 – 1874-Rev. John Loughran
1923-Rev. Thomas H. McLaughlin. '86
8 – 1968-Rev. John P. Shannon. '17
1973-Rev. Joseph T. Collins. '33
1990-Rev. Leon J. Sauvageau. '25
1902-Rev. John P. Leary. '92
1928-Rev. George P. Murphy. '18
2001-Rev. Casimir S. Swtialski. '40
10 – 1900-Rev. Terrence M. Smith. '75
1929-Rev. John F. Leonard. '85
1933-Rev. James P. O'Malley. '91
1990-Rev. John D. McNamara. '48
1993-Rev. Michael T. Lynch. '44
1929-Rev. Henry J. McCann. '12
12 – 1887-Rev. Thomas F. Murphy
1919-Rev. Patrick B. Phelan. '72
1951-Rev. Patrick Dowd. '10
1982-Rev. Gerald R. Beauregard. '43
13 – 1925-Rev. Adelard A. Ducharme. '17
1931-Rev. William F. Hanigan. '89
14 – 1944-Rev. Martin Murphy. '84
1964-Rev. John W. Shea. '27
15 – 1937-Rev. Patrick F. Hafey. '86
16 – 1960-Rev. Stanislaus Orlemanski. '15
17 – 1951-Rev. Jeremiah J. McCarthy. '17
1935-Rev. James R. Murphy. '99
18 – 1933-Rev. James M. Cruse. '86
1961-Rev. Msgr. Thomas F. Cummings. '98
1980-Rev. Daniel A. Crowley. '30
2002-Rev. John J. Sexton. '36
19 – 1930-Rev. Edmund J. Murphy. '99
1972-Rev. Msgr. John A. Weloch. '24
1982-Most Rev. Christopher J. Weldon. '29
20 – 1888-Rev. Timothy O'Toole
1963-Rev. John F. Mieczkowski. '22
1976-Rev. Joseph C. Cassidy. '38
21 – 1929-Rev. Francis Kolodziej. '04
1965-Rev. George A. Egan. '21
1889-Rev. John J. McMahon
1911-Rev. Daniel F. Cronin. '79
1922-Rev. John F. McDermott. '78
1985-Rev. Joseph A. Scott. '42
23 – 1925-Rev. Michael J. Coyne. '86
24 – 1900-Rev. Mark E. Purcell. '79
1919-Rev. Daniel T. Devine. '02
25 – 1958-Rev. Josaphat Brodeur. '25
1989-Rev. John J. Szymczyk. '28
26 – 1945-Rev. Patrick E. Carey. '02
28 – 1913-Rev. John F. Lee. '77
1913-Rev. Levi N. Page. '05
29 – 1929-Rev. Joseph E. Perreault. '72
30 – 1904-Rev. Austin O'Grady. '85
1981-Rev. Albert T. Beaudry. '07
31 – 1942-Rev. Euphemius M. Chabot, '16
1980-Rev. Sigmund F. Kwiatkowski. '47

# APRIL

1 – 1927–Rev. James M. Prendergast, '85
   1933–Rev. Thomas S. Hanrahan, '85
   1938–Rev. Alfred I. Millette, '21
2 – 1970–Rev. John Langow, '193 –
   1955–Rev. Msgr. Edward P. Dunphy, '96
4 – 1905–Rev. Patrick D. Stone, '68
   1945–Rev. William H. O'Malley, '03
   1976–Rev. Joseph A. Remi, '33
5 – 1944–Rev. Levi J. Achim, '88
   1944–Rev. Joseph O. P. Bourassa, '01
   1982–Rev. William I. Proctor, '34
6 – 1906–Rev. Leo Kwasniewski, '02
   1976–Rev. Francis E. Shannon, '25
   1982–Rev. Joseph T. Harrity, '36
7 – 1929–Rev. Arthur G. Brousseau, '84
   1929–Rev. James A. Noonan, '06
   1939–Rev. A. J. Cayer, '08
8 – 1924–Rev. William H. Goggin, '78
9 – 1940–Rev. Msgr. Bernard S. Conaty, '82
   1975–Rev. Paul E. Douillard, '45
10 – 2002–Rev. Julius A. Jutt '51
11 – 1880–Rev. Michael F. Curran
12 – 1903–Rev. A. M. Sikorski
   1957–Rev. John P. O'Connor, '07
   1982–Rev. Msgr. Henry M. Burke, '19
13 – 1946–Rev. Daniel H. McDermott, '02
14 – 1913–Rev. John J. Broderick, '04
   1944–Rev. Michael T. Slattery, '96
   1966–Rev. Henry C. Krezcko, '41
15 – 1943–Rev. James M. Burke, '03
   1975–Rev. William P. Connor, '32
16 – 1873–Rev. J. Sheehan
   1931–Rev. Patrick A. Manton, '99
   1939–Rev. William H. Adrain, '91
   1984–Rev. Robert R. Choquette, '59
17 – 1981–Rev. Joseph F. Cashin, '54
   1993–Rev. Richard J. Faucher, '43
18 – 1889–Rev. Michael E. Barry, '69
   1928–Rev. Denis P. Sullivan, '01
   1930–Rev. John J. Roberts, '02
   1968–Rev. Msgr. James J. Fitzgibbon, '14
19 – 1979–Rev. John E. Aubertin, '44
   1933–Rev. Humphrey J. Wren, '89
   1941–Rev. Msgr. Cornelius A. Sullivan, '90
20 – 1955–Rev. Valentine Teclaw, '19
   1994–Rev. Richard G. O'Toole, '44
   2000–Rev. John T. Cain, '44
21 – 1940–Rev. William L. Mulcahy, '15
   1998–Rev. Cyril J. Burns, '56
23 – 1943–Rev. Oscar J. Charland, '26
24 – 1955–Rev. Thomas P. Kelly, '35
25 – Rev. Patrick J. Martin, '00
   1975 Rev. Sylvio P. Thomas, '24
   1987–Rev. Thomas J. O'Connor, '55
26 – 1942–Rev. Patrick F. Coyle, '13
27 – 1934–Rev. John J. Madden, '04
   1984–Rev. John R. Wolohan, '22
28 – 1930–Rev. Patrick H. Boland, '93
   1938–Rev. Thomas A. McGovern, '94
   2001–Rev. Donald A. Desilets, '52
29 – 1949–Rev. Alfred Potvin, '01
   1975–Rev. W. Peter Piotrowski, '45

# MAY

1 – 1942–Rev. Wilfred J. Choquette, '06
   1944–Rev. Joseph E. McDermott, '25
   1964–Rev. Howard W. O'Connell, '20
2 – 1872–Rev. John Griffin
   1914–Rev. Charles McManus
   1976–Rev. Thomas P. Griffin, '30
3 – 1924–Rev. Richard J. Lawless, '16
   1948–Rev. James M. Donohue, '28
   1968–Rev. Edward P. McGuire, '22
   1977–Rev. Albert C. Fleury, '16
5 – 1877–Rev. Richard J. Donavan
   1967–Rev. Msgr. John D. Sullivan, '14
6 – 1923–Rev. James J. Farrell, '90
8 – 1900–Rev. James B. Drennan, '79
   1908–Rev. Philip J. Carey, '99
   1908–Rev. Joseph T. Lynch, '05
   1921–Rev. Eugene F. Brosnihan, '87
9 – 1939–Rev. Jean–Baptiste V. Campeau, '84
   1970–Rev. George J. Friel, '28
13 – 1946–Rev. James T. Reilly, '05
14 – 1887–Rev. Andre B. Dufresne
   1980–Rev. Msgr. John F. Mitchell, '24
15 – 1957–Rev. John P. O'Day, '27
16 – 1881–Rev. Angelo M. Barel
   1936–Rev. James P. Moore, '04
17 – 1935–Rev. John E. Sellig, '97
18 – 1991–Rev. William T. Lee, '25
19 – 1874–Rev. James A. McEvoy
   1891–Rev. P. W. Burke
   1942–Rev. Arthur J. Faucher, '36
   1968–Rev. Henry J. Auger, '23
   1974–Rev. John R. Klekotka, '23
   1987–Rev. Joseph F. Gagan, '29
20 – 1926–Rev. William J. Dower, '82
   1983–Rev. W. Francois Dufresne, '33
   1985–Rev. William Paquin, '48
21 – 1908–Rev. Charles E. Burke, '72
   1931–Rev. Philip J. Lee, '93
22 – 1965–Rev. Stanislaus C. Zdebel, '12
   1971–Rev. John E. Doherty, '14

# JUNE

1 – 1885–Rev. Michael Walsh
2 – 1919–Rev. Ernitian J. B. Delage, '02
   1941–Rev. Msgr. James J. Donnelly, '91
   1982–Rev. Thomas J. Price, '35
3 – 1918–Rev. Emile A. St. Onge, '91
   1937–Rev. James B. Donahue, '00
5 – 1937–Rev. Edward J. Fitzgerald, '92
6 – 1980–Rev. Thomas A. Shea, '27
9 – 1930–Rev. Adelard Landry, '97
   2003–Rev. Thomas J. McCarthy '51
11 – 1913–Rev. James Boyle, '75
   1924–Rev. William F. Grace, '89
   1944–Rev. Louis H. A. Simard, '92
   1958–Rev. Andrew T. F. Nowak, '16
   1993–Rev. Daniel A. Doyle, '55
12 – 1910–Rev. Noel C. Baudouin, '79
14 – 1977–Rev. John W. Curtin, '30
   1983–Rev. Msgr. John T. MacPherson, '32
   1997–Rev. Luke Fennessey, '42
15 – 1948–Rev. Stanislaus Guillet, '99
   1971–Rev. Msgr. Andrew A. Martin, '13
16 – 1970–Rev. Raymond L. Cashman, '33
   1983–Rev. William F. Breen, '30
17 – 1986–Rev. Msgr. David P. Welch, '50
   1991–Rev. John P. Richards, '52
18 – 1925–Rev. John C. Edson, '18
   1981–Rev. Andrew Grady, '35
   1991–Rev. William T. Lee, '25
19 – 1964–Rev. Joseph M. Ryan, '17
   1975–Rev. Raymond P. O'Sullivan, '62
20 – 1947–Rev. Thomas P. Smith, '94
23 – 1967–Rev. Antonio O. Dufault, '26
24 – 1948–Rev. Joseph M. Marceau, '05
   1963–Rev. Joseph Lekston, '02
   1988–Rev. Normand H. Belisle, '37
25 – 1968–Rev. Robert L. Ahern, '19
23 – 1938 Rev. Gedeon Fontaine, '03
   1985–Rev. William F. Fahey, '27
   1995–Rev. Robert L. Arpin, '72
24 – 1900 Rev. Francis X. Boyle, '41
26 – 1935 Rev. John W. Finnerty, '13
   1982–Rev. George L. Brunelle, '31
27 – 1911–Rev. Cornelius M. Foley, '63
   1974–Rev. Joseph F. Holland, '28
28 – 1892–Most Rev. Patrick T. O'Reilly, '57
29 – 1886–Rev. A. J. Derbuel
30 – 1883–Rev. Charles Lynch, '58
   1954–Rev. Msgr. John F. Conlin, '91
31 – 1943–Rev. Patrick J. Griffin, '91

# JULY

1 – 1966–Rev. James A. Lahey, '16
   1993–Rev. Aven B. Baioon, '44
2 – 1894–Rev. Henry L. Robinson, '65
   1985–Rev. Thomas F. Curran, '20
   1991–Rev. Edward J. Kroyak, '48
   2001–Rev. John J. Johnson, '48
3 – 1962–Rev. James A. Geary, '07
   1994–Most Rev. John A. Marshall, '53
   1997–Rev. James M. Graham, '85
4 – 1943–Rev. James W. Hester, '14
   1978–Rev. William H. Smith, '30
   1985–Rev. L. George Clermont, '32
5 – 1932–Rev. Thomas A. Bolan, '17
7 – 1969–Rev. Msgr. Joseph C. Frean, '30
   1981–Rev. Raymond W. O'Brien, '30
8 – 1989–Rev. Maurice E. Lapierre, '18
   1948–Rev. Charles E. Lapierre, '18
10 – 1977–Rev. Thomas S. Harkman, '10
11 – 1900–Rev. Peter F. Higgins, '97
   1914–Rev. Maurice A. O'Sullivan, '80
   1949–Rev. Augustine B. O'Grady, '18
   1953–Rev. William J. Morin, '03
12 – 1945–Rev. Msgr. Joachim Maffei, '02
13 – 1995–Rev. John B. Hughes, '30
14 – 1912–Rev. A. L'Heureux, '82
   1936–Rev. Thomas H. Guerreau '48
15 – 2001–Rev. John Moneta, '93
   1930–Rev. Henry Kenton, '23
   1968–Rev. Thomas F. Finn, '19
   1995–Rev. Daniel L. Gill, '58
   2003–Rev. John P. Lucey '32
16 – 1914–Rev. Richard F. Walshe, '73
   1970–Rev. Joseph G. Novorolsky, '32
   1996–Rev. Walter J. Joyce, '33
17 – 1886–Rev. John M. Kremmer
   1936–Rev. Joseph O. Comtois, '97
19 – 1939–Rev. James W. Dolan, '92
   1949–Rev. Thomas F. Mullahy, '18
20 – 1914–Rev. John F. Spellman, '97
   1968–Rev. Gordon A. Dowd, '26
21 – 1925–Rev. Patrick W. Morrissey, '01
   1976 Rev. Msgr. Eugene F. Marshall, '17
   1981 Rev. Paul E. O'Day, '25
26 – 1962 Rev. Msgr. George S. L. Connor, '11
   1981–Rev. Henry F. McKeon, '28
   1903–Rev. Alphonse M. Clement, '88
27 – 1931–Rev. George W. Welch, '00
28 – 1925–Rev. Joseph C. Allard, '89
30 – 1963–Rev. Jeremiah C. Murphy, '18
   1993–Rev. James J. Moylan, '53

22 – 1944-Rev. Msgr. Marie A.
 Destochers, 34
 1991-Rev. Harry A. Driscoll, 33
 1993-Rev. Thomas B. Pierce, 34
 1998-Rev. Xavier S. Baranowski, 34
23 – 1899-Rev. Denis C. Moran, 65
 1967-Rev. John H. Freel, '16
 1971-Rev. Msgr. John A. Keaney, 34
25 – 1880-Rev. Julius Cosson, '79
 1881-Rev. Walter A. Henneberry
26 – 1906-Rev. Michael F. Kennedy, '04
 1913-Rev. Charles J. Boylan, '78
 1968-Rev. Herbert F. Carroll, '27
 1975-Rev. Alphonse A. Skoniecki, '17
 1991-Rev. Frederick G. Dion, '53
27 – 1930-Rev. John A. Fitzgerald, '90
 1976-Rev. Edward V. Reilly, 32
 1989-Rev. Joseph P. Quinlan, '71
28 – 1952-Rev. John F. Carroll, '36
 1958-Rev. John J. Pham, '56
29 – 1919-Rev. James F. Maher, '83
 1944-Rev. George F. Flynn, '93
 1998-Rev. Gerald L. Malboeuf, '54
30 – 1886-Rev. P. J. Callery
 1906-Rev. Thomas E. Purcell, '84
 1908-Rev. Daniel F. McGillicuddy, '60
 1909-Rev. Joseph H. Destochers, '88
 1971-Rev. Martin F. Gibbons, '48
31 – 1947-Rev. Trancrede Beauregard, '14
 1974-Rev. Msgr. David J. Power, 41

## AUGUST

2 – 1910-Rev. William T. Sherry, '85
 1938-Rev. Michael J. O'Connell, '04
 1972-Rev. Msgr. R. C. Roccaprione, '27
 1955-Rev. Msgr. Jeremiah P.
 Sheahan, 22
 1999-Rev Michael J. Doyle, '67
3 – 1967-Rev. John E. Forhan, 30
4 – 1968-Rev. James P. Lynch, '43
 1981-Rev. Leonard B. Burke, 35
5 – 1872-Rev. P. V. Moyce
 1889-Rev. William H. Long, '84
6 – 1959-Rev. Fred C. Leahy, '14
7 – 1904-Rev. Thomas J. Fitzgerald, '84
 1915-Rev. Michael J. Welch, '94
8 – 1925-Rev. James F. Ahern, '00
 1938-Rev. James E. Meehan, '93
9 – 1978-Rev. William H. Smith, '00
10 – 1964-Rev. Msgr. Michael Abi Saab, '11
 1971-Rev. Lucien W. Fortin, '42
11 – 1889-Rev. Thomas Reynolds, '81
 1911-Rev. Jean E. Marcoux, '73

12 – 1960-Rev. John I. Chagnon, 32
13 – 1913-Rev. J. M. Varrily, '86
 1915-Rev. William I. Phelan, '02
 1916-Rev. C. J. Mulcahy, '01
 1916-Rev. Denis J. Sullivan, '07
 2002-Rev. Ronald P. Lussier. 52
13 – 1944-Rev. Thomas F. McKoan, 04
 1882-Rev. Daniel D. Higgins
15 – 1889-Rev. Charles B. Viens
16 – 1904-Rev. James T. Canavan, '73
 1931-Rev. Arthur E. Sheedy, '99
17 – 1927-Rev. James I. Howard, '91
 1951-Rev. John C. McMahon, '13
19 – 1930-Rev. Thomas B. Cunningham, '97
20 – 1889-Rev. Denis Scannell, '70
 1908-Rev. Louis G. Gagnier, '55
 1917-Rev. Thomas P. McDonnell, '90
 1919-Rev. William H. Hart, '81
21 – 1882-Rev. James Hennessey
 1931-Rev. Jeremiah F. Sullivan, '04
 1936-Rev. Denis Mullins, '87
 1940-Rev. James W. McGrath, '03
 1955-Rev. Msgr. Albert R. Aubertin, '22
 1998-Rev. Paul Bernard, 41
22 – 1944-Rev. Maximilian E.
 Lewandowski, '32
 1965-Rev. John R. Rooney, '16
 1966-Rev. John F. Prendergast, '15
23 – 1913-Rev. John D. Colbert
 1938-Rev. John C. Ivers, '89
 1988-Rev. J. Roy Jenness, '56
24 – 1941-Rev. Thomas O'Keefe, '83
 1945-Rev. Stanislaus Feresz, '17
 1977-Rev. John F. Walsh, '33
25 – 1995-Rev. Raymond M. Lepire, '49
 1930-Rev. Ladislas O. Genffroy, '89
 1948-Rev. Francis W. Hafey, '17
26 – 1958-Rev. Msgr. Charles N. Fortin, '17
27 – 1902-Rev. David Moyes, '66
 1886-Rev. Michael J. Dougherty
29 – 1992-Rev. Richard E. Wellette, '60
31 – 1962-Rev. John J. Callahan, '32

## SEPTEMBER

1 – 1902-Rev. William A. Power, '66
 1960-Rev. John Kiszaj, '19
 1977-Rev. Msgr. George A. Shea, '22
2 – 1927-Rev. John M. Keaney, '87
 1934-Rev. Patrick H. Gallen, '81
3 – 1916-Rev. Daniel H. O'Neil, '72
 1922-Rev. Thomas S. Donoghue, '91
 1966-Rev. Edmund M. Kempinski, '03
4 – 1946-Rev. James A. Nally, '25
5 – 2000-Rev. Ernest P. Moreau, '51

6 – 1903-Rev. Edward F. Martin, '77
 1905-Rev. James P. Tuite, '77
7 – 1958-Rev. Frederic J. Brouillet, '14
 1970-Rev. Edward G. Authier, '30
8 – 1941-Rev. Msgr. Paul Abi-Saab, '77
 1994-Rev. Leo C. Shea, '32
9 – 1939-Rev. John J. Kenney, '06
11 – 1903-Rev. John J. Fallon, '83
 1920-Rev. John H. Murphy, '78
 1941-Rev. Patrick T. O'Connor, '00
 1945-Rev. Edward J. Featherstone, '23
14 – 1870-Rev. Thomas O'Sullivan
 1928-Rev. Thomas Smyth, '71
 1933-Rev. Msgr. Anthony A. Cyran, '07
 1962-Rev. Francis J. Keaney, '41
 1963-Rev. Msgr. Joseph T. Smith, '13
15 – 1888-Rev. Michael J. Howard '65
 1963-Rev. Charles L. Foley, '10
16 – 1970-Rev. James T. Walsh, '49
 1953-Rev. George J. Dacey, '16
17 – 1993-Rev. Frederick J. Banas, 68
19 – 1948-Rev. Robert F. Donohoe, '23
 1955-Rev. Henry J. A. McCormick, '18
20 – 1900-Rev. Daniel Shell, '71
 1907-Rev. J. A. Charland, '78
 1938-Rev. Charles H. Jeannotte, '77
21 – 1939-Rev. Timothy J. A. Fitzgerald, '02
 1994-Rev. Aloysius A. Budnik, 44
23 – 1990-Rev. Mr. Walter J. Clarke, '84
25 – 1969-Rev. John H. Engstrom, '19
26 – 1904-Rev. Msgr. George E.
 Brochu, '68

## OCTOBER

1 – 1898-Rev. Joseph H. Lesueur, '97
 1939-Rev. John J. O'Malley, '93
 1994-Rev. Roger Gagnon, '55
2 – 1918-Rev. John D. Monahan, 17
 1943-Rev. Albert E. Paquette, '27
 1951-Rev. Gerald S. McGourty, '03
 1955-Rev. Msgr. John A. O'Connell, '01
4 – 1935-Rev. Joseph G. Daley, '91
5 – 1918-Rev. William J. Power, '82
 1920-Most Rev. Thomas D. Beaven, '75
6 – 1936-Rev. John J. Rogers, '02
 1963-Rev. Francis E. Hilbert, '31
 1970-Rev. Laurier L. L'African, '45

7 – 1896-Rev. James Norris, '82
 1965-Rev. William J. Mahoney, '29
 1978-Rev. Francis W. Scanlon, 36
 1986-Rev. Robert H. Stafford, 47
 2000-Rev. James D. McKenna, 50
8 – 1922-Rev. William Lattanzi, '96
 1937-Rev. Henry J. Connery, '94
 1938-Rev. Martin J. Welch, '18
 1973-Rev. Msgr. J. Alfred Lane, '18
 1983-Rev. John J. Murphy, 51
9 – 1949-Rev. Hormidas Hamelin, '90
 1960-Rev. Joseph M. Foucault, '20
 1991-Rev. Msgr. Timothy J. Leary, 36
 2001-Rev. Msgr. Thomas F. Devine, '45
10 – 1947-Rev. Francis H. Swift, '01
 1949-Most Rev. Thomas M.
 O'Leary, '97
11 – 1895-Rev. Normand A. Ricard, '48
 1895-Rev. Richard Healey, '85
 1935-Rev. Msgr. Patrick F. Doyle, '06
 1992-Rev. Joseph A. Lussier, '27
12 – 1873-Rev. J. Toomey
 1916-Rev. Edward L. Judge, '99
 1994-Rev. Conrad J. Daneault, '49
13 – 1936-Rev. John P. Sullivan, '15
 1947-Rev. Cornelius F. Dumas, '04
 1976-Rev. P. Henry Sullivan, 23
 1977-Rev. Thomas A. Sampson, 38
14 – 1931-Rev. Msgr. L. Onesime
 Trigante, '84
15 – 1949-Rev. George F. Dumas, '17
 1951-Rev. Florence J. Donohue, '19
16 – 1927-Rev. Phileas Trottier, '82
 1941-Rev. John D. McGann, '81
18 – 1905-Rev. Peter S. O'Reilly, '84
 1928-Rev. Paul J. Hartnett, '00
 1936-Rev. Joseph H. McKeon, '95
 1960-Rev. Pierre H. Gauthier, 08
 1960-Rev. Msgr. Sylvio J. Desautels, '1
 1998-Rev. William F. Allen, '31
19 – 1919-Rev. John J. Mullen, '99
 1923-Rev. James J. Hussey, '99
 1998-Rev. William F. Allen, '31
20 – 1924-Rev. John F. Griffin, '86
 1992-Rev. Frederick J. Moore, 47
21 – 1940-Rev. Joseph E. LaRochelle, '09
 1944-Rev. John Lunney, '93
22 – 1871-Rev. Henry M. Smith
 1925-Rev. James J. Tyrrell, '88
 1949-Rev. Theodore A. Demers, 18
 1950-Rev. William J. Kiely, '27
 1988-Rev. Raymond A. Lanoue, 47
 1989-Rev. Daniel G. Shea, '43
 1998-Rev. Thomas G. Lynes, '43
25 – 1918-Rev. John A. Quigley, '06

1946-Rev. Florence A. Lane, '97
1955-Rev. Michael J. Leonard, '92
26 – 1980-Rev. John J. Foley, '25
27 – 1926-Rev. Joseph M. Bissonnette. '98
 1929-Rev. James Gildea, '85
 1948-Rev. Joseph E. Chicoine, '87
 1974-Rev. John T. McNamara, '41
28 – 1942-Rev. James R. McCarthy, '09
29 – 1922-Rev. William J. Nugent, '10
 2002-Rev. Msgr. Roger Viau '43
31 – 1926-Rev. Francis Remy, '21
 1967-Rev. Francis A. Powers, '19
 1980-Rev. Thomas E. Lohan, '56
 1998-Rev. John J. Mara, '48
 1994-Rev. Timothy F. O'Connor, '22
12 – 1972-Rev. Joseph A. Coffey, 50

## NOVEMBER

1 – 1974-Rev. Romeo C. Rheaume, '21
2 – 1995-Rev. John H. McDonnell, '53
 1941-Rev. Louis A. Langlois, '81
3 – 1922-Rev. John J. McCoy, 79
 1925-Rev. James A. Dunphy, '03
4 – 1911-Rev. Peter Reding, '00
 1914-Rev. Wilfred Balthasard, '89
 1932-Rev. John I. Lord, 94
5 – 1959-Rev. Msgr. George M.
     Donahue, 11
6 – 1945-Rev. James A. O'Malley, '93
7 – 1939-Rev. Harry F. Tuttle, '32
 1948-Rev. Leo E. Laviolette, '17
 2001-Rev. Msgr. Robert E. Foudy, '43
8 – 1948-Rev. James P. Lynes, 03
 1978-Rev. Stanislaus A.
     Szczypinski, '32
9 – 1926-Rev. Owen M. McGee, '93
 1969-Rev. Andrew F. Sullivan, '22
10 – 1962-Rev. Philip B. O'Connell, '43
 1974-Rev. John F. Egan, '30
11 – 1918-Rev. William F. Davitt, '11
12 – 1937-Rev. Edmund D. Casey, '80
13 – 1927-Rev. Alfred E. Langevin, '84
 1965-Rev. Philip M. Sullivan, '30
 1998-Rev. Msgr. Eugene E. Guerin, '25
14 – 1901-Rev. James H. McKechnie, '88
 1992-Rev. Edmund B. Walsh, '35
 1996-Rev. Leon C. Nadeau, '39
15 – 1943-Rev. John F. Mongovan, '14
 1965-Rev. Edmond J. Fleming, '31
16 – 1954-Rev. Msgr. Joseph
     Tomkowski, '08
1969-Rev. William H. McAuliff, '31
17 – 1928-Rev. Francis A. O'Malley, '03
 1934-Rev. Loyola E. Parisien, '22

19 – 1912-Rev. Noel Rainville, '75
 1997-Rev. Karl Huller, '54
22 – 1895-Rev. Lawrence J. Dervin, '74
 1907-Rev. Francis E. Lynch, '66
 1916-Rev. John F. Boyle, '99
23 – 1913-Rev. James Donohoe, '74
24 – 1902-Rev. Patrick J. Quaille, '77
 1920-Rev. Michael J. McKenna, '00
 1971-Rev. Basil J. Rafferty, '31
25 – 1971-Rev. John J. Guerin, 26
26 – 1935-Rev. John A. Foucher. '78
 1942-Rev. Daniel M. Tully, '03
 1961-Rev. John E. Murphy, 28
 1966-Rev. G. T. Leon Rury, 09
28 – 1871-Rev. M. S. J. Burke
 1922-Rev. Thomas Ferron, '81
30 – 1946-Rev. Albert Brault, '00
 1965-Rev. Thaddeus W. Mazur, '53
 1982-Rev. John W. Smus, '60

## DECEMBER

1 – 1965-Rev. Msgr. Daniel F. Daley, '23
2 – 1942-Rev. Msgr. John F. Fagan, '86
3 – 1910-Rev. Msgr. Patrick H. Harkins. 64
 1936-Rev. John Hardiman, '31
 1985-Rev. George A. Berthiaume, '45
4 – 1950-Rev. Joseph A. Fredete, '97
5 – 1917-Rev. Thomas Lucey, '86
6 – 1881-Rev. Jeremiah McCarthy, '74
7 – 1909-Rev. Joseph M. A. Genest, '84
 1913-Rev. John H. Gavin, '82
 1930-Rev. James F. X. Teahan. '90
 1941-Rev. Louis T. Rodier, '99
 1989-Rev. Rodolphe L. Guilmette, '62
 1994-Rev. James P. Sears, '37
8 – 1898-Rev. Patrick Cuddihy, '31
 1910-Rev. Rosario Monty, '06
 1914-Rev. Wenceslaus Lenz, '97
 1919-Rev. John B. Daley, '72
9 – 1963-Rev. George H. Gagnon, '99
 1935-Rev. John F. Griffin '98
 1977-Rev. John J. Power, '19
10 – 1898-Rev. Thomas J. Sullivan, '73
 1994-Rev. Walter J. Swider, '43
11 – 1987-Rev. Richard J. McIntyre, '30
12 – 1967-Rev. Msgr. George J. Hurley, '05
 1988-Rev. Joseph J. Cooney, '32
13 – 1917-Rev. Luke J. Purcell, '39
 1927-Rev. Michael J. Ahern, '90
 1946-Rev. James P. Kirby, '04
 1970-Rev. Ladislaus A. Rys, 24
14 – 1910-Rev. Msgr. Thomas Griffin, '67
16 – 1917-Rev. Msgr. Roy E. Leroux, '17
 1930-Rev. Anthony E. Dwyer, '86

17 – 1902-Rev. Michael F. Abbott, '97
 1978-Rev. Martin J. Forhan, '25
18 – 1910-Rev. Bartholomew L.
     McKeaney, '66
 1921-Rev. James A. Hurley, '89
 1935-Rev. Charles H. Duffy, '11
 1947-Rev. Andrew S. Krzywda, '09
19 – 1926-Rev. Joseph A. Robillard, '15
20 – 1954-Rev. Augustine B. Auge, '17
 1964-Rev. James W. Casey, '03
21 – 1920-Rev. David McGrath, '73
 1968-Rev. Msgr. William J.
     Leclaire, '17
 1997-Rev. Msgr. Paul D. Riedl '35
 2000-Rev. Manuel Rocha, '30
22 – 1881-Rev. C. F. Cronin, '72
23 – 1929-Rev. George M. Fitzgerald, '82
24 – 1904-Rev. Richard S. J. Burke, '76
 1912-Rev. Louis F. Gobeil, '96
25 – 1874-Rev. Patrick McManus
 1957-Rev. Joseph Stanczyk, '17
26 – 1970-Rev. John Topa, 27
27 – 1979-Rev. John F. Boland, '94
28 – 1933-Rev. James W. Broderick, '06
 1974-Rev. Richard T. Hoey, 25
29 – 1947-Rev. Thomas McNamara, 10
 1980-Rev. Leo E. Fontaine, 42
 1997-Resv. Robert J. Ceckowski, 55
31 – 1899-Rev. Richard J. Paterson, 66
 1915-Rev. Anthony A. Lamy, '75
 1926-Rev. Thomas C.. O'Connor, '93
 1969-Rev. Richard J. Welch, 25

# 2004 DIRECTORY OF
# THE DIOCESE OF SPRINGFIELD

## INDEX

### INDEX OF ADVERTISERS

| | |
|---|---|
| Allen Organ Sales | 60 |
| Avada Audiology and Hearing Care | 50 |
| Baker Liturgical Art, LLC | 1 |
| Barry University | 154 |
| Canobie Lake Park | 156 |
| Catholic Association of Foresters | 48 |
| Catholic Cemeteries | 170, Outside Back Cover |
| Catholic Communications Corporation | 10, 220 |
| Catholic Home Loan | 42 |
| Catholic Observer, The | 74 |
| Catholic Schools | Inside Back Cover |
| Chalice of Salvation | 146 |
| Chase Glass & Allied Products | 52 |
| Church Manufacturers Guild, Inc | Inside Front Cover |
| Church Specialties, Inc. | 20 |
| Church Technologies, Inc | 76 |
| Community Counseling Service Co., Inc | 18 |
| Cosours, inc. | 80 |
| D'Ambrosio Studios | 62 |
| Dery Funeral Homes | 172 |
| Diospringfield | 180 |
| Egan's Church Furnishings & Restoration | 1 |
| Elms College | 3 |
| Guardicci Stained Glass Studios | 76 |
| H.L. Dempsey Copiers | 48 |
| Harcourt Religion Publishers | 162 |
| Iobserve | 12 |
| Lloyd's Woodworking, Inc. | 40 |
| McNair Business Machines | 52 |

| | |
|---|---|
| Mercy Medical Center | 14 |
| Messrs. Cielinsink & Dugal, Inc. | 222 |
| Newman Center | 166 |
| Office of Social and Pastoral Concern | 38 |
| Office of Stewardship & Development | Inside Back Cover |
| Office of the Permanent Diaconate | 178 |
| Office of Vocations | 178 |
| Patrick Baker & Sons, Inc. | 5 |
| Premiere Hall | 160 |
| Providence Place | 46 |
| Real to Reel | 28 |
| Regina Tours | 44 |
| Riso, Inc | 8 |
| Root Candles | 60 |
| Ruotolo Associates, Inc. | 6 |
| Sisters of Notre Dame de Namur | 178 |
| Sisters of Providence | 178 |
| Sisters of St. Joseph | 166 |
| St. John's Seminary | 46 |
| T.J. Conway Co. | |
| Talls-Church Supplies | 82 |
| Tessier Associates, Inc | 4 |
| The Helios Light Company | 62 |
| The National Shrine of Divine Mercy | 2 |
| The Open Window | 152 |
| Unitech Sound & Security Systems, LLC | 9 |
| Vermont Church Supply Co., Inc. | 86 |
| Waldorf Special Risk, LLC | 26 |
| Wm. B. O'Connor Church Goods, Inc. | 158 |

**5** creative ways to reach the Catholic community in Western Massachusetts with cost-effective advertising:

**THE CATHOLIC OBSERVER**


**Chalice of Salvation**

**www.diospringfield.org**


**i observe**

For assistance, please contact:

**Ron Pitruzzello,** *Advertising Manager*

**Catholic Communications Corporation**

Phone: (413) 452-0643    Fax: (413) 747-0273

Email: r.pitruzzello@diospringfield.org

# 2004 DIRECTORY OF THE DIOCESE OF SPRINGFIELD

# ADVERTISERS INDEX

## MESSRS. CZELUSNIAK & DUGAL, INC.

ORGANBUILDERS: REBUILDING, RESTORATION & MAINTENANCE

POST OFFICE BOX 60

NORTHAMPTON, MASSACHUSETTS 01061-0060

OFFICE FACSIMILE & VOICE ANSWERING MACHINE: (413) 586-7600

Established 1971
Incorporated 1978

Shop at: 29 Walnut Street
Northampton, MA 01060-3217

MOTHER OF SORROWS CHAPEL, PROVIDENCE PLACE,
HOLYOKE, MASSACHUSETTS

SKINNER ORGAN COMPANY, BOSTON, MASSACHUSETTS, OPUS 857, 1931.
3 manuals, 25 ranks. Pitman & Unit Electro-pneumatic action;
currently undergoing complete restoration, including replication of the
original Swell Mixture III, with modernization of the console accessories

PHOTOGRAPH BY GARY W. SMITH – MESSRS. CZELUSNIAK ET DUGAL, INC.

**AIR CONDITIONING**
T.J. Conway Co. ................ 46
Egan's Church Furnishings
& Restoration. ................ 1

**ALARM SYSTEMS**
Unitech Sound & Security Systems, LLC 9

**ALTAR BREADS**
Tally's Church Supplies .......... 82
Vermont Church Supply Co., Inc. ... 86
Wm. B. O'Connor Church Goods, Inc. 158

**ALTAR LINENS & VESTMENTS**
Patrick Baker & Sons, Inc. ......... 5
Tally's Church Supplies ........... 82
The Open Window ................ 152
Vermont Church Supply Co., Inc. ... 86
Wm. B. O'Connor Church Goods, Inc. 158

**ALUMINUM DOORS**
Chase Glass & Allied Products ...... 52

**ARCHITECTS**
Tessier Associates, Inc. ............ 4

**AMUSEMENT PARKS**
Canobie Lake Park ............... 156

**AUDIO/VIDEO PRODUCTION**
Catholic Communications
Corporation ................... 10

**AUDIOLOGY**
Avada Audiology and Hearing Care. ... 50

**BELLS**
Church Specialties, Inc. ........... 20
Church Technologies, Inc. ......... 76
Patrick Baker & Sons, Inc. ......... 5

**BOOKSHOPS**
The National Shrine of Divine Mercy .. 2
The Open Window ................ 152

**BUSINESS MACHINES**
H.L. Dempsey Copiers ............ 48
McNair Business Machines .......... 52
Riso, Inc. ....................... 8

**CAMPUS MINISTRIES**
Newman Center. .................. 166

**CANDLES**
Egan's Church Furnishings
& Restoration. ................ 1
Patrick Baker & Sons, Inc. ......... 5
Root Candles ................... 60
Tally's Church Supplies ........... 82
Vermont Church Supply Co., Inc. ... 86
Wm. B. O'Connor Church Goods, Inc. 158

**CARPETING/FLOORING**
Church Manufacturers
Guild, Inc. ....... Inside Front Cover

**CARILLONS**
Church Specialties, Inc. ........... 20
Church Technologies, Inc. ......... 76
Patrick Baker & Sons, Inc. ......... 5

**CATHOLIC PUBLISHERS**
Catholic Communications
Corporation ................... 10
Harcourt Religion Publishers ....... 162
Prentice Hall. ................... 160

**CEMETERIES**
Catholic
Cemeteries . . 170, Outside Back Cover

**CHIMES**
Church Specialties, Inc. ........... 20
Church Technologies, Inc. ......... 76
Patrick Baker & Sons, Inc. ......... 5

**CHURCH DECORATION/
INTERIOR DESIGN**
Baker Liturgical Art, LLC .......... 7
Church Manufacturers
Guild, Inc. ....... Inside Front Cover
Egan's Church Furnishings
& Restoration. ................ 1
Vermont Church Supply Co., Inc. ... 86
Wm. B. O'Connor Church Goods, Inc. 158

**CHURCH FURNISHINGS**
Egan's Church Furnishings
& Restoration. ................ 1
Lloyd's Woodworking, Inc. ......... 40
Patrick Baker & Sons, Inc. ......... 5
Tally's Church Supplies ........... 82
Wm. B. O'Connor Church Goods, Inc. 158

**CHURCH RENOVATION/
RESTORATION**
Baker Liturgical Art, LLC .......... 7
Church Manufacturers
Guild, Inc. ....... Inside Front Cover
D'Ambrosio Studios ............. 62
Egan's Church Furnishings
& Restoration. ................ 1
Lloyd's Woodworking, Inc. ......... 40
Tally's Church Supplies ........... 82
Wm. B. O'Connor Church Goods, Inc. 158

**CLERICAL APPAREL/VESTMENTS**
Egan's Church Furnishings
& Restoration. ................ 1
Patrick Baker & Sons, Inc. ......... 5
Tally's Church Supplies ........... 82
The Open Window ................ 152
Vermont Church Supply Co., Inc. ... 86
Wm. B. O'Connor Church Goods, Inc. 158

**COLLEGES/UNIVERSITIES**
Barry University ................. 154
Elms College. ................... 3
St. John's Seminary. .............. 166

**COMMUNICATIONS**
Catholic Communications
Corporation ................... 10

**COPIERS**
H.L. Dempsey Copiers ............ 48
McNair Business Machines .......... 52
Riso, Inc. ....................... 8

**DUPLICATORS/
DIGITAL DUPLICATORS**
McNair Business Machines .......... 52
Riso, Inc. ....................... 8

**EDUCATION**
Barry University ................. 154
Catholic Schools. ..... Inside Back Cover
Elms College .................... 3
St. John's Seminary .............. 166

**EDUCATIONAL CONSULTANTS**
Harcourt Religion Publishers ....... 162
Prentice Hall .................... 160

**ELECTRONIC VOTIVE CANDLES**
Church Technologies, Inc. ......... 76
The Helio Light Company. ......... 62

**FACSIMILES**
H.L. Dempsey Copiers ............ 48
McNair Business Machines .......... 52

**FAMILIES & CHILDREN'S SERVICE**
Mercy Medical Center. ............
Office of Social and Pastoral Concern. .. 7

**FINANCIAL SERVICES**
Catholic Home Loan. .... Inside Front Cover
Community Counseling
Service Co., Inc. ..............
Ruotolo Associates, Inc. .......... 40

**FUND-RAISING**
Community Counselling
Service Co., Inc. .............. 82
Office of Stewardship
& Development ..... Inside Back C
Ruotolo Associates, Inc. .......... 158

**FURNITURE**
Church Manufacturers
Guild, Inc. ......... Inside Front C
Egan's Church Furnishings
& Restoration. ................ 1
Lloyd's Woodworking, Inc. ......... 5
Patrick Baker & Sons, Inc. ......... 82
Tally's Church Supplies ........... 152
Vermont Church Supply Co., Inc. ... 86
Wm. B. O'Connor Church Goods, Inc. 158

**GLASS**
Chase Glass & Allied Products ...... 154
Church Manufacturers
Guild, Inc. ......... Inside Front C

**GUILDING/GOLD LEAFING**
Church Manufacturers
Guild, Inc. ......... Inside Front C

**HEALTH CARE**
Mercy Medical Center. ............ 52

**HEARING CARE**
Avada Audiology and Hearing Care. .. 8

**HEARING IMPAIRED
AUDIO SYSTEMS**
Unitech Sound &
Security Systems, LLC .......... 162

**HEATING**
T.J. Conway Co. ................. 160

**HOSPITALS**
Mercy Medical Center. ............ 76

**HUMAN SERVICES**
Mercy Medical Center. ............ 48
Office of Social and Pastoral Concern 52

INSURANCE
Catholic Association of Foresters . . . . . 48
Waldorf Special Risk, LLC . . . . . . . . . . 26

INTERCOM SYSTEMS
Unitech Sound &
Security Systems, LLC . . . . . . . . . . . 9

INTERIOR DESIGN/
CHURCH DECORATION
Baker Liturgical Art, LLC . . . . . . . . . . . 7
Church Manufacturers
Guild, Inc. . . . . . . . Inside Front Cover
Egan's Church Furnishings
& Restoration . . . . . . . . . . . . . . . . . 40
Lloyd's Woodworking, Inc. . . . . . . . . 40
Tessier Associates, Inc. . . . . . . . . . . . . 4
Wm. B. O'Connor Church Goods, Inc. 158

LIGHTING
Baker Liturgical Art, LLC . . . . . . . . . . . 7
Church Manufacturers
Guild, Inc. . . . . . . . Inside Front Cover
The Helio Light Company . . . . . . . . . . 62

LITURGICAL CONSULTANTS
Baker Liturgical Art, LLC . . . . . . . . . . . 7
Patrick Baker & Sons, Inc. . . . . . . . . . . 5

LOANS
Catholic Home Loans . . . . . . . . . . . . . 42

MARBLE & STONE
Baker Liturgical Art, LLC . . . . . . . . . . . 7
Church Manufacturers
Guild, Inc. . . . . . . . Inside Front Cover
Egan's Church Furnishings
& Restoration . . . . . . . . . . . . . . . . . 40

MASONRY WORK
Church Manufacturers
Guild, Inc. . . . . . . . Inside Front Cover

MEDICAL CENTERS
Mercy Medical Center . . . . . . . . . . . . 14

METAL & ALUMINUM DOORS
Chase Glass & Allied Products . . . . . . 52

MORTGAGES
Catholic Home Loan . . . . . . . . . . . . . 42

NEWSPAPERS
The Catholic Observer . . . . . . . . . . . . 74

ORGANS; SALES, TUNING
& SERVICE
Allen Organ Sales . . . . . . . . . . . . . . . 60
Church Technologies, Inc. . . . . . . . . . 76
Messrs. Czelusniak & Dugal, Inc. . . . . 222

PAINTING & DECORATING
Baker Liturgical Art, LLC . . . . . . . . . . . 7
Church Manufacturers
Guild, Inc. . . . . . . . Inside Front Cover
Egan's Church Furnishings
& Restoration . . . . . . . . . . . . . . . . . 1

PALMS
Tally's Church Supplies . . . . . . . . . . . 82

PEWS
Church Manufacturers
Guild, Inc. . . . . . . . Inside Front Cover
Egan's Church Furnishings
& Restoration . . . . . . . . . . . . . . . . . 1
Lloyd's Woodworking, Inc. . . . . . . . . 40
Patrick Baker & Sons, Inc. . . . . . . . . . . 5
Tally's Church Supplies . . . . . . . . . . . 82
Vermont Church Supply Co. Inc. . . . . 86

PILGRIMAGES & GROUP TOURS
C-tours, inc. . . . . . . . . . . . . . . . . . . . 80
Regina Tours . . . . . . . . . . . . . . . . . . . 44
The National Shrine of Divine Mercy . . 2

PLANNED GIVING
Office of Stewardship
& Development . . . . Inside Back Cover

PLUMBING
T.J. Conway Co. . . . . . . . . . . . . . . . . 46

PUBLIC RELATIONS
Catholic Communications
Corporation . . . . . . . . . . . . . . . . . . 10
Community Counselling
Service Co. Inc. . . . . . . . . . . . . . . . 18
Ruotolo Associates, Inc. . . . . . . . . . . . 6

RADIO
Catholic Communications
Corporation . . . . . . . . . . . . . . . . . . 10

REHABILITATION SERVICES
Mercy Medical Center . . . . . . . . . . . . 14

RELIGIOUS GOODS/SUPPLIES
Egan's Church Furnishings
& Restoration . . . . . . . . . . . . . . . . . 1
Lloyd's Woodworking, Inc. . . . . . . . . 40
Patrick Baker & Sons, Inc. . . . . . . . . . . 5
Tally's Church Supplies . . . . . . . . . . . 82
The Helio Light Company . . . . . . . . . . 62
The Open Window . . . . . . . . . . . . . . 152
Wm. B. O'Connor Church Goods, Inc. 158

RELIGIOUS VOCATIONS
Office of the Permanent Diaconate . . 178
Office of Vocations . . . . . . . . . . . . . 178
Sisters of Notre Dame de Namur . . . 178
Sisters of Providence . . . . . . . . . . . . 178
Sisters of St. Joseph . . . . . . . . . . . . . 178
St. John's Seminary . . . . . . . . . . . . . 166

RENOVATIONS
Church Manufacturers
Guild, Inc. . . . . . . . Inside Front Cover
D'Ambrosio Studios . . . . . . . . . . . . . 62
Egan's Church Furnishings
& Restoration . . . . . . . . . . . . . . . . . 1
Lloyd's Woodworking, Inc. . . . . . . . . 40
Tally's Church Supplies . . . . . . . . . . . 82
Wm. B. O'Connor Church Goods, Inc. 158

RETIREMENT COMMUNITIES
Providence Place . . . . . . . . . . . . . . . 46

SANCTUARY SUPPLIES
Egan's Church Furnishings
& Restoration . . . . . . . . . . . . . . . . . 1
Lloyd's Woodworking, Inc. . . . . . . . . 40
Patrick Baker & Sons, Inc. . . . . . . . . . . 5
Tally's Church Supplies . . . . . . . . . . . 82
Wm. B. O'Connor Church Goods, Inc. 158

SCHOOLS
Barry University . . . . . . . . . . . . . . . . 154
Catholic Schools . . . . . Inside Back Cover
Elms College . . . . . . . . . . . . . . . . . . . 3
St. John's Seminary . . . . . . . . . . . . . 166

SEMINARIES
St. John's Seminary . . . . . . . . . . . . . 166

SHRINES
The National Shrine of Divine Mercy . . 2

SOUND SYSTEMS
Unitech Sound
& Security Systems, LLC . . . . . . . . . 9

STAINED GLASS
Chase Glass & Allied Products . . . . . . 52
Church Manufacturers
Guild, Inc. . . . . . . . Inside Front Cover
Egan's Church Furnishings
& Restoration . . . . . . . . . . . . . . . . . 1
Guarducci Stained Glass Studios . . . . 76
Patrick Baker & Sons, Inc. . . . . . . . . . . 5

STATUARY
Baker Liturgical Art, LLC . . . . . . . . . . . 7
Church Manufacturers
Guild, Inc. . . . . . . . Inside Front Cover
Egan's Church Furnishings
& Restoration . . . . . . . . . . . . . . . . . 1
Patrick Baker & Sons, Inc. . . . . . . . . . . 5
Tally's Church Supplies . . . . . . . . . . . 82
Vermont Church Supply Co., Inc. . . . . 86
Wm. B. O'Connor Church Goods, Inc. 158

TRAVEL
C-tours, inc. . . . . . . . . . . . . . . . . . . . 80
Regina Tours . . . . . . . . . . . . . . . . . . . 44

TV SYSTEMS
Unitech Sound
& Security Systems, LLC . . . . . . . . . 9

TYPEWRITERS
McNair Business Machines . . . . . . . . 52

WATERPROOFING
Church Manufacturers
Guild, Inc. . . . . . . . Inside Front Cover

WEB SITES
www.lobserve.org . . . . . . . . . . . . . . 12
www.diospringfield.org . . . . . . . . . 180

WINDOWS
Chase Glass & Allied Products . . . . . . 52
Lloyd's Woodworking, Inc. . . . . . . . . 40

WIRELESS MICROPHONE SYSTEMS
Unitech Sound
& Security Systems, LLC . . . . . . . . . 9

WOODWORKING
Church Manufacturers
Guild, Inc. . . . . . . . Inside Front Cover
Egan's Church Furnishings
& Restoration . . . . . . . . . . . . . . . . . 1
Lloyd's Woodworking, Inc. . . . . . . . . 40
Patrick Baker & Sons, Inc. . . . . . . . . . . 5

YOUTH
Barry University . . . . . . . . . . . . . . . . 154
Carolne Lake Park . . . . . . . . . . . . . . 156
Catholic Schools . . . . . Inside Back Cover
Elms College . . . . . . . . . . . . . . . . . . . 3
Newman Center . . . . . . . . . . . . . . . 166

# INDEX

Administration ... 13
Adoption resource Center at Brightside for Families and Children ... 63
Affiliated Services ... 61
African Ministry ... 53
Apostolate of the Suffering ... 65
Archives and Research ... 53
Beaven Kelly Home ... 63
Berkshire Counseling Services ... 55
Birthright of Pioneer Valley ... 63
Bishops Office ... 21
Black Catholic Apostolate ... 53
Boards and Commissions ... 27
Brightside for Families and Children ... 63
Building Commission ... 29
Bureau for Exceptional Children and Adults at Jericho ... 63
Cabinet ... 24
Campus Ministry ... 165
Casa Maria Pastoral Center for the Hispanic Community ... 63
Catholic Campaign for Human Development ... 29, 53
Catholic Cemeteries Advisory Board ... 30
Catholic Charismatic Renewal of the Diocese of Springfield, The ... 64
Catholic Charities Advisory Board ... 29
Catholic Charities Services ... 53
Catholic Committee on Scouting ... 64
Catholic Communications Corporation ... 54
Catholic Latino Ministry ... 54
Catholic Nurses Council ... 64
Catholic Observer, The ... 54
Catholic Relief Services ... 53
Catholic School Board ... 30
Catholic Schools ... 159
Colleges and Seminary ... 164
Elementary Schools ... 161
High Schools ... 164
Other Catholic Institutions ... 164
Catholic Women's Club of Springfield ... 64
Catholic Youth Center ... 64
Cemeteries ... 169
Center for Mammography ... 64
Center for Spiritual Direction ... 64
Chalice of Salvation ... 55
Chancellors ... 25
Chaplains ... 21
Correctional Facilities ... 75
Public Hospitals and Health Care Facilities ... 78
Military ... 77
Child Abuse Prevention Services ... 78
Christian Center of Pittsfield, The ... 55
Church Outreach to Youth, Inc. COTY ... 65
Clergy Commission ... 31
Clergy Monitor ... 55
Community Health program ... 65
Computer Services ... 55

Counseling Services ... 55
Cursillo Movement Diocese of Springfield ... 65
Daily Mass, The ... 55
Deacons ... 207
Deans ... 22
Diaconate Formation and Ministry Board ... 31
Diaconate Program ... 55
Diagnostic Testing Center ... 65
Diocesan and Parish Cemeteries ... 55
Diocesan Building Consultant ... 55
Diocesan Consultors ... 23
Diocesan Council of Catholic Women ... 66
Diocesan Directory ... 55
Diocesan Finance Council ... 25
Diocesan Master of Ceremonies ... 56
Diocesan RCIA Steering Committee ... 32
Diocesan Real Estate ... 56
Diocesan Services ... 51
Diocesan Tribunal ... 24
Diocesan Union of the Holy Name Society ... 6
Ecclesiastical Secretary to the Bishop ... 21
Ecumenism and Interreligious Affairs ... 56
Education ... 153
Emergency Assistance ... 53
Episcopal Vicars ... 22
Faith and Light Movement ... 66
Family Life Center for Maternity ... 66
Family Life Ministry ... 56
Farren Care Center ... 66
Fertility Care Services ... 56
Fiscal Affairs ... 30
Foundation of the Roman Catholic Diocese of Springfield ... 56
Advisory Board ... 33
Board of Trustees ... 32
Genesis Spiritual Life Center ... 66
Gray House, Inc. ... 66
Hispanic Ministry of Amherst ... 67
HIV/AIDS Ministry ... 53
Holy Childhood Association ... 53
Holy Cross Campgrounds, Goshen, Ma ... 67
Human Resources ... 57
Immigration Support Services ... 53
Investment Advisory Committee ... 25
Joslin Diabetes Center Affiliate at Mercy Medical Center ... 67
Knights and Ladies of St. Peter Claver ... 67
Lay Ministry Formation (Board) ... 33
Lay Ministry Formation ... 57
Legion of Mary ... 67
Life Laboratories ... 67
Lifenght of North Adams, Inc. ... 67
Liturgical Commission ... 34
Massachusetts Catholic Conference ... 67
Mercy Adult Day Health of Westfield ... 68
Mercy Care Center of Springfield ... 68
Mercy Home Care ... 68

Mercy Medical Center .... 68
Mercy Senior Care Network .... 68
Mercy Women's Health Center .... 69
Ministry to Priests .... 57
Ministry to the Bereaved .... 57
Ministry to the Divorced and Separated .... 57
Ministry to the Sick and Elderly .... 57
Ministry with the Deaf .... 57
Misconduct Hotline .... 21
Moderator of the Curia .... 69
Monson Developmental Center .... 69
Mont Marie Child Care Center, Inc. .... 69
Mont Marie Conference Center .... 69
Mont Marie Health Care Center .... 69
Montague Catholic Social Ministry .... 69
Mount Saint Vincent Nursing Home .... 70
Movie Reviews .... 57
National Religious Retirement Fund .... 211
National Shrine of the Divine Mercy .... 70
Necrology of Diocesan Clergy .... 70
Nocturnal Adoration Society .... 70
New Spirit Youth Ministry .... 57
Office of Public Affairs .... 155
Office of Religious Education .... 58
Office of Social and Pastoral Concerns .... 34
Office of Social Concern Advisory Board .... 58
Office of Stewardship and Development .... 35
Office of Stewardship and Development Allocation Board .... 58
Office of Worship .... 58
Officers of the Diocese .... 19
Open Pantry Community Services, Inc. .... 70
Open Window Book and Gift Shop .... 58
Organizational Chart .... 16
Parish Religious Educators .... 35
Parish Social Ministry .... 53
Parish Special Services .... 81
Multi-Lingual .... 83
Services for the Hearing Impaired .... 79
Parishes .... 85
Parishes and Missions .... 85
Merged and Closed .... 147
Parkview Specialty Hospital .... 71
Pastoral and Counseling Center .... 58
Pastoral Ministry Advisory Board .... 35
Pax Christi USA .... 71
Presbyteral Council .... 23
Priests Retirement Program .... 58
Priests, Brothers and Deacons .... 195
Pro-Life Commission .... 58
Providence Behavioral Health Hospital .... 71
Providence Ministry for the Needy, Inc. .... 71
Providence Place at Ingleside .... 72
Providence Care Center of Lenox .... 71
Real to Reel .... 58
Retired Priests Services .... 58

Review Board Membership .... 35
Saint Luke's Home .... 72
Services and Groups .... 37
Reference Guide .... 39
Catholic Organizations within the Diocese .... 49
Chaplains .... 49
Christian Life and Retreat Centers - Shrines .... 49
Diocesan Services .... 41
Family and Social Services .... 43
Health Care Services .... 47
Other Services .... 49
Sister Caritas Cancer Center .... 73
Sisters of Providence Health Systems .... 72
Society for the Propagation of the Faith, The .... 59
Southeast Asian Apostolate .... 59
Sovereign Military Hospitaller Order of St. John of Jerusalem or Rhodes and of Malta .... 72
St. Michael's Residence 7 .... 3
Statistics .... 17
Table of contents .... 11
Telephone Listing .... 15
The Equestrian Order of the Holy Sepulchre of Jerusalem .... 66
Vicar General .... 21
Victim Outreach Coordinator .... 59
Victim Support Sept. 11 .... 53
Vocation Advisory Board .... 36
Vocations Office .... 59
Weldon Rehabilitation Hospital .... 73
Western Massachusetts Funding Resource Center .... 59
Women Religious .... 176
www.diospringfield.org .... 59
www.iobserve.org .... 59
www.realtv.org .... 59
Youth Ministry .... 59