UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10809-MAP

DANIEL MINTZ, ANDREA WINTER, )
JAMES BIANCOLO AND SANDRA BIANCOLO, )
ANN PHILLIPS, STEVEN BAUM, )
CAROL WINSTON, VERNON KOHLENBERGER )
AND DONNA KOHLENBERGER, )
LAWRENCE WOLFE AND PAMELA WOLFE, )
CRAIG PEHLERT AND MELISSA PEHLERT )
AND ROBERT HACKMANN AND )
JANE HACKMANN, )
      Plaintiffs )
)
v. )
)
THE ROMAN CATHOLIC BISHOP OF )
SPRINGFIELD, THOMAS L. DUPRE, BISHOP; )
ARLENE D. SCHIFF, CLIFFORD SNYDER, )
HAROLD BROWN, JEFF HALL AND )
NED DOUGLAS AND EDWIN MAY, )
      Defendants )

## DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Now come the Defendants and oppose the Plaintiffs' Motion To Compel Discovery for the following reasons:

The issues presented by this discovery are unique in that they concern a religious entity whose organization cannot be directly compared to other private corporations. The Diocese itself is one legal entity - The Roman Catholic Bishop of Springfield, A Corporation Sole, created by an act of the legislature, *Acts 1898, Chap. 368.* It serves the Catholic population of all of the

1

four western counties of Massachusetts, approximately 240,000 people. The Diocese itself has its own organization which encompasses numerous services and groups (Def. Exh. 1). The Diocese also has affiliated hospitals, nursing homes, a college, and social service organizations which are largely separate corporations over which the Diocese has limited control.

In addition to all of this, the Diocese operates 123 parishes, together with some 27 schools, almost all of which are run by the parishes (Def. Exh. 2). While the Corporation Sole is the named owner of all of the real estate, the parishes are, by canon law, under the control and responsibility of their pastors.

Plaintiffs' interrogatories essentially asked for a complete rundown of all the operations of all these parishes and more. This is simply not a reasonable request. This litigation concerns the building of one small (3,800 sq. ft.) parish hall for one parish in Lenox. An investigation into the entire operations of the Diocese is not reasonable or relevant to the issues presented in this action.

*Interrogatory No. 1.* This interrogatory goes to the heart of the issues addressed above. Defendants did provide a Diocesan directory (Pl. Exh. 3) which contains, among other things, detailed information as to every parish, the pastor, the facilities, services, addresses and phone numbers, and in most cases, the major employees and their functions. This information answers Interrogatory 1 (b), (d), (e) and (f).

Plaintiffs apparently complain that they did not receive financial information as to every parish, names of lay leadership in each parish and records as to the use of parish halls.[1]

---

[1] Defendants have provided the membership numbers for each church. In fact it is attached to the motion (Pl. Exh. 3).

Answering this would require the defendants to go to each of 123 parishes, gather all of their financial information, obtain names of everyone serving on their parish councils and finance councils, and inquire with each of 123 pastors just what they use their parish halls for. Not only is this an unnecessarily large task, but it bears no relationship at all to the building of one small parish hall in Lenox.

*Interrogatory No. 2.* Defendants can only answer this question by approaching over 60 pastors (those who have parish halls), and inquiring what activities they use their parish hall for. As noted above, this is not a relevant or reasonable request. The interrogatory would further require a description of every single hall and research into the date of its construction. Again, this is not reasonable and the size and activities of other church halls are not relevant to the operation of St. Ann's.

*Interrogatory No. 4.* Defendants did provide in the directory the listing and location of all parish halls. It is attached to the motion itself (Pl. Exh. 3). Defendants do assert that the further questions are both burdensome and irrelevant for all of the reasons cited above. Even within Berkshire County, the inquiry into the other parish halls is irrelevant. None of the other parishes in Berkshire County operate under the Lenox zoning by-laws. They are parishes of varying sizes, some of which have halls, some of which don't. Some have schools with auditoriums, cafeterias and gymnasiums. St. Ann's is building one parish hall with 3,800 square feet of space.

*Interrogatory No. 5.* The interrogatory was answered. This is not a building owned by the defendants. The plaintiffs ask a detailed question into some other building in Lenox that the defendants may have used some time ago, and which, as far as the defendant parish knows, may

not even presently exist. In any event, the defendants rights under the zoning ordinance and RLUPIA do not disappear because there could be some building somewhere else that they could purchase for a similar purpose.

*Interrogatory No. 6.* In Pl. Exhibit 3, the defendants answered this interrogatory further and offered the available minutes. Defendants have no idea from the motion what it is that is now at issue.

*Interrogatory No. 7.* Defendants rights under the zoning ordinance and RLUPIA do not depend in any way on finances. The law is presumably the same for rich and poor alike. Whether the church has the financial ability to acquire and build on other locations cannot affect its right to the use of its own property.

*Interrogatory No. 9.* Defendants have answered the interrogatory.

*Interrogatory No. 10.* This is again an inquiry into the churches finances. It is not relevant to any legal issue in this case. Trying to ascertain the possible future uses of a building by examining past contributions to the church is not even logical. St. Ann's has stated its intended use of the hall and will comply with any law as to its use when it is built.

*Interrogatory No. 11(c).* This is simply another financial question. St. Ann's rights are not affected by the cost to build the hall.

*Interrogatory No. 12.* Defendants cannot understand the objection raised in the motion. Defendants provided the names of the pastor and the members of the governing committees. There is no possible relevance as to the identity of the secretary or the janitor. Prior efforts to raise money are less relevant than any of the other financial information requested.

*Interrogatory No. 13.* Apparently the plaintiffs believe that they are entitled to discover any possible Diocesan plans for other parishes and other properties. This litigation concerns only the proposed parish hall at St. Ann's. Any other property is manifestly irrelevant.

*Documents.* The motion notes that these issues are essentially identical to the interrogatories. The only missing pages from the Diocesan directory are advertisements.

For these reasons, the motion should be denied.

THE DEFENDANTS
BY THEIR ATTORNEYS

Dated: February 8, 2005

Maurice M. Cahillane, Esq., BBO# 069660
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121


Philip F. Heller, Esq., BBO# 229500
HELLER & ASSOCIATES
P.O. Box 823
Lenox, MA 01240
(413) 637-2255; Fax: (413) 637-3039

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this 8th day of February, 2005, on all parties, by First Class Mail, postage prepaid, to:

Jerome J. Scully, Esq., Hannon, Lerner, Cowhig, Scully & Bell
184 Main Street, Lee, MA 01238

John R. Gobel, Esq., Gobel & Hollister
106 Wendell Avenue, Pittsfield, MA 01201

Daniel Mintz, Esq.
26 St. Ann's Avenue, Lenox, MA 01240

_____
Maurice M. Cahillane

0417-030458\84941.wpd



16

Case 3:04-cv-10809-KPN    Document 19    Filed 02/08/2005    Page 9 of 10

# DIOCESE OF SPRINGFIELD
## Erected June 14, 1870

| | |
|---|---:|
| Bishop-Elect of the Diocese of Springfield | 1 |
| Retired Bishops | 2 |
| Diocesan Priests | 166 |
| Religious Priests | 35 |
| Total Priests in Diocese | 200 |
| Total Retired Priests | 42 |
| Total Permanent Deacons | 57 |
| Total Brothers | 9 |
| Total Sisters | 575 |
| Number of Parishes | 123 |
| Missions | 14 |
| Pastoral Centers | 1 |
| Catholic Hospitals | 1 |
|    Patients Assisted Annually | 218,314 |
| Health Care Centers | 3 |
|    Patients Assisted Annually | 6,800 |
| Homes for the Aged | 11 |
|    Total Assisted | 1,300 |
| Residential Care of Children | 1 |
|    Total Assisted Annually | 139 |
| Day Care and Extended Day Care Centers | 1 |
|    Total Assisted Annually | 125 |
| Specialized Homes | 1 |
|    Patients Assisted Annually | 4,900 |
| Special Centers for Social Services | 3 |
|    Total Assisted Annually | 62,909 |
| Day Care of Disabled | 1 |
|    Total Assisted | 1,200 |
| Diocesan Students in Other Seminaries | 12 |
| Religious Seminaries | 0 |
| Total Seminarians | 8 |
| Colleges and Universities | 1 |
|    Total Students | 1,002 |
| Diocesan and Parish High Schools | 4 |
|    Total Students | 1,620 |
| Diocesan and Parish Elementary Schools | 23 |
|    Total Students | 6,088 |
| Religious High School Students | 8,119 |
| Religious Elementary Students | 20,544 |
|    Total Students under Catholic Instruction | 37,381 |
| Sisters Teaching | 29 |
| Lay Teachers | 360 |
| Receptions into the Church | 3,503 |
| First Communions | 3,380 |
| Confirmations | 2,673 |
| Total Marriages | 1,059 |
| Deaths | 4,168 |
| Total Catholic Population | 240,730 |
| Total Population | 790,000 |
| Catholic Population Percentage | 30% |

• **Information as it appears in The Official Catholic Directory copyright, 2004, by P.J. Kenedy & Sons.**

17