UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL MINTZ, ANDREA WINTER, §
JAMES BIANCOLO AND SANDRA BIANCOLO, §
ANN PHILLIPS, STEVEN BAUM, §
CAROL WINSTON, VERNON KOHLENBERGER §
AND DONNA KOHLENBERGER, §
LAWRENCE WOLFE AND PAMELA WOLFE, §
CRAIG PEHLERT AND MELISSA PEHLERT §
AND ROBERT HACKMANN AND §
JANE HACKMANN, §
    Plaintiffs §
 § Civil Action No.
v. § 04-10809-MAP
 §
 §
THE ROMAN CATHOLIC BISHOP OF §
SPRINGFIELD, THOMAS L. DUPRE, BISHOP; §
ARLENE D. SCHIFF, CLIFFORD SNYDER, §
HAROLD BROWN, JEDD HALL AND §
NED DOUGLAS AND EDWIN MAY, §
    Defendants §

## MOTION FOR ENLARGEMENT OF TIME

Now comes the Plaintiffs and request that the Court enlarge the time for the completion of non-expert depositions by Plaintiffs.

The September 1, 2004 Scheduling Order provided that non-expert depositions be completed by February 11, 2005. The Plaintiffs have not yet taken or scheduled such depositions for the reason that interrogatories and document production has not been completed through no fault of Plaintiffs. That same September 1, 2004 Scheduling Order provided that interrogatories and requests for production be served by November 5, 2004. In fact, Plaintiffs propounded its First Set of Interrogatories and First Request for Production of Documents on October 4, 2004 — more than a month prior to the deadline established by the Court in the Scheduling Order. Defendant Diocese provided its response to the Request for Production of Documents under the letter of Attorney Cahillane dated December 9, 2004 and its Answers to Interrogatories under the letter of Attorney Cahillane dated December 20, 2004. After a Rule 37.1 Discovery Conference, Plaintiffs have filed a Rule 37 Motion to Compel on January 26, 2005 as docket entry #18. That Motion is awaiting response from Defendants.

The deposition deadline and the February 15, 2005 Case management Conference contemplated the completion of written discovery, which has not occurred.

Wherefore, it is requested that the deposition for the completion of non-expert

depositions be enlarged until 60 days after the filing of responses to interrogatories and document requests by Defendant.

Respectfully submitted,

Plaintiffs Daniel Mintz, et al

by John R. Gobel; BBO#196340
Gobel & Hollister
106 Wendell Avenue
Pittsfield, MA 01201

Daniel H. Mintz
Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on this February ___, 2005 to the following counsel of record by first class mail, postage prepaid:

Maurice M. Cahillane
Egan, Flanagan and Cohen
67 Market Street
P.O. Box 9035
Springfield, MA 01102

Jerome J. Scully
Hannon Lerner Cowhig Scully & Bell
184 Main Street
P. O. Box 697
Lee, MA 01238-0697

John R. Gobel; BBO#196740