UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 JUN -9 P 12: 06

U.S. DISTRICT
DISTRICT OF MASS.

DANIEL MINTZ, ANDREA WINTER, )
JAMES BIANCOLO AND SANDRA BIANCOLO, )
ANN PHILLIPS, STEVEN BAUM, )
CAROL WINSTON, VERNON KOHLENBERGER )
AND DONNA KOHLENBERGER, )
LAWRENCE WOLFE AND PAMELA WOLFE, )
CRAIG PEHLERT AND MELISSA PEHLERT )
AND ROBERT HACKMANN AND )
JANE HACKMANN, )
      Plaintiffs )
)
v. )    Civil Action No. 04-10809-MAP
)
THE ROMAN CATHOLIC BISHOP OF )
SPRINGFIELD, THOMAS L. DUPRE, BISHOP; )
ARLENE D. SCHIFF, CLIFFORD SNYDER, )
HAROLD BROWN, JEFF HALL AND )
NED DOUGLAS AND EDWIN MAY, )
      Defendants )

## MOTION FOR SUMMARY JUDGMENT

Now comes the defendant, Roman Catholic Bishop of Springfield, and moves pursuant to F.R.C.P. 56 for Summary Judgment on all counts on grounds that there are no issues of material fact and the defendants are entitled to judgment as a matter of law.

                              THE DEFENDANT, THE ROMAN
                              CATHOLIC BISHOP OF SPRINGFIELD

Dated: June 9, 2005

                              /s/ Maurice Cahillane
                              Maurice M. Cahillane, Esq., BBO# 069660
                              EGAN, FLANAGAN AND COHEN, P.C.
                              67 Market Street - Post Office Box 9035
                              Springfield, MA 01102
                              (413) 737-0260; Fax: (413) 737-0121

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served this 9th day of June, 2005, on all parties, by First Class Mail, postage prepaid, to:

Jerome J. Scully, Esq., Hannon, Lerner, Cowhig, Scully & Bell
184 Main Street, Lee, MA 01238

John R. Gobel, Esq., Gobel & Hollister
106 Wendell Avenue, Pittsfield, MA 01201

Daniel Mintz, Esq.
26 St. Ann's Avenue, Lenox, MA 01240


                                                           Maurice M. Cahillane

0417-030458\92338.wpd