

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL MINTZ, ANDREA WINTER, § <br> JAMES BIANCOLO AND SANDRA BIANCOLO, § <br> ANN PHILLIPS, STEVEN BAUM, § <br> CAROL WINSTON, VERNON KOHLENBERGER § <br> AND DONNA KOHLENBERGER, § <br> LAWRENCE WOLFE AND PAMELA WOLFE, § <br> CRAIG PEHLERT AND MELISSA PEHLERT § <br> AND ROBERT HACKMANN AND § <br> JANE HACKMANN, § <br>     Plaintiffs § <br> § <br> v. § <br> § <br> § <br> THE ROMAN CATHOLIC BISHOP OF § <br> SPRINGFIELD, THOMAS L. DUPRE, BISHOP; § <br> ARLENE D. SCHIFF, CLIFFORD SNYDER, § <br> HAROLD BROWN, JEDD HALL AND § <br> NED DOUGLAS AND EDWIN MAY, § <br>     Defendants § | Civil Action No. <br> 04-10809-MAP |

## MOTION FOR SUMMARY JUDGMENT

Now come the Plaintiffs and moves, pursuant to Federal Rule of Civil Procedure 56 for Summary Judgment on the ground that there are no issues of material fact and the Plaintiffs are entitled to judgment as a matter of law.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs hereby request that the Court Order a hearing on Plaintiff's Motion for Summary Judgement filed herewith pursuant to MA Federal Rules, Rule 7.1 (D), so that they may make an oral argument which may assist the Court in ruling on said Motion.

Respectfully submitted,
Plaintiffs Daniel Mintz, et al

_____
by John R. Gobel; BBO#196340
Gobel & Hollister
106 Wendell Avenue
Pittsfield, MA 01201

_____
Daniel H. Mintz
Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on this July ___, 2005 to the following counsel of record by first class mail, postage prepaid:

Maurice M. Cahillane
Egan, Flanagan and Cohen
67 Market Street
P.O. Box 9035
Springfield, MA 01102

Jerome J. Scully
Hannon Lerner Cowhig Scully & Bell
184 Main Street
P. O. Box 697
Lee, MA 01238-0697

_____
John R. Gobel; BBO#196340