UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL MINTZ, ANDREA WINTER, §
JAMES BIANCOLO AND SANDRA BIANCOLO, §
ANN PHILLIPS, STEVEN BAUM, §
CAROL WINSTON, VERNON KOHLENBERGER §
AND DONNA KOHLENBERGER, §
LAWRENCE WOLFE AND PAMELA WOLFE, §
CRAIG PEHLERT AND MELISSA PEHLERT §
AND ROBERT HACKMANN AND §
JANE HACKMANN, §
    Plaintiffs §
§
v. § Civil Action No.
§ 04-10809-MAP
§
THE ROMAN CATHOLIC BISHOP OF §
SPRINGFIELD, THOMAS L. DUPRE, BISHOP; §
ARLENE D. SCHIFF, CLIFFORD SNYDER, §
HAROLD BROWN, JEDD HALL AND §
NED DOUGLAS AND EDWIN MAY, §
    Defendants §

## PLAINTIFF'S COUNTER STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

A.    Plaintiffs accept as material facts not in dispute the following paragraphs from Defendants Statement of Material Facts Not In Dispute: 1, 2, 3, 4, 7, 8, 9, 10, 11 13, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 and 26.

B.    Plaintiffs assert that paragraphs 5, 6, 12 14, 15 and 27 are in dispute.

C.    Plaintiffs offer the following additional Material Facts Not In Dispute in support of Plaintiffs' Cross Motion For Summary Judgment:

1.    During church services and functions, St. Ann's Avenue is blocked with cars and pedestrians as parishioners arrive and leave (Exh. B, par. 6).

2.    Parishioners regularly park on the street in violation of posted no parking areas and regularly block traffic while entering and exiting St. Ann's (Exh. B, pars. 5, 7-8).

3.    The proposed parish center will include a social hall, a public kitchen, office

1

space and handicap-accessible bathrooms (Complaint, Exh. C).

4. Functions which parishioners would like to have in the Hall are presently being held in the Church, the rectory or nearby locations (Exh C).

5. The St. Ann rectory is 4,170 square foot rectory and the St. Vincent de Paul rectory in Lenoxdale, which is part of the Town of Lenox, is 3,558 square feet (Exh. A, p. 8).

6. St. Ann's rectory formerly housed two priests but presently only one. St. Vincent de Paul's rectory is occupied by a Diocesan official (Exh. G, p. 14).

7. Since 1987, the pastor for St. Ann's is also the pastor for St. Vincent De Paul in Lenoxdale, which is part of Lenox (Exh. G, pp 13-14).

8. St. Ann's had access to a Parish Center in town but declined to purchase it when it became available (Exh C, p. 10).

9. Parishioners do not want to travel any distance to a Parish Center (Exh G, pp 128-129).

10. Assistant Building Inspector Edward May issued a building permit because Special Town Counsel told him RLUIPA required him to do so (Exh. D at 6-7).

Respectfully submitted,

Plaintiffs Daniel Mintz, et al

_____
by John R. Gobel; BBO#196340
Gobel & Hollister
106 Wendell Avenue
Pittsfield, MA 01201

_____
Daniel H. Mintz
Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on this January ___, 2005 to the following counsel of record by first class mail, postage prepaid:

2

Maurice M. Cahillane
Egan, Flanagan and Cohen
67 Market Street
P.O. Box 9035
Springfield, MA 01102

Jerome J. Scully
Hannon Lerner Cowhig Scully & Bell
184 Main Street
P. O. Box 697
Lee, MA 01238-0697

                                                _/s/ John R. Gobel by RC_
                                                John R. Gobel; BBO#196340