5. If §9.18 is unenforceable under RLUIPA, the permit should be remanded to the ZBA to determine the appropriate extent to which the Bylaws should apply to religious uses

The ZBA did not require St. Ann's to seek either a variance or a special permit to determine the extent to which the Hall is appropriate in a residential neighborhood, or how the negative impact of the Hall could be mitigated. The proposed Hall has only a twenty foot setback to its northern neighbor, which is the setback requirement in the R-15 zone (Complaint Exh. C). There are no dimensional, screening, bulk, hours of use, manner of use, or other restrictions on this social hall. Other than a requirement for fifty additional spaces, imposed during the decision phase of the ZBA hearing without public comment, St. Ann's is being treated like a homeowner. It is difficult to imagine any other "assembly" being exempted to this extent. Alleged discrimination has been replaced with favorable treatment. This is contrary to judicial interpretation of RLUIPA and the plain language of RLUIPA itself. Since RLUIPA states that "religious assemblies or institutions shall not be treated on less than equal terms with non religious uses or assemblies," St. Ann's is to be regulated in accordance with "assemblies and institutions," not with homeowners. In H.O.P.E. Word Church of Christ supra, the court noted that

> RLUIPA, it must be pointed out, does not completely strip zoning authorities of their right to impose lot-size or setback requirements. The Act requires, rather, that churches not be subjected to zoning regulations that treat them on less than equal terms with other land uses, or that unreasonably burden the freedom of church members to assemble and worship. Municipal corporations maintain their authority under R.C. 713.06 to establish "limitations [and regulation of the height, bulk, and location, including percentage of lot occupancy, set back building lines, and area and dimensions of yards, courts, and other open spaces, and the uses of buildings and other structures and of premises in such zones or districts. (Id. at 552-553)

154 Ohio App. 3d 407; 2003 Ohio 4964; LEXIS 4481

Courts interpreting RLUIPA have recognized that it was not intended to circumvent the local review process or the application of reasonable regulations

> This Act does not provide religious institutions with immunity from land use regulation, **nor does it relieve religious institutions from applying for variances, special permits or exceptions, hardship approval, or other relief provisions in land use regulations** (emphasis added).

San Jose Christian College v. City of Morgan Hill, 2002 U.S. Dist. LEXIS 4517, 2002 WL 971779 at *2 (N.D. Cal. Mar. 5, 2002). See Murphy v. Zoning Commission of the Town of Milford, 148 F. Supp 377 (2003); Hale O Kaula Church v Maui Planning Commission, 229 F.Supp.ed 1056, 1071 (D. Haw., 2002); See also Cathedral Church of the Intercessor v. Incorporated Village of Malverne, 353 F. Supp.2d 375 (E.D.N.Y. 2005) ("Because the Village did not completely deny the Church's application, its actions cannot be said to constitute a "substantial burden" on religious exercise")

Both the language of RLUIPA and its interpretation by the courts require the ZBA to properly consider the scope of §9.18 and other applicable zoning regulations. For example, it is possible that certain subsections of §9.18, such as the parking regulations, could be held valid under RLUIPA, while other subsections might be found invalid.[17] For the ZBA to simply

[17] RLUIPA also provides the ZBA with extremely broad discretion to create a remedy. An offending regulation can be changed, or a substantially burdened use can be wholly or partly exempted from the regulations:

> Section 2000cc-3(e) Governmental discretion in alleviating burdens on religious exercise. A government may avoid the preemptive force of any provision of this Act by changing the policy or practice that results in a substantial burden on religious exercise, by retaining the policy or practice and exempting the substantially burdened religious exercise, by providing exemptions from the policy or practice for applications that substantially burden religious exercise, or by any other means that eliminates the substantial burden.

conclude that all of §9.18 is pre-empted and issue a virtually unrestricted permit for a social hall in a residential area is a distortion of RLUIPA's purpose.

6. RLUIPA Does Not Preempt The Application Of The Dover Amendment

RLUIPA states that it is not intended to preempt state law. Section 2000cc-3(h) of RLUIPA provides that:

> (h) No preemption or repeal. Nothing in this Act shall be construed to preempt State law, or repeal Federal law, that is equally as protective of religious exercise as, or more protective of religious exercise than, this Act.

The Dover Amendment provides:

> No zoning ordinance or by-law shall...prohibit, regulate or restrict the use of land or structures for religious purposes...provided, however, that such land or structures may be subject to reasonable regulations concerning the bulk and height of structures and determining yard sizes, lot area, setbacks, open space, parking and building coverage requirements. (G.L. c. 40A §3)

It is evident that Congress intended RLUIPA to apply in the many states and localities where there was no protection from discriminatory zoning laws. It was not intended to supercede state laws which provide strong protection. The Dover Amendment provides protection from facially discriminatory zoning laws, which RLUIPA provides under §2000cc-(b). As noted by the court in Trustees of Tufts College v. City of Medford, 33 Mass. App. Ct. 580, 581 (1992): "the Dover Amendment invalidates...zoning provisions that facially discriminate..."

The Dover Amendment also provides a balancing test analogous to Section 2000cc-(a) of RLUIPA. In response to a challenge that the Dover Amendment unconstitutionally favored

---

The purpose of this section is to preserve rather than preempt. It provides substantial discretion to allow local Bylaws to be complied with to the extent possible. For example, the setback and coverage requirements objected to by St. Ann's could be modified.

religion, the federal Court of Appeals for the First Circuit upheld Dover and found that it was designed to "strike a balance between preventing local discrimination against an educational (or religious) use...and honoring legitimate municipal concerns that typically find expression in local zoning laws." Boyajian v. Gatzunis, 2000 US App. LEXIS 8771 **12 (1st Cir. 2000). Like RLUIPA, the Dover Amendment would also invalidate even a neutral zoning ordinance where it substantially burdened the use or, as courts construing Dover have expressed it, where it had the "practical effect of nullifying the use exemption permitted to an... institution". Tufts, supra at 582, citing Sisters of the Holy Cross v. Brookline, 347 Mass. 486 (1984); Radcliffe College v. Cambridge, 350 Mass. 613 (1966) and The Bible Speaks, supra.

The Dover Amendment is arguably more protective than RLUIPA. Whereas RLUIPA requires the religious use to show a substantial burden to religious exercise, the Dover Amendment applies the lesser standard of simply establishing that the aggrieved party has a "religious purpose." RLUIPA leaves open to interpretation which kinds of land use regulations might satisfy the compelling interest test. Dover in contrast sets forth a limited list of zoning criteria which may be applied to a religious use.[18] This list is more protective of religion in that it defines the only land use regulations that a town can attempt to apply, no matter how "compelling" a non-listed regulation might be in a particular case.

Unlike RLUIPA, the Dover Amendment has a solid body of case law to provide the ZBA with guidance in its application. Under Dover, the building inspector exceeded his authority in granting a blanket exemption from Section 9.18: "...local officials may not grant blanket

---

[18] "regulations concerning the bulk and height of structures and determining yard sizes, lot area, setbacks, open space, parking and building coverage requirements." (G.L. c. 40A §3)

exemptions from the requirements to protected uses." Campbell v. City Council of Lynn, 415 Mass. 772, 778. Rather, facially reasonable zoning requirements can only be modified after an "appropriate showing." Id. There was no "showing" made before the building inspector issued his permit, and such a showing on any issue, e.g. the hazardous lack of parking on St. Ann's, should properly be made before the ZBA. It is important to note that Dover parallels RLUIPA in recognizing that parking regulations deserve special consideration.

> "Adequate off-street parking, of course, can be a valid concern to municipalities, and it is a matter of regulation authorized by the proviso to § 3, second par" Campbell at 780, citing Radcliff College v. Cambridge, 350 Mass 613,617-618 (1966).

There are no reported cases where the preemption section of RLUIPA has been considered. This is also a case of first impression the First Circuit. In light of this and given the fact that Massachusetts state law provides for a system for protecting religious land uses, this court should avoid unnecessarily preempting the existing statutory scheme.

7. The Constitutional Status of RLUIPA is uncertain and does not provide a basis for Summary Judgment

Plaintiffs have not cross moved for summary judgment on Count seven of their complaint, which challenges the constitutionality of RLUIPA. The RLUIPA land use cases that have reached Sixth, Seventh and Ninth Circuit courts were decided on the basis that the challenged regulation did not impose a substantial burden on the religious institution, not on whether RLUIPA was constitutional. See San Jose Christian College, supra, C.L.U.B, supra, DiLaura v. Ann Arbor Charter Township, No. 00-1846, 30 Fed.Appx. 501 (6th Cir. 2002) Although St. Ann's points out that the majority of courts which have examined this issue have

found RLUIPA constitutional, there is insufficient consensus on this issue to merit a ruling on summary judgment.

In Elsinore Christian Center v. City of Lake Elsinore, 291 F. Supp. 2d 1083 (C.D. Cal. 2003), the only district court case to declare RLUIPA unconstitutional, the court found §2000cc(a) of RLUIPA to be unconstitutional under both Section 5 of the Fourteenth Amendment and the Commerce Clause. The court rejected the argument that RLUIPA simply codifies the" individualized assessment" doctrine previously set forth by the Supreme Court. They found that the statute does not merely deter constitutional violations, as permitted by Section 5 of the Fourteenth Amendment, but also defines the substance of constitutional guarantees, which is the province of the courts. The court buttressed this argument by reviewing the legislative record and finding no evidence of a widespread and persistent deprivation of constitutional rights and no proportionality between the problem Congress sought to prevent and the method it adopted to address this problem. In summary, the court found

"the landscape is not so pervaded by religious bigotry that this blunderbuss of a remedy can be described as" congruent and proportional" to the perceived injury."

Id. at 1102. Finally, because RLUIPA regulates land use law rather than economic conduct, the court determined that Congress lacked legislative authority under the Commerce Clause.[19]

---

[19] Numerous commentators have cast doubt on RLUIPA's constitutionality: RLUIPA's Land Use Provisions: Congress' Unconstitutional Response to City of Boerne, 28 Fall Environs 155 (2004) The Religious Land Use And Institutionalized Persons Act Of 2000: An Unconstitutional Exercise Of Congress's Power Under Section Five Of The Fourteenth Amendment, N.Y.U. J. of Legislation and Public Policy (May 2003); Religious Land Use and Institutionalized Persons Act of 2000: Unconstitutional and Unnecessary, 10 Wm. & Mary Bill of RTs. J. 189 (2001); Walston, Federalism and Federal Spending: Why the Religious Land Use and Institutionalized Persons Act of 2000 is Unconstitutional 23Hawaii L. Rev. 479 (2001)

As St. Ann's acknowledges, the recent Supreme Court decision in Cutter v. Wilkinson, 544 U.S. _______ (2005) No. 03-9877 May 31, 2005, did not address the issue of whether the land use provisions of RLUIPA are constitutional. They did not address the issue of whether Congress had the authority to enact RLUIPA, an issue raised by many commentators and which led to its predecessor statute, RFRA, being declared unconstitutional by the Supreme Court in Boerne v. Flores. 521 U.S. 507, (1997). The Supreme Court sent this question back to the Sixth Circuit. The fact that the Supreme Court in Cutter found RLUIPA to not violate the establishment clause in the prison context does not at all mean – as St. Ann's implies – that there would be a similar finding in the starkly different land use context. Judge Ginsberg noted that, as applied to institutionalized persons, RLUIPA

> alleviates exceptional government – created burdens on private religious exercise in an area where the government exerts a degree of control unparalleled in civilian society and severely disabling to private religious exercise.

Cutter at 2121. The core right to worship in a prison context is sharply contrasted with a well-established and supported church's right to expand in a residential community. Therefore, this ruling does not presage a similar ruling in the land use context.

8. The Amended Bylaw has no affect on the present action

St. Ann's asserts that Counts One, Five, Six and Seven of the Complaint are moot due to the Town of Lenox's passage of an amendment to §9.18. The amendment exempts only the residential zone where St. Ann's is located from complying with §9.18. The passage of the new bylaw – which is presently being reviewed by the Attorney General's office - is irrelevant to the legality of this specific permit. The permit at issue was granted under the existing by-law and can only be judicially reviewed with respect to the existing bylaw. Even if it is remanded, it must be reconsidered under §9.18 as it now stands.

St. Ann's has neither surrendered this permit nor applied for a permit under the new bylaw. It seems St. Ann's would like to "have its cake and eat it." If it believes that the amendment has mooted the substantive claims, it should withdraw its permit and allow for the dismissal of the action. Instead, it seems to be implying that regardless of the court's decision on the present motion, it possesses an alternative means of pursuing a building permit for the Hall.

**CONCLUSION**

For the reasons stated above, St. Ann's motion for summary judgment should be denied and Plaintiff's cross motion for summary judgment should be granted.

Respectfully submitted,
Plaintiffs Daniel Mintz, et al

John R. Gobel by [illegible]
by John R. Gobel; BBO#196340
Gobel & Hollister
106 Wendell Avenue
Pittsfield, MA 01201

Daniel H. Mintz by [illegible]
Daniel H. Mintz
Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on this July 20, 2005 to the following counsel of record by first class mail, postage prepaid:

Maurice M. Cahillane
Egan, Flanagan and Cohen
67 Market Street
P.O. Box 9035

Springfield, MA 01102

Jerome J. Scully
Hannon Lerner Cowhig Scully & Bell
184 Main Street
P. O. Box 697
Lee, MA 01238-0697

John R. Gobel by [illegible]
John R. Gobel; BBO#196340

A



Key: 2210

# Town of LENOX Fiscal Year 2004

11/26/2003 SEQ #: 117

**LEGAL**

| PARCEL ID | LOCATION | NAME-1 | NAME-2 | CLASS | % (L/B) | DESCRIPTION | BN | CARD |
|---|---|---|---|---|---|---|---|---|
| 46-55-0-R | 21 ST. ANN'S AVE | LAHART WALTER E | C/O ANN PHILLIPS | 1010 | 0.00/0.00 | SINGLE FAMILY | 1 | 1 of 1 |

| GRANTOR | GRANTEE | DOS | T | SALE PRICE | BOOK | PAGE | RATIO | PERM NO | PERM DT | TY | DESC | AMOUNT | INSP | BY | % | 1st |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| na | LAHART WALTER E | 08/11/1952 | X | 0 | 00587 | 0241 | | CR | 01/01/1994 | 78 | Cycl Rev w/ Growt | | 12/02/1994 | SL | 100 | 100 |
| | | | | 0 | | | | | | | | | | | 0 | 0 |
| | | | | 0 | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | | | 0 | 0 |

**LAND**

| CD | T | ACRES/SF | Nbhd | St Ind | Use | ADJ BASE | SAF | Topo | Loc | ADJ VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 100 | S | 23,345.000 | 7 1.000 | 171 1.700 | R 1.000 | 113,900 | 1.433 | A 1.000 | A 1.000 | 87,490 |

**VALUE**

TOTAL .536 ZONING 4 FRN 0

| | |
|---|---|
| Nbhd | Down Town |
| St Ind | ST ANN'S AVE |
| Use | RESIDENTIAL |

NOTES

| ASSESSED | CURRENT | PREVIOUS |
|---|---|---|
| LAND | 87,500 | 77,500 |
| BUILDING | 128,600 | 109,900 |
| DETACHED | 14,300 | 12,300 |
| OTHER | 0 | 0 |
| TOTAL | 230,400 | 199,700 |

**DETACHED**

| TY | QUAL | COND | DIM/NOTE | YB | UNITS | ADJ PRICE | RCNLD |
|---|---|---|---|---|---|---|---|
| GFU | A 1.00 | 30 0.70 | 34 X 24(2 ST) | | 816 | 25.00 | 14,300 |

| | | | | |
|---|---|---|---|---|
| MODEL | 1 | RESIDENTIAL | | |
| QUALITY | + | 1.20 PLUS AVE | | 100% |
| STYLE | 5 | 1.61 COLONIAL | | 100% |
| FRAME | 1 | 1.00 WOOD FRAME | | 100% |
| YR BLT | 1928 | MES | 12/2/1994 | SL |
| EFFYR | 1953 | LST | 12/2/1994 | SL |
| EFFAGE | 48 | REV | 12/2/1994 | SL |
| APCU | APCU ADJ | NLA | $NLA | |
| 2 | 1.000 | 1536 | 132.94 | |

| | | | |
|---|---|---|---|
| REPL. COST NEW (RCN) | | | 204,201 |
| COND | 37 | 37% | |
| FUNC | 0 | | |
| ECON | 0 | | |
| DEPR | 37 | REM GOOD | 0.63 |
| RCN LESS DEPRECIATION | | | 128,600 |



**BUILDING**

| ELEMENT | CD | DESCRIPTION | ADJ |
|---|---|---|---|
| FOUNDATION | 4 | FLR & WALL | 1.00 |
| EXT. COVER | 2 | CLAPBOARD | 1.00 |
| ROOF SHAPE | 1 | GABLE | 1.00 |
| ROOF COVER | 2 | WOOD SHIN | 1.01 |
| FLOOR COVER | 1 | HARDWOOD | 1.00 |
| INT. FINISH | 1 | PLASTER | 1.00 |
| HEATING/COOL | 4 | STEAM | 0.99 |
| FUEL SOURCE | 2 | GAS | 1.00 |

| BAT | T | DESCRIPTION | UNITS | ADJ PRICE | RCN |
|---|---|---|---|---|---|
| BMU | N | BSMT UNFINISHED | 768 | 26.52 | 20,369 |
| BAS | L | BASE AREA | 768 | 129.95 | 99,799 |
| USF | L | UPPER STORY FIN | 768 | 85.20 | 65,435 |
| OPA | N | OPEN PORCH | 213 | 27.05 | 5,761 |
| CAN | N | CANOPY | 24 | 25.12 | 603 |
| F21 | O | FPL 2S 1OP | 1 | 5,471.40 | 5,471 |

TRAVERSE

PHOTO

**DESCRIPTION**

COMMENTS

FULL STORY ABOVE GARAGE VERY LITTLE UPDATING, BUT WELL KEPT FOR AGE

| CAPACITY | UNITS | ADJ | CAPACITY | UNITS | ADJ |
|---|---|---|---|---|---|
| STORIES | 2.00 | 1.00 | GARAGE SPACES | 0.00 | 1.00 |
| ROOMS | 6.00 | 1.00 | % BSMT FIN | 0.00 | 1.00 |
| BEDROOMS | 3.00 | 1.00 | # 1/2 BATHS | 1.00 | 1.00 |
| BATHROOMS | 1.00 | 1.00 | # OF UNITS | 1.00 | 1.00 |
| TOT FIXTURES | 5.00 | 1,762.00 | | | |



Key: 2211

# Town of LENOX Fiscal Year 2004

11/26/2003 SEQ #: 118

**LEGAL**

| PARCEL ID | LOCATION | NAME-1 | NAME-2 | CLASS | % (L/B) | DESCRIPTION | BN | CARD |
|---|---|---|---|---|---|---|---|---|
| 46-56-0-R | 25 ST. ANN'S AVE | KOHLENBERGER VERNON J. | KOHLENBERGER DONNA J. | 1010 | 0.00/0.00 | SINGLE FAMILY | 1 | 1 of 1 |

| GRANTOR | GRANTEE | DOS | T | SALE PRICE | BOOK | PAGE | RATIO | PERM NO | PERM DT | TY | DESC | AMOUNT | INSP | BY | % | 1st |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| na | KOHLENBERGER VERNON J. | | X | 0 | 1370 | 936 | | CR | 01/01/1994 | 77 | Cycl Rev No Grow | | 12/02/1994 | SL | 100 | 100 |
| | | | | 0 | | | | | | | | | | | 0 | 0 |
| | | | | 0 | | | | | | | | | | | 0 | 0 |

**LAND**

| CD | T | ACRES/SF | Nbhd | | St Ind | | Use | | ADJ BASE | SAF | Topo | | Loc | | ADJ VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | S | 15,130.000 | 7 | 1.000 | 171 | 1.700 | R | 1.000 | 96,815 | 1.941 | A | 1.000 | 15 | 0.850 | 65,210 |

**VALUE**

TOTAL .347 ZONING 4 FRN 0

| | |
|---|---|
| Nbhd | Down Town |
| St Ind | ST ANN'S AVE |
| Use | RESIDENTIAL |

NOTES: REAR OF ST. ANN'S AVE = LOC

| ASSESSED | CURRENT | PREVIOUS |
|---|---|---|
| LAND | 65,200 | 61,600 |
| BUILDING | 140,300 | 125,000 |
| DETACHED | 0 | 0 |
| OTHER | 0 | 0 |
| TOTAL | 205,500 | 186,600 |

**DETACHED**

| TY | QUAL | COND | DIM/NOTE | YB | UNITS | ADJ PRICE | RCNLD |
|---|---|---|---|---|---|---|---|

| MODEL | 1 | | RESIDENTIAL | |
|---|---|---|---|---|
| QUALITY | A | 1.00 | AVERAGE | 100% |
| STYLE | 7 | 1.53 | CONV/OLD STYL | 100% |
| FRAME | 1 | 1.00 | WOOD FRAME | 100% |
| YR BLT | 1940 | MES | 12/2/1994 | SL |
| EFFYR | 1964 | LST | 1/16/1995 | SL |
| EFFAGE | 37 | REV | 1/16/1995 | SL |

| APCU | APCU ADJ | NLA | $NLA |
|---|---|---|---|
| 2 | 1.000 | 1859 | 104.83 |

| REPL. COST NEW (RCN) | | | 194,884 |
|---|---|---|---|
| COND | 28 | 28% | |
| FUNC | 0 | | |
| ECON | 0 | | |
| DEPR | 28 | REM GOOD | 0.72 |
| RCN LESS DEPRECIATION | | | 140,300 |

**BUILDING**

| ELEMENT | CD | DESCRIPTION | ADJ |
|---|---|---|---|
| FOUNDATION | 4 | FLR & WALL | 1.00 |
| EXT. COVER | 1 | WOOD SHINGLE | 1.00 |
| ROOF SHAPE | 1 | GABLE | 1.00 |
| ROOF COVER | 1 | ASPH/CMP SHIN | 1.00 |
| FLOOR COVER | 1 | HARDWOOD | 1.00 |
| INT. FINISH | 1 | PLASTER | 1.00 |
| HEATING/COOL | 2 | HOT WATER | 1.00 |
| FUEL SOURCE | 1 | OIL | 1.00 |

| BAT | T | DESCRIPTION | UNITS | ADJ PRICE | RCN |
|---|---|---|---|---|---|
| BMU | N | BSMT UNFINISHED | 1,000 | 19.89 | 19,890 |
| USF | L | UPPER STORY FIN | 866 | 66.78 | 57,836 |
| BAS | L | BASE AREA | 993 | 94.19 | 93,527 |
| OPA | N | OPEN PORCH | 285 | 21.42 | 6,105 |
| EPA | N | ENCLOSED PORCH | 130 | 36.72 | 4,774 |
| BMG | O | BSMT GARAGE | 1 | 1,993.60 | 1,994 |
| F21 | O | FPL 2S 1OP | 1 | 4,333.00 | 4,333 |

**DESCRIPTION**

COMMENTS

ATU IS VERY SMALL AGE=EST

| CAPACITY | UNITS | ADJ | CAPACITY | UNITS | ADJ |
|---|---|---|---|---|---|
| STORIES | 2.00 | 1.00 | GARAGE SPACES | 1.00 | 1.00 |
| ROOMS | 7.00 | 1.00 | % BSMT FIN | 0.00 | 1.00 |
| BEDROOMS | 4.00 | 1.00 | # 1/2 BATHS | 0.00 | 1.00 |
| BATHROOMS | 2.00 | 1.00 | # OF UNITS | 1.00 | 1.00 |
| TOT FIXTURES | 6.00 | 426.00 | | | |



TRAVERSE

PHOTO



**Key: 2212**

# Town of LENOX Fiscal Year 2004

11/26/2003 SEQ #: 119

**LEGAL**

| PARCEL ID | LOCATION | NAME-1 | NAME-2 | CLASS | % (L/B) | DESCRIPTION | BN | CARD |
|---|---|---|---|---|---|---|---|---|
| 46-57-0-R | 27 ST. ANN'S AVE | WOLFE LAWRENCE J. | WOLFE PAMELA J. | 1010 | 0.00/0.00 | SINGLE FAMILY | 1 | 1 of 1 |

| GRANTOR | GRANTEE | DOS | T | SALE PRICE | BOOK | PAGE | RATIO | PERM NO | PERM DT | TY | DESC | AMOUNT | INSP | BY | % | 1st |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WOLFE | WOLFE LAWRENCE J. | 09/25/1992 | QS | 139,000 | 1374 | 768 | 1.32 | CR | 01/01/1994 | 77 | Cycl Rev No Grow | | 12/02/1994 | SL | 100 | 100 |
| | | | | 0 | | | | | | | | | | | 0 | |
| | | | | 0 | | | | | | | | | | | 0 | |

**LAND**

| CD | T | ACRES/SF | Nbhd | St Ind | Use | ADJ BASE | SAF | Topo | Loc | ADJ VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 100 | S | 9,339.000 | 7 1.000 | 171 1.700 | R 1.000 | 113,900 | 2.836 | A 1.000 | A 1.000 | 69,130 |

**VALUE**

TOTAL .214 ZONING 4 FRN 0

| | |
|---|---|
| Nbhd | Down Town |
| St Ind | ST ANN'S AVE |
| Use | RESIDENTIAL |

NOTES: CHANGE LAND ACCORDING TO DEED SHARES DRIVEWAY WITH 46-56

| ASSESSED | CURRENT | PREVIOUS |
|---|---|---|
| LAND | 69,100 | 60,900 |
| BUILDING | 114,700 | 102,400 |
| DETACHED | 0 | 0 |
| OTHER | 0 | 0 |
| TOTAL | 183,800 | 163,300 |

**DETACHED**

| TY | QUAL | COND | DIM/NOTE | YB | UNITS | ADJ PRICE | RCNLD |
|---|---|---|---|---|---|---|---|

| MODEL | 1 | RESIDENTIAL | |
|---|---|---|---|
| QUALITY | A | 1.00 AVERAGE | 100% |
| STYLE | 7 | 1.53 CONV/OLD STYL | 100% |
| FRAME | 1 | 1.00 WOOD FRAME | 100% |
| YR BLT | 1900 | MES 12/2/1994 | SL |
| EFFYR | 1974 | LST 12/2/1994 | EST |
| EFFAGE | 27 | REV 12/2/1994 | SL |

| APCU | APCU ADJ | NLA | $NLA |
|---|---|---|---|
| 2 | 1.000 | 1398 | 107.96 |

| REPL. COST NEW (RCN) | | 150,934 |
|---|---|---|
| COND | 24 | 24% |
| FUNC | 0 | |
| ECON | 0 | |
| DEPR | 24 | REM GOOD 0.76 |
| RCN LESS DEPRECIATION | | 114,700 |

Sketch: (A) ATU 0.35 USF BAS BMU; (B) BAS; (C) OPA; (D) OPA; dimensions 24, 28, 7, 6, 9, 12, 15, 8

**BUILDING**

| ELEMENT | CD | DESCRIPTION | ADJ |
|---|---|---|---|
| FOUNDATION | 4 | FLR & WALL | 1.00 |
| EXT. COVER | 2 | CLAPBOARD | 1.00 |
| ROOF SHAPE | 2 | HIP | 1.00 |
| ROOF COVER | 5 | SLATE | 1.00 |
| FLOOR COVER | 2 | SOFTWOOD | 1.00 |
| INT. FINISH | 1 | PLASTER | 1.00 |
| HEATING/COOL | 2 | HOT WATER | 1.00 |
| FUEL SOURCE | 1 | OIL | 1.00 |

| BAT | T | DESCRIPTION | UNITS | ADJ PRICE | RCN |
|---|---|---|---|---|---|
| BMU | N | BSMT UNFINISHED | 672 | 21.00 | 14,114 |
| USF | L | UPPER STORY FIN | 672 | 67.47 | 45,342 |
| ATU | N | ATTIC UNF | 235 | 22.95 | 5,393 |
| BAS | L | BASE AREA | 726 | 102.91 | 74,711 |
| OPA | N | OPEN PORCH | 231 | 21.42 | 4,948 |

TRAVERSE

PHOTO

**DESCRIPTION**

COMMENTS
INT = EST SIGNS OF RENO (FY96) = COND

| CAPACITY | UNITS | ADJ | CAPACITY | UNITS | ADJ |
|---|---|---|---|---|---|
| STORIES | 2.35 | 1.00 | GARAGE SPACES | 0.00 | 1.00 |
| ROOMS | 6.00 | 1.00 | % BSMT FIN | 0.00 | 1.00 |
| BEDROOMS | 3.00 | 1.00 | # 1/2 BATHS | 0.00 | 1.00 |
| BATHROOMS | 2.00 | 1.00 | # OF UNITS | 1.00 | 1.00 |
| TOT FIXTURES | 6.00 | 426.00 | | | |

Key: 1897

# Town of LENOX Fiscal Year 2004

11/26/2003 SEQ #: 77

| PARCEL ID | LOCATION | NAME-1 | NAME-2 | CLASS | % (L/B) | DESCRIPTION | BN | CARD |
|---|---|---|---|---|---|---|---|---|
| 43-71-0-R | 29 ST. ANN'S AVE | PEHLERT CRAIG W | PEHLERT MELISSA S | 1010 | 0.00/0.00 | SINGLE FAMILY | 1 | 1 of 1 |

| GRANTOR | GRANTEE | DOS | T | SALE PRICE | BOOK | PAGE | RATIO | PERM NO | PERM DT | TY | DESC | AMOUNT | INSP | BY | % | 1st |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MILLIKEN JOHN O | PEHLERT CRAIG W | 08/15/1997 | QS | 169,000 | 1568 | 652 | 1.22 | 2000-83 | 04/27/2000 | 14 | Fences | 2,870 | | | 100 | 100 |
| ANDREA MICHAEL W. | MILLIKEN JOHN O | 05/17/1996 | QS | 155,000 | 1515 | 973 | 1.33 | CR | 01/01/1994 | 77 | Cycl Rev No Grow | | 11/08/1994 | SL | 100 | 100 |
| ANDREA | ANDREA MICHAEL W. | 05/29/1992 | O | 128,500 | 1362 | 460 | 1.61 | | | | | | | | 0 | 0 |

LAND

| CD | T | ACRES/SF | Nbhd | | St Ind | | Use | | ADJ BASE | SAF | Topo | | Loc | | ADJ VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | S | 24,000.000 | 7 | 1.000 | 171 | 1.700 | R | 1.000 | 113,900 | 1.407 | A | 1.000 | A | 1.000 | 88,300 |

VALUE

TOTAL .551 ZONING 4 FRN 0

| | |
|---|---|
| Nbhd | Down Town |
| St Ind | ST ANN'S AVE |
| Use | RESIDENTIAL |

NOTES

| ASSESSED | CURRENT | PREVIOUS |
|---|---|---|
| LAND | 88,300 | 78,000 |
| BUILDING | 118,600 | 105,900 |
| DETACHED | 0 | 0 |
| OTHER | 0 | 0 |
| TOTAL | 206,900 | 183,900 |

DETACHED

| TY | QUAL | COND | DIM/NOTE | YB | UNITS | ADJ PRICE | RCNLD |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| MODEL | 1 | | RESIDENTIAL | |
|---|---|---|---|---|
| QUALITY | A | 1.00 | AVERAGE | 100% |
| STYLE | 7 | 1.53 | CONV/OLD STYL | 100% |
| FRAME | 1 | 1.00 | WOOD FRAME | 100% |
| YR BLT | 1900 | MES | 11/8/1994 | SL |
| EFFYR | 1954 | LST | 1/10/1995 | SL |
| EFFAGE | 47 | REV | 1/10/1995 | SL |

| APCU | APCU ADJ | NLA | $NLA |
|---|---|---|---|
| 2 | 1.000 | 1872 | 98.97 |

| REPL. COST NEW (RCN) | | | 185,264 |
|---|---|---|---|
| COND | 36 | 36% | |
| FUNC | 0 | | |
| ECON | 0 | | |
| DEPR | 36 | REM GOOD | 0.64 |
| RCN LESS DEPRECIATION | | | 118,600 |




BUILDING

| ELEMENT | CD | DESCRIPTION | ADJ |
|---|---|---|---|
| FOUNDATION | 4 | FLR & WALL | 1.00 |
| EXT. COVER | 4 | VINYL | 1.00 |
| ROOF SHAPE | 1 | GABLE | 1.00 |
| ROOF COVER | 1 | ASPH/CMP SHIN | 1.00 |
| FLOOR COVER | 31 | COMBINATION | 1.00 |
| INT. FINISH | 1 | PLASTER | 1.00 |
| HEATING/COOL | 4 | STEAM | 0.99 |
| FUEL SOURCE | 1 | OIL | 1.00 |

| BAT | T | DESCRIPTION | UNITS | ADJ PRICE | RCN |
|---|---|---|---|---|---|
| BMU | N | BSMT UNFINISHED | 744 | 20.78 | 15,464 |
| BAS | L | BASE AREA | 1,152 | 88.89 | 102,398 |
| USF | L | UPPER STORY FIN | 720 | 66.77 | 48,073 |
| ATU | N | ATTIC UNF | 360 | 22.71 | 8,176 |
| CRL | N | BSMT CRAWL | 408 | 4.12 | 1,679 |
| OPA | N | OPEN PORCH | 147 | 21.20 | 3,116 |

TRAVERSE

PHOTO

DESCRIPTION

COMMENTS
RENOVATED AFTER THE SALE

| CAPACITY | UNITS | ADJ | CAPACITY | UNITS | ADJ |
|---|---|---|---|---|---|
| STORIES | 2.50 | 1.00 | GARAGE SPACES | 0.00 | 1.00 |
| ROOMS | 7.00 | 1.00 | % BSMT FIN | 0.00 | 1.00 |
| BEDROOMS | 3.00 | 1.00 | # 1/2 BATHS | 0.00 | 1.00 |
| BATHROOMS | 2.00 | 1.00 | # OF UNITS | 1.00 | 1.00 |
| TOT FIXTURES | 6.00 | 358.80 | | | |



**Key:** 1901

# Town of LENOX Fiscal Year 2004

11/26/2003 SEQ #: 83

## LEGAL

| PARCEL ID | LOCATION | NAME-1 | NAME-2 | CLASS | % (L/B) | DESCRIPTION | BN | CARD |
|---|---|---|---|---|---|---|---|---|
| 43-75-0-R | 34 ST. ANN'S AVE | HACKMANN ROBERT A | FRANK JANE C. | 1040 | 0.00/0.00 | TWO FAMILY | 1 | 1 of 1 |

| GRANTOR | GRANTEE | DOS | T | SALE PRICE | BOOK | PAGE | RATIO |
|---|---|---|---|---|---|---|---|
| na | HACKMANN ROBERT A | 08/29/1980 | X | 0 | 01036 | 0669 | |
| | | | | 0 | | | |
| | | | | 0 | | | |

| PERM NO | PERM DT | TY | DESC | AMOUNT | INSP | BY | % | 1st |
|---|---|---|---|---|---|---|---|---|
| STCL96 | 01/01/1995 | 22 | StCl Change | | 08/01/1995 | SL | 100 | 100 |
| CR | 01/01/1994 | 78 | Cycl Rev w/ Growt | | 11/08/1994 | SL | 100 | 100 |
| | | | | | | | 0 | 0 |

## LAND

| CD | T | ACRES/SF | Nbhd | | St Ind | | Use | | ADJ BASE | SAF | Topo | | Loc | | ADJ VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | S | 35,061.000 | 7 | 1.000 | 171 | 1.700 | R | 1.000 | 113,900 | 1.121 | A | 1.000 | A | 1.000 | 102,780 |

## VALUE

TOTAL .805 ZONING 4 FRN 0

| | |
|---|---|
| Nbhd | Down Town |
| St Ind | ST ANN'S AVE |
| Use | RESIDENTIAL |

NOTES

| ASSESSED | CURRENT | PREVIOUS |
|---|---|---|
| LAND | 102,800 | 88,800 |
| BUILDING | 206,500 | 171,200 |
| DETACHED | 0 | 0 |
| OTHER | 0 | 0 |
| TOTAL | 309,300 | 260,000 |

## DETACHED

| TY | QUAL | COND | DIM/NOTE | YB | UNITS | ADJ PRICE | RCNLD |
|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| MODEL | 1 | | RESIDENTIAL | |
| QUALITY | G | 1.35 | GOOD | 100% |
| STYLE | 13 | 1.31 | CONVERSION | 100% |
| FRAME | 1 | 1.00 | WOOD FRAME | 100% |

| | | | | |
|---|---|---|---|---|
| YR BLT | 1900 | MES | 7/15/1993 | SL |
| EFFYR | 1972 | LST | 7/16/1993 | SL |
| EFFAGE | 29 | REV | 7/16/1993 | SL |

| APCU | APCU ADJ | NLA | $NLA |
|---|---|---|---|
| 2 | 1.000 | 2388 | 113.80 |

| | | | |
|---|---|---|---|
| REPL COST NEW (RCN) | | | 271,755 |
| COND | 24 | 24% | |
| FUNC | 0 | | |
| ECON | 0 | | |
| DEPR | 24 | REM GOOD | 0.76 |
| RCN LESS DEPRECIATION | | | 206,500 |



## BUILDING

| ELEMENT | CD | DESCRIPTION | ADJ |
|---|---|---|---|
| FOUNDATION | 4 | FLR & WALL | 1.00 |
| EXT. COVER | 2 | CLAPBOARD | 1.00 |
| ROOF SHAPE | 1 | GABLE | 1.00 |
| ROOF COVER | 1 | ASPH/CMP SHIN | 1.00 |
| FLOOR COVER | 2 | SOFTWOOD | 1.00 |
| INT. FINISH | 1 | PLASTER | 1.00 |
| HEATING/COOL | 2 | HOT WATER | 1.00 |
| FUEL SOURCE | 2 | GAS | 1.00 |

| BAT | T | DESCRIPTION | UNITS | ADJ PRICE | RCN |
|---|---|---|---|---|---|
| BMU | N | BSMT UNFINISHED | 894 | 22.99 | 20,554 |
| USF | L | UPPER STORY FIN | 1,374 | 71.62 | 98,412 |
| ATU | N | ATTIC UNF | 313 | 26.53 | 8,303 |
| BAS | L | BASE AREA | 1,014 | 106.85 | 108,349 |
| EZA | N | ENCL BREEZEWAY | 96 | 38.65 | 3,710 |
| BIG | N | BUILT-IN GARAGE | 600 | 20.23 | 12,139 |
| WDK | N | WOOD DECK | 25 | 21.22 | 531 |
| OPA | N | OPEN PORCH | 248 | 24.76 | 6,140 |

TRAVERSE

PHOTO

## DESCRIPTION

COMMENTS

COND=RENOVATION

(5)

| CAPACITY | UNITS | ADJ | CAPACITY | UNITS | ADJ |
|---|---|---|---|---|---|
| STORIES | 2.35 | 1.00 | GARAGE SPACES | 2.00 | 1.00 |
| ROOMS | 10.00 | 1.00 | % BSMT FIN | 0.00 | 1.00 |
| BEDROOMS | 5.00 | 1.00 | # 1/2 BATHS | 1.00 | 1.00 |
| BATHROOMS | [illegible] | 1.00 | # OF UNITS | 2.00 | 1.00 |
| TOT FIXTURES | 11.00 | 617.40 | | | |



Key: 1902

# Town of LENOX Fiscal Year 2004

11/26/2003 SEQ #: 84

**LEGAL**

| PARCEL ID | LOCATION | NAME-1 | NAME-2 | CLASS | % (L/B) | DESCRIPTION | BN | CARD |
|---|---|---|---|---|---|---|---|---|
| 43-76-0-R | 26 ST. ANN'S AVE | 26 ST. ANN'S AVENUE, LLC | C/O MINTZ DANIEL | 1010 | 0.00/0.00 | SINGLE FAMILY | 1 | 1 of 1 |

| GRANTOR | GRANTEE | DOS | T | SALE PRICE | BOOK | PAGE | RATIO |
|---|---|---|---|---|---|---|---|
| 26 ST. ANN'S AVENUE, LLC | MINTZ DANIEL | 05/05/2003 | F | 0 | 2544 | 5 | |
| HARVEY STEFAN | 26 ST. ANN'S AVENUE, LLC | 07/12/2002 | O | 250,000 | 2254 | 45 | 0.90 |
| HARVEY STEFAN / ELAINE | HARVEY STEFAN | 05/04/1995 | A | 0 | 1476 | 816 | |

| PERM NO | PERM DT | TY | DESC | AMOUNT | INSP | BY | % | 1st |
|---|---|---|---|---|---|---|---|---|
| 2002-353 | 11/14/2002 | 3 | Reno / Alter (Res) | 40,000 | 05/12/2003 | SML | 100 | 100 |
| 2002-268 | 09/18/2002 | 3 | Reno / Alter (Res) | 7,000 | 05/12/2003 | SML | 100 | 100 |
| CHECK | 12/31/2001 | 30 | Check Data | | 05/12/2003 | SML | 100 | 100 |

**LAND**

| CD | T | ACRES/SF | Nbhd | | St Ind | | Use | | ADJ BASE | SAF | Topo | | Loc | | ADJ VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | S | 5,445.000 | 7 | 1.000 | 171 | 1.700 | R | 1.000 | 113,900 | 4.500 | A | 1.000 | A | 1.000 | 64,070 |

**VALUE**

TOTAL .125 ZONING 4 FRN 0

| | |
|---|---|
| Nbhd | Down Town |
| St Ind | ST ANN'S AVE |
| Use | RESIDENTIAL |

NOTES

| ASSESSED | CURRENT | PREVIOUS |
|---|---|---|
| LAND | 64,100 | 54,500 |
| BUILDING | 161,500 | 136,500 |
| DETACHED | 0 | 0 |
| OTHER | 0 | 0 |
| TOTAL | 225,600 | 191,000 |

**DETACHED**

| TY | QUAL | COND | DIM/NOTE | YB | UNITS | ADJ PRICE | RCNLD |
|---|---|---|---|---|---|---|---|

| MODEL | 1 | | RESIDENTIAL | |
|---|---|---|---|---|
| QUALITY | + | 1.20 | PLUS AVE | 100% |
| STYLE | 7 | 1.53 | CONV/OLD STYL | 100% |
| FRAME | 1 | 1.00 | WOOD FRAME | 100% |
| YR BLT | 1800 | MES | 11/8/1994 | SL |
| EFFYR | 1955 | LST | 5/12/2003 | SML |
| EFFAGE | 46 | REV | 8/14/1997 | JK |

| APCU | APCU ADJ | NLA | $NLA |
|---|---|---|---|
| 2 | 1.000 | 2604 | 108.81 |

| REPL. COST NEW (RCN) | | | 283,354 |
|---|---|---|---|
| COND | 35 | 35% | |
| FUNC | 8 | UC | |
| ECON | 0 | | |
| DEPR | 43 | REM GOOD | 0.57 |
| RCN LESS DEPRECIATION | | | 161,500 |

**BUILDING DESCRIPTION**

| ELEMENT | CD | DESCRIPTION | ADJ |
|---|---|---|---|
| FOUNDATION | 4 | FLR & WALL | 1.00 |
| EXT. COVER | 4 | VINYL | 1.00 |
| ROOF SHAPE | 1 | GABLE | 1.00 |
| ROOF COVER | 1 | ASPH/CMP SHIN | 1.00 |
| FLOOR COVER | 1 | HARDWOOD | 1.00 |
| INT. FINISH | 1 | PLASTER | 1.00 |
| HEATING/COOL | 4 | STEAM | 0.99 |
| FUEL SOURCE | 2 | GAS | 1.00 |

| BAT | T | DESCRIPTION | UNITS | ADJ PRICE | RCN |
|---|---|---|---|---|---|
| BMU | N | BSMT UNFINISHED | 1,302 | 21.75 | 28,322 |
| USF | L | UPPER STORY FIN | 1,248 | 73.58 | 91,828 |
| EPA | N | ENCLOSED PORCH | 54 | 43.60 | 2,355 |
| OPA | N | OPEN PORCH | 336 | 25.44 | 8,546 |
| BAS | L | BASE AREA | 1,356 | 103.56 | 140,424 |
| EZA | N | ENCL BREEZEWAY | 90 | 39.71 | 3,574 |
| AGR | N | ATT GARAGE | 198 | 22.67 | 4,489 |

| CAPACITY | UNITS | ADJ | CAPACITY | UNITS | ADJ |
|---|---|---|---|---|---|
| STORIES | 2.00 | 1.00 | GARAGE SPACES | 1.00 | 1.00 |
| ROOMS | 8.00 | 1.00 | % BSMT FIN | 0.00 | 1.00 |
| BEDROOMS | 4.00 | 1.00 | # 1/2 BATHS | 0.00 | 1.00 |
| BATHROOMS | 3.00 | 1.00 | # OF UNITS | 1.00 | 1.00 |
| TOT FIXTURES | 3.00 | .815.30 | | | |

COMMENTS

(6)

TRAVERSE



PHOTO

Key: 1903

# Town of LENOX Fiscal Year 2004

11/26/2003 SEQ #: 85

**LEGAL**

| PARCEL ID | LOCATION | NAME-1 | NAME-2 | CLASS | % (L/B) | DESCRIPTION | BN | CARD |
|---|---|---|---|---|---|---|---|---|
| 43-77-0-R | 22 ST. ANN'S AVE | MILLER MARY JO PIRETTI- | MILLER LEONARD A. | 1010 | 0.00/0.00 | SINGLE FAMILY | 1 | 1 of 1 |

| GRANTOR | GRANTEE | DOS | T | SALE PRICE | BOOK | PAGE | RATIO | PERM NO | PERM DT | TY | DESC | AMOUNT | INSP | BY | % | 1st |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PROUT JOYCE L | MILLER MARY JO PIRETTI- | 11/30/2001 | QS | 157,000 | 2072 | 212 | 1.08 | 2002-106 | 05/22/2002 | 2 | Additions (Res) | 2,300 | 05/12/2003 | SML | 100 | 100 |
| na | PROUT JOYCE L | 10/07/1980 | X | 0 | 01038 | 0504 | | CR | 01/01/1994 | 78 | Cycl Rev w/ Growt | | 11/08/1994 | SL | 100 | 100 |
| | | | | 0 | | | | | | | | | | | 0 | |

**LAND**

| CD | T | ACRES/SF | Nbhd | St Ind | Use | ADJ BASE | SAF | Topo | Loc | ADJ VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 100 | S | 7,290.000 | 7 1.000 | 171 1.700 | R 1.000 | 113,900 | 3.494 | A 1.000 | A 1.000 | 66,460 |

**VALUE**

TOTAL .167 ZONING 4 FRN 0

| | | NOTES |
|---|---|---|
| Nbhd | Down Town | |
| St Ind | ST ANN'S AVE | |
| Use | RESIDENTIAL | |

| ASSESSED | CURRENT | PREVIOUS |
|---|---|---|
| LAND | 66,500 | 57,700 |
| BUILDING | 102,300 | 89,800 |
| DETACHED | 0 | 0 |
| OTHER | 0 | 0 |
| TOTAL | 168,800 | 147,500 |

**DETACHED**

| TY | QUAL | COND | DIM/NOTE | YB | UNITS | ADJ PRICE | RCNLD |
|---|---|---|---|---|---|---|---|

| MODEL | 1 | RESIDENTIAL | |
|---|---|---|---|
| QUALITY | A | 1.00 AVERAGE | 100% |
| STYLE | 7 | 1.53 CONV/OLD STYL | 100% |
| FRAME | 1 | 1.00 WOOD FRAME | 100% |
| YR BLT | 1927 | MES 11/8/1994 | SL |
| EFFYR | 1958 | LST 1/17/1995 | SL |
| EFFAGE | 43 | REV 1/17/1995 | SL |

| APCU | APCU ADJ | NLA | $NLA |
|---|---|---|---|
| 2 | 1.000 | 1412 | 106.49 |

| REPL COST NEW (RCN) | | | 150,369 |
|---|---|---|---|
| COND | 32 | 32% | |
| FUNC | 0 | | |
| ECON | 0 | | |
| DEPR | 32 | REM GOOD | 0.68 |
| RCN LESS DEPRECIATION | | | 102,300 |




**BUILDING**

| ELEMENT | CD | DESCRIPTION | ADJ |
|---|---|---|---|
| FOUNDATION | 4 | FLR & WALL | 1.00 |
| EXT. COVER | 1 | WOOD SHINGLE | 1.00 |
| ROOF SHAPE | 1 | GABLE | 1.00 |
| ROOF COVER | 1 | ASPH/CMP SHIN | 1.00 |
| FLOOR COVER | 1 | HARDWOOD | 1.00 |
| INT. FINISH | 1 | PLASTER | 1.00 |
| HEATING/COOL | 4 | STEAM | 0.99 |
| FUEL SOURCE | 2 | GAS | 1.00 |

| BAT | T | DESCRIPTION | UNITS | ADJ PRICE | RCN |
|---|---|---|---|---|---|
| BMU | N | BSMT UNFINISHED | 736 | 20.78 | 15,298 |
| BAS | L | BASE AREA | 736 | 101.83 | 74,948 |
| USF | L | UPPER STORY FIN | 676 | 66.77 | 45,135 |
| EPA | N | ENCLOSED PORCH | 240 | 36.34 | 8,721 |
| WDK | N | WOOD DECK | 170 | 18.17 | 3,089 |

TRAVERSE

PHOTO

**DESCRIPTION**

COMMENTS

(7)

| CAPACITY | UNITS | ADJ | CAPACITY | UNITS | ADJ |
|---|---|---|---|---|---|
| STORIES | 2.00 | 1.00 | GARAGE SPACES | 0.00 | 1.00 |
| ROOMS | 6.00 | 1.00 | % BSMT FIN | 0.00 | 1.00 |
| BEDROOMS | 3.00 | 1.00 | # 1/2 BATHS | 0.00 | 1.00 |
| BATHROOMS | 1.00 | 1.00 | # OF UNITS | 1.00 | 1.00 |
| TOT FIXTURES | 3.00 | /179.40 | | | |



**Key:** 2209

# Town of LENOX Fiscal Year 2004

11/26/2003 SEQ #: 116

| PARCEL ID | LOCATION | NAME-1 | NAME-2 | CLASS | % (L/B) | DESCRIPTION | BN | CARD |
|---|---|---|---|---|---|---|---|---|
| 46-54-0-E | 132 MAIN ST | ST. ANN'S CHURCH | AND RECTORY | 9060 | 0.00/0.00 | CHURCHES, SYNAG, TEM | 2 | 2 of 2 |

| GRANTOR | GRANTEE | DOS | T | SALE PRICE | BOOK | PAGE | RATIO | PERM NO | PERM DT | TY | DESC | AMOUNT | INSP | BY | % | 1st |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**LAND**

| CD | T | ACRES/SF | Nbhd | St Ind | Use | ADJ BASE | SAF | Topo | Loc | ADJ VALUE |
|---|---|---|---|---|---|---|---|---|---|---|

**VALUE**

TOTAL — ZONING — FRN 0

Nbhd / St Ind / Use — NOTES

| ASSESSED | CURRENT | PREVIOUS |
|---|---|---|
| LAND | 0 | 0 |
| BUILDING | 217,300 | 0 |
| DETACHED | 0 | 0 |
| OTHER | 0 | 0 |
| TOTAL | 217,300 | 0 |

**DETACHED**

| TY | QUAL | COND | DIM/NOTE | YB | UNITS | ADJ PRICE | RCNLD |
|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| MODEL | 1 | RESIDENTIAL | | |
| QUALITY | A | 1.00 AVERAGE | | 100% |
| STYLE | 7 | 1.53 CONV/OLD STYL | | 100% |
| FRAME | 1 | 1.00 WOOD FRAME | | 100% |
| YR BLT | 1905 | MES | 3/2/1998 | DF |
| EFFYR | 1954 | LST | 3/2/1998 | DF |
| EFFAGE | 47 | REV | 7/19/2000 | TN |

| APCU | APCU ADJ | NLA | $NLA |
|---|---|---|---|
| 0 | 1.000 | 4170 | 81.41 |

| | | |
|---|---|---|
| REPL COST NEW (RCN) | | 339,483 |
| COND | 36 | 36% |
| FUNC | 0 | |
| ECON | 0 | |
| DEPR | 36 | REM GOOD 0.64 |
| RCN LESS DEPRECIATION | | 217,300 |

**BUILDING**

| ELEMENT | CD | DESCRIPTION | ADJ |
|---|---|---|---|
| FOUNDATION | 4 | FLR & WALL | 1.00 |
| EXT. COVER | 4 | VINYL | 1.00 |
| ROOF SHAPE | 5 | MANSARD | 1.00 |
| ROOF COVER | 1 | ASPH/CMP SHIN | 1.00 |
| FLOOR COVER | 1 | HARDWOOD | 1.00 |
| INT. FINISH | 1 | PLASTER | 1.00 |
| HEATING/COOL | 4 | STEAM | 0.99 |
| FUEL SOURCE | 1 | OIL | 1.00 |

| BAT | T | DESCRIPTION | UNITS | ADJ PRICE | RCN |
|---|---|---|---|---|---|
| OPA | N | OPEN PORCH | 218 | 21.20 | 4,621 |
| BMU | N | BSMT UNFINISHED | 1,668 | 19.68 | 32,830 |
| BAS | L | BASE AREA | 1,668 | 84.57 | 141,065 |
| USF | L | UPPER STORY FIN | 1,668 | 55.87 | 93,185 |
| ATF | L | ATTIC FINISH | 834 | 57.27 | 47,767 |
| EPA | N | ENCLOSED PORCH | 230 | 36.34 | 8,357 |

**DESCRIPTION**

COMMENTS

(8)

| CAPACITY | UNITS | ADJ | CAPACITY | UNITS | ADJ |
|---|---|---|---|---|---|
| STORIES | 2.50 | 1.00 | GARAGE SPACES | 0.00 | 1.00 |
| ROOMS | 15.00 | 1.00 | % BSMT FIN | 0.00 | 1.00 |
| BEDROOMS | 8.00 | 1.00 | # 1/2 BATHS | 1.00 | 1.00 |
| BATHROOMS | 3.00 | 1.00 | # OF UNITS | 1.00 | 1.00 |
| TOT FIXTURES | 11.00 | 657.80 | | | |



TRAVERSE

PHOTO



Key: 1581

# Town of LENOX Fiscal Year 2004

11/26/2003 SEQ #: 81

**LEGAL**

| PARCEL ID | LOCATION | NAME-1 | NAME-2 | CLASS | % (L/B) | DESCRIPTION | BN | CARD |
|---|---|---|---|---|---|---|---|---|
| 39-81-0-E | 29 CRYSTAL ST | ST. VINCENT DEPAUL CHURCH | | 9060 | 0.00/0.00 | CHURCHES, SYNAG, TEM | 1 | 1 of 2 |

| GRANTOR | GRANTEE | DOS | T | SALE PRICE | BOOK | PAGE | RATIO | PERM NO | PERM DT | TY | DESC | AMOUNT | INSP | BY | % | 1st |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| na | ST. VINCENT DEPAUL CHURCH | | X | 0 | N/A | N/A | | 98-138 | 06/17/1998 | 7 | Other | 14,000 | | | 100 | 100 |
| | | | | 0 | | | | | | | | | | | 0 | 0 |
| | | | | 0 | | | | | | | | | | | 0 | 0 |

**LAND**

| CD | T | ACRES/SF | Nbhd | St Ind | Use | ADJ BASE | SAF | Topo | Loc | ADJ VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 100 | S | 32,234.000 | 5 1.000 | 97 0.800 | E 1.000 | 53,600 | 1.176 | A 1.000 | A 1.000 | 46,640 |

**VALUE**

TOTAL .740 ZONING 4 FRN 0

| | |
|---|---|
| Nbhd | Lenox Dale |
| St Ind | CRYSTAL ST |
| Use | EXEMPT |

NOTES

| ASSESSED | CURRENT | PREVIOUS |
|---|---|---|
| LAND | 46,600 | 49,000 |
| BUILDING | 206,500 | 183,800 |
| DETACHED | 4,300 | 3,600 |
| OTHER | 253,200 | 230,200 |
| TOTAL | 510,600 | 466,600 |

**DETACHED**

| TY | QUAL | COND | DIM/NOTE | YB | UNITS | ADJ PRICE | RCNLD |
|---|---|---|---|---|---|---|---|
| DGF | A 1.00 | 30 0.70 | 12X22 | | 264 | 20.83 | 3,800 |
| CAN | A 1.00 | 30 0.70 | 4X8 | | 32 | 3.89 | 100 |
| SHF | A 1.00 | 30 0.70 | 8X10 | | 80 | 7.20 | 400 |

| | | | |
|---|---|---|---|
| MODEL | 1 | RESIDENTIAL | |
| QUALITY | A | 1.00 AVERAGE | 100% |
| STYLE | 5 | 1.61 COLONIAL | 100% |
| FRAME | 1 | 1.00 WOOD FRAME | 100% |
| YR BLT | 1920 | MES 3/4/1998 | DF |
| EFFYR | 1960 | LST 3/4/1998 | DF |
| EFFAGE | 41 | REV 12/7/1998 | LCK |
| APCU | APCU ADJ | NLA | $NLA |
| 0 | 1.000 | 3558 | 82.91 |

| | | |
|---|---|---|
| REPL COST NEW (RCN) | | 295,000 |
| COND | 30 | 30% |
| FUNC | 0 | |
| ECON | 0 | |
| DEPR | 30 | REM GOOD 0.70 |
| RCN LESS DEPRECIATION | | 206,500 |



**BUILDING**

| ELEMENT | CD | DESCRIPTION | ADJ |
|---|---|---|---|
| FOUNDATION | 4 | FLR & WALL | 1.00 |
| EXT. COVER | 1 | WOOD SHINGLE | 1.00 |
| ROOF SHAPE | 1 | GABLE | 1.00 |
| ROOF COVER | 1 | ASPH/CMP SHIN | 1.00 |
| FLOOR COVER | 1 | HARDWOOD | 1.00 |
| INT. FINISH | 1 | PLASTER | 1.00 |
| HEATING/COOL | 4 | STEAM | 0.99 |
| FUEL SOURCE | 2 | GAS | 1.00 |

| BAT | T | DESCRIPTION | UNITS | ADJ PRICE | RCN |
|---|---|---|---|---|---|
| BMF | N | BSMT FINISH | 1,495 | 6.82 | 10,197 |
| BAS | L | BASE AREA | 1,495 | 88.99 | 133,033 |
| USF | L | UPPER STORY FIN | 1,475 | 61.65 | 90,933 |
| ATF | L | ATTIC FINISH | 588 | 61.51 | 36,166 |
| ENT | N | ENCLOSED ENTRY | 16 | 41.42 | 663 |
| OPA | N | OPEN PORCH | 60 | 22.30 | 1,338 |
| ATU | N | ATTIC UNF | 105 | 23.90 | 2,509 |
| EPA | N | ENCLOSED PORCH | 176 | 38.23 | 6,729 |
| F21 | O | FPL 2S 1OP | 1 | 4,511.40 | 4,511 |

TRAVERSE

PHOTO

**DESCRIPTION**

COMMENTS

| CAPACITY | UNITS | ADJ | CAPACITY | UNITS | ADJ |
|---|---|---|---|---|---|
| STORIES | 2.50 | 1.00 | GARAGE SPACES | 0.00 | 1.00 |
| ROOMS | 9.00 | 1.00 | % BSMT FIN | 100.00 | 1.00 |
| BEDROOMS | 5.00 | 1.00 | # 1/2 BATHS | 0.00 | 1.00 |
| BATHROOMS | 0.00 | 1.00 | # OF UNITS | 1.00 | 1.00 |
| TOT FIXTURES | 8.00 | ,920.80 | | | |

(9)