```
                                                              1

  1              UNITED STATES DISTRICT COURT

  2              DISTRICT OF MASSACHUSETTS

  3           Civil Action No. 04-10809-MAP

  4


  5     * * * * * * * * * * * * * * * * *
        DANIEL MINTZ, ANDREA WINTER,           *
  6     JAMES BIANCOLO and SANDRA BIANCOLO,    *
        ANN PHILLIPS, STEVEN BAUM, CAROL       *
  7     WINSTON, VERNON KOHLENBERGER and       *
        DONNA KOHLENBERGER, LAWRENCE WOLFE     *
  8     and PAMELA WOLFE, CRAIG PEHLERT        *
        and MELISSA PEHLERT and ROBERT         *
  9     HACKMANN and JANE HACKMANN,            *
                              Plaintiffs       *
 10     vs.                                    *
        THE ROMAN CATHOLIC BISHOP OF           *
 11     SPRINGFIELD, THOMAS L. DUPRE,          *
        BISHOP, ARLENE D. SCHIFF, CLIFFORD     *
 12     SNYDER, HAROLD BROWN, JEDD HALL        *
        and NED DOUGLAS and EDWIN MAY,         *
 13                           Defendants       *
        * * * * * * * * * * * * * * * * *
 14

 15

 16              DEPOSITION OF:

 17        REVEREND CHRISTOPHER J. WAITEKUS

 18             GOBEL & HOLLISTER

 19             106 Wendell Avenue

 20          Pittsfield, Massachusetts

 21              April 4, 2005

 22


 23           Tacy A. Malandrinos

 24             Court Reporter
```

REVEREND CHRISTOPHER J. WAITEKUS    4/4/2005

2

1  APPEARANCES:
2  Representing the Plaintiffs:
3  GOBEL & HOLLISTER
4  106 Wendell Avenue
5  Pittsfield, MA 01201
6  BY: JOHN R. GOBEL, ESQ.
7  (413) 443-7337
8
9  Representing the Deponent:
10 EGAN, FLANAGAN and COHEN, P.C.
11 67 Market Street
12 Springfield, MA 01102-9035
13 BY: MAURICE M. CAHILLANE, ESQ.
14 (413) 737-0260
15
16 Representing the Town of Lenox:
17 HANNON LERNER COWHIG SCULLY & BELL
18 184 Main Street
19 Lee, MA 01238
20 BY: JEROME J. SCULLY, ESQ.
21 (413) 243-3311
22
23
24

REVEREND CHRISTOPHER J. WAITEKUS    4/4/2005

3

1                    INDEX

2  WITNESS:           REV. CHRISTOPHER J. WAITEKUS

3  EXAMINATION BY                              PAGE

4  Mr. Gobel                                     4

5

6

7  EXHIBITS

8  Exhibit 1, Letter Dated October 8, 2001

9  Exhibit 2, Letter Dated October 15, 2001

10 Exhibit 3, Pastoral Planning Proposal 2002

11 Exhibit 4, Justification

12

13

14

15

16

17

18

19

20

21

22

23

24

REVEREND CHRISTOPHER J. WAITEKUS    4/4/2005

12

1   structure. It became the parish hall and the
2   current church, which we still have today,
3   became the current parish church. And it's
4   remained the parish church since 1909.
5           Then as we all have known in
6   speaking with parishioners who are now in their
7   nineties, the parish hall because used for
8   gatherings, the pews were taken out and the
9   alter taken out, and done what with I don't
10  know. But the former church was used as a place
11  to gather.
12          Then in 1922 it was torn down by
13  Father Cunningham the pastor and we don't know
14  why.
15      Q.   Where was that building located?
16      A.   That building was located on the
17  grassy back lawn of our property which is still
18  there today. So the back. So behind the
19  current church just to the left there is a long
20  green lawn and that's where the former church
21  used to be. And it ran the entire length of
22  that lawn to the end of the property.
23      Q.   So you are saying today that you
24  don't know why the building was torn down?

14

1  the parish of St. Ann in Lenox and the parish of
2  St. Vincent de Paul in Lenoxdale.
3      Q.    So you are pastor of the two
4  parishes?
5      A.    Two distinctly separate parishes.
6      Q.    And each of those parishes has
7  separate -- you described your responsibilities
8  before in terms of the religious ministry and
9  the plant maintenance and planning and so
10 forth.  Do each one of those have a completely
11 separate set of books so to speak and business
12 operation?
13     A.    Absolutely.
14     Q.    That's been the condition since
15 1986?
16     A.    I would say 1987, '86, the late
17 eighties.
18     Q.    · Have there been any other parishes
19 with which St. Ann has been yoked or affiliated
20 in any way?
21     A.    No.
22     Q.    Now how many parishioners are there
23 at St. Ann?
24     A.    I would say, I know there are

REVEREND CHRISTOPHER J. WAITEKUS    4/4/2005

66

1  St. Ann, they use the St. Vincent de Paul
2  facility?
3      A.    Correct.
4      Q.    And not the St. Ann facility?
5      A.    Correct.
6      Q.    Is there any plan right now for the
7  decommisioning or the closing of St. Vincent de
8  Paul as a church?
9      A.    Not while I am here.
10     Q.    But no plans right now?
11     A.    No, there isn't.
12     Q.    Not while you are there or from the
13 Diocese or anywhere else that you are aware of?
14     A.    No.
15     Q.    The rectory, how is that being
16 used?
17     A.    Father John Bonzagni that's his
18 private residence.  He uses the majority of the
19 house as a residence and office.  The lower part
20 of the rectory, the basement which is somewhat
21 finished off, is used for parish council
22 meetings, Knights of Columbus meetings and those
23 are the two meetings that are held the most down
24 in the basement.  An occasional reception, a

REVEREND CHRISTOPHER J. WAITEKUS    4/4/2005

67

1  small reception like during Lent, St. Vincent de
2  Paul hosts events in the church. We hold a
3  small reception in the Lenoxdale basement.
4      Q.   Of the rectory?
5      A.   Of the rectory.
6      Q.   There is a basement, first floor
7  and second floor?
8      A.   Yes.
9      Q.   So Father Bonzagni lives on the
10 second floor?
11     A.   He lives on the second floor but
12 his office is quite large. That's on the first
13 floor.
14     Q.   But the basement then is used for
15 the Knights of Columbus, the parish council?
16     A.   That's about it for the most part.
17     Q.   Now the parish council is the same
18 entity, is the same type of entity as the parish
19 council for St. Ann?
20     A.   Correct.
21     Q.   And they meet once a month?
22     A.   Once a month.
23     Q.   How many people in that?
24     A.   Seven or eight.

125

1  so many people.  We only have so many parking
2  lot spots out there.
3      Q.    Would alcohol be served?
4      A.    Right now alcohol is served at
5  Eastover when we get the one day license.  I
6  don't foresee liquor, but I could foresee say
7  beer and wine.  Again, we are a church.  We are
8  not a bar.  So I could see, you know, offering
9  if there is a concert, do you want to have wine
10 and cheese.  I could see that, but on a limited
11 basis obviously.
12     Q.    You mention handicapped accessible
13 bathrooms.  That's one of the features the hall
14 is going to hold?
15     A.    Yes.
16     Q.    And have you looked into installing
17 just a handicapped accessible bathroom anywhere
18 else on the grounds that's just a feature?
19     A.    We haven't.  Our church right now
20 does not have a place that we would like to give
21 up for handicapped bathrooms.  So just construct
22 a parish center with handicapped bathrooms in
23 it.  We have not looked into the possibility of
24 putting handicapped bathrooms in the church.

REVEREND CHRISTOPHER J. WAITEKUS    4/4/2005

126

1  Q.    Have you looked into the
2  possibility of putting a handicapped bathroom in
3  the rectory?
4  A.    We have not, no.
5  Q.    Have you looked into the
6  possibility of constructing a small, building an
7  addition that just housed handicapped accessible
8  bathrooms near to the church or rectory?
9  A.    We have not.
10 Q.    Now the receptions we just talked
11 about for funerals, baptisms and confirmations
12 we talked about before.  There was a number of
13 people that conducted these and only did have
14 those receptions in homes and restaurants?
15 A.    Yes.
16 Q.    Would you typically attend these
17 yourself?
18 A.    Not really.  I wouldn't attend them
19 myself and no, I would not.
20 Q.    And would that be different with
21 the new hall?
22 A.    I would think I would seeing that I
23 have a very active schedule, and it would be
24 much easier for me to go to Mrs. Johnson's

127

1  reception over there and have a cup of coffee or
2  tea than it would be for me to get in my car and
3  go to a restaurant and partake there.
4       Q.    Presumably the funeral and baptism
5  receptions are specific to one family?
6       A.    Correct.
7       Q.    And so is it fair to say that a
8  number of those receptions that are held back in
9  the family's home after the funeral, after the
10 baptism right now?
11      A.    I would say a lot of them are held
12 at the person's home or restaurant, yes, but
13 over the years parishioners have said wouldn't
14 it be nice if we could hold it right here.  I
15 said yes, it would be nice.
16      Q.    But they have held those receptions
17 in the past either at restaurants and homes and
18 those are for one family type of events?
19      A.    The family of the deceased invite
20 the members of the parish family to go to their,
21 yeah.
22      Q.    Confirmation is different because
23 you have a larger number of families?
24      A.    Yes.

REVEREND CHRISTOPHER J. WAITEKUS    4/4/2005

128

1  Q. Are you familiar with or aware of
2  any receptions that have been held for
3  confirmations after the confirmation Mass?
4  A. At St. Ann?
5  Q. Yes.
6  A. No. Not since I have been there
7  and I don't think under Father Brunton. Usually
8  after the confirmation is over they might walk
9  over to the grotto to take a picture and they
10 leave.
11 Q. That's the end of it?
12 A. That's the end of it.
13 Q. You talked about the plan of the
14 parish council, the building committee after
15 looking at the site and moving it as to where
16 you wanted it and not. Has that committee
17 looked at any sites in the Town of Lenox or
18 anywhere else locally for the parish hall or
19 parish center or family center that would be
20 owned by St. Ann?
21 A. We have not. And the reason we
22 have not is because of the vast majority of
23 voices in our parish have unequivocally said the
24 same thing, and that is if it's not on our

REVEREND CHRISTOPHER J. WAITEKUS     4/4/2005

129

1  property, we might as well go home. We don't
2  want to drive to another destination. We don't
3  want to go to Lenoxdale. We don't want to go
4  around the corner. Why can't we have it on our
5  own property. So that the overriding voices of
6  the parishioners saying we would like something
7  or like what other denominations have on their
8  property, so that's the overriding voice.
9       Q.    So as far as the consensus of
10 having to go around the corner, they would
11 prefer to have it on the church campus so to
12 speak?
13      A.    Correct.
14      Q.    Now we talked about certain uses
15 that St. Ann would make of the hall for
16 activities that you already conducted there.
17           Do you foresee any other uses other
18 than those that you already conduct? You
19 conduct the religious portion and you want to
20 have a meeting afterwards. Do you foresee any
21 other new uses so to speak or new events?
22      A.    I'm sure there are things out
23 there. There are a variety of things I guess.
24 For instance, like one thing is a new ministry