UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL MINTZ, ANDREA WINTER, )<br>JAMES BIANCOLO AND SANDRA BIANCOLO, )<br>ANN PHILLIPS, STEVEN BAUM, )<br>CAROL WINSTON, VERNON KOHLENBERGER )<br>AND DONNA KOHLENBERGER, )<br>LAWRENCE WOLFE AND PAMELA WOLFE, )<br>CRAIG PEHLERT AND MELISSA PEHLERT )<br>AND ROBERT HACKMANN AND )<br>JANE HACKMANN, )<br>             Plaintiffs )<br>)<br>v.                             )<br>)<br>THE ROMAN CATHOLIC BISHOP OF )<br>SPRINGFIELD, THOMAS L. DUPRE, BISHOP; )<br>ARLENE D. SCHIFF, CLIFFORD SNYDER, )<br>HAROLD BROWN, JEFF HALL AND )<br>NED DOUGLAS AND EDWIN MAY, )<br>             Defendants ) | Civil Action No. 04-10809-~~MAP~~ KPN |

**ASSENTED TO MOTION FOR EXTENSION OF TIME FOR DEFENDANT'S
FILING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT AND MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

      Now comes the defendant and moves for additional time to file its Response to Plaintiff's Motion For Summary Judgment and Memorandum in Opposition To Defendant's Motion For Summary Judgment. As grounds therefore, counsel has been on vacation since August 1, 2005 through August 12, 2005 and requires additional time to prepare its response. Counsel requests an extension of time until August 22, 2005.

                                                        THE DEFENDANT, THE ROMAN
                                                        CATHOLIC BISHOP OF SPRINGFIELD

Dated: August 9, 2005                             _Maurice M. Cahillane /pak_
                                                        Maurice M. Cahillane, Esq., BBO# 069660
                                                         EGAN, FLANAGAN AND COHEN, P.C.
                                                         67 Market Street - Post Office Box 9035
                                                         Springfield, MA 01102
                                                         (413) 737-0260; Fax: (413) 737-0121

THE PLAINTIFFS, DANIEL MINTZ, ET AL

JOHN R. GOBEL, Esq., BBO #196340
GOBEL & HOLLISTER
106 Wendell Avenue
Pittsfield, MA 01201

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this 9th day of August, 2005, on all parties, by First Class Mail, postage prepaid, to:

Jerome J. Scully, Esq., Hannon, Lerner, Cowhig, Scully & Bell
184 Main Street, Lee, MA 01238

John R. Gobel, Esq., Gobel & Hollister
106 Wendell Avenue, Pittsfield, MA 01201

Daniel Mintz, Esq.
26 St. Ann's Avenue, Lenox, MA 01240

Maurice M. Cahillane

0417-030458\95671.wpd