UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL MINTZ, ET AL
    Plaintiff(s)

v.      CIVIL ACTION: 04-10809-KPN

ROMAN CATHOLIC BISHOP OF
SPRINGFIELD, ET AL
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

NEIMAN, U.S.M..J.;

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

    **JUDGMENT entered for the Defendants' pursuant to the Memorandum and Order of the court entered on March 30, 2006 granting the Defendants' (Diocese's) motion for summary judgment, which applies to the ZBA and May and denying the Plaintiffs' motion for summary judgment.**

    SARAH A. THORNTON,
    CLERK OF COURT

Dated: March 31, 2006      By  Bethaney Healy
    Deputy Clerk

(Judgment Civil.wpd - 11/98)      [jgm.]