UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL MINTZ, ANDREA WINTER, <br> JAMES BIANCOLO AND SANDRA BIANCOLO, <br> ANN PHILLIPS, STEVEN BAUM, <br> CAROL WINSTON, VERNON KOHLENBERGER <br> AND DONNA KOHLENBERGER, <br> LAWRENCE WOLFE AND PAMELA WOLFE, <br> CRAIG PEHLERT AND MELISSA PEHLERT <br> AND ROBERT HACKMANN AND <br> JANE HACKMANN, <br>     Plaintiffs <br><br> v. <br><br> THE ROMAN CATHOLIC BISHOP OF <br> SPRINGFIELD, THOMAS L. DUPRE, BISHOP; <br> ARLENE D. SCHIFF, CLIFFORD SNYDER, <br> HAROLD BROWN, JEDD HALL AND <br> NED DOUGLAS AND EDWIN MAY, <br>     Defendants | Civil Action No. <br> 04-10809-MAP |

FILED IN CLERK'S OFFICE
2006 MAY -1 P 12:44
U.S. DISTRICT COURT
DISTRICT OF MASS.

**NOTICE OF APPEAL**

Notice is hereby given that Daniel Mintz, Plaintiff in the above named action, hereby appeals to the United States Court of Appeals for the First Circuit from an Order denying Plaintiff's Motion for Summary Judgment and granting Defendant's Motion for Summary Judgment, entered in this action on the 31st day of March, 2006.

Daniel Mintz, pro se
26 St. Ann's Avenue
Lenox, MA 01240
413-637-8042