UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL MINTZ, ANDREA WINTER,           )
JAMES BIANCOLO AND SANDRA BIANCOLO,    )
ANN PHILLIPS, STEVEN BAUM,             )
CAROL WINSTON, VERNON KOHLENBERGER     )
AND DONNA KOHLENBERGER,                )
LAWRENCE WOLFE AND PAMELA WOLFE,       )
CRAIG PEHLERT AND MELISSA PEHLERT      )
AND ROBERT HACKMANN AND                )
JANE HACKMANN,                         )
        Plaintiffs                    )
                                       )
v.                                     )   Civil Action No. 04-10809-MAP
                                       )
THE ROMAN CATHOLIC BISHOP OF           )
SPRINGFIELD, THOMAS L. DUPRE, BISHOP;  )
ARLENE D. SCHIFF, CLIFFORD SNYDER,     )
HAROLD BROWN, JEFF HALL AND            )
NED DOUGLAS AND EDWIN MAY,             )
        Defendants                    )

## DEFENDANTS' MOTION FOR TAXATION AND COSTS

Defendants, having prevailed under the Judgment entered by the Court on March 31, 2006, hereby respectfully requests to tax the following as costs against the Plaintiffs, Daniel Mintz, Andrea Winter, James Biancolo, Sandra Biancolo, Phillips, Steven Baum, Carol Winston, Vernon Kohlenberger, Donna Kohlenberger, Lawrence Wolfe, Pamela Wolfe, Craig Pehlert, Melissa Pehlert, Robert Hackmann And Jane Hackmann,, in accordance with Fed.R.Civ.P. 54(d):

| | |
|---|---|
| Filing Fee: | $150.00 |
| Deposition Cost: | $395.60 |
|     Total | $545.60 |

As reason therefore, the Defendants state that such costs "shall be allowed as to course to the prevailing party:...under Fed.R.Civ.P. 54(d)1.

## AFFIDAVIT

I, Maurice M. Cahillane, hereby swear that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Subscribed under the penalties of perjury.

THE DEFENDANT, THE ROMAN
CATHOLIC BISHOP OF SPRINGFIELD

Dated: May 1, 2006

_____
Maurice M. Cahillane, Esq., BBO# 069660
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this _1st_ day of May, 2006, on all parties, by First Class Mail, postage prepaid, to:

Jerome J. Scully, Esq., Hannon, Lerner, Cowhig, Scully & Bell
184 Main Street, Lee, MA 01238

John R. Gobel, Esq., Gobel & Hollister
106 Wendell Avenue, Pittsfield, MA 01201

Daniel Mintz, Esq.
26 St. Ann's Avenue, Lenox, MA 01240

_____
Maurice M. Cahillane

0417-030458\112613.wpd