# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-10809-KPN

DANIEL MINTZ, ET AL

v.

THE ROMAN CATHOLIC BISHOP OF SPRINGFIELD, ET AL

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

#'s  1 - 34

and contained in     1     Volume(s) are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  5/1/06

In testimony whereof, I hereunto set my hand and affix the seal of this Court on

Sarah A Thornton, Clerk of Court

By:  /s/  Mary  Finn

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

_____

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:          _____

O:\Clerks Office\Forms\Local\ClerksCertificate-COA.frm- 3/06

Case 3:04-cv-10809-KPN   Document 35

APPEAL

# United States District Court
## District of Massachusetts (Springfield)
## CIVIL DOCKET FOR CASE #: 3:04-cv-10809-KPN

Mintz et al v. The Roman Catholic Bishop of Springfield et al

Assigned to: Magistrate Judge Kenneth P. Neiman

Cause: 28:1441 Notice of Removal

Date Filed: 04/23/2004
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Daniel Mintz**                                represented by  **Daniel Mintz**
26 st. Ann's Avenue
Lenox, MA 01240
413-637-8042
PRO SE

**Daniel H. Mintz**
26 St. Ann's Avenue
Lenox, MA 01240
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Gobel**
Gobel & Hollister
106 Wendell Avenue
Pittsfield, MA 01201
413-443-7337
Fax: 413-499-2981
Email: john@goho.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrea Winter**                              represented by  **Daniel H. Mintz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Gobel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Biancolo**                             represented by  **Daniel H. Mintz**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Gobel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra Biancolo**                    represented by **Daniel H. Mintz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Gobel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vernon Kohlenberger**                    represented by **Daniel H. Mintz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Gobel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Kohlenberger**                    represented by **Daniel H. Mintz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Gobel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence Wolfe**                    represented by **Daniel H. Mintz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Gobel**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Pamela Wolfe**                    represented by    **Daniel H. Mintz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Gobel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Craig Pehlert**                   represented by    **Daniel H. Mintz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Gobel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Melissa Pehlert**                 represented by    **Daniel H. Mintz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Gobel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Robert Hackmann**                 represented by    **Daniel H. Mintz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Gobel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Jane Hackmann**                   represented by    **Daniel H. Mintz**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John R. Gobel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Roman Catholic Bishop of Springfield**

represented by **Maurice M. Cahillane, Jr.**
Egan, Flanagan & Cohen, PC
67 Market Street
PO Box 9035
Springfield, MA 01102-9035
413-737-0260
Fax: 413-737-0121
Email:
mmcahillane@eganflanagan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter F. Heller**
Heller & Associates
PO Box 823
Lenox, MA 01240
413-637-2255
Fax: 413-637-3039
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bishop Thomas L. Dupre**

represented by **Maurice M. Cahillane, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter F. Heller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Arlene D. Schiff**

represented by **Hugh C. Cowhig**
Hannon, Lerner, Cowhig, Scully & Bell

184 Main Street
Lee, MA 01238
413-243-3311

Fax: 413-243-4919
*TERMINATED: 02/16/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerome J. Scully**
Hannon, Lerner, Cowig, Scully & Bell
184 Main Street
Lee, MA 01238
413-243-3311
Fax: 413-243-4919
Email: hlcsb@prodigy.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Clifford Snyder**                    represented by **Hugh C. Cowhig**
                                       (See above for address)
                                       *TERMINATED: 02/16/2005*
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Jerome J. Scully**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Harold Brown**                       represented by **Hugh C. Cowhig**
                                       (See above for address)
                                       *TERMINATED: 02/16/2005*
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Jerome J. Scully**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Jeff Hall**                          represented by **Hugh C. Cowhig**
                                       (See above for address)
                                       *TERMINATED: 02/16/2005*
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Jerome J. Scully**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Ned Douglas**                                    represented by   **Hugh C. Cowhig**
                                                                  (See above for address)
                                                                  *TERMINATED: 02/16/2005*
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Jerome J. Scully**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Edwin May**                                      represented by   **Hugh C. Cowhig**
                                                                  (See above for address)
                                                                  *TERMINATED: 02/16/2005*
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2004 | 1 | NOTICE OF REMOVAL by Harold Brown, Ned Douglas, Thomas L. Dupre, Jeff Hall, Edwin May, Arlene D. Schiff, Clifford Snyder, The Roman Catholic Biship of Springfield from Land Court of Massachusetts, case number 297790. $ 150, receipt number 55455, filed by Harold Brown, Ned Douglas, Thomas L. Dupre, Jeff Hall, Edwin May, Arlene D. Schiff, Clifford Snyder, The Roman Catholic Biship of Springfield.(Abaid, Kim) (Entered: 04/26/2004) |
| 04/23/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Abaid, Kim) (Entered: 04/26/2004) |
| 05/04/2004 | 2 | ANSWER to Complaint by The Roman Catholic Biship of Springfield. (Abaid, Kim) (Entered: 05/05/2004) |
| 05/04/2004 | 3 | MOTION to Transfer Case by The Roman Catholic Biship of Springfield.(Abaid, Kim) (Entered: 05/05/2004) |
| 05/04/2004 | 4 | MEMORANDUM in Support re 3 MOTION to Transfer Case filed by The Roman Catholic Biship of Springfield. (Abaid, Kim) (Entered: 05/05/2004) |
| 05/27/2004 | | Judge Joseph L. Tauro : Electronic ORDER entered granting without opposition 3 Motion to Transfer Case to Springfield (Abaid, Kim) Modified on 6/1/2004 (Abaid, Kim). (Entered: 06/01/2004) |
| 06/01/2004 | 5 | Case transferred to Springfield Section; (Abaid, Kim) (Entered: 06/01/2004) |
| 06/03/2004 | 6 | Case transferred in from Boston Division. Case Number 04cv10809. |

| | | Case assigned to Judge Michael A Ponsor. (Lindsay, Maurice) (Entered: 06/03/2004) |
|---|---|---|
| 06/07/2004 | 7 | Judge Michael A Ponsor : ORDER entered REFERRING CASE to Magistrate Judge Kenneth P. Neiman Referred for: full pretrial case managment, not including dispositive motions.(Finn, Mary) (Entered: 06/07/2004) |
| 07/21/2004 | 8 | NOTICE of Scheduling Conference ISSUED, cc:cl. Scheduling Conference set for 9/1/2004 at 10:00 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint statement by 8/24/04.(Healy, Bethaney) (Entered: 07/21/2004) |
| 08/27/2004 | | ***Attorney John R. Gobel for Jane Hackmann; Robert Hackmann; Donna Kohlenberger; Vernon Kohlenberger; Daniel Mintz; Craig Pehlert; Melissa Pehlert; Andrea Winter; Lawrence Wolfe; Pamela Wolfe; James Biancolo and Sandra Biancolo added. (Neiman, Kenneth) (Entered: 08/27/2004) |
| 08/27/2004 | 9 | MOTION to Continue initial scheduling conference by James Biancolo, Sandra Biancolo, Jane Hackmann, Robert Hackmann, Donna Kohlenberger, Vernon Kohlenberger, Daniel Mintz, Craig Pehlert, Melissa Pehlert, Andrea Winter, Lawrence Wolfe, Pamela Wolfe, filed, c/s.(Neiman, Kenneth) (Entered: 08/27/2004) |
| 08/27/2004 | | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER denying 9 Motion to Continue Initial Scheduling Conference, ENTERED, cc:cl. (Neiman, Kenneth) (Entered: 08/27/2004) |
| 08/27/2004 | 10 | JOINT SUBMISSION pursuant to Local Rule 116.5(C) by James Biancolo, Sandra Biancolo, Thomas L. Dupre, Jane Hackmann, Robert Hackmann, Donna Kohlenberger, Vernon Kohlenberger, Daniel Mintz, Craig Pehlert, Melissa Pehlert, The Roman Catholic Bishop of Springfield, Andrea Winter, Lawrence Wolfe, Pamela Wolfe filed.(Finn, Mary) (Entered: 08/27/2004) |
| 08/30/2004 | 11 | AMENDED JOINT SUBMISSION pursuant to Local Rule 116.5(C) by James Biancolo, Sandra Biancolo, Thomas L. Dupre, Jane Hackmann, Robert Hackmann, Donna Kohlenberger, Vernon Kohlenberger, Daniel Mintz, Craig Pehlert, Melissa Pehlert, The Roman Catholic Bishop of Springfield, Andrea Winter, Lawrence Wolfe, Pamela Wolfe filed. (Both Attorneys' signatures originals)(Finn, Mary) (Entered: 08/30/2004) |
| 09/01/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Cahillane, Gobel and Mintz) appear for Initial Scheduling Conference held on 9/1/2004. Colloquy re: status of matter. Scheduling Order to issue. (Court Reporter Digital Recording.) (Healy, Bethaney) (Entered: 09/01/2004) |
| 09/01/2004 | 12 | Judge Kenneth P. Neiman : SCHEDULING ORDER entered. Counsel for ZBA members shall file a substitute appearance by 9/09/2004. Parties shall complete their automatic discl. by 9/17/2004. By 11/01/2004, the parties shall report to the Court in writing whether or not the case has |

| | | been settled. All intgs. and req. for production to be served by 11/05/2004. Non-expert depos. to be completed by 2/11/2005. Counsle to appear for Case Management Conference on 2/17/2005 at 10:00 AM in Courtroom 3 before Magistrate Kenneth P. Neiman.; cc/cl.(Finn, Mary) (Entered: 09/01/2004) |
|---|---|---|
| 09/01/2004 | ➍13 | Pltfs' motion for Daniel H. Mintz to appear pro hace vice. Filing fee of $50.00 not paid. (Finn, Mary) Modified on 9/2/2004 (Finn, Mary). (Entered: 09/01/2004) |
| 09/01/2004 | ➍ | Filing fee: $ 50.00, receipt number 305715 regarding 13 motion for Daniel H. Mintz to appea pro hace vice (Finn, Mary) Modified on 9/2/2004 (Finn, Mary). (Entered: 09/01/2004) |
| 09/01/2004 | ➍ | Judge Kenneth P. Neiman : ELECTRONIC ENDORSED ORDER entered granting Pltfs' 13 Motion for Leave to Appear Pro Hac Vice Added Daniel H. Mintz for Jane Hackmann; Robert Hackmann; Donna Kohlenberger; Vernon Kohlenberger; Daniel Mintz; Craig Pehlert; Melissa Pehlert; Andrea Winter; Lawrence Wolfe; Pamela Wolfe; James Biancolo and Sandra Biancolo; cc/cl. (Finn, Mary) Modified on 9/2/2004 (Finn, Mary). (Entered: 09/01/2004) |
| 09/02/2004 | ➍14 | CERTIFICATE OF CONSULTATION Re L.R. 16.1 by Maurice M. Cahillane Jr. on behalf of Plaintiff. (Lindsay, Maurice) (Entered: 09/02/2004) |
| 10/08/2004 | ➍15 | NOTICE of Appearance by Jerome J. Scully on behalf of Harold Brown, Ned Douglas, Jeff Hall, Arlene D. Schiff, Clifford Snyder (Lindsay, Maurice) (Entered: 10/08/2004) |
| 11/02/2004 | ➍16 | STATUS REPORT in letter form by The Roman Catholic Bishop of Springfield re: parties unable to settle at this time filed. (Finn, Mary) Modified on 11/3/2004 (Finn, Mary). (Entered: 11/03/2004) |
| 12/13/2004 | ➍17 | Pltfs' motion to cont. the case management conf. set for 2/17/2005 to 2/16/2005 or a date after 3/08/2005 by James Biancolo, Sandra Biancolo, Jane Hackmann, Robert Hackmann, Donna Kohlenberger, Vernon Kohlenberger, Daniel Mintz, Craig Pehlert, Melissa Pehlert, Andrea Winter, Lawrence Wolfe, Pamela Wolfe filed.(Finn, Mary) (Entered: 12/13/2004) |
| 12/14/2004 | ➍ | Judge Kenneth P. Neiman : Electronic ORDER entered granting 17 Motion to Continue status conference. Conference re-scheduled to 2/16/05 @11:30 AM. (Stuckenbruck, John) (Entered: 12/14/2004) |
| 01/26/2005 | ➍18 | MOTION to Compel Discovery and Memorandum in Support by Craig Pehlert, Melissa Pehlert, Robert Hackmann, Jane Hackmann, Daniel Mintz, Andrea Winter, James Biancolo, Sandra Biancolo, Vernon Kohlenberger, Donna Kohlenberger, Lawrence Wolfe, Pamela Wolfe. (Attachments: # 1 Exhibit# 2 Exhibit# 3 Exhibit# 4 Exhibit# 5 Exhibit# 6 Exhibit)(Lindsay, Maurice) (Entered: 01/26/2005) |
| 02/08/2005 | ➍19 | Defts' Resp. in Opposition to the Pltfs' 18 MOTION to Compel |

| | | |
|---|---|---|
| | | Discovery by The Roman Catholic Bishop of Springfield, Thomas L. Dupre, Arlene D. Schiff, Clifford Snyder, Harold Brown, Jeff Hall, Ned Douglas, Edwin May filed. (Finn, Mary) (Entered: 02/08/2005) |
| 02/10/2005 | 20 | MOTION for Extension of Time to complete non-expert depositions by Craig Pehlert, Melissa Pehlert, Robert Hackmann, Jane Hackmann, Daniel Mintz, James Biancolo, Sandra Biancolo, Vernon Kohlenberger, Donna Kohlenberger.(Lindsay, Maurice) (Entered: 02/10/2005) |
| 02/16/2005 | | *** Attorney Hugh C. Cowhig terminated, counsel of record having notified the court that Atty Cowhig has retired from practice of law. (Healy, Bethaney) (Entered: 02/16/2005) |
| 02/16/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Mintz, Gobel, Cahillane) appear for Case Management Conference and hearing held on 2/16/2005 re 18 MOTION to Compel, 20 MOTION for Extension of Time to to complete non-expert depositions. Colloquy re: consenting to M/J trial. Parties to report to clerk regarding consents. Arguments heard. Orders to issue. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 02/16/2005) |
| 02/16/2005 | | Judge Kenneth P. Neiman : Electronic ORDER entered granting 20 Plaintiffs' Motion for Extension of Time to complete non-expert depositions. By March 2, 2005, Defendants shall produce the documentary discovery ordered this day. All non-expert depositions shall be completed by April 29, 2005. A case management conference shall be held on May 4, 2005, at 11:30 a.m. in Courtroom III. So ordered. (Neiman, Kenneth) (Entered: 02/16/2005) |
| 02/16/2005 | | Judge Kenneth P. Neiman : Electronic ORDER entered, as described in court this day, granting in part and denying in part 18 Plaintiffs' Motion to Compel. Interrogatory No. 1 ALLOWED as follows: the parties shall forthwith agree upon a sample of ten comparable parishes (five with parish halls and five without) or, in the alternative, a similar sample first chosen by Defendants and thereafter amended by Plaintiffs. Interrogatory No. 2 ALLOWED with regard to the ten sample parishes, except that subsection (c) thereof shall be limited to calendar years 2003 and 2004. Interrogatory Nos. 4 and 5 DENIED. Interrogatory No. 6 DENIED without prejudice, subject to renewal upon Plaintiffs' review of available minutes. Interrogatory No. 7 DENIED without prejudice. Interrogatory Nos. 8 and 12 are deemed MOOT. Interrogatory No. 9 ALLOWED, but for calendar years 2003 and 2004 only. Interrogatory No. 10 ALLOWED with regard to taxable information only, and otherwise DENIED. Interrogatory No. 11(c) ALLOWED. And Interrogatory No. 13 ALLOWED, subject to a confidentiality agreement. These rulings shall apply equally to existing disputes regarding document requests. So ordered. (Neiman, Kenneth) (Entered: 02/16/2005) |
| 02/23/2005 | 21 | CONSENT to Jurisdiction by US Magistrate Judge by Craig Pehlert, Melissa Pehlert, Robert Hackmann, Jane Hackmann, The Roman Catholic Bishop of Springfield, Thomas L. Dupre, Arlene D. Schiff, Clifford Snyder, Harold Brown, Jeff Hall, Ned Douglas, Daniel Mintz, |

| | | |
|---|---|---|
| | | Edwin May, Andrea Winter, James Biancolo, Sandra Biancolo, Vernon Kohlenberger, Donna Kohlenberger, Lawrence Wolfe, Pamela Wolfe filed. (Finn, Mary) (Entered: 02/24/2005) |
| 02/24/2005 | ☑ | Judge Michael A Ponsor : ENDORSED ORDER entered. re 21 Consent to Jurisdiction by US Magistrate Judge, filed by Harold Brown,, Daniel Mintz,, Andrea Winter,, James Biancolo,, Sandra Biancolo,, Vernon Kohlenberger,, Donna Kohlenberger,, Lawrence Wolfe,, Pamela Wolfe,, Craig Pehlert,, Melissa Pehlert,, Robert Hackmann,, Jane Hackmann,, Thomas L. Dupre,, Arlene D. Schiff,, Clifford Snyder,, Jeff Hall,, Ned Douglas,, Edwin May,, The Roman Catholic Bishop of Springfield. This case is referred to Magistrate Judge Kenneth P. Neiman to conduct all proceedings and order the entry of judgment; cc/cl.(Finn, Mary) (Entered: 02/24/2005) |
| 02/24/2005 | ☑ | Case no longer referred to Magistrate Judge Kenneth P. Neiman, the parties having consented to Magistrate Judge jurisdiction. Case to be redrawn to Magistrate Judge Neiman for all purposes. (Healy, Bethaney) (Entered: 02/24/2005) |
| 02/24/2005 | ☑ | Case Reassigned to Magistrate Judge Kenneth P. Neiman. Judge Michael A. Ponsor no longer assigned to the case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (Healy, Bethaney) (Entered: 02/24/2005) |
| 04/14/2005 | ☑22 | Magistrate Judge Kenneth P. Neiman. PROCEDURAL ORDER re pretrial/trial Final Pretrial Conference set for 9/8/2005 at 11:00 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. Jury Trial set for 9/19/2005 at 9:00 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman.(Healy, Bethaney) Additional attachment(s) added on 4/22/2005 (Healy, Bethaney). (Entered: 04/22/2005) |
| 05/04/2005 | ☑ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Mintz, Gobel, Cahillane) appear for Case Management Conference held on 5/4/2005. Colloquy re: status of matter. Order to issue. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 05/04/2005) |
| 06/09/2005 | ☑23 | MOTION for Summary Judgment by The Roman Catholic Bishop of Springfield.(Stuckenbruck, John) (Entered: 06/09/2005) |
| 06/09/2005 | ☑24 | MEMORANDUM in Support re 23 MOTION for Summary Judgment filed by The Roman Catholic Bishop of Springfield. Exhibits 1 - 3 not scanned, are voluminous and are on file in the Clerk's Office. (Stuckenbruck, John) (Entered: 06/09/2005) |
| 06/09/2005 | ☑25 | STATEMENT of facts re 23 MOTION for Summary Judgment. (Stuckenbruck, John) (Entered: 06/09/2005) |
| 07/19/2005 | ☑ | NOTICE of Hearing on Motion 23 MOTION for Summary Judgment, ISSUED, cc:cl. Motion Hearing set for 8/1/2005 at 2:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 07/19/2005) |

| 07/20/2005 | 26 | Pltfs' MOTION for Summary Judgment by Craig Pehlert, Melissa Pehlert, Robert Hackmann, Jane Hackmann, Daniel Mintz, Andrea Winter, James Biancolo, Sandra Biancolo, Vernon Kohlenberger, Donna Kohlenberger, Lawrence Wolfe, Pamela Wolfe filed.(Finn, Mary) (Entered: 07/20/2005) |
|---|---|---|
| 07/20/2005 | 27 | Pltfs' STATEMENT of facts in support of their 26 MOTION for Summary Judgment and in resp. to the Defts' 25 statement of facts filed. (Finn, Mary) (Entered: 07/20/2005) |
| 07/20/2005 | 28 | Pltfs' MEMORANDUM in Opposition to the Deft's 23 MOTION for Summary Judgment and in support of their 25 MOTION for Summary Judgment by Craig Pehlert, Melissa Pehlert, Robert Hackmann, Jane Hackmann, Daniel Mintz, Andrea Winter, James Biancolo, Sandra Biancolo, Vernon Kohlenberger, Donna Kohlenberger, Lawrence Wolfe, Pamela Wolfe filed. (Attachments: # 1 # 2 # 3)(Finn, Mary) (Entered: 07/20/2005) |
| 07/29/2005 | | Notice Resetting or Cancelling Hearing, ISSUED, cc:cl. Motion hearing, originally scheduled for 8/1/05, as well as the trial, which was scheduled for 9/19/05, are cancelled. The Final Pretrial Conference which was scheduled for September 8, 2005, at 11:00 a.m. is hereby converted to a hearing on the cross motions for summary judgment. (Healy, Bethaney) (Entered: 07/29/2005) |
| 07/29/2005 | | Set/Reset Deadlines as to 23 MOTION for Summary Judgment, 26 MOTION for Summary Judgment. Motion Hearing set for 9/8/2005 at 11:00 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 07/29/2005) |
| 08/09/2005 | 29 | Defts' Assented to MOTION for Extension of Time to 8/22/2005 to file a resp. to the Pltfs' motion for S/J and memorandum in opp. to the Deft's motion for S/J by The Roman Catholic Bishop of Springfield, Thomas L. Dupre, Arlene D. Schiff, Clifford Snyder, Harold Brown, Jeff Hall, Ned Douglas, Edwin May filed.(Finn, Mary) (Entered: 08/09/2005) |
| 08/10/2005 | | Judge Kenneth P. Neiman : Electronic ORDER entered granting 29 Defendants' assented-to Motion for Extension of Time to August 22, 2005, to file response and reply. (Neiman, Kenneth) (Entered: 08/10/2005) |
| 08/22/2005 | 30 | MEMORANDUM in Opposition to Ptf's 26 Cross MOTION for Summary Judgment filed by The Roman Catholic Bishop of Springfield. (Lindsay, Maurice) (Entered: 08/22/2005) |
| 09/07/2005 | | NOTICE of Hearing on Motion 23 MOTION for Summary Judgment, 26 MOTION for Summary Judgment ISSUED, cc:cl. Motion Hearing rescheduled for 9/13/2005 at 11:00 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 09/07/2005) |
| 09/13/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman: Motion Hearing held on 9/13/2005 re 26 MOTION for Summary Judgment filed by Daniel Mintz, et al. and 23 MOTION for |

| | | |
|---|---|---|
| | | Summary Judgment filed by The Roman Catholic Bishop of Springfield. Attorneys for Plaintiff and Bishop appear. No appearance by Lenox defendants. Oral argument heard and motions taken under advisement. (Court Reporter digital.) (Olin, Nathan) (Entered: 09/19/2005) |
| 03/30/2006 | 31 | Judge Kenneth P. Neiman : MEMORANDUM AND ORDER entered. The Deft's (Diocese's) motion for S/J - 23 is ALLOWED and the Pltfs' motion for S/J - 26 is DENIED. Since the Diocese's motion for S/J applies to the ZBA and May, judgment shall enter in their favor as well and the case may now be closed; cc/cl. (Attachments: # 1 pages 21 - 38) (Finn, Mary) (Entered: 03/31/2006) |
| 03/31/2006 | | NOTICE issued to Attorney Peter F. Heller regarding mandatory registration with ECF in compliance with the Standing Order entered by Judge Ponsor and Magistrate Judge Neiman. (Finn, Mary) (Entered: 03/31/2006) |
| 03/31/2006 | 32 | Judge Kenneth P. Neiman : JUDGMENT entered for the Defts' pursuant to the Memorandum and Order of the Court entered on 3/30/2006 granting the Defts' (Diocese's) motion for S/J, which applies to the ZBA and May and denying the Pltfs' motion for S/J; cc/cl.(Finn, Mary) (Entered: 03/31/2006) |
| 05/01/2006 | 33 | Pltfs NOTICE OF APPEAL as to 31 Order on Motion for Summary Judgment,,,, 32 Judgment, by Daniel Mintz filed. Filing fee of $455.00 paid. Receipt number 306258. COUNNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/22/2006. (Finn, Mary) (Entered: 05/01/2006) |
| 05/01/2006 | 34 | First MOTION for Bill of Costs by The Roman Catholic Bishop of Springfield.(Cahillane, Maurice) (Entered: 05/01/2006) |