UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL MINTZ, ANDREA WINTER, )<br>JAMES BIANCOLO AND SANDRA BIANCOLO, )<br>ANN PHILLIPS, STEVEN BAUM, )<br>CAROL WINSTON, VERNON KOHLENBERGER )<br>AND DONNA KOHLENBERGER, )<br>LAWRENCE WOLFE AND PAMELA WOLFE, )<br>CRAIG PEHLERT AND MELISSA PEHLERT )<br>AND ROBERT HACKMANN AND )<br>JANE HACKMANN, )<br>               Plaintiffs )<br>)<br>v. )<br>)<br>THE ROMAN CATHOLIC BISHOP OF )<br>SPRINGFIELD, THOMAS L. DUPRE, BISHOP; )<br>ARLENE D. SCHIFF, CLIFFORD SNYDER, )<br>HAROLD BROWN, JEFF HALL AND )<br>NED DOUGLAS AND EDWIN MAY, )<br>               Defendants ) | Civil Action No. 04-10809-MAP |

## MOTION FOR ORDER FOR PLAINTIFFS/APPELLANTS TO POST BOND

Now come the defendants in the above captioned case and move pursuant to Fed.R.Civ.P. 62 and F.R.A.P. 7 and 8. For an order that the Plaintiffs be required to post a bond in the amount of $150,000 in order to continue to pursue their appeal and as cause therefore states:

1. Plaintiffs have filed a notice of appeal in this action to the First Circuit Court of Appeals.

2. Unless the Court of Appeals acts in an extremely accelerated fashion, the appeal will not be resolved during this construction season. As a result, in accordance with the attached affidavit of Joseph Cacciola, the Defendants face increased construction costs of up to $150,000 because of delays, likely increased construction costs and the loss of this construction season. Such increased cost of this amount endangers the feasibility of the project. The Plaintiffs have already succeeded in delaying the project by over one year with this litigation and should not as a matter of equity be freely permitted to further delay it without providing security.

3. Not only must the defendants bear the risk of delay but there is little or no legal reason for the appeal. As the Court notes in its opinion, the current by-law eliminates the discriminatory and onerous provisions of the prior bylaw. Therefor, even if plaintiffs were to prevail on appeal, it would have little meaning or effect since the defendants could restart the process under the new by-law and be entitled to build, albeit after further delay and another possible appeal, even if it had no merit. As such, there is no reason for the current appeal other than to cause delay and endanger the project.

4. Defendants further request that the plaintiffs be required to post bond under *F.R.A.P 7* for the costs of appeal in the amount of $250.00.

THE DEFENDANT, THE ROMAN
CATHOLIC BISHOP OF SPRINGFIELD

Dated: May 11, 2006

_____
Maurice M. Cahillane, Esq., BBO# 069660
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this 11th day of May, 2006, on all parties, by First Class Mail, postage prepaid, to:

Jerome J. Scully, Esq.,
Hannon, Lerner, Cowhig, Scully & Bell
184 Main Street
Lee, MA 01238

John R. Gobel, Esq.
Gobel & Hollister
106 Wendell Avenue
Pittsfield, MA 01201

Daniel Mintz, Esq.
26 St. Ann's Avenue
Lenox, MA 01240

_____
Maurice M. Cahillane

0417-030458\112702.wpd