UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL MINTZ, ANDREA WINTER, )
JAMES BIANCOLO AND SANDRA BIANCOLO, )
ANN PHILLIPS, STEVEN BAUM, )
CAROL WINSTON, VERNON KOHLENBERGER )
AND DONNA KOHLENBERGER, )
LAWRENCE WOLFE AND PAMELA WOLFE, )
CRAIG PEHLERT AND MELISSA PEHLERT )
AND ROBERT HACKMANN AND )
JANE HACKMANN, )
         Plaintiffs )
          )
v. )  Civil Action No. 04-10809-MAP
          )
THE ROMAN CATHOLIC BISHOP OF )
SPRINGFIELD, THOMAS L. DUPRE, BISHOP; )
ARLENE D. SCHIFF, CLIFFORD SNYDER, )
HAROLD BROWN, JEFF HALL AND )
NED DOUGLAS AND EDWIN MAY, )
         Defendants )

## AFFIDAVIT OF JOSEPH CACCIOLA

1. My name is Joseph Cacciola and I have personal knowledge of the facts stated herein.

2. I presently serve on the St. Anne's Parish Finance Committee and the St. Anne's Parish Building Committee. I have the primary responsibility for coordinating the Parish's construction of a new Family Center, which has been the subject of this litigation. I have been responsible for seeking bids on this project and have dealt on a regular and ongoing basis with the contractor who we intend to handle this project.

3. On July 26, 2004, after seeking bids, we received a quote of $869,000 for construction of the Family Center from Tim Naughton of Renau Construction. This quote was updated in August, 2005 to $889,000. With the delays due to litigation, we sought an updated quote and on April 1, 2006 received a quote of $920,000, an increase of $51,000 from the original July 2004 quote. Of particular concern to us was that even this quote was based on the builder's availability in April/May of 2006 and I was informed that even a later start in 2006 could result in further increases.

4. On April 12, 2006, I discussed the situation again with Mr. Naughton. I asked him what effect a year's delay would have on the cost of the project. He estimated a 12% to 13% increase depending on a number of factors, including increased energy costs. At 12%,

the increase would cost us $110,000 over the $920,000 quote and $161,000 over the price of July 2004.

5. Based on the above information, I believe that St. Anne's will face increased construction costs of $110,000 to $150,000 if this project is delayed until the next construction season. Such additional costs will seriously jeopardize the project.

Signed under the pains and penalties of perjury this __3rd__ of May, 2006.

_____
Joseph Cacciola

0417-030458\112681.wpd