# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number: 04-10809-KPN

DANIEL MINTZ, ET AL

v.

THE ROMAN CATHOLIC BISHOP OF SPRINGFIELD, ET AL

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

#'s 1 - 34

and contained in    1    Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/1/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on _____.

Sarah A Thornton, Clerk of Court

By: /s/ Mary Finn
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/11/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:    06-1743

O:\Clerks Office\Forms\Local\ClerksCertificate-COA.frm- 3/06