Law Offices Of

# Egan, Flanagan and Cohen, P.C.

67 Market Street
P.O. Box 9035
Springfield, Massachusetts 01102-9035

Phone: (413) 737-0260 • Telefax: (413) 737-0121
Chicopee Office: (413) 594-2114 *by appointment only*
Web site: www.eganflanagan.com

John J. Egan
Theodore C. Brown
Edward J. McDonough, Jr.
Maurice M. Cahillane
Robert L. Quinn
Joseph A. Pacella*
Joseph M. Pacella
Kevin D. Withers
Paula C. Tredeau°
Richard J. Kos
Joan F. McDonough
Katherine A. Day◻
Jennifer Midura D'Amour*

*Senior Counsel*
William C. Flanagan⁺
Mary E. Boland
Thomas J. Donoghue

*Of Counsel*
David G. Cohen

James F. Egan
(1896-1986)
Edward T. Collins
(1902-1995)
Charles S. Cohen
(1931-2004)

*Also admitted in CT
⁺Also admitted in DC
◻Also admitted in FL
°Also admitted in TX

May 23, 2006

Office of the Clerk
U.S. District Court
Federal Building & Courthouse
1550 Main Street
Springfield, MA 01103

Attention: Bethany Healy

    RE:    Mintz, et al vs. The Roman Catholic Bishop of Springfield
               U.S. District Court Civil Action No.: 04-10809-MAP

Dear Ms. Healy:

    As the parties are in the process of preparing a settlement agreement in the above matter, the defendants are willing to agree to a two week extension, requested by the plaintiffs, to file an opposition to the defendant's motion for costs. Their present deadline is May 25, 2006. If allowed by the Court, the plaintiffs must file an opposition no later than June 9, 2006. Please advise at your earliest opportunity. Thank you.

                            Sincerely,

                            Maurice M. Cahillane

0417-030458\113991.wpd