# United States Court of Appeals
## For the First Circuit

No. 06-1743



DANIEL MINTZ

Plaintiff - Appellant

ANDREA WINTER; JAMES BIANCOLO; SANDRA BIANCOLO; ANN PHILLIPS; STEVEN BAUM; CAROL WINSTON; VERNON KOHLENBERGER; DONNA KOHLENBERGER; LAWRENCE WOLFE; PAMELA WOLFE; CRAIG PEHLERT; MELISSA PEHLERT; ROBERT HACKMANN; JANE HACKMANN

Plaintiffs

v.

THE ROMAN CATHOLIC BISHOP OF SPRINGFIELD; BISHOP THOMAS L. DUPRE; ARLENE D. SCHIFF; CLIFFORD SNYDER; HAROLD BROWN; JEFF HALL; NED DOUGLAS; EDWIN MAY

Defendants - Appellees

**JUDGMENT**

Entered: June 28, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

**Mandate to issue forthwith.**

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 6/28/06

By the Court:
Richard Cushing Donovan, Clerk

By: Amy B. Lederer
Amy Lederer, Appeals Attorney

[cc: Daniel Mintz, John R. Gobel, Maurice M. Cahillane, Esq., Peter F. Heller, Jerome J. Scully, Esq.]